IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>*Plaintiff*, <br><br>v. <br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, AND AT&T CORP. <br><br>*Defendants*. | Case No. 2:23-cv-00202-JRG-RSP <br><br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO AT&T INC.

Pursuant to Federal Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff XR Communications, LLC dba Vivato Technologies, LLC ("Vivato") and Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. submit the following Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. All other Defendants, including AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (collectively, "AT&T"), remain pending in this case. Accordingly, Vivato, AT&T Inc., and AT&T, by and through undersigned counsel, hereby file this stipulation of dismissal without prejudice as to AT&T Inc., which stipulation is self- executing and therefore serves to dismiss AT&T Inc. from this action, without prejudice and without costs.

DATED: July 14, 2023

Russ August & Kabat

BY: */s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF, XR COMMUNICATIONS, LLC**

DATED: July 14, 2023

BY:
*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

***Attorneys for Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Deron R. Dacus*
Deron R. Dacus

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00202 |
| v. | § § | Jury Trial Demanded |
| AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, AND AT&T CORP. | § § § § | |
| *Defendants*. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. (the "Stipulation") filed by Plaintiff XR Communications, LLC dba Vivato Technologies, LLC ("Plaintiff") and Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (Dkt. No. [XX].) The parties stipulate that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims against AT&T Inc. should be dismissed without prejudice. (*Id*. at 1.)

The Court **ACCEPTS AND ACKNOWLEDGES** the Stipulation. Accordingly, all pending claims in this case between Plaintiff and Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to remove AT&T Inc. from the case caption.