IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00202-JRG-RSP |
| v. | § § | Jury Trial Demanded |
| AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, AND AT&T CORP. | § § § § | |
| *Defendants*. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. (the "Stipulation") filed by Plaintiff XR Communications, LLC dba Vivato Technologies, LLC ("Plaintiff") and Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (Dkt. No. [21].) The parties stipulate that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims against AT&T Inc. should be dismissed without prejudice. (*Id*. at 1.)

The Court **ACCEPTS AND ACKNOWLEDGES** the Stipulation. Accordingly, all pending claims in this case between Plaintiff and Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to remove AT&T Inc. from the case caption.