# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP.<br><br>*Defendants*. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead)<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT AT&T CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Corp. ("AT&T Corp.") hereby states the following:

1. AT&T Corp., a New York corporation, is a wholly owned subsidiary of AT&T Inc.

2. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

Dated: July 17, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

*Counsel for Defendant AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on July 17, 2023 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Deron R. Dacus*
Deron R. Dacus
