**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP.<br><br>　　　　　*Defendants*. | Case No. 2:23-cv-00202-JRG-RSP<br>　　(Lead)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT AT&T MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC ("AT&T Mobility") hereby states the following:

1.　　AT&T Mobility is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc., and New Cingular Wireless Services, Inc.  None of the companies listed above are publicly-traded companies and are subsidiaries of AT&T Inc.

2.　　AT&T Inc. has no parent corporation and is itself a publicly held corporation.  No one person or group owns 10% or more of the stock of AT&T Inc.

Dated:  July 17, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

*Counsel for Defendant AT&T Mobility LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on July 17, 2023 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

/s/ Deron R. Dacus
Deron R. Dacus