**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>       *Plaintiff*,<br><br>   v.<br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP.<br><br>       *Defendants*. | Case No. 2:23-cv-00202-JRG-RSP<br>   (Lead)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT AT&T SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Services, Inc. ("AT&T Services") hereby states the following:

1. The following is the owner of AT&T Services:  AT&T Inc.

2. AT&T Services is not a publicly traded company.

3. AT&T Inc. has no parent corporation and is itself a publicly held corporation.  No one person or group owns 10% or more of the stock of AT&T Inc.

Dated:  July 17, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

*Counsel for Defendant AT&T Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was filed electronically on July 17, 2023 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Deron R. Dacus*
Deron R. Dacus
