0IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC <br> D/B/A VIVATO TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, and AT&T CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP <br> (LEAD CASE) |

**ORDER**

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by XR Communications, LLC d/b/a Vivato Technologies, LLC ("Plaintiff") and AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (Dkt. No. 21.) In the Stipulation, the parties request that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims against Defendant AT&T Inc. should be dismissed without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant AT&T Inc. in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case and remove AT&T Inc. (but not the other AT&T Defendants) from the case caption.

**So ORDERED and SIGNED this 19th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE