# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendants*. | CASE NO. 2:23-cv-00203-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendants*. | CASE NO. 2:23-cv-00204-JRG-RSP<br><br>**MEMBER CASE** |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES**

1

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") and Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (collectively, the "Parties") jointly file this Joint Motion to Extend Certain Deadlines. The Parties jointly stipulate to the deadline extensions shown in the table below and request the Court order that these deadlines be extended accordingly. This extension is not sought for prejudice or delay but for good cause and so that justice may be served. The extension to these deadlines does not change the date for any hearing, any final submission to the Court related to any hearing, or the trial in this matter.

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | 7/6/2023 | 7/28/2023 |
| Join additional parties | 7/27/2023 | 7/27/2023 (No change) |
| File Proposed Docket Control Order and Proposed Discovery Order | 8/3/2023 | 8/10/2023 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | 8/10/2023 | 8/17/2023 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 8/31/2023 | 9/28/2023 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 8/31/2023 | 9/28/2023 |

Dated:  July 26, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil Rubin (CA SBN)
nrubin@raklaw.com

Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Adam Hoffman
ahoffman@raklaw.com
Jacob Buczko
jbuczko@raklaw.com
Minna Chan
mchan@raklaw.com
Christian Conkle
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Counsel for Plaintiff XR Communications LLC dba Vivato Technologies*


/s/ Melissa Smith
Melissa Smith (TX SBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
T: (903) 934-8450
melissa@gillamsmith.com

*Counsel for Defendant T-Mobile USA, Inc.*

/s/ Deron R. Dacus
Deron R. Dacus (TX SBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
T: (903) 705-1117

*Counsel for Defendants AT&T Services Inc.; AT&T Mobility LLC; AT&T Corp., Verizon Communications, Inc.; Cellco Partnership d/b/a Verizon Wireless*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 26, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                           */s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing the Joint Motion to Extend Certain Deadlines.

                                                                 */s/ Reza Mirzaie*