**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>    Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    *Plaintiff,*<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    *Defendants*. | CASE NO. 2:23-cv-00203-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    *Plaintiff,*<br><br>  v.<br><br>T-MOBILE USA, INC.<br><br>    *Defendants*. | CASE NO. 2:23-cv-00204-JRG-RSP<br><br>**MEMBER CASE** |

**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES**

1

Pending before the Court is the Parties' Joint Motion to Extend Certain Deadlines. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadlines are extended as shown in the table below. All other deadlines shall remain in place absent further leave of Court.

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | 7/6/2023 | 7/28/2023 |
| Join additional parties | 7/27/2023 | 7/27/2023 (No change) |
| File Proposed Docket Control Order and Proposed Discovery Order | 8/3/2023 | 8/10/2023 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | 8/10/2023 | 8/17/2023 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 8/31/2023 | 9/28/2023 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 8/31/2023 | 9/28/2023 |