0IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS LLC D/B/A<br>VIVATO TECHNOLOGIES,<br><br>    *Plaintiff*,<br><br>v.<br><br>AT&T INC. ET AL,<br><br>    *Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP<br>(LEAD CASE) |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Certain Deadlines. **Dkt. No. 29**.

After due consideration, the Court **GRANTS** the motion.

It is therefore **ORDERED** that the deadlines are extended as shown in the table below.

All other deadlines shall remain in place absent further leave of Court.

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | 7/6/2023 | 7/28/2023 |
| Join additional parties | 7/27/2023 | 7/27/2023 (No change) |
| File Proposed Docket Control Order and Proposed Discovery Order | 8/3/2023 | 8/10/2023 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | 8/10/2023 | 8/17/2023 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 8/31/2023 | 9/28/2023 |

| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 8/31/2023 | 9/28/2023 |

**SIGNED this 27th day of July, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE