# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., <br> Defendants. | Case No. 2:23-cv-00202-JRG-RSP <br><br> **LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendants*. | CASE NO. 2:23-cv-00203-JRG-RSP <br><br> **MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> v. <br><br> T-MOBILE USA, INC. <br><br> *Defendants*. | CASE NO. 2:23-cv-00204-JRG-RSP <br><br> **MEMBER CASE** |

**NOTICE OF COMPLIANCE**

Plaintiff XR Communications, LLC dba Vivato Technologies ("Vivato") hereby notifies the Court that it has served Preliminary Disclosure of Asserted Claims and Infringement Contentions on counsel for Defendants in each of the above captioned cases *via* electronic mail on July 28, 2023.

Dated: July 28, 2023                    Respectfully submitted,

/s/ Reza Mirzaie
rmirzaie@raklaw.com
Neil Rubin (CA SBN)
nrubin@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Adam Hoffman
ahoffman@raklaw.com
Jacob Buczko
jbuczko@raklaw.com
Minna Y. Chan
mchan@raklaw.com
Christian Conkle
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Attorneys for Plaintiff XR Communications LLC dba Vivato Technologies***

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 28, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                                  */s/ Reza Mirzaie*