IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC. ET AL,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP<br>§ (LEAD CASE)<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court is the Parties' Joint Motion to Extend Certain Deadlines. After due consideration, the motion is **GRANTED**. It is therefore

**ORDERED** that the deadlines are extended as shown in the table below. All other deadlines shall remain in place absent further leave of Court.

| Event | Previous Deadline | New Deadline |
|---|---|---|
| File Proposed Docket Control Order and Proposed Discovery Order | 8/10/2023 | 8/24/2023 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | 8/17/2023 | 8/31/2023 |

**SIGNED this 9th day of August, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE