# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T INC., et al.,<br><br>             Defendants. | Case No. 2:23-cv-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**COMES NOW** Matthew S. Yungwirth, admitted to the bar of this Court on December 6, 2007, and respectfully enters his appearance as lead counsel of record for AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation (collectively "AT&T"); T-Mobile USA, Inc. ("T-Mobile," Member Case No. 2:23-cv-00204); and Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (collectively "Verizon," Member Case No. 2:23-cv-00203). All further communications, correspondence and orders may be directed to Mr. Yungwirth at the below address:

**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone:  (404) 253-6900
Facsimile:  (404) 253-6901
E-mail: msyungwirth@duanemorris.com

Dated:  August 15, 2023          **DUANE MORRIS LLP**

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

*Counsel for Defendants*
*AT&T Services Inc., AT&T Mobility LLC and*
*AT&T Corporation, T-Mobile USA, Inc.,*
*Verizon Communications, Inc. and Cellco*
*Partnership dba Verizon Wireless*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 15, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth