# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>               Plaintiff,<br><br>vs.<br><br>AT&T INC., et al.,<br><br>               Defendants. | Civil Action No. 2:23-CV-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

COMES NOW Alice E. Snedeker of Duane Morris, LLP and respectfully enters her appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation (collectively "AT&T"); T-Mobile USA, Inc. ("T-Mobile," Member Case No. 2:23-cv-00204); and Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (collectively "Verizon," Member Case No. 2:23-cv-00203).  Ms. Snedeker was admitted to the bar of this Court on January 13, 2015.  All further communications, correspondence and orders may be directed to Ms. Snedeker at the below address:

1075 Peachtree Street NE<br>
Suite 1700<br>
Atlanta, Georgia  30309<br>
Telephone:  (404) 253.6900<br>
Facsimile:  (404) 253.6901<br>
Email:  aesnedeker@duanemorris.com

Dated:  August 15, 2023

**DUANE MORRIS LLP**

/s/ Alice E. Snedeker
Alice E. Snedeker (GA Bar No. 151066)
1075 Peachtree Street, Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901

DM2\18278140.1

2

Email:  aesnedeker@duanemorris.com

*Counsel for Defendants*
*AT&T Services Inc., AT&T Mobility LLC and*
*AT&T Corporation, T-Mobile USA, Inc.,*
*Verizon Communications, Inc. and Cellco*
*Partnership dba Verizon Wireless*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 15, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Alice E. Snedeker*
Alice E. Snedeker