## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>                Plaintiff,<br><br>vs.<br><br>AT&T INC., et al.,<br><br>                Defendants. | Civil Action No. 2:23-CV-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JOHN R. GIBSON

COMES NOW John R. Gibson of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation (collectively "AT&T"); T-Mobile USA, Inc. ("T-Mobile," Member Case No. 2:23-cv-00204); and Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (collectively "Verizon," Member Case No. 2:23-cv-00203).  Mr. Gibson was admitted to the bar of this Court on November 30, 2011.  All further communications, correspondence and orders may be directed to Mr. Gibson at the below address:

1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901
Email:  jrgibson@duanemorris.com

Dated:  August 16, 2023

**DUANE MORRIS LLP**

*/s/ John R. Gibson*
John R. Gibson (GA Bar No. 454507)
1075 Peachtree Street, Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901

Email:  jrgibson@duanemorris.com

*Counsel for Defendants*
*AT&T Services Inc., AT&T Mobility LLC and*
*AT&T Corporation, T-Mobile USA, Inc.,*
*Verizon Communications, Inc. and Cellco*
*Partnership dba Verizon Wireless*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 16, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                            */s/ John R. Gibson*
                                             John R. Gibson