# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | CASE NO. 2:23-cv-00203-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>T-MOBILE USA, INC. | CASE NO. 2:23-cv-00204-JRG-RSP<br><br>**MEMBER CASE** |

## PLAINTIFF XR COMMUNICATIONS, LLC'S

## UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Pursuant to Patent Rule 3-6(b), to Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") respectfully requests leave to amend its Disclosure of Asserted Claims and Infringement Contentions by service on the Defendants on or before August 31, 2023.

Counsel for Plaintiff has conferred regarding the relief requested in this motion with counsel for the Defendants (AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and T-Mobile USA, Inc., collectively the "Defendants"). Defendants do not oppose the relief sought herein.

1

Good cause exists for the Court to grant Plaintiff leave to amend its infringement contentions. On July 28, 2023, Plaintiff Vivato served its initial infringement contentions to Defendants. After serving those contentions, counsel for Defendants and counsel for Plaintiff met and conferred to discuss the infringement contentions and counsel for Defendants identified issues that Defendants contend need to be addressed in amended contentions. Plaintiff does not concede that Defendants are correct but agrees to amend the contentions to address concerns and reduce disputes. During the meet and confer, Defendants confirmed that they would not oppose Plaintiff serving amended infringement contentions, provided that they are served by August 31, 2023 and that the Court enters the parties' Proposed Docket Control Order permitting Defendants to serve their responsive invalidity contentions on October 12, 2023.  The contemplated timing of the exchange of contentions will improve judicial efficiency because it will resolve possible disputes without burdening the Court.

Plaintiff Vivato accordingly moves for leave to amend its infringement contentions by August 31, 2023. Given the early stage of the case and the substance of the discussions in the meet and confer between counsel for Plaintiff and counsel for Defendants, the proposed amendment will cause no prejudice to Defendants, and Plaintiff's changes will not result in any added delay in this case. This proposed amendment does not seek to add any new asserted patents/claims.

Thus, Plaintiff Vivato respectfully requests that the Court grant this Motion providing leave for Plaintiff to serve its amended infringement contentions on or before August 31, 2023.

Dated:  August 24, 2023

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil Rubin (CA SBN 250761)
nrubin@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)

2

pwang@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Adam Hoffman (CA SBN 218740)
ahoffman@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
Minna Chan (CA SBN 305941)
mchan@raklaw.com
Christian Conkle (CA SBN 306374)
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Counsel for Plaintiff XR Communications LLC dba Vivato Technologies*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on August 24, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

<em>/s/ Reza Mirzaie</em>

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Defendants do not oppose the relief requested in the Motion.

*/s/ Reza Mirzaie*