# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | Case No. 2:23-cv-00202-JRG-RSP <br><br> **LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | CASE NO. 2:23-cv-00203-JRG-RSP <br><br> **MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> v. <br><br> T-MOBILE USA, INC. | CASE NO. 2:23-cv-00204-JRG-RSP <br><br> **MEMBER CASE** |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Pending before the Court is the Plaintiff XR Communications LLC's Unopposed Motion for Leave to Amend Infringement Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the Plaintiff has leave of Court to serve amended infringement contentions on or before August 31, 2023. All other deadlines shall remain in place absent further leave of Court.

1

SIGNED this __ day of _____, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE