IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba, VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Civil Action No. 2:23-CV-00204-JRG<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT T-MOBILE USA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INITIAL AND ADDITIONAL DISCLOSURES**

Defendant T-Mobile USA, Inc. ("T-Mobile") respectfully files this Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures and would respectfully show the Court as follows:

Pursuant to the Court's Docket Control Order (Dkt. 40), the current deadline for T-Mobile to serve its Initial and Additional Disclosures is August 31, 2023. T-Mobile requests a brief fourteen-day extension from August 31, 2023, up to and including September 14, 2023, to serve its Initial and Additional Disclosures. Good cause exists for this brief fourteen-day extension. At this time, T-Mobile is in the process of a corporate restructuring. T-Mobile's outside counsel is diligently working with T-Mobile's in-house counsel and/or employees to prepare T-Mobile's Initial and Additional Disclosures during this ongoing corporate restructuring. However, T-Mobile needs additional time to finalize its Initial and Additional Disclosures. This brief fourteen-day extension will allow any newly-assigned in-house counsel and/or employees to this case to familiarize themselves with the case and ensure that the appropriate and relevant information is included in T-Mobile's Initial and Additional Disclosures.

1

T-Mobile represents that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for T-Mobile met and conferred with counsel for Plaintiff XR Communications, d/b/a, Vivato Technologies ("Plaintiff"), and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

WHEREFORE, T-Mobile respectfully requests that the Court grant this Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures and extend the deadline for T-Mobile to serve its Initial and Additional Disclosures from August 31, 2023, up to and including September 14, 2023.

Dated: August 31, 2023

Respectfully submitted,

 */s/ Melissa R. Smith*

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

*Counsel for Defendant T-Mobile USA, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for T-Mobile met and conferred with counsel for Plaintiff regarding the substance of this Motion. Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 31, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith