**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba, VIVATO TECHNOLOGIES,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>  Defendant. | Civil Action No. 2:23-CV-00204-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendant T-Mobile USA, Inc. to serve its Initial and Additional Disclosures is extended up to and including September 14, 2023.