IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A<br>VIVATO TECHNOLOGIES,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>AT&T INC. ET AL,<br><br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP<br>§　(LEAD CASE)<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court is Defendant T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures.. **Dkt. No. 43**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. It is therefore

**ORDERED** that the deadline for Defendant T-Mobile USA, Inc. to serve its Initial and Additional Disclosures is extended to September 14, 2023.

**SIGNED this 5th day of September, 2023.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE