# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC. ET AL,<br><br>Defendants. | Civil Action No. 2:23-CV-00202-JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant T-Mobile USA, Inc. hereby provides notice that on September 14, 2023, it served its Initial and Additional Disclosures upon Plaintiff's counsel of record via electronic mail pursuant to the Court's Order (Dkt. 45).

Dated: September 14, 2023

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Alice E. Snedeker (GA Bar No. 151066)
1075 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253.6900
Facsimile: (404) 253.6901
Email: aesnedeker@duanemorris.com

***Attorneys for Defendant T-Mobile USA, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 14th day of September, 2023.

                         */s/ Melissa R. Smith*
                         Melissa R. Smith