**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>   v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>        Defendants,<br><br>ERICSSON INC.,<br><br>        Intervenor. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>        Defendants,<br><br>ERICSSON INC.,<br><br>        Intervenor. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant,<br><br>ERICSSON INC.,<br><br>        Intervenor. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## <u>ORDER GRANTING ERICSSON'S MOTION TO INTERVENE</u>

Before the Court is Intervenor Ericsson Inc.'s ("Ericsson") Motion to Intervene (the "Motion").  Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b).  Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED.  Accordingly, Ericsson is permitted to intervene in these actions and is GRANTED LEAVE to file a responsive pleading in intervention within forty-eight (48) hours of entry of this Order.

SO ORDERED.

DM2\18503361.1