UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>  v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>        Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>        Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>        Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>        Intervenors. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>        Intervenors. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## NOTICE OF APPEARANCE OF ALICE E. SNEDEKER

COMES NOW Alice E. Snedeker of Duane Morris, LLP and respectfully enters her appearance as counsel of record for Intervenors Nokia of America Corporation and Ericsson Inc. Ms. Snedeker was admitted to the bar of this Court on January 13, 2015. All further communications, correspondence and orders may be directed to Ms. Snedeker at the below address:

> 1075 Peachtree Street NE, Suite 1700
> Atlanta, Georgia  30309
> Telephone:  (404) 253.6900
> Facsimile:  (404) 253.6901
> Email:  aesnedeker@duanemorris.com

Dated:  September 25, 2023

**DUANE MORRIS LLP**

/s/ Alice E. Snedeker
Alice E. Snedeker (GA Bar No. 151066)
1075 Peachtree Street, Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901
Email:  aesnedeker@duanemorris.com

*Counsel for Intervenors Nokia of America Corporation and Ericsson Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 25, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ALICE E. SNEDEKER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

   /s/ Alice E. Snedeker
Alice E. Snedeker