# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>    Plaintiff, <br><br>v. <br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br>    Defendants, <br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP <br><br>(Lead Case) <br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>    Plaintiff, <br><br>v. <br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br>    Defendants, <br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br>    Intervenors. | Case No. 2:23-cv-00203-JRG-RSP <br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>    Plaintiff, <br><br>v. <br><br>T-MOBILE USA, INC., <br><br>    Defendant, <br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br>    Intervenors. | Case No. 2:23-cv-00204-JRG-RSP <br><br>(Member Case) |

### NOTICE OF APPEARANCE OF MATTHEW S. YUNGWIRTH

**COMES NOW** Matthew S. Yungwirth, admitted to the bar of this Court on December 6, 2007, and respectfully enters his appearance as lead counsel of record for Intervenor Nokia of America Corporation and as counsel of record for Intervenor Ericsson Inc. All further communications, correspondence and orders may be directed to Mr. Yungwirth at the below address:

> 1075 Peachtree Street NE, Suite 1700
> Atlanta, Georgia 30309
> Telephone:  (404) 253-6900
> Facsimile:  (404) 253-6901
> E-mail: msyungwirth@duanemorris.com

Dated:  September 25, 2023

**DUANE MORRIS LLP**

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth (GA Bar No. 783597)
msyungwirth@duanemorris.com
1075 Peachtree Street NE, Suite 1700
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

*Counsel for Intervenors Nokia of America Corporation and Ericsson Inc.*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 25, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF MATTHEW S. YUNGWIRTH** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/  Matthew S. Yungwirth
Matthew S. Yungwirth