# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## CORPORATE DISCLOSURE STATEMENT OF
## INTERVENOR NOKIA OF AMERICA CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, Nokia of America Corporation makes this Corporate Disclosure Statement.  Nokia of America Corporation is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland.  Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation.  Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated:  September 25, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543
Email: ddacus@dacusfirm.com

Matthew S. Yungwirth
msyungwirth@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice S. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia  30309
Telephone:  404.253.6900
Facsimile:  404.253.6901

*Counsel for Intervenor Nokia of America Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on September 25, 2023 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Deron R. Dacus*
