# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>ERICSSON INC.,<br><br>    Intervenor. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## CORPORATE DISCLOSURE STATEMENT
## OF INTERVENOR ERICSSON INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Ericsson Inc. ("Ericsson") certify that:

1. Ericsson Inc. is a Delaware corporation that is wholly-owned by Ericsson Holding II Inc., which is also a Delaware corporation. Ericsson Holding II Inc. is wholly-owned by Telefonaktiebolaget LM Ericsson.

2. Telefonaktiebolaget LM Ericsson ("LME") is publicly held and has no parent corporation. LME has Class A and Class B shares that are listed on Nasdaq Stockholm in Sweden. In the United States, the Class B shares are listed on NASDAQ New York in the form of American Depositary Shares (ADS) evidenced by American Depositary Receipts (ADR). Each ADS represents one Class B share. No publicly held corporation owns 10% or more of LME's stock, which comprises Class A and Class B shares. However, as of 31 December 2022, Investor AB and AB Industrivärden each own shares in LME representing 10% or more of the voting rights.

Dated: September 25, 2023

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543
Email: ddacus@dacusfirm.com

Matthew S. Yungwirth
msyungwirth@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia  30309
Telephone:  404.253.6900
Facsimile:  404.253.6901

*Counsel for Intervenor Ericsson Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on September 25, 2023 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Deron R. Dacus*
Deron R. Dacus
