# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES, § § § *Plaintiff*, § § v. § § AT&T INC. ET AL, § § *Defendant*. § | CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP (LEAD CASE) |

## ORDER

Pending before the Court is the Unopposed Motion for Leave to Amend Infringement Contentions filed by Plaintiff XR Communications, LLC, dba Vivato Technologies. **Dkt. No. 38**. After due consideration, the Court **GRANTS** the motion. It is therefore

**ORDERED** that Plaintiff has leave to serve its amended infringement contentions.

SIGNED this 26th day of September, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE