IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A<br>VIVATO TECHNOLOGIES,<br><br>    *Plaintiff*,<br><br>v.<br><br>AT&T INC. ET AL,<br><br>    *Defendants*. | CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP<br>(LEAD CASE) |

## ORDER

Pending before the Court is Intervenor Ericsson Inc.'s Unopposed Motion to Intervene as a supplier of equipment and technology incorporated into the accused instrumentalities. **Dkt. No. 47**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. It is therefore

**ORDERED** that Ericsson is permitted to intervene as a defendant in the above-captioned Lead Case. Ericsson shall promptly file its responsive pleading.

**SIGNED this 26th day of September, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE