IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC. ET AL, <br><br> *Defendants*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP (LEAD CASE) |

## ORDER

Pending before the Court is Intervenor Nokia of America Corporation's Unopposed Motion to Intervene as a supplier of equipment and technology incorporated into the accused instrumentalities. **Dkt. No. 48**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. It is therefore

**ORDERED** that Nokia is permitted to intervene as a defendant in the above-captioned Lead Case. Nokia shall promptly file its responsive pleading.

**SIGNED** this 26th day of September, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE