IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC, d/b/a<br>VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC., et al.,<br><br>Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>Intervenors. | Civil Action No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

## APPEARANCE OF COUNSEL

Notice is hereby given that Elissa Sanford with the law firm of Duane Morris LLP, admitted to practice in this Court, hereby enters her appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC, and AT&T Corporation, and Intervenors Nokia of America Corporation and Ericsson Inc. (Lead Case No. 2:23-cv-00202); and Defendant T-Mobile USA, Inc. (Member Case No. 2:23-cv-00204); and Defendants Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless (Member Case No. 2:23-cv-00203); to accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on behalf of Defendants. Ms. Sanford's contact information is in the signature block below.

Dated:  January 23, 2024

Respectfully submitted,

*/s/ Elissa Sanford*
Elissa Sanford
VA State Bar No. 95963

**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700
Washington, DC 20001-4795
Telephone: (202) 776-5231
Fax: (202) 478-5042
E-mail: ESanford@duanemorris.com

**ATTORNEY FOR DEFENDANTS AND INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elissa Sanford*
Elissa Sanford