IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>              Plaintiff,<br>v.<br><br>AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP.,<br><br>              Defendants,<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>              Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

**<u>JOINT STIPULATION OF DISMISSAL AS TO U.S. PATENT 10,594,376</u>**

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Plaintiff"), Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"); and Intervenors Nokia of America Corporation and Ericsson Inc. ( "Intervenors") (collectively, Plaintiffs, AT&T, and Intervenors are "Parties") jointly request and stipulate to, pursuant to Red. R. Civ. P. 41(a)(1)(ii), dismissal with prejudice of Plaintiff's claim for infringement of U.S. Patent No. 10,594,376 ("the '376 Patent") (*i.e.*, Count III) and dismissal without prejudice of Intervenors' counterclaims against Plaintiff for Declaratory Judgment of Non-Infringement of the '376 Patent, *i.e.*, the Third Counterclaim at Dkt. Nos. 57 and 60.  For the sake of clarity, this Stipulation of Dismissal is limited to the claims and counterclaims applicable to the '376 Patent and does not apply to claims, or counterclaims applicable to the other asserted patents. The Parties further stipulate that Plaintiff (on the one hand) and Defendants and Intervenors (collectively on the other hand) shall bear their own costs, expenses, and attorney's fees with respect to the dismissed claims and counterclaims concerning the '376 patent.

1

| | |
|---|---|
| Dated:  February 23, 2024 | Respectfully submitted, |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR AT&T DEFENDANTS AND INTERVENORS** |
| */s/ Reza Mirzaie* | */s/       Matthew Yungwirth* |
| Reza Mirzaie | Matthew S. Yungwirth |
| **RUSS AUGUST & KABAT** | msyungwirth@duanemorris.com |
| 12424 Wilshire Blvd., 12th Floor | **DUANE MORRIS LLP** |
| Los Angeles, California 90025 | 1075 Peachtree Street NE |
| Telephone: 310.826.7474 | Suite 1700 |
| Facsimile: 310.826.6991 | Atlanta, Georgia 30309 |
| | Telephone: 404.253.6900 |
| | Facsimile:  404.253.6901 |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 23, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF service, which will provide an electronic notification of the service of such pleading to all counsel of record.

*/s/ Reza Mirzaie*
Reza Mirzaie
