**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br><br>　　　　　　Defendants,<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>　　　　　　Intervenors. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>　　　　　　Defendants,<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>　　　　　　Intervenors. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>       Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>       Defendant,<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>       Intervenors. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato"), Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (together, "Defendants"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (together, "Intervenors") (collectively, the "Parties") file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

Pursuant to the Court's Docket Control Order (Dkt. No. 40), the deadline for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement) is June 5, 2024. At this time, the Parties request that the Court extend the deadline for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement) from June 5, 2024, up to and including June 11, 2024.

The Parties represent that good cause exists for this brief extension. The Parties are diligently meeting and conferring to narrow their disputed claim construction terms.

2

This brief one-week extension will ensure that the Parties have adequate time to continue meeting and conferring to narrow the disputed claim construction terms and to finalize and file the Parties' Joint Claim Construction Statement in compliance with P.R. 4-3.

The Parties represent that this extension is not sought for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the deadline for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement) from June 5, 2024, up to and including June 11, 2024.

Dated: May 30, 2024              Respectfully submitted,

                                  */s/ James N. Pickens*
                                 _____
                                 Reza Mirzaie
                                 California Bar No. 246953
                                 rmirzaie@raklaw.com
                                 Neil Rubin
                                 nrubin@raklaw.com
                                 Paul A. Kroeger
                                 California Bar No. 229074
                                 pkroeger@raklaw.com
                                 Philip X. Wang
                                 California Bar No. 262239
                                 pwang@raklaw.com
                                 James N. Pickens
                                 California Bar No. 307474
                                 Adam Hoffman
                                 ahoffman@raklaw.com
                                 Jacob Buczko
                                 jbuczko@raklaw.com
                                 Minna Chan
                                 mchan@raklaw.com
                                 Christian Conkle
                                 cconkle@raklaw.com
                                 **RUSS AUGUST & KABAT**
                                 12424 Wilshire Boulevard, 12th Floor
                                 Los Angeles, California 90025
                                 Telephone: (310) 826-7474

Facsimile: (310) 826-6991

*Counsel for Plaintiff XR Communications LLC dba Vivato Technologies*

 */s/ Matthew S. Yungwirth*
_____
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Defendants
AT&T Services, Inc., AT&T Mobility LLC,
and AT&T Corporation*

4

    */s/ Matthew S. Yungwirth*
_____

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile:  (512) 227-2301

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile:  (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Defendants
Verizon Communications, Inc. and
Cellco Partnership d/b/a Verizon Wireless*

  */s/ Matthew S. Yungwirth*
_____

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker

5

aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile:  (512) 227-2301

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendant
T-Mobile USA, Inc.*


 */s/ Matthew S. Yungwirth*
_____
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700

Atlanta, Georgia 30309
Telephone: (404) 253-6900

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile:  (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Intervenor*
*Ericsson, Inc.*


 */s/ Matthew S. Yungwirth*
_____
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

Deron R Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile:  (903) 581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Intervenor*
*Nokia of America Corporation*


**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 31, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith