# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP., <br><br> Defendants, <br><br> ERICSSON INC. and NOKIA OF AMERICA CORPORATION, <br><br> Intervenors. | Case No. 2:23-cv-00202-JRG-RSP <br><br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## AT&T CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp. ("AT&T") supplements its disclosures as follows.

AT&T Corp. has undergone a corporate transaction and is now merged and converted into AT&T Enterprises, LLC.

AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC.  AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc.  AT&T DW Holdings, Inc., a New York corporation, is a wholly-owned subsidiary of BellSouth Mobile Data, Inc.  BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly-owned subsidiary of AT&T Inc.

All of the foregoing companies except for AT&T Inc. are direct or indirect subsidiaries of AT&T Inc.  AT&T Inc., a Delaware corporation, is a publicly traded company on the New York

Stock Exchange. None of the other foregoing companies is a publicly traded company. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc.  AT&T Inc. has no parent corporation.

Dated:  June 19, 2024

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Deron R Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117

DM2\19751265.1

Facsimile: (903) 581-2543

*Attorneys for Defendants*
*AT&T Services, Inc., AT&T Mobility LLC,*
*and AT&T Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on June 19, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF service, which will provide an electronic notification of the service of such pleading to all counsel of record.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth

3