# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>   Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>   Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>   Defendant,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## **ORDER**

Before the Court is Defendants' / Intervenors' Opposed Motion to Stay Proceedings Pending *Inter Partes* Review.  After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.