# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>   Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>   Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>   Defendant,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

## NOTICE OF COMPLIANCE

Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless, T-Mobile USA, Inc., and Intervenors Ericsson Inc. and Nokia of America Corporation hereby notify the Court that they have complied with the Court's First Amended Docket Control Order (Dkt. No. 75), by submitting their technical tutorial to the Court *via* hand delivery on July 15, 2024. A copy of the technical tutorial has been served upon Plaintiff's counsel *via* email on July 15, 2024.

Dated: July 15, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants / Intervenors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 15, 2024.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith