# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **XR COMMUNICATIONS LLC**<br>*Plaintiff,*<br><br>-v-<br><br>**CISCO SYSTEMS, INC., MERAKI, LLC,**<br>*Defendants.* | § § § § § § § § § § § | **6:21-CV-00623-ADA** |
| **XR COMMUNICATIONS LLC**<br>*Plaintiff,*<br><br>-v-<br><br>**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.,**<br>*Defendants.* | § § § § § § § § § § § § | **6:21-CV-00626-ADA** |
| **XR COMMUNICATIONS LLC,**<br>*Plaintiff,*<br><br>-v-<br><br>**MICROSOFT CORPORATION,**<br>*Defendant.* | § § § § § § § § § § § | **6:21-CV-00695-ADA** |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on September 1, 2022. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 30th day of September, 2022.

                                                                                                   _____  
                                                                                                   ALAN D ALBRIGHT  
                                                                                                   UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|

| #1: "signal transmission/reception coordination logic" U.S. Patent No. 8,289,939, All Asserted Claims Proposed by Defendants | Plain and ordinary meaning; no construction necessary. Alternative proposed construction, should the term be treated as a means-plus-function limitation: **Function**: *See below* for cl. 15, cl. 30. Claim 15: ascertaining, by monitoring the plurality of access points for received signals, that: a first access point of the plurality of access points is receiving a first signal on a first channel, a second access point of the plurality of access points is receiving a second signal that is ongoing on a second channel, restrain[ing] at least a third access point of the plurality of access points from transmitting a third signal on a third channel responsive to the ascertaining that the first access point is receiving the first signal and that the second access point is receiving the second signal that is ongoing-on the second channel, | Means-plus-function; indefinite for lack of corresponding structure. **Function**: Claim 15: ascertaining, by monitoring the plurality of access points for received signals, that: a first access point of the plurality of access points is receiving a first signal on a first channel, a second access point of the plurality of access points is receiving a second signal that is ongoing on a second channel, restrain[ing] at least a third access point of the plurality of access points from transmitting a third signal on a third channel responsive to the ascertaining that the first access point is receiving the first signal and that the second access point is receiving the second signal that is ongoing-on the second channel, | Not subject to § 112, ¶ 6. Plain-and-ordinary meaning. |

| | | | |
|---|---|---|---|
| | wherein the restraining at least the third access point prevents degradation to the first and second signals.<br><br>Claim 30: ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel, restrain[ing] at least a second access point of the plurality of access points from transmitting a second signal on a second channel different from the first channel responsive to the ascertaining that the first access point is receiving the first signal<br><br>**Structure**: Signal transmission/reception logic 404 and/or MAC coordinator logic 606 and/or 6:151 and/or 6:65-7:20 and/or 9:11-59 and/or 11:19-12:21 and/or 14:28-15:22 and/or 15:23-65 and/or 16:53-67 and/or 18:12-55 and equivalents thereof. | wherein the restraining at least the third access point prevents degradation to the first and second signals<br><br>Claim 30: ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel, restrain[ing] at least a second access point of the plurality of access points from transmitting a second signal on a second channel different from the first channel responsive to the ascertaining that the first access point is receiving the first signal. | |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| | The corresponding structure of "signal transmission/reception logic 404" includes the characteristics and configuration set forth for the signal transmission/reception coordination logic 404 (and the MAC coordinator logic 606, which is subsumed within the corresponding structure of the signal transmission/reception coordination logic 404) in the '939 Patent, including at 6:1-51 and/or 6:65-7:20 and/or 9:11-59 and/or 11:19-12:21 and/or 14:2815:22 and/or 15:23-65 and/or 16:53-67 and/or 18:12-55, and equivalents thereof | | |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #2: "IEEE 802.11 standard"<br><br>U.S. Patent No. 8,289,939, Cls. 3, 19, 32<br><br>"802.11 Standard"<br><br>U.S. Patent 10,594,376 Patent, Cls. 10, 21<br><br>Proposed by Defendants | Plain and ordinary meaning. | "One of the IEEE 802.11 standards that existed at the time of the invention." | Plain-and-ordinary meaning. |
| #3: "transmission nulls"<br><br>U.S. Patent 10,594,376, Cls. 1, 12, 22, 30, 32; U.S. Patent No. 10,715,235, Cls. 2, 4, 8, 12, 16<br><br>Proposed by Defendants | Plain and ordinary meaning, which is "portions of one or more spatially distributed patterns of electromagnetic signals where transmissions of no or insignificant energy are selectively directed." | "portions of one or more spatially distributed transmission patterns of electromagnetic signals where transmissions of no or insignificant energy are selectively directed." | Plain and ordinary meaning wherein the plain-and-ordinary meaning is "portions of one or more spatially distributed patterns of electromagnetic signals where transmissions of no or insignificant energy are selectively directed." |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #4: "transmission peaks"<br><br>U.S. Patent 10,594,376, Cls. 1, 12, 22, 30, 32; U.S. Patent No. 10,715,235, Cls. 2, 4, 8, 12, 16<br><br>Proposed by Defendants | Plain and ordinary meaning.<br><br>*Alternatively*, "portions of one or more spatially distributed patterns of electromagnetic signals where transmissions of **_significant_** energy are selectively directed / portions of one or more spatially distributed transmission patterns of electromagnetic signals where transmissions of **_significant_** energy are selectively directed." | "portions of one or more spatially distributed transmission patterns of electromagnetic signals where transmissions of **_maximum_** energy are selectively directed." | Plain-and-ordinary meaning[1]<br><br>[1] – Note not for the jury: The plain-and-ordinary meaning of "transmission peaks" includes relative maxima. |
| #5: "third signal comprising content based on the set of weighting values"<br><br>U.S. Patent No. 10,715,235, Cls. 1, 8 and 15<br><br>Proposed by Defendants | Plain and ordinary meaning. | "third signal carrying content, wherein the content is based on the set of weighting values"<br><br>*Alternatively*, "third signal comprising content that is based on the set of weighting values" | Plain-and-ordinary meaning wherein the plain-and-ordinary means that the "third signal' is 'based on the set of weighting values." |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #6: "the set of weighting values is configured to be used by the remote station to construct one or more beam-formed transmission signals"<br><br>U.S. Patent No. 10,715,235, Cl. 8<br><br>"the set of weighting values is configured to be used by the transceiver to construct one or more beam-formed transmission signals"<br><br>U.S. Patent No. 10,715,235, Cls. 1, 15<br><br>Proposed by Defendants | Plain and ordinary meaning, not indefinite. | Indefinite. | Not indefinite. Plain-and-ordinary meaning. |
| #7: "remote station"<br><br>U.S. Patent No. 10,715,235, Cls. 1, 4, 8, 9, 12, 15<br><br>Proposed by Defendants | Plain and ordinary meaning. | Plain and ordinary meaning, which is "remote client device." | Plain and ordinary meaning. |