# Exhibit 10

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition





**Published by**
**Standards Information Network**
**IEEE Press**

Exhibit 2001
IPR2024-00314
Page 1 of 3

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

|  |  | PDF ON CD-ROM |  |
|---|---|---|---|
| *Print: ISBN 0-7381-2601-2* | *SP1122* | ISBN: 0-7381-3926-2 | SE127 |

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Exhibit 2001
IPR2024-00314
Page 2 of 3

**predicted mean life (non-repaired items)** For the stated conditions of use, and taking into account the design of an item, the mean life computed from the observed, assessed or extrapolated mean life of its parts. *Note:* Engineering and statistical assumptions shall be stated, as well as the bases used for the computation (observed or assessed). (R) [29]

**predicted reliability** For the stated conditions of use, and taking into account the design of an item, the reliability computed from the observed, assessed, or extrapolated reliabilities of its parts. *Note:* Engineering and statistical assumptions shall be stated, as well as the bases used for the computation (observed or assessed). (R) [29], 1413-1998

**predictive alarming (alarm monitoring and reporting systems for fossil-fueled power generating stations)** A method of alerting the operator to a potential problem in time for him to respond and initiate corrective action to mitigate the problem. (PE/EDPG) 676-1986w

**predictive assessment** The process of using a predictive metric(s) to predict the value of another metric. (C/SE) 1061-1992s

**predictive coding (image processing and pattern recognition)** An image compression technique that uses the gray levels of preceding pixels to predict the gray level of the current pixel, so that only the difference between the predicted and measured value needs to be encoded. (C) 610.4-1990w

**predictive maintenance** The practice of conducting diagnostic tests and inspections during normal equipment operations in order to detect incipient weaknesses or impending failures. (IA/PSE) 902-1998

**predictive metric** A metric applied during development and used to predict the values of a software quality factor. (C/SE) 1061-1998

**predictive metric value** A numerical target related to a quality factor to be met during system development. This is an intermediate requirement that is an early indicator of final system performance. For example, design or code errors may be early predictors of final system reliability. (C/SE) 1061-1998

**predictive model (modeling and simulation)** A model in which the values of future states can be predicted or are hypothesized; for example, a model that predicts weather patterns based on the current value of temperature, humidity, wind speed, and so on at various locations. (C) 610.3-1989w

**predissociation** A process by which a molecule that has absorbed energy dissociates before it has had an opportunity to lose energy by radiation. (ED) 161-1971w

**predistortion (system) (pre-emphasis) (transmitter performance)** A process that is designed to emphasize or de-emphasize the magnitude of some frequency components with respect to the magnitude of others. *See also:* pre-emphasis. (VT) [37]

**pre-emphasis (A) (pre-equalization)** (General). A process in a system designed to emphasize the magnitude of some frequency components with respect to the magnitude of others, to reduce adverse effects, such as noise, in subsequent parts of the system. *Note:* After transmitting the pre-emphasized signal through the noisy part of the system, de-emphasis may be applied to restore the original signal with a minimum loss of signal-to-noise ratio. **(B) (pre-equalization)** (Modulating systems) (recording). An arbitrary change in the frequency response of a recording system from its basic response (such as constant velocity or amplitude) for the purpose of improvement in signal-to-noise ratio, or the reduction of distortion. (PE) 599-1985

**pre-emphasis network** A network inserted in a system in order to emphasize one range of frequencies with respect to another. *See also:* network analysis. (AP/ANT) 145-1983s

**preempted thread** A running thread whose execution is suspended due to another thread becoming runnable at a higher priority. (C/PA) 9945-1-1996

**preempted process** A running process whose execution is suspended due to another process becoming runnable at a higher priority. (C/PA) 1003.1b-1993s

**preemption (1) (telephone switching systems)** On a precedence call, the disconnection and subsequent reuse of part of an established connection of lower priority if all the relevant circuits are busy. (COM) 312-1977w
**(2)** Process in which the current bus master relinquishes the bus because another module has requested it. In some systems any module may cause preemption; in some systems only a module with a higher priority request may cause preemption. (C/BA) 896.3-1993w
**(3)** The release of the bus by the current bus master due to the request of another module. Note that in some systems, preemption occurs when the current bus master relinquishes the bus because another module has requested it. In some systems, any module may cause preemption; in some systems, only a module with a higher priority request may cause preemption. (C/BA) 896.4-1993w
**(4)** The release of the bus by the current bus master due to the request of another module. *Note:* In some systems, any module may cause preemption; in others, only a module with a higher priority request may cause preemption. (C/BA) 10857-1994

**preemptive control (test, measurement, and diagnostic equipment)** An action or function which, by reason of pre-established priority, is able to seize or interrupt the process in progress and cause to be performed a process of higher priority. (MIL) [2]

**pre-fault (event)** A qualifying term that refers to an interval ending with the inception of a fault. (SWG/PE) C37.100-1992

**preference (channel supervisory control) (power-system communication)** An assembly of devices arranged to prevent the transmission of any signals over a channel other than supervisory control signals when supervisory control signals are being transmitted. (Std100) [123]

**preference level (speech quality measurements)** The signal-to-noise ratio (S.N) of the speech reference signal when it is isopreferent to the speech test signal. 297-1969w

**preferred (electric power system) (generating stations electric power system)** That equipment and system configuration selected to supply the power system loads under normal conditions. (PE/EDPG) 505-1977r

**preferred basic impulse insulation level (insulation strength)** A basic impulse insulation level that has been adopted as a preferred American National Standard voltage value. *See also:* basic impulse insulation level. (EEC/LB) [100]

**preferred current ratings (of distribution fuse links)** A series of distribution fuse-link ratings so chosen from a series of preferred numbers that a specified degree of coordination may be obtained between adjacent sizes. (SWG/PE) C37.40-1993

**preferred insulations system classification (electric installations on shipboard)** The preferred insulation system classifications are classes A, B, F, H, C, or 105, 130, 155, 180, or greater than 220, and as designated by the equipment standard. (IA/MT) 45-1983s

**preferred power supply (PPS)** That power supply from the transmission system to the Class 1E distribution system that is preferred to furnish electric power under accident and post-accident conditions. (PE/NP) 308-1991, 765-1995

**preferred values** The preferred values for the parameters listed for various tests are preferred in the sense that their use promotes uniformity. However, specific applications may require values other than the listed preferred values. (PE) C62.34-1996

**prefetching** In a pipelined process, to fetch the next instruction, or instruction part, before the processing unit requires it, resulting in a performance improvement by eliminating the lag between completion of one instruction and the availability of the next. (C) 610.10-1994w

Exhibit 2001
IPR2024-00314
Page 3 of 3