# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

**DEFENDANTS'/INTERVENORS' UNOPPOSED MOTION TO WITHDRAW OPPOSED MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW**

Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, "Defendants/Intervenors") respectfully move to withdraw their Opposed Motion for Stay Proceedings Pending *Inter Partes* Review ("Motion"). Dkt. 78.

On July 9, 2024, Defendants/Intervenors filed the Motion requesting a stay of the above-captioned cases until the Patent Trial and Appeal Board ("Board") concluded its *inter partes* review of U.S. Patent Nos. 7,177,369 ("the '369 Patent") (IPR2024-00314); 8,737,511 ("the '511 Patent") (IPR2024-00868); and 10,715,235 ("the '235 Patent") (IPR2024-00613). On July 23, 2024, Plaintiff filed its Opposition to Defendants'/Intervenors' Motion. Dkt. 82. While the Board has not yet issued an institution decision with respect to IPR2024-00868 or IPR2024-00613, the Board has recently denied the IPR challenging the claims of the '369 Patent. IPR2024-00314, Paper No. 12. Defendants/Intervenors submit that they intend to file a motion for reconsideration on the institution denial in IPR2024-00314. Thus, and while currently moving to withdraw the Motion, Defendants/Intervenors reserve the right to re-file the Motion should IPR2024-00314 be later instituted.

Dated: July 29, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile:  404.253.6901

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants / Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2024.

                                                  */s/ Melissa R. Smith*
                                                  Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that, pursuant to Local Rule CV-7(h), counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion on July 26, 2024.  Counsel for Plaintiff indicated that it does not oppose this Motion.

                                                  */s/ Melissa R. Smith*
                                                  Melissa R. Smith