# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>      Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>      Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>      Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>      Intervenors. | Case No. 2:23-cv-00203-JRG-RSP<br><br>(Member Case) |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>      Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>      Defendant,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>      Intervenors. | Case No. 2:23-cv-00204-JRG-RSP<br><br>(Member Case) |

# ORDER GRANTING DEFENDANTS'/INTERVENORS' UNOPPOSED MOTION TO WITHDRAW OPPOSED MOTION TO STAY PROCEEDINGS <u>PENDING *INTER PARTES* REVIEW</u>

Before the Court is Defendants'/Intervenors' Motion to Withdraw their pending Motion to Stay Proceedings Pending *Inter Partes* Review ("Motion"). Dkt. 78. The Court finds that Defendants'/Intervenors' Motion is hereby **GRANTED**.