IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>   Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>   Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>   Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case) |

**ORDER**

Before the Court is Defendants'/Intervenors' Motion to Withdraw their pending Motion to Stay Proceedings Pending *Inter Partes* Review. (**Dkt. 83**.) The Court finds that Defendants'/Intervenors' Motion is hereby **GRANTED**.

SIGNED this 30th day of July, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE