# EXHIBIT 20

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

McGraw-Hill

New York   Chicago   San Francisco
Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto

On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meterorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. (Image copyright © Dr. Luann Becker. Reproduced with permission.)

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes,* Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology,* McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates,* 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms,* AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology,* Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology,* AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms,* Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms,* Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations,* Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use,* National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology,* Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms,* Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology,* American Meteorological Society, 1959; *ADP Glossary,* Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms,* Federal Aviation Agency; *A Glossary of Range Terminology,* White Sands Missile Range, New Mexico,* National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary,* 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0   DOW/DOW   0 8 7 6 5 4 3

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
    p.   cm.
  ISBN 0-07-042313-X (alk. paper)
  1. Science--Dictionaries.   2. Technology--Dictionaries.   I. Title: Dictionary of scientific and technical terms.

Q123.M15    2002
503—dc21                                                            2002026436

**diverse**, bilaterally symmetrical animals, including mollusks, ostracod crustaceans, and brachiopods, having a soft body enclosed in a calcareous two-part shell. { 'bī,valv }

**Bivalvia** [INV ZOO] A large class of the phylum Mollusca containing the clams, oysters, and other bivalves. { bī'val·vē·ə }

**bivane** [ENG] A double-jointed vane which measures vertical as well as horizontal wind direction. { 'bī,vān }

**bivariate distribution** [STAT] The joint distribution of a pair of variates for continuous or discontinuous data. { bī¦ver·ē·ət ,dis·trə'byü·shən }

**biventer** [ANAT] A muscle having two bellies. { bī'ven·tər }

**bivittate** [ZOO] Having a pair of longitudinal stripes. { bī'vi,tāt }

**bivium** [INV ZOO] The pair of starfish rays that extend on either side of the madreporite. { 'bī·vē·əm }

**bivoltine** [INV ZOO] **1.** Having two broods in a season, used especially of silkworms. **2.** Of insects, producing two generations a year. { bī'vōl,tēn }

**bivouac** [ORD] An encampment set up for a short period of time by using tents. { 'biv·ə,wak }

**bixbyite** [MINERAL] $(Mn,Fe)_2O_3$ A manganese-iron oxide mineral; black cubic crystals found in cavities in rhyolite. Also known as partridgeite; sitaparite. { 'biks·bē,īt }

**bixin** [ORG CHEM] $C_{25}H_{30}O_4$ A carotenoid acid occurring in the seeds of *Bixa orellano*; used as a fat and food coloring agent. { 'bik·sən }

**bize** *See* bise. { bēz }

**BJT** *See* bipolar junction transistor.

**Bk** *See* berkelium.

**BL** *See* base line.

**Blaauw mechanism** [ASTRON] An explanation for the disruption of a binary system as being due to the decrease in the gravitational binding force when a shell of gas ejected by the primary component overtakes the secondary. { 'blō ,mek·ə,niz·əm }

**black** [CHEM] Fine particles of impure carbon that are made by the incomplete burning of carbon compounds, such as natural gas, naphthas, acetylene, bones, ivory, and vegetables. [COMMUN] *See* black signal. [OPTICS] Quality of an object which uniformly absorbs large percentages of light of all visible wavelengths. { blak }

**black acids** [MATER] Sulfonates in the sludge formed during treatment of petroleum products with sulfuric acid; soluble in water but insoluble in naphtha, benzene, and carbon tetrachloride. { ¦blak 'as·ədz }

**black alkali** [GEOL] A deposit of sodium carbonate that has formed on or near the surface in arid to semiarid areas. { ¦blak 'al·kə,lī }

**black amber** *See* jet coal. { ¦blak 'am·bər }

**black-and-white groups** *See* Shubnikov groups. { ¦blak ən ¦wīt 'grüps }

**black-and-white television** *See* monochrome television. { ¦blak ən ¦wīt 'tel·ə,vizh·ən }

**black annealing** [MET] A type of box annealing used to impart a black color to the metal surface; first process in tin plating. { ¦blak ə'nēl·iŋ }

**black ash** [MATER] A carbon product made by furnace heating of black liquor from papermaking processes. { ¦blak 'ash }

**black balsam** *See* Peru balsam. { ¦blak 'bȯl·səm }

**blackband** [GEOL] An earthy carbonate of iron that is present with coal beds. { 'blak,band }

**black band disease** [INV ZOO] A coral reef disease that is characterized by a thick black band of tissue that advances rapidly across infected corals, leaving empty coral skeletons behind. { ¦blak¦band di,zēz }

**blackberry** [BOT] Any of the upright or trailing shrubs of the genus *Rubus* in the order Rosales; an edible berry is produced by the plant. { 'blak,ber·ē }

**blackbird** [VERT ZOO] Any bird species in the family Icteridae, of which the males are predominantly or totally black. { 'blak,bərd }

**black blight** [PL PATH] Any of several diseases of tropical plants caused by superficial sooty molds. { 'blak ,blīt }

**blackboard** [MATER] A panel, usually black but sometimes colored, for writing on with chalk. Also known as chalkboard. { 'blak,bȯrd }

**blackbody** [THERMO] An ideal body which would absorb all incident radiation and reflect none. Also known as hohlraum; ideal radiator. { 'blak¦bäd·ē }

**blackbody radiation** [THERMO] The emission of radiant energy which would take place from a blackbody at a fixed temperature; it takes place at a rate expressed by the Stefan-Boltzmann law, with a spectral energy distribution described by Planck's equation. { 'blak¦bäd·ē ,rā·dē'ā·shən }

**blackbody temperature** [THERMO] The temperature of a blackbody that emits the same amount of heat radiation per unit area as a given object; measured by a total radiation pyrometer. Also known as brightness temperature. { 'blak¦bäd·ē ,tem·prə·chər }

**black box** [ENG] Any component, usually electronic and having known input and output, that can be readily inserted into or removed from a specific place in a larger system without knowledge of the component's detailed internal structure. { 'blak ,bäks }

**black-bulb thermometer** [ENG] A thermometer whose sensitive element has been made to approximate a blackbody by covering it with lampblack. { 'blak ,bəlb thər'mäm·əd·ər }

**black buran** *See* karaburan. { 'blak bü'rän }

**black canker** *See* ink disease. { 'blak 'kaŋ·kər }

**black carbon counter** [NUCLEO] The original type of radiation counter used in radiocarbon dating, in which the sample, whose carbon has first been converted to carbon black, is mounted on the inside of a steel cylinder which is inserted into a sensitive Geiger counter. Also known as Libby counter. { 'blak ¦kär·bən ,kaùnt·ər }

**black chaff** [PL PATH] A bacterial disease of wheat caused by *Xanthomonas translucens undulosa* and characterized by dark, longitudinal stripes on the chaff. { 'blak ¦chaf }

**black coal** *See* natural coke. { ¦blak 'kōl }

**black cobalt** *See* asbolite. { ¦blak 'kō·bȯlt }

**black copper** [MET] The more or less impure metallic copper (70–99% copper) produced in blast furnaces when running on oxide ores or roasted sulfide material. { ¦blak 'käp·ər }

**black coral** [INV ZOO] The common name for antipatharian cnidarians having black, horny axial skeletons. { ¦blak 'kär·əl }

**black cotton soil** *See* regur. { ¦blak ¦kat·ən 'sȯil }

**black cyanide** *See* calcium cyanide. { ¦blak 'sī·ə,nīd }

**blackdamp** [MIN ENG] A nonexplosive mixture of carbon dioxide with other gases, especially with 85–90% nitrogen, which is heavier than air and cannot support flame or life. Also known as chokedamp. { 'blak,damp }

**black death** *See* plague. { ¦blak 'deth }

**black diamond** *See* carbonado. { ¦blak 'dī·mənd }

**black disease** [VET MED] Necrotic hepatitis of sheep, resulting from infection with *Clostridium novyi* type B, with the necessary conditions for the growth of the clostridia provided by the damaged liver tissue produced by the fluke *Fasciola hepatica*. { 'blak di'zēz }

**black drop** [ASTRON] As seen through a telescope, an apparent dark elongation of the image of Venus or Mercury when the planets' images are at the sun's limb. { ¦blak 'dräp }

**black durain** [GEOL] A durain that has high hydrogen content and volatile matter, many microspores, and some vitrain fragments. { ¦blak 'dù,rān }

**black dwarf** *See* brown dwarf. { ¦blak 'dwȯrf }

**black end** [PL PATH] **1.** A disease of the pear marked by blackening of the epidermis and flesh in the region of the calyx; believed to be a result of a disturbed water relation. **2.** A fungus disease of the banana caused by several species, especially *Gloesporium musarum*, characterized by discoloration of the stem of the fruit. { 'blak ,end }

**blacker-than-black level** [COMMUN] In television, a level of greater instantaneous amplitude than the black level, used for synchronization and control signals. { 'blak·ər than 'blak ,lev·əl }

**blackeye bean** *See* cowpea. { 'blak,ī 'bēn }

**blackfire** [PL PATH] A bacterial disease of tobacco caused by *Pseudomonas angulata* and characterized by angular leaf spots which gradually darken and may fall out, leaving ragged holes. { 'blak,fīr }

**black frost** [HYD] A dry freeze with respect to its effects upon vegetation, that is, the internal freezing of vegetation unaccompanied by the protective formation of hoarfrost. Also known as hard frost. { ¦blak 'frȯst }

**black granite** *See* diorite. { ¦blak 'gran·ət }



**BLACKBERRY**

Thorny, biennial stem of blackberry shrub.