# EXHIBIT 22



XR Communications, LLC
IPR2022-00613
Exhibit 2016
Page 1 of 2

**transaction initiation** plicitly in a transaction-initiation message and returned in a transaction-completion message. (C/MM) 1212.1-1993

**transaction initiation (request)** A request generated by the initiator to start an action by the responder. An initiation message usually transfers a command and sometimes data. For a disk read I/O transaction, for example, the initiation transfers the address and command. (C/MM) 1212.1-1993

**transaction, I/O** *See:* I/O transaction.

**transaction layer (1)** The layer above the packet layer for use by applications. It is unspecified in this standard. *See also:* transaction. (C/BA) 1355-1995
(2) The layer, in a stack of three protocol layers defined for the Serial Bus, that defines a request-response protocol to perform bus operations of type read, write, and lock. (C/MM) 1394-1995

**transaction matrix** A matrix that identifies possible requests for database access and relates each request to information categories or elements in the database. (C) 610.12-1990

**transaction record** A record, representing one transaction, used to process data stored in a master file. *See also:* update transaction; null transaction; change transaction; delete transaction; add transaction. (C) 610.2-1987

**transactor** A magnetic device with an air-gapped core having an input winding which is energized with an alternating current and having an output winding which produces a voltage that is a function of the input current. *Note:* The term "transactor" is a contraction of the words "transformer" and "reactor." (SWG/PE/PSR) C37.110-1996, C37.100-1992

**transadmittance** For harmonically varying quantities at a given frequency, the ratio of the complex amplitude of the current at one pair of terminals of a network to the complex amplitude of the voltage across a different pair of terminals. *See also:* interelectrode transadmittance. (IM/HFIM) [40]

**transadmittance compression ratio (electron tube)** The ratio of the magnitude of the small-signal forward transadmittance of the tube to the magnitude of the forward transadmittance at a given input signal level. (ED) 161-1971w

**transadmittance, forward** *See:* forward transadmittance.

==**transceiver (1) (data transmission)** The combination of radio transmitting and receiving equipment in a common housing, usually for portable or mobile use, and employing common circuit components for both transmitting and receiving.== (PE) 599-1985w
(2) **(navigation aids)** A combination transmitter and receiver in a single housing, with some components being used by both parts. *See also:* transponder. (AES/GCS) 172-1983w
(3) (A) A device that both transmits and receives data. (B) A device that connects a host interface to a network. (C) A device that applies electronic signals to the cable and may sense collisions. *Note:* Definition (C) is contextually specific to IEEE Std 802.3. (C) 610.7-1995

**transceiver cable** A four-pair, shielded cable which interconnects a workstation to a transceiver or fan-out box. *Note:* This term is contextually specific to IEEE Std 802.3. *See also:* coaxial cable; trunk cable; drop cable; attachment unit interface cable. (C) 610.7-1995

**transceiver chatter** *See:* chatter.

**transconductance** The real part of the transadmittance. *Note:* Transconductance is, as most commonly used, the interelectrode transconductance between the control grid and the plate. At low frequencies, transconductance is the slope of the control-grid-to-plate transfer characteristic. *See also:* interelectrode transconductance; electron-tube admittances. (ED) 161-1971w

**transconductance meter (mutual-conductance meter)** An instrument for indicating the transconductance of a grid-controlled electron tube. *See also:* instrument. (EEC/PE) [119]

**transcribe (electronic computation)** To convert data recorded in a given medium to the medium used by a digital computing machine or vice versa. (C) 162-1963w

**transcriber (electronic computation)** Equipment [...] with a computing machine for the purpose of [...] put (or output) data from a record of information [...] language to the medium and the language used by [...] computing machine (or from a computing machine to [...]) of information). (Std100) [...]

**transducer (1)** (electrical heating applications to [...] naces and forehearths in the glass industry) A device [...] actuated by power from one system and supplies [...] any other form to a second system. (IA) [...]
(2) **(communication and power transmission)** A device by means of which energy can flow from one or more [...] sion systems or media to one or more other transm[...] tems or media. *Note:* The energy transmitted by these [...] or media may be of any form (for example, it may be [...] mechanical, or acoustical), and it may be of the [...] or different forms in the various input and output [...] media. (MIL/C/AP/ANT) [2], [85], [...]
(3) **(metering)** A device to receive energy from one [...] and supply energy (of either the same or of a differ[...] to another system, in such a manner that the desir[...] teristics of the energy input appear at the output. (ELM) [...]
(4) **(thyristor)** A device which under the influ[...] change in energy level of one form or in one system, [...] a specified change in energy level of another form [...] other system. (IA/IPC) [...]
(5) A device for converting energy from one form to [...] (C) 610.[...]
(6) A device converting energy from one domain [...] The device may either be a sensor or an actuator. (IM/ST) [...]
(7) A device converting energy from one domain [...] calibrated to minimize the errors in the conversion [...] A sensor or an actuator. (IM/ST) [...]

**transducer, active** *See:* active transducer.

**Transducer Block** An instance of a subclass of [...] `TransducerBlock`. (IM/ST) [...]

**transducer conversion loss** The ratio of the SAW [...] erated in the substrate at the transducer output [...] available in the circuit at the transducer input [...] (UFFC) [...]

**Transducer Electronic Data Sheet (TEDS)** (1) A [...] describing a transducer stored in some form of elec[...] readable memory. (IM/ST) [...]
(2) Several of the IEEE 1451.X standards use TE[...] vide a machine-readable specification of the character[...] the transducer interface. (IM/ST) [...]

**transducer gain (1)** The ratio of the power that the [...] delivers to the specified load under specified oper[...] ditions to the available power of the specified sou[...] 1. If the input and/or output power consist of mo[...] component, such as multifrequency signals or no[...] particular components used and their weighting m[...] ified. 2. This gain is usually expressed in decibe[...] transducer. (Std100) [...]
(2) **(two-port linear transducer)** At a specified [...] the ratio of the actual signal power transferred fro[...] port of the transducer to its load, to the available [...] from the source driving the transducer. (ED) [...]

**transducer, ideal** *See:* ideal transducer.

**Transducer Independent Interface** The digital [...] to connect a Smart Transducer Interface Module [...] Capable Application Processor. (IM/ST) [...]

**transducer interface** The physical connection by [...] ducer communicates with the control or data [...] is a member of, including the physical connect[...] wires used and the rules by which informat[...] across the connection. (IM/ST) [...]

**transducer, line** *See:* line transducer.

**transducer loss** The ratio of the available power [...] source to the power that the transducer deliv[...]

[Third column partially obscured:]

[...]nducer, passive [...]
[...] load under specified operating con[...]
[...] and/or output power consist of [...]
[...] such as multifrequency signals [...]
[...] components used and their weigh[...]
[...] loss is usually expressed in de[...]

[...]ucer, passive *See:* passive transd[...]

[...] (1) (telephone switching syste[...]
[...] a customer to instruct the switc[...]
[...] to transfer his call to another st[...]

[...] (A) (electronic computation) To [...]
[...]ation from one device to another [...]
[...]tion) To jump. (C) (electronic co[...]
[...]ferring. *See also:* transmit; jump.
[...](electrostatography) The act of m[...]
[...], or a portion thereof, from one su[...]
[...]rostatic or adhesive forces, witho[...]
[...]onfiguration of the image. *See al[...]

[...] (data management) (software) T[...]
[...] and receive it at another. *See als*
(C) 610.[...]

[...]oftware) To relinquish control b[...]
[...] at another, either with expecta[...]
[...]out such expectation (jump). *See [...]*

[...]Ebus) The movement of a sin[...]
[...] current master to the addressed sl[...]
[...]ed slave to the master.
[...] The successful movement of a bi[...]
[...]TM-Bus Master module and one or [...]
[...] by the MTM-Bus.
To transmit, or copy, information f[...]

[...] admittance (1) (linear passive [...]
[...]nce for which the excitation is a vo[...]
[...] current.
[...]from the $i$th terminal to the $j$th term[...]
[...]work) The (complex) current flowi[...]
[...]ded by the (complex) voltage applie[...]
[...] with respect to the reference poi[...]
[...]als have arbitrary terminations. For [...]
[...] network terminated in short circu[...]

$$\frac{I}{V_1} = 0$$

[...]fer alignment (navigation aids) [...]
[...] reference coordinates to an inertial n[...]
[...] alignment. Accomplished by way [...]
[...] mating, simultaneous measuremen[...]
[...]ns, or by optical measurement techni[...]
(AE[...]

[...] capability The capacity and abil[...]
[...]work to allow for the reliable movem[...]
[...]m an area of supply to an area of nee[...]

[...]characteristic (1) (electron tube [...]
[...]wn by a graph, between the voltage [...]
[...] current to another electrode, all othe[...]
[...] maintained constant. *See also:* ele[...]

[...] (camera tubes) A relation between [...]
[...] tube and the corresponding signal o[...]
[...]fied conditions of illumination. *Note*
[...] shown by a graph of the logarithm [...]
[...]nt as a function of the logarithm of [...]
[...] illumination; television; sensitivity

[...]fer check (electronic computation) [...]
[...]matic check) on the accuracy of a da[...]
[...]ular, a check on the accuracy of the [...]

[...] constant *See:* image transfer cons[...]

XR Communications, LLC
IPR2022-00613
Exhibit 2016
Page 2 of 2