# EXHIBIT 23

# McGraw-Hill
# DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition

XR Communications, LLC
IPR2022-00613
Exhibit 2017
Page 1 of 3

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

   1. Science—Dictionaries.  2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34        1989        503'/21        88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office

XR Communications, LLC
IPR2022-00613
Exhibit 2017
Page 2 of 3

detects presence of unwanted metal in an ore stream, and sounds an alarm or removes the metal. { 'tramp ¦med·əl di,tek·tər }

**tramway** [MECH ENG] An overhead rail, rope, or cable on which wheeled cars run to convey a load. { 'tram,wā }

**tranexamic acid** [PHARM] $C_8H_{15}NO_2$ Crystals which soften at 270°C and are soluble in water; used as a hemostatic agent. Abbreviated AMCHA. { ¦tran·ik¦sam·ik 'as·əd }

**tranquilizer** [PHARM] **1.** Any agent that brings about a state of relief from anxiety, or peace of mind. **2.** Any agent that produces a calming or sedative effect without inducing sleep. **3.** Any drug, such as chlorpromazine, used primarily for its calming and antipsychotic effects, or such as meprobamate, used for symptomatic treatment of common psychoneuroses and as an adjunct in somatic disorders complicated by anxiety and tension. { 'traŋ·kwə,līz·ər }

**transacter** [COMPUT SCI] A system in which data from sources in a number of different locations, as in a factory, are transmitted to a data-processing center and immediately processed by a computer. { tran'sak·tər }

**transaction** [COMPUT SCI] General description of updating data relevant to any item. { tran'sak·shən }

**transaction data** [COMPUT SCI] A set of data in a data-processing area in which the incidence of the data is essentially random and unpredictable; hours worked, quantities shipped, and amounts invoiced are examples from, respectively, the areas of payroll, accounts receivable, and accounts payable. { tran'sak·shən ,dad·ə }

**transaction file** *See* detail file. { tran'sak·shən ,fīl }

**transaction processing system** [COMPUT SCI] A system which processes predefined transactions, one at a time, with direct, on-site entry of the transactions into a terminal, and which produces predefined outputs and maintains the necessary data base. { tran'sak·shən 'prä,ses·iŋ ,sis·təm }

**transaction record** *See* change record. { tran'sak·shən ,rek·ərd }

**transaction tape** *See* change tape. { tran'sak·shən ,tāp }

**transadmittance** [ELECTR] A specific measure of transfer admittance under a given set of conditions, as in forward transadmittance, interelectrode transadmittance, short-circuit transadmittance, small-signal forward transadmittance, and transadmittance compression ratio. { ¦tranz·ad'mit·əns }

**transaminase** [BIOCHEM] One of a group of enzymes that catalyze the transfer of the amino group of an amino acid to a keto acid to form another amino acid. Also known as aminotransferase. { ¦tranz'am·ə,nās }

**transamination** [CHEM] **1.** The transfer of one or more amino groups from one compound to another. **2.** The transposition of an amino group within a single compound. { tran,sam·ə'nā·shən }

**transcapsidation** [VIROL] Change in the capsid of PARA (particle aiding replication of adenovirus) from one type of adenovirus to another. { ¦tranz,kap·sə'dā·shən }

**transceiver** [COMPUT SCI] A device which transmits and receives data from punch card to punch card; it is essentially a conversion device which at the sending end reads the card and transmits the data over the wire, and at the receiving end punches the data into a card. [ELECTR] A radio transmitter and receiver combined in one unit and having switching arrangements such as to permit use of one or more tubes for both transmitting and receiving. Also known as transmitter-receiver. { tran'sē·vər }

**transceiver data link** [COMPUT SCI] Integrated data processing by means of punched cards, using transceivers as terminal equipment; the transmission path can be wire or radio. { tran'sē·vər 'dad·ə ,liŋk }

**transcendental element** [MATH] An element of a field $K$ is transcendental relative to a subfield $F$ if it satisfies no polynomial whose coefficients come from $F$. { ¦tran,sen¦dent·əl 'el·ə·mənt }

**transcendental field extension** [MATH] A field extension $K$ of $F$ where the elements of $K$ not in $F$ are all transcendental relative to $F$. { ¦tran,sen¦dent·əl 'fēld ik,sten·chən }

**transcendental functions** [MATH] Functions which cannot be given by any algebraic expression involving only their variables and constants. { ¦tran,sen¦dent·əl 'fəŋk·shənz }

**transcendental number** [MATH] An irrational number that is the root of no polynomial with rational-number coefficients. { ¦tran,sen¦dent·əl 'nəm·bər }

**transconductance** [ELECTR] An electron-tube rating, equal to the change in plate current divided by the change in grid voltage that causes it, when the other electrode voltages are maintained constant. Also known as mutual conductance; grid-plate transconductance. Symbolized $G_m$; $g_m$. {

**transcontinental ballistic missile** having a range of at least 12,500 mil it can be fired from any point on the any surface target. { ¦tranz,känt·ən

**transcribe** [COMPUT SCI] To copy ing, from one external computer st [ELECTR] To record, as to record a of electric transcriptions or magneti casting. { tranz'krīb }

**transcriber** [COMPUT SCI] The e information from one form to anoth puter input data to the medium a computer. { tranz'krī·bər }

**transcription** [ENG ACOUS] A 16 timeter), 33⅓-rpm disk recording of made especially for broadcast purpo trical transcription. [MOL BIO] T nucleic acid is formed from { tranz'krip·shən }

**transcrystalline** [MET] Across th of cracks in metals. Also known as ular. { ¦tranz'krist·əl·ən }

**transcurrent fault** [GEOL] A stri by a steeply inclined surface. Also l { ¦tranz¦kə·rənt 'fȯlt }

**transducer** [ENG] Any device or input signal into an output signal of include the microphone, phonograph rometer, photoelectric cell, autom underwater sound transducer. { tra

**transducer loss** [ELECTR] The ra to a transducer from a specified so transducer delivers to a specified l decibels. { tranz'dü·sər ,lȯs }

**transduction** [MICROBIO] Transf tween bacterial cells by bacteriopha

**transductor** *See* magnetic ampl { tranz'dək·tər }

**transect** [SCI TECH] To cut acro { tran'sekt }

**transesterification** [ORG CHEM] acid ester into another ester of that ə·fə'kā·shən }

**transfection** [GEN] Infection of a nucleic acid or ribonucleic acid. {

**transfer** [COMPUT SCI] *See* jump. inclined connection between two or pass. [NAV] **1.** The distance a v to its initial direction in making a t rudder angle. **2.** The distance a ves its initial direction for turns of less t

**transfer admittance** [ELECTR] electron tubes and other transducers the complex alternating componen terminal from its external terminati alternating component of the volta terminal on the cathode or referenc have arbitrary external terminations

**transferase** [BIOCHEM] Any of va the transfer of a chemical group fro { 'tranz·fə,rās }

**transfer caliper** [DES ENG] A cal can be opened (or closed) to remo piece being measured; used to mea projections. { 'tranz·fər ,kal·ə·pər

**transfer car** [MIN ENG] A quarry c tracks, on which the gang car may saw gang. { 'tranz·fər ,kär }

**transfer card** *See* transition card.

**transfer chamber** [ENG] In plas which thermosetting plastic is soft before being placed in a closed mol fər ,chām·bər }

**transfer characteristic** [ELECTR

XR Communications, LLC
IPR2022-00613
Exhibit 2017
Page 3 of 3