IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATION, LLC dba VIVATO TECHNOLOGIES,, | § § § | |
| *Plaintiff*, | § § | CASE NO. 2:23-CV-00202-JRG-RSP |
| v. | § § | (LEAD CASE) |
| AT&T SERVICES INC., AT&T MOBILITY LLC, AND AT&T CORP., | § § § | |
| *Defendants*. | | |

**ORDER**

It is **ORDERED** that Michael Paul is hereby appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

> Michael D. Paul
> Michael D. Paul, PLLC
> 26110 High Timber Pass St.
> San Antonio, TX 78260-8041
> Phone: (210) 473-8696
> Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction material.

**SIGNED this 13th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE