# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS LLC D/B/A<br>VIVATO TECHNOLOGIES<br><br>v.<br><br>AT&T INC., ET AL. | § § § § § § | Case No. 2:23-CV-0202-JRG-RSP |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**September 11, 2024**

**OPEN:   9:02 am**                                              **ADJOURN: 12:20 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Pickens<br>Philip Wang |
| ATTORNEY FOR DEFENDANTS: | Kevin Anderson<br>Matt Yungwirth<br>John Gibson<br>Sajid Saleem<br>Melissa Smith |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   James Pickens introduced co-counsel and announced ready.   Melissa Smith introduced co-counsel and announced ready.

The Court heard argument on a term by term basis.   Philip Wang and James Pickens presented argument on behalf of Plaintiff.   Kevin Anderson, John Gibson, Matt Yungwirth and Sajid Saleem presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.