AO 435 (Rev. 10/23)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Melissa R. Smith | 2. PHONE NUMBER<br>(903) 934-8450 | 3. DATE<br>9/12/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>303 South Washington Avenue | 5. CITY<br>Marshall | 6. STATE Texas / 7. ZIP CODE 75670 |
| 8. CASE NUMBER<br>2:23-cv-00202-JRG-RSP | 9. JUDGE<br>Roy S. Payne | DATES OF PROCEEDINGS<br>10. FROM 9/11/2024  11. TO 9/11/2024 |
| 12. CASE NAME<br>XR Communications LLC d/b/a Vivato Technologies v. AT&T | | LOCATION OF PROCEEDINGS<br>13. CITY Marshall  14. STATE TX |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Markman Hearing | 9/11/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES / NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| 7-Day | [ ] | [ ] | | | |
| 3-Day | [x] | [ ] | 1 | | |
| Next-Day | [ ] | [ ] | | | |
| 2-Hour | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Melissa R. Smith | PROCESSED BY |
| 19. DATE<br>9/12/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY