IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC., ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:23-cv-00202-JRG-<br>§   RSP<br>§<br>§   JURY TRIAL REQUESTED<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF ANDREA L. FAIR

COMES NOW Plaintiff, XR Communications LLC d/b/a Vivato Technologies, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Andrea L. Fair, State Bar Number 24078488, of Miller Fair Henry, PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ *Andrea L. Fair*
Adam S Hoffman
Christian W Conkle
Jacob Buczko
Jonathan Ma
Minna Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
Reza Mirzaie
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025

310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 22ND day of October, 2024.

/s/ *Andrea L. Fair*
Andrea L. Fair