# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | CASE NO. 2:23-cv-00203-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>T-MOBILE USA, INC. | CASE NO. 2:23-cv-00204-JRG-RSP<br><br>**MEMBER CASE** |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW OPPOSED MOTION TO COMPEL

Plaintiff XR Communications, LLC dba Vivato Technologies ("Vivato" or "XR") respectfully move to withdraw its Opposed Motion to Compel ("Motion") Dkt. No. 114. On December 2, 2024, the Parties held a lead and local meet and confer. In the interest of streamlining the issues before the Court and avoiding unnecessary disputes, Plaintiff hereby requests withdrawal of its Motion at this time. Plaintiff expressly reserves all rights to refile the Motion, in whole or in part, at any time, as Plaintiff maintains that the issues remain ripe for resolution.

1

Counsel for Vivato met and conferred with counsel for Defendant via email and counsel for Defendant indicated that Defendant is unopposed to the relief set forth herein.

Dated: December 6, 2024                               Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff XR Communications, LLC d/b/a Vivato Technologies*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ *Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Defendants do not oppose the relief requested in the Motion.

*/s/ Reza Mirzaie*
*Reza Mirzaie*