# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**LEAD CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | CASE NO. 2:23-cv-00203-JRG-RSP<br><br>**MEMBER CASE** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>v.<br><br>T-MOBILE USA, INC. | CASE NO. 2:23-cv-00204-JRG-RSP<br><br>**MEMBER CASE** |

## PROPOSED ORDER GRANTING MOTION TO WITHDRAW OPPOSED MOTION TO COMPEL

Before the Court is Plaintiff XR Communications, LLC dba Vivato Technologies ("Vivato" or "XR") Motion to withdraw their Opposed Motion to Compel ("Motion") Dkt. 114. For good cause shown, the Court finds that Vivato's Motion is hereby **GRANTED.**

1