IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, d/b/a VIVATO TECHNOLOGIES, §§§§§ *Plaintiff*, §§§ v. § AT&T SERVICES INC., AT&T §§§§ MOBILITY LLC, and AT&T CORP., *Defendants*. | CIVIL ACTION NO. 2:23-CV-00202-JRG-RSP |

## ORDER

Before the Court is Plaintiff XR Communications, LLC's Motion to withdraw their Opposed Motion to Compel Dkt. 114. **Dkt. No. 117**. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED.**

Therefore it is **ORDERED** that Plaintiff's Motion to Compel (Dkt. No. 114) is withdrawn.

**SIGNED this 9th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE