# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, § § § Plaintiff, § § v. § § AT&T SERVICES INC., AT&T MOBILITY § LLC, and AT&T CORP., § § Defendants. § § NOKIA OF AMERICA CORPORATION and § ERICSSON INC., § § Intervenors. § | NO. 2:23-CV-00202-JRG-RSP (Lead) |

## PRELIMINARY CONSTRUCTIONS

| ID | Disputed Term | Preliminary Construction |
|---|---|---|
| A | "forward path pre-equalization parameter" ('369 Patent, Claims 1, 13, 21, 32, 33, 41) | Pre-equalization parameter for modifying a forward path signal to reduce unwanted effects associated with multipath fading between the transmitter and the receiver |
| B | "substantially reciprocal to" ('369 Patent, Claim 12) | |
| C | "wireless input/output (I/O) unit" ('939 Patent, Claims 15, 30) | Plain and Ordinary Meaning |

| | | |
|---|---|---|
| D | "signal transmission/reception coordination logic" ('939 Patent, Claims 15, 30) | Governed by 35 U.S.C. § 112 ¶ 6<br>**Function:**<br>**Claim 15:** "ascertaining, by monitoring the plurality of access points for received signals, that:" (i) "a first access point of the plurality of access points is receiving a first signal on a first channel," (ii) "a second access point of the plurality of access points is receiving a second signal that is ongoing on a second channel," (iii) "restrain[ing] at least a third access point of the plurality of access points from transmitting a third signal on a third channel responsive to the ascertaining that the first access point is receiving the first signal and that the second access point is receiving the second signal that is ongoing-on the second channel, wherein the restraining at least the third access point prevents degradation to the first and second signals"<br>**Claim 30:** (i) "ascertaining, by monitoring the plurality of access points for received signals, that a first access point of the plurality of access points is receiving a first signal on a first channel" and (ii) "restrain[ing] at least a second access point of the plurality of access points from transmitting a second signal on a second channel different from the first channel responsive to the ascertaining that the first access point is receiving the first signal."<br>**Structure:** "(1) accepting multiple receive indicators from multiple BB units; (2) determining whether an affirmative signal reception indicator from a BB unit is detected in the indicators; (3) providing instructions to the MACs that are associated with any BB units for which an affirmative reception indicator is detected to restrain |

| ID | Disputed Term | Preliminary Construction |
|---|---|---|
| | | signal transmission." Fig. 7; Col. 10:22-60 |
| E-1 | "restrain . . . responsive to the ascertaining that the first access point is receiving the first signal and that the second access point is receiving the second signal that is ongoing-on the second channel"<br><br>('939 Patent, Claim 15) | Plain and Ordinary Meaning |
| E-2 | "restrain . . . responsive to the ascertaining that the first access point is receiving the first signal"<br><br>('939 Patent, Claim 30) | Plain and Ordinary Meaning |
| F | "the access point"<br><br>('939 Patent, Claims 20–21) | Indefinite |
| G | "transceiver"<br><br>('235 Patent, Claims 1, 15, 18, 19) | Plain and Ordinary Meaning |
| H | "n multiple-input multiple-output transceivers (MIMO)"<br><br>('511 Patent, Claims 1, 10) | Plain and Ordinary Meaning |
| I | "MIMO transmitter . . ."; "MIMO receiver . . ."<br><br>('511 Patent, Claims 1, 10, 20) | Plain and ordinary Meaning. |
| J | "2nd Generation Partnership Project (3GPP) Long Term Evolution (LTE) 3GPP LTE-Advanced, 3GPP LTE-TDD, 3GPP LTE-FDD"<br><br>('511 Patent, Claims 2, 11) | "one of the 3GPP LTE, LTE-Advanced, LTE-TDD or LTE-FDD standards that existed at the time of invention" |