IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>             Plaintiff,<br><br>     vs.<br><br>AT&T SERVICES INC., ET AL.,<br><br>             Defendants.<br><br>ERICSSON, INC. ET AL.,<br><br>             Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Opposed Motion for Leave to Supplement Invalidity Contentions. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.