## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br> Defendants, <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br> Intervenors. | Case No. 2:23-cv-00202-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSED MOTION (ECF NO. 123)**

Before the Court is Plaintiff XR Communications, LLC dba Vivato Technologies ("Vivato" or "XR") Unopposed Motion for Extension of Time to Respond to Defendants' Opposed Motion  ("Motion") Dkt. 123.  For good cause shown, the Court finds that Vivato's Motion is hereby **GRANTED.**