# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>            Plaintiff,<br><br>    v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>            Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>            Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' / INTERVENORS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. (collectively, "AT&T"), Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless (collectively, "Verizon"), and T-Mobile USA, Inc. ("T-Mobile") (collectively with AT&T and Verizon, "Defendants"), and Intervenors Nokia of America Corporation and Ericsson Inc. (collectively, "Intervenors") hereby move to extend the time for Defendants/Intervenors to respond to Plaintiff's Renewed Motion to Compel from January 6, 2025 to January 13, 2025. There is good cause for this request because the current deadline falls just after several holidays during which it has been and/or will be challenging for Defendants and Intervenors to gather relevant information and consult internally regarding their response to the Motion. Moreover, during the parties' lead and local meet and confer relating to the issues identified in Plaintiff's Motion, the parties agreed to one-week extensions of time to respond to any motions to compel filed on issues discussed during the meet and confer.

This extension is not requested for the purposes of delay. Plaintiff does not oppose the requested extension.

For this reason, Defendants and Intervenors respectfully request that the Court grant this unopposed extension and extend the deadline to respond to the Renewed Motion to Compel up to and through January 13, 2025.

Dated: December 31, 2024

Respectfully submitted,

*/s/* Matthew S. Yungwirth
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543
Email: ddacus@dacusfirm.com

Matthew S. Yungwirth
Email: msyungwirth@duanemorris.com
John R. Gibson
Email: jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**

2

>2801 Via Fortuna
>Suite 200
>Austin, Texas 78746-7567
>Telephone: (512) 277-2272
>Facsimile: (512) 227-2301
>
>Tyler Marandola
>tmarandola@duanemorris.com
>**DUANE MORRIS LLP**
>30 S. 17th Street
>Philadelphia, PA 19103
>Telephone: (215) 979-1000
>
>Elissa Sanford
>esanford@duanemorris.com
>**DUANE MORRIS LLP**
>901 New York Avenue NW
>Suite 700 East
>Washington, D.C. 20001-4795
>Telephone: (202) 776-5231
>
>*Counsel for Defendants/Intervenors*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). Plaintiff does not oppose this request.

>*/s/ Matthew S. Yungwirth*
>Matthew S. Yungwirth

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 31, 2024.

>*/s/ Matthew S. Yungwirth*
>Matthew S. Yungwirth