# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>　　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>　　　　Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING DEFENDANTS' / INTERVENORS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION TO COMPEL**

　　Before the Court is Defendants'/Intervenors' Unopposed Motion for Extension of Time to Respond to Plaintiff's Renewed Motion to Compel ("Motion"). After consideration of the same, the Court is of the opinion that the Defendants'/Intervenors' Motion should be and is hereby **GRANTED**.

　　**IT IS HEREBY ORDERED** that Defendants' / Intervenors' response to Plaintiff's Renewed Motion to Compel is therefore extended to January 13, 2025.