# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>            Plaintiff,<br><br>   v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>            Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>            Intervenors. | Case No. 2:23-cv-00202-JRG-RSP (Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING DEFENDANTS' / INTERVENORS' OPPOSED MOTION TO COMPEL PLAINTIFF TO SUPPLEMENT ITS RESPONSES TO INDIVIDUAL INTERROGATORY NOS. 1 – 6**

Before the Court is Defendants'/Intervenors' Opposed Motion to Compel Plaintiff to Supplement its Responses to Individual Interrogatory Nos. 1-6 ("Motion"). After consideration of the same, the Court is of the opinion that the Defendants'/Intervenors' Motion should be and is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff will provide substantive responses to Defendants'/Intervenors' Individual Interrogatory Nos. 1-6 by, for each claim limitation for which it will rely on source code to prove its claims, identifying the source code by page:line number that it contends support its infringement contentions. If Plaintiff does not provide substantive responses within ten (10) days of this Order, then Plaintiff is precluded from relying on source code.