# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>　　　　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>　　　　　　Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

### Nokia Source Code Review Sign-In Sheet

### December 18-19, 2023

| Date | Name | Company | Time In | Time Out |
|---|---|---|---|---|
| 12/18/23 | Erik de la Iglesia | Self | 9:04 AM | 4:21 PM |
| 12/19/23 | " | " | 9:02 AM | 3:07 PM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

XR Communications, LLC v. AT&T Services Inc., et al.
Case No. 2:23-cv-00202-JRG-RSP (EDTX)

# Ericsson Source Code Review Sign-In Sheet

## June 18-20, 2024

| Date | Name | Company | Time In | Time Out |
|---|---|---|---|---|
| 6-18 | Matt McKune | XR (SIW) | 10 | 12 |
| 6-18 | Matt McK | XR | 1 | 130 |
| 6-18 | Matt McK | XR | 135 | 220 |
| 6-18 | Matt McKun | XR | 225 | 420 |
| 6-19 | Matt McK | XR | 925 | 1015 |
| 6-19 | Matt McK | XR | 1020 | 100 |
| 6-19 | Matt McK | XR | 140 | 230 |
| 6-19 | Matt McK | XR | 235 | 452 |
| 6-20 | Matt McK | XR | 935 | 1125 |
| 6-20 | Matt McK | XR | 1130 | 12 |
| 6-20 | Matt McK | XR | 105 | 147 |
| 6-20 | Matt McK | XR | 150 | 241 |
| 6-20 | Matt McK | XR | 245 | 334 |

DM2\19740090.1