**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>            Plaintiff, <br><br>    v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br>          Defendants, <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br>          Intervenors. | Case No. 2:23-cv-00202-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Plaintiff XR Communications, LLC dba Vivato Technologies Unopposed Motion for Extension of Time to Respond to Defendants' Opposed Motion for Leave to Supplement Invalidity Contentions (Dkt. No. 123). **Dkt. No. 124**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff has until January 17, 2025 to respond to Defendants' Motion (Dkt. No. 123).

**SIGNED this 31st day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE