# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br> Defendants, <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br><br> Intervenors. | Case No. 2:23-cv-00202-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Defendants' / Intervenors' Unopposed Motion for Extension of Time to Respond to Plaintiff's Renewed Motion to Compel (Dkt. No. 122). **Dkt. No. 125**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants' / Intervenors' response to Plaintiff's Renewed Motion to Compel (Dkt. No. 122) is extended to January 13, 2025.

**SIGNED this 2nd day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE