# Exhibit C

**From:** Saleem, Sajid SSaleem@duanemorris.com
**Subject:** XR v. AT&T Services et al - Defendants First Amended Invalidity Contentions
**Date:** December 3, 2024 at 8:28 AM
**To:** RAK Vivato team rak_vivato@raklaw.com
**Cc:** DM-XRmatters DM-XRmatters@duanemorris.com

Counsel,

Pursuant to PR 3-6(a)(2), Defendants are serving amended invalidity contentions, including an additional prior art reference for U.S. Patent No. 7,177,369. Upon receiving the Court's Preliminary Constructions on the morning of the day of the Claim Construction hearing, Defendants began searching for additional prior art that was consistent with the Court's construction, which was not proposed by either party.

The Keller reference that is the subject of this amendment was located as part of that search after the Markman hearing, and was produced last night, and discloses this limitation under the Court's claim construction.

Thanks,
Sajid



**Sajid Saleem**
Special Counsel

Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929

**P:** +1 404 253 6952
**F:** +1 404 529 4678

E-MAIL

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

| Exhibit E-11-369 in view of Keller .pdf  | XR v. ATT Services et al - Defendants First Amended…  |
|---|---|