# Exhibit J

Exhibit E-7

## INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 7,177,369
## BASED ON EH ("YEH")

Based upon Plaintiff's Complaint, Infringement Contentions, and apparent claim constructions and application of the claims to Defendant's accused products, as best as they can be deciphered, the reference charted below anticipates or at least renders obvious the asserted claims. These invalidity contentions are not an admission by the Defendant that the accused products are covered by or infringe the asserted claims, particularly when these claims are properly construed and applied. These invalidity contentions are not an admission that the Defendant concedes or acquiesces to any claim construction implied or suggested by Plaintiff's Complaint or Infringement Contentions. Nor is Defendant asserting any claim construction positions through these charts, including whether the preamble is a limitation. The portions of the prior art reference cited below are not exhaustive but are exemplary in nature.

"Channel Estimation Using Pilot Tones in OFDM System" by Yeh, et al., IEEE Transactions on Broadcasting, Vol. 45, No. 4, ("Yeh") (pp. 400-409) published in December 1999. This reference is prior art under at least 35 U.S.C. § 102(a)(b), and 103(a). As described in the following claim chart, the asserted claims of U.S. Patent No. 7,177,369 (the "'369 Patent"), are invalid as anticipated by Yeh.

To the extent that Yeh is found not to anticipate one or more of the asserted claims of the '369 Patent, these claims are invalid as obvious in view of Yeh alone or in combination with other prior art references disclosed in Defendant's Invalidity Contentions and accompanying charts, including without limitation as set forth below.

| '369 Patent | Yeh |
|---|---|
| Claim 1 | |
| 1[p] A method comprising: | To the extent the preamble is limiting, Yeh discloses this claim limitation explicitly, inherently, or as a matter of common sense, or it would have been obvious to add missing aspects of the limitation.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>Yeh is entitled "Channel Estimation Using Pilot Tones in OFDM System" wherein "Two **time-domain channel estimation methods** are proposed" and Yeh finds that "the proposed time-domain channel estimation schemes **perform better than the conventional frequency domain channel estimation techniques**". Yeh at p. 400. |

| '369 Patent | Yeh |
|---|---|
| | Thus, Yeh encourages a POSITA to use a time-domain approach that includes "***identifying at least one multipath transmission delay within a reverse path data signal received from a receiving device***" in place of a frequency domain approach for OFDM. Yeh describes that "A typical OFDM system is depicted in Fig. 2":  Figure 2  Channel model estimation of frequency pilot in the frequency domain Yeh at p. 406. More specifically, Yeh teaches "channel estimation conducted in the time domain" using two approaches "FPTA" and "TPTC" as summarized by the excerpt below: |

| '369 Patent | Yeh |
|---|---|
| | Pilot tones are modulated with a PN sequence in the frequency domain and are inserted into each OFDM symbol with a ratio PR =1/R using scheme A. The channel response is estimated in the frequency domainusing FFT processing and comparing received pilots with the locally stored reference pilots. This is referred to as the Frequency Pilot Frequency Interpolation (FPFI) technique since the channel response is obtained via frequency interpolation. The pilot tones can also be inserted into the OFDM symbols using scheme B. In this scheme, all pilot tones are inserted in the first OFDM symbol (pilot symbol) of a data frame. The channel response is obtained by averaging several consecutive pilot symbols and comparing the average with a locally stored reference symbol [5]. This technique is referred to as the Frequency Pilot Frequency Average (FPFA) technique.<br><br>In this paper, channel estimation conducted in the time domain is proposed. In one of the two proposed techniques, instead of the PN sequence the positive and negative polarization pilot signals are alternatively inserted into OFDM symbols using FPFI. An OFDM symbol can be regarded as several time slots, with each time slot having a pilot. Assuming that the impulse response of each time slot is identical, one can obtain the channel response in the time domain by averaging these time slots. This technique is referred to as the Frequency Pilot Time Average (FPTA) technique, as depicted in Fig. 3a. | In the other technique a PN sequence is periodically inserted into the OFDM symbol in the time domain, and the channel response can be obtained via correlation in the time domain. This technique is referred to as the Time Pilot Time Correlation (TPTC) technique, as depicted in Fig. 3b. In this technique the channel response is estimated using the correlation of received pilot signal and the locally stored PN sequence [8]. If the transmitted pilot signal $p[n]$ is a PN sequence, the received pilot signal $\tilde{p}[n]$ can be expressed as $\tilde{p}[n] = p[n] \otimes h[n]$ in the time domain ( where $\otimes$ represent the convolution operator ) or $\tilde{P}[k] = P[k] \cdot H[k]$ in the frequency domain. Thus the channel response is given by $H[k] = \tilde{P}[k]/P[k] = \tilde{P}[k] \cdot P[k]^* /|P[k]|^2$. As the spectrum of a PN sequence is nearly constant at the frequency occupied by the received pilot signal, $|P[k]|^2$ can be approximated as a constant, K, which is equal to the length of the PN sequence. Thus the channel response can be estimated using<br><br>$$H[k] = \frac{\tilde{P}[k] \cdot P[k]^*}{K}$$ in the frequency domain<br><br>or<br><br>$$h[n] = \frac{1}{K} \sum_i \tilde{p}[n] \cdot p[n+i]^*$$ in the time domain.<br><br>Yeh at 401. |

| '369 Patent | Yeh |
|---|---|
|  | <br><br>Figure. 3 Proposed Estimation Techniques (a) FPTA (b) TPTC<br><br>Yeh at p. 407.<br><br>Yeh further teaches that: |

| '369 Patent | Yeh |
|---|---|
| | The multipath channel impulse response h[n] is:<br><br>$$h[n] = \delta[n] + \sum_{i=1}^{M} \alpha_i \cdot \delta[n - \tau_i] \ = \sum_{i=0}^{M} \alpha_i \cdot \delta[n - \tau_i] \qquad (3)$$<br><br>Where M is the total number of echoes<br><br>$\alpha_i$ represents the amplitude of $i^{th}$ path echo<br><br>$\tau_i$ represents the delay of $i^{th}$ path echo<br><br>$\alpha_0 = 1, \quad \tau_0 = 0,$ (representing the principle pilot signal )<br><br>p[n] after multipath channel h(n) are:<br><br>$$\tilde{p}[n] = p[n] * h[n] = p[n] + \sum_{i=1}^{M} \alpha_i p[n-\tau_i] \qquad (4)$$<br><br>Yeh at p. 401.<br><br>Thus, a POSITA would understand that the procedure described in Yeh to determine "$h[n]$" necessarily discloses "***identifying at least one multipath transmission delay within a reverse path data signal received from a receiving device***" and the procedure described in Yeh to determine "$H[k]$" discloses "***determining at least one forward path pre-equalization parameter based on said at least one transmission delay***" to the extent that a combination with another base reference uses the frequency domain response "$H[k]$" for "***forward path pre-equalization***". Hence Yeh discloses Claim elements 1a) and 1b).<br><br>Yeh concludes that "the proposed estimation techniques **<u>outperform</u>** the conventional estimation techniques (FPFI and FPFA) in which the **<u>channel response is estimated in the frequency domain</u>**", thereby encouraging the use of "**<u>time-domain channel estimation methods</u>**" that include "***identifying at least one multipath transmission delay within a reverse path data signal received from a receiving device***". Yeh at p. 404. |

Exhibit E-7

| '369 Patent | Yeh |
|---|---|
| | See also Yeh at 404 (Channel Estimation Accuracy and Figures 5-8 showing improved performance providing further reason to use the time domain channel estimation in Yeh). |
| | See also Yeh at 403 ("The FPTA estimation performance is better than the FPFA and FPFI" which is a further motivation to use Yeh's time-domain channel estimation for modifying the OFDM tone power). |
| | See also Yeh at 403 ("The results demonstrate that the proposed estimation techniques (i.e., FPTA and TPTC outperform the conventional estimation techniques (i.e., FPFA and FPFI)."). |
| | One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Channel Estimation and OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 1[a] identifying at least one multipath transmission delay within a reverse path data signal received from a receiving device; | Yeh discloses identifying at least one multipath transmission delay within a reverse path data signal received from a receiving device.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art |

Exhibit  E-7

| '369 Patent | Yeh |
|---|---|
| | based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Channel Estimation and OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 1[b] determining at least one forward path pre-equalization parameter based on said at least one transmission delay; and | Yeh discloses determining at least one forward path pre-equalization parameter based on said at least one transmission delay.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 1[c] modifying a forward path data signal that is to be transmitted to the receiving device based on said at least one forward path pre- | Yeh discloses modifying a forward path data signal that is to be transmitted to the receiving device based on said at least one forward path pre-equalization parameter, where said modifying includes selectively setting different transmission power levels for at least two Orthogonal Frequency Division Multiplexing (OFDM) tones in said forward path data signal.<br><br>For example, see the following passages and/or figures, as well as all related disclosures: |

| '369 Patent | Yeh |
|---|---|
| equalization parameter, where said modifying includes selectively setting different transmission power levels for at least two Orthogonal Frequency Division Multiplexing (OFDM) tones in said forward path data signal. | See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on OFDM signals.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 2. The method as recited in claim 1, further comprising: receiving said reverse path data signal over at least one reverse transmission path. | Yeh discloses receiving said reverse path data signal over at least one reverse transmission path.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Channel Estimation references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |

Exhibit  E-7

| '369 Patent | Yeh |
|---|---|
| 3. The method as recited in claim 2, further comprising: transmitting said modified forward path data signal over at least one forward transmission path. | Yeh discloses transmitting said modified forward path data signal over at least one forward transmission path.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally,  it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 4. The method as recited in claim 1, wherein said reverse path data signal includes at least one type of data selected from a group of different types of data comprising Orthogonal Frequency Division Multiplexing (OFDM) data and Quadrature Phase | Yeh discloses wherein said reverse path data signal includes at least one type of data selected from a group of different types of data comprising Orthogonal Frequency Division Multiplexing  (OFDM) data and Quadrature Phase Shift Keying (QPSK) data.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein in which Yeh uses OFDM signals to estimate the channel.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element |

Exhibit  E-7

| '369 Patent | Yeh |
|---|---|
| Shift Keying (QPSK) data. | explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Channel Estimation, QPSK Usage and OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 5. The method as recited in claim 1, wherein said modified forward path data signal includes at least one type of data selected from a group of different types of data comprising Orthogonal Frequency Division Multiplexing (OFDM) data and Quadrature Phase Shift Keying (QPSK) data. | Yeh discloses The method as recited in claim 1, wherein said modified forward path data signal includes at least one type of data selected from a group of different types of data comprising Orthogonal Frequency Division Multiplexing (OFDM) data and Quadrature Phase Shift Keying (QPSK) data.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein for the purpose of improving the transmissions on the forward link using OFDM.<br><br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification and QPSK Usage references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 6. The method as recited in claim 5, wherein said modified | Yeh discloses wherein said modified forward path data signal includes sub-carrier pre-equalized OFDM data. |

Exhibit E-7

| '369 Patent | Yeh |
|---|---|
| forward path data signal includes sub-carrier pre-equalized OFDM data. | For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 7. The method as recited in claim 6, further comprising: generating corresponding Quadrature Phase Shift Keying (QPSK) modulation values based on said sub-carrier pre-equalized OFDM data. | Yeh discloses generating corresponding Quadrature Phase Shift Keying (QPSK) modulation values based on said sub-carrier pre-equalized OFDM data.<br><br>For example, see the following passages and/or figures, as well as all related disclosures:<br><br>See claims 4, 5.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification and QPSK Usage references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |

| '369 Patent | Yeh |
|---|---|
| 9. The method as recited in claim 1, wherein said reverse path data signal includes identifiable training data. | Yeh discloses The method as recited in claim 1, wherein said reverse path data signal includes identifiable training data.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>See discussion  in 1[p] regarding Yeh's teach of use of a time domain  channel estimate based on signals from a receiving device and the improvements  therein.<br><br>As discussed in 1[p], Yeh teaches using pilot  signals and comparing those to known  locally  stored signals.<br><br>See Title;  See Abstract; See P. 400.<br><br>P. 401 ("Pilot  tones are modulated  with a PN sequence in the frequency domain  and are inserted into  each OFDM symbol  with a ratio PR =1/R using scheme A. The channel response is estimated in the frequency domainusing  FFT processing and<br>comparing  received pilots  with the locally  stored reference pilots.  This is referred to as the Frequency Pilot Frequency Interpolation  (FPFI) technique since the channel response is obtained via frequency interpolation.  The pilot  tones can also be inserted into the OFDM symbols  using scheme B. In this scheme, all pilot  tones are inserted in the first OFDM symbol  (pilot  symbol)  of a data frame. The channel response is<br>obtained by averaging several consecutive pilot  symbols and comparing the average with a locally  stored reference symbol *[ 5 ].* This technique is referred to as the Frequency Pilot Frequency Average (FPFA) technique.<br><br>In this paper, channel estimation  conducted in the time domain  is proposed. In one of the two proposed techniques,  instead of the PN sequence the positive  and negative<br>polarization  pilot  signals are alternatively  inserted into OFDM symbols  in the frequency domain  using FPFI. An OFDM symbol  can be regarded as several time slots, with each time slot having a pilot. Assuming that the impulse  response of each time slot is identical,  one can obtain the channel response in the time domain  by averaging these time slots. This technique is referred to as the Frequency Pilot Time Average (FPTA) technique, as depicted in Fig. 3a. |

| '369 Patent | Yeh |
|---|---|
|  | In the other technique a PN sequence is periodically inserted into the OFDM symbol in the time domain, and the channel response can be obtained via correlation in the time domain. This technique is referred to *as* the Time Pilot Time Correlation (TPTC) technique, as depicted in Fig. 3b. In this technique the channel response is estimated using the correlation of received pilot signal and the locally stored PN sequence [SI. If the transmitted pilot signal p[n] is a PN sequence, the received pilot signal "pn" can be expressed as F[n] = p[n]@ h[n] in the time domain ( where *0* represent the convolution operator ) or **F[k] = P[k] H[k]** in the frequency domain. Thus the channel response is given by **j** **H[k] = F[k]/ P[k] = F[k]. P[k] / I P[k] I'** . **As** the spectrum of 21 PN sequence is nearly constant at the frequency occupied by the received pilot signal, I P[k]12 can be approximated *as* a constant, K, which is equal to the length of the PN sequence. Thus the channel response can be estimated using…"); <br><br> One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention. To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Channel Estimation and Training Data references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 10. The method as recited in claim 9, further comprising: comparing said identifiable training data to a local version of said training data to | Yeh discloses comparing said identifiable training data to a local version of said training data to identify said at least one multipath transmission delay within said reverse path data signal. <br><br> For example, see the following passages and/or figures, as well as all related disclosures: <br><br> See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein. |

| '369 Patent | Yeh |
|---|---|
| identify said at least one multipath transmission delay within said reverse path data signal. | As discussed in 1[p], Yeh teaches using pilot signals and comparing those to known locally stored signals.<br><br>See citations for claim 9<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading, particularly Channel Estimation and Training  Data references in the base invalidity  contention document. Rather than repeat those disclosures  here, they are incorporated by reference into this chart. |
| 12. The method as recited in claim 3, wherein said at least one reverse transmission path is substantially reciprocal to said at least one forward transmission path. | Yeh discloses  wherein said at least one reverse transmission path is substantially  reciprocal to said at least one forward transmission path.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>See discussion  of 1[p], 1[a], 1[b] describing that the base station is a transmitting  device (e.g., for the downlink  OFDM symbols) and that it also determines the pre-equalization  parameter and performs the modification  of the forward path (downlink)  data signal based on the reverse link.<br><br>The use of the reverse link channel conditions  in Yeh to adapt the forward path transmissions  discloses this claim.<br><br>Yeh discloses TDD and using reverse path channel response to predict forward path channel response, which a POSITA would understand to necessarily disclose the limitations  of this claim element.  For example, Yeh discusses inserting  a pilot  tone and comparing it with a "local"  copy for adjusting |

| '369 Patent | Yeh |
|---|---|
|  | transmissions.  See citations for claims 9, 10 above.  This teaches the use of the reverse path channel conditions  for the forward path which relies on the reciprocal nature of the paths.<br><br>Indeed, the '369 acknowledges that reciprocity was already well-known  prior to the '369 patent, particularly  for TDD channels.  See '369 patent at 7:22-34 ("**As is well known**, many materials are electromagnetically  isotropic, which is a property resulting from symmetry in their associated permittivity and permeability  tensors. The Lorentz Reciprocity Theorem applies to such materials. Refraction and dielectric  reflection from materials therefore often show reciprocity, or equivalence of forward and reverse channel characteristics. Diffraction and reflection are inherently reciprocal due to the minimal  media affecting the electromagnetic wave. Thus, reciprocity  can be used to determine  channel characteristics that are used while pre-equalizing  a transmitted path. The use of a reciprocal channel is very useful, for example, when Time Division  Duplex (TDD) channels are implemented.").<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary  skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading, the passages in the base invalidity  contention document discussing the Channel Estimation  and OFDM Tone Modification references. Rather than repeat those disclosures  here, they are incorporated  by reference into this chart. |
| 13. The method as recited in claim 1, wherein identifying said at least one multipath  transmission delay, determining said at least one forward path pre- | Yeh discloses wherein identifying said at least one multipath  transmission  delay, determining  said at least one forward path pre-equalization  parameter, and modifying  said forward path data signal are performed by a transmitting  device.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures: |

| '369 Patent | Yeh |
|---|---|
| equalization parameter, and modifying said forward path data signal are performed by a transmitting device. | See discussion in 1[p] regarding Yeh's teach of use of a time domain channel estimate based on signals from a receiving device and the improvements therein.  The algorithms are run on a transmitting  device that is also receiving the pilot signals on the uplink such as a base station.<br><br>One of ordinary skill would find this limitation disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions Cover Pleading, particularly OFDM Tone Modification  references in the base invalidity  contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 14. The method as recited in claim 13, wherein said transmitting  device includes  a base station device that is operatively configured for use in a wireless communication system. | Yeh discloses wherein said transmitting  device includes a base station device that is operatively configured for use in a wireless communication  system.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>See discussion  in 1[p] regarding Yeh's teach of use of a time domain  channel estimate based on signals from a receiving device and the improvements therein.  The algorithms are run on a transmitting  device that is also receiving the pilot signals on the uplink such as a base station.<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading, particularly OFDM Tone |

| '369 Patent | Yeh |
|---|---|
| | Modification  references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 15. The method as recited in claim 13, further comprising: using at least one transmitting  device receive antenna operatively  coupled to said transmitting device to receive said reverse path data signal  over at least one reverse transmission path from the receiving  device. | Yeh discloses using at least one transmitting  device receive antenna operatively  coupled to said transmitting  device to receive said reverse path data signal over at least one reverse transmission  path from the receiving  device.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>The use of one or more transmit and receive antennas is inherent in, and obvious  over, Yeh's disclosure include  different forms of antennas such as antenna arrays, phased arrays, pointing  antennas and beamforming  antennas.<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly, or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions Cover Pleading, particularly Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 19. The method as recited in claim 15, wherein said transmitting  device is operatively  coupled to a plurality  of first device receive antennas. | Yeh discloses wherein said transmitting  device is operatively  coupled to a plurality  of first device receive antennas.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>One of ordinary skill  would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this  reference is not found to teach this element |

Exhibit  E-7

| '369 Patent | Yeh |
|---|---|
| | explicitly,  implicitly,  or inherently,  the element  would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading,  particularly Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 21. The method as recited in claim 15, wherein determining said at least one forward path pre-equalization  parameter based on said at least one transmission  delay further includes: determining  at least one angle of arrival of said reverse path data signal with respect to said at least one transmitting  device receive antenna. | Yeh discloses wherein determining  said at least one forward path pre-equalization  parameter based on said at least one transmission  delay further includes:  determining  at least one angle of arrival of said reverse path data signal with respect to said at least one transmitting  device receive antenna.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element  would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading,  particularly Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 28. The method as recited in claim 13, further comprising: using at least one transmitting  device transmit antenna operatively  coupled to said transmitting | Yeh discloses using at least one transmitting  device transmit antenna operatively  coupled to said transmitting  device to transmit said modified  forward path data signal over at least one forward transmission  path to the receiving device.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures  taken as a whole, or in combination  with the state of the art |

| '369 Patent | Yeh |
|---|---|
| device to transmit said modified forward path data signal over at least one forward transmission path to the receiving device. | at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common  sense, ordinary  creativity  of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated  by reference into this chart. |
| 32. The method as recited in claim 28, further comprising: setting at least one antenna pointing parameter associated with said at least one transmitting  device transmit antenna based on said at least one forward path pre-equalization parameter. | Yeh discloses  setting at least one antenna pointing  parameter associated with said at least one transmitting device transmit antenna based on said at least one forward path pre-equalization  parameter.

For example, see the following  passages and/or figures, as well as all related disclosures:

One of ordinary  skill  would find this limitation  disclosed either expressly or inherently  in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common  sense, ordinary  creativity  of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated  by reference into this chart. |
| 33. The method as recited in claim 28, further comprising: setting at least one phased array antenna transmission  directing parameter associated with said at least one | Yeh discloses  setting at least one phased array antenna transmission  directing  parameter associated with said at least one transmitting  device transmit antenna based on said at least one forward path pre-equalization  parameter.

For example, see the following  passages and/or figures, as well as all related disclosures:

One of ordinary  skill  would find this limitation  disclosed either expressly or inherently  in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art |

| '369 Patent | Yeh |
|---|---|
| transmitting device transmit antenna based on said at least one forward path pre-equalization parameter. | at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity  of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading,  particularly  Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 35. The method as recited in claim 28, further comprising: selecting said at least one transmitting device transmit antenna from a plurality of transmitting  device transmit antennas that are each operatively coupled to said transmitting  device. | Yeh discloses  selecting said at least one transmitting  device transmit antenna from a plurality  of transmitting  device transmit antennas that are each operatively  coupled to said transmitting  device.<br><br>For example, see the following  passages and/or figures,  as well as all related disclosures:<br><br>One of ordinary skill  would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious  to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity  of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading,  particularly  Antenna Arrays references in the base invalidity  contention  document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 36. The method as recited in claim 35, further comprising: selectively transmitting  a plurality of beams using two or more transmitting | Yeh discloses  selectively transmitting a plurality  of beams using two or more transmitting  device transmit antennas.<br><br>For example, see the following  passages and/or figures,  as well as all related disclosures:<br><br>One of ordinary skill  would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element |

| '369 Patent | Yeh |
|---|---|
| device transmit antennas. | explicitly,  implicitly,  or inherently,  the element would have been obvious to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading, particularly Antenna Arrays references in the base invalidity  contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 37. The method as recited in claim 36, wherein each of said transmitted plurality of beams is selectively adjusted in phase and amplitude  to reduce multipath  affects when received by said receiving device. | Yeh discloses  wherein each of said transmitted plurality  of beams is selectively  adjusted in phase and amplitude  to reduce multipath  affects when received by said receiving device.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element explicitly,  implicitly,  or inherently,  the element would have been obvious to one of ordinary skill  in the art based on this reference, common sense, ordinary creativity of one of ordinary skill  in the art, and the state of the art. Additionally,  it would have been obvious  to combine  this reference with one or more other prior art references identified in Defendants' Invalidity  Contentions  Cover Pleading, particularly Antenna Arrays references in the base invalidity  contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |
| 41. The method as recited in claim 1, wherein determining said at least one forward path pre-equalization  parameter based on said at least one transmission  delay further includes: | Yeh discloses wherein determining  said at least one forward path pre-equalization  parameter based on said at least one transmission  delay further includes: sub-band equalizing  said forward path data signal using corresponding  frequency domain  reverse path data.<br><br>For example, see the following  passages and/or figures, as well as all related disclosures:<br><br>One of ordinary skill would find this limitation  disclosed either expressly or inherently in the teachings of this reference and its incorporated  disclosures taken as a whole, or in combination  with the state of the art at the time of the alleged invention.  To the extent this reference is not found to teach this element |

Exhibit E-7

| '369 Patent | Yeh |
|---|---|
| sub-band equalizing said forward path data signal using corresponding frequency domain reverse path data. | explicitly, implicitly, or inherently, the element would have been obvious to one of ordinary skill in the art based on this reference, common sense, ordinary creativity of one of ordinary skill in the art, and the state of the art. Additionally, it would have been obvious to combine this reference with one or more other prior art references identified in Defendants' Invalidity Contentions Cover Pleading, particularly OFDM Tone Modification references in the base invalidity contention document. Rather than repeat those disclosures here, they are incorporated by reference into this chart. |