# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES<br>    *Plaintiff*,<br>v.<br><br>AT&T SERVICES INC., AT&T MOBILITY LLC, and AT&T CORP.<br>    *Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    *Intervenors*. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff*,<br>v.<br><br>VERIZON COMMUNICATIONS, INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.<br>    *Defendants*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    *Intervenors*. | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff*,<br>v.<br><br>T-MOBILE USA, INC.<br>    *Defendant*,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    *Intervenors*. | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

COMES NOW, Plaintiff XR Communications, LLC dba Vivato Technologies hereby notifies the Court and all parties of record that Reza Mirzaie, Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025, is designated as lead counsel for Plaintiff in the above-captioned case.

Dated: January 30, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
James Pickens
CA State Bar No. 307474
Jonathan Ma
CA State Bar No. 312773
Christian W. Conkle
CA State Bar No. 306374
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_vivato@raklaw.com

*Attorneys for Plaintiff,*
*XR Communications, LLC dba Vivato*
*Technologies*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on January 30, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie