**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES §§§§§§§ v. AT&T INC., ET AL. | Case No. 2:23-CV-0202-JRG-RSP |

**Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
February 3, 2025**

**OPEN:** 2:36 pm                                **ADJOURN:** 4:15 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | James Pickens<br>Reza Mirzaie<br>Andrea Fair |
| ATTORNEY FOR DEFENDANTS: | Matt Yungwirth<br>John Gibson<br>Travis Underwood |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

James Pickens argued Plaintiff's Renewed Motion to Compel (Dkt. No. 122). Matt Yungwirth responded.

After the break, Mr. Pickens updated the Court on the agreements made. For the reasons orally assigned the Court ordered as follows: Plaintiff's infringement contentions are deficient. Plaintiff is to serve Amended Infringement Contentions by February 5th, and they are limited to downlink coordinated multipoint feature. Defendants are to serve Amended Invalidity Contentions within 30 days thereafter and they are also limited to downlink coordinated multipoint feature. The new fact discovery deadline is April 7th. Defendant is to apprise the Court by February 4th of which trial date, September 8th or September 22nd, they will be available for.

All other disputes are moot.