# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") and Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") and Intervenors Ericsson Inc. and Nokia of America Corporation (collectively, the "Parties") jointly move for entry of the attached [Proposed] Docket Control Order in all cases consolidated under Lead Case No. 2:23-cv-00202-JRP-RSP.

The proposed docket control order is consistent with the discussion at the February 3, 2025 Hearing on Plaintiff's Motion to Compel (Dkt. 122). The parties request the September 22, 2025 trial date as that is the date with the fewest conflicts, though there are still a small number. As often happens, the parties recognize the conflicts may resolve over time (*e.g.,* other trials in this District set for the same date); however, the Parties note one or more parties may need to move for a continuance of the trial date if such witness conflicts with that trial date are unable to be resolved.

Dated: February 10, 2025

/s/ *Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil Rubin (CA SBN 250761)
nrubin@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
Adam Hoffman (CA SBN 218740)
ahoffman@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Minna Jay (CA SBN 305941)
mjay@raklaw.com
Christian Conkle (CA SBN 306374)
cconkle@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


*Counsel for Plaintiff XR Communications, LLC dba Vivato Technologies*

Respectfully submitted,

/s/ *Matthew S. Yungwirth*
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

William A. Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103

Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

***Counsel for Defendants / Intervenors***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  The Parties jointly seek the relief sought herein.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 10, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie