AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| XR Communications, LLC, dba Vivato Technologies ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00202-JRG-RSP |
| AT&T Inc., AT&T Services, Inc., et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies.

Date: 02/25/2025

/s/ Ryan Lundquist
*Attorney's signature*

Ryan Lundquist (CA SBN CO 56449)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

rlundquist@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*