**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T INC., et al., <br><br> Defendants. <br><br> ERICSSON INC. and NOKIA OF AMERICA CORPORATION, <br><br> Intervenors. | Civil Action No. 2:23-CV-00202-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

**<u>NOTICE OF APPEARANCE OF BRIANNA VINCI</u>**

COMES NOW Brianna Vinci of Duane Morris LLP and respectfully enters her appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation ("AT&T", in the above-captioned case and associated Member Case No. 2:23-cv-468); T-Mobile USA, Inc. ("T-Mobile," in Member Case Nos. 2:23-cv-204 and 2:23-cv-469); Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless ("Verizon," in Member Case Nos. 2:23-cv-203 and 2:23-cv-470); and Intervenors Ericsson Inc. and Nokia of America Corporation (collectively "Defendants/Intervenors").  Ms. Vinci is admitted to the bar of this Court, and will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at her contact information below.

Dated:  March 26, 2025                    **DUANE MORRIS LLP**

                                                                */s/ Brianna Vinci*
                                                                Brianna Vinci
                                                                bvinci@duanemorris.com

30 South 17th Street
Philadelphia, PA  19103
Telephone:  (215) 979.1198
Facsimile:  (215) 754.4983

*Counsel for Defendants/Intervenors*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 26, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Brianna Vinci*
Brianna Vinci