# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>  Plaintiff,<br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>  Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>  Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE TO FILE CERTAIN MOTION TO COMPEL

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, "Defendants/Intervenors") (collectively "the Parties") hereby jointly file this motion to extend the deadline to file, if necessary, Defendants'/Intervenors' Motion To Compel Plaintiff To Produce Corporate Financial Information in the above-captioned, consolidated cases. Currently, the deadline to file motions to compel is April 4, 2025, Dkt. No. 143, and the Parties ask for a brief extension of the deadline with respect to this Motion to 5pm CT on Wednesday, April 9, 2025.

The Parties are continuing to meet and confer in an attempt to resolve this disputed issue, which arose at the end of the fact discovery period, with the intent of avoiding the need to file this Motion.

This extension is not sought for purposes of delay, and the Parties do not anticipate this extension to affect any other deadlines in this case.

A proposed order is attached herewith.

Dated: April 4, 2025　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Marc Fenster | */s/* Matthew S. Yungwirth |
| Marc Fenster | Deron R. Dacus (TBN 00790553) |
| CA State Bar No. 181067 | ddacus@dacusfirm.com |
| Reza Mirzaie | **THE DACUS FIRM, P.C.** |
| CA State Bar No. 246953 | 821 ESE Loop 323 |
| James Pickens | Suite 430 |
| CA State Bar No. 307474 | Tyler, Texas 75701 |
| Jonathan Ma | Telephone: 903.705.1117 |
| CA State Bar No. 312773 | Facsimile: 903.581.2543 |
| Christian W. Conkle | Email: ddacus@dacusfirm.com |
| CA State Bar No. 306374 | |
| RUSS AUGUST & KABAT | Matthew S. Yungwirth |
| 12424 Wilshire Blvd. 12th Floor | Email: msyungwirth@duanemorris.com |
| Los Angeles, CA 90025 | John R. Gibson |
| Telephone: 310-826-7474 | Email: jrgibson@duanemorris.com |
| rak_vivato@raklaw.com | Alice E. Snedeker |
| | aesnedeker@duanemorris.com |
| Qi (Peter) Tong | **DUANE MORRIS LLP** |
| TX State Bar No. 24119042 | 1075 Peachtree Street NE, Suite 1700 |
| RUSS AUGUST & KABAT | Atlanta, GA 30309 |
| 4925 Greenville Ave, Suite 200 | Telephone: (404) 253-6900 |
| Dallas, TX 75206 | |
| Telephone: 310-826-7474 | Melissa R. Smith (TBN 24001351) |
| rak_vivato@raklaw.com | **GILLAM & SMITH, LLP** |
| | 303 South Washington Avenue |
| *Counsel for Plaintiff* | Marshall, Texas 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | |
| | William A. Liddell |
| | waliddell@duanemorris.com |

**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants/Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2025.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issue addressed in this Motion pursuant to Local Rule CV-7(h), including but not limited to a telephonic meet and confer between lead and local counsel for the parties. The Parties agree to the relief requested in this Motion.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth