# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>　　　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>　　　　　Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO EXTEND
## DEADLINE TO FILE CERTAIN MOTION TO COMPEL

Before the Court is the Parties' Joint Motion to Extend Deadline to File Certain Motion to Compel ("Motion"). After consideration of the same, the Court is of the opinion that the Parties' Motion should be and is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline to file, if necessary, Defendants'/Intervenors' Motion To Compel Plaintiff To Produce Corporate Financial Information is hereby extended to 5pm CT on Wednesday, April 9, 2025.

**IT IS SO ORDERED.**