IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT SECOND MOTION TO EXTEND DEADLINE
TO FILE CERTAIN MOTION TO COMPEL**

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, "Defendants/Intervenors") (collectively "the Parties") hereby jointly file this motion to extend the deadline to file, if necessary, Defendants'/Intervenors' Motion To Compel Plaintiff To Produce Corporate Financial Information in the above-captioned, consolidated cases. The deadline to file motions to compel was April 4, 2025, Dkt. No. 143. The Parties requested and the Court granted an extension of the deadline with respect to this Motion to 5pm CT on Wednesday, April 9, 2025, Dkt. No. 148.

The Parties are continuing to meet and confer in an attempt to resolve this disputed issue, which arose at the end of the fact discovery period, with the intent of avoiding the need to file this Motion, and ask for an additional, one-day extension to Thursday, April 10, 2025, to 5pm CT.

This extension is not sought for purposes of delay, and the Parties do not anticipate this extension to affect any other deadlines in this case.

A proposed order is attached herewith.

Dated: April 9, 2025                                             Respectfully submitted,

/s/ Marc Fenster                                                 /s/ Matthew S. Yungwirth
Marc Fenster                                                     Deron R. Dacus (TBN 00790553)
CA State Bar No. 181067                                          ddacus@dacusfirm.com
Reza Mirzaie                                                     **THE DACUS FIRM, P.C.**
CA State Bar No. 246953                                          821 ESE Loop 323
James Pickens                                                    Suite 430
CA State Bar No. 307474                                          Tyler, Texas 75701
Jonathan Ma                                                      Telephone: 903.705.1117
CA State Bar No. 312773                                          Facsimile: 903.581.2543
Christian W. Conkle                                              Email: ddacus@dacusfirm.com
CA State Bar No. 306374
RUSS AUGUST & KABAT                                              Matthew S. Yungwirth
12424 Wilshire Blvd. 12th Floor                                  Email: msyungwirth@duanemorris.com
Los Angeles, CA 90025                                            John R. Gibson
Telephone: 310-826-7474                                          Email: jrgibson@duanemorris.com
rak_vivato@raklaw.com                                            Alice E. Snedeker
                                                                 aesnedeker@duanemorris.com
Qi (Peter) Tong                                                  **DUANE MORRIS LLP**
TX State Bar No. 24119042                                        1075 Peachtree Street NE, Suite 1700
RUSS AUGUST & KABAT                                              Atlanta, GA 30309
4925 Greenville Ave, Suite 200                                   Telephone: (404) 253-6900
Dallas, TX 75206
Telephone: 310-826-7474                                          Melissa R. Smith (TBN 24001351)
rak_vivato@raklaw.com                                            **GILLAM & SMITH, LLP**
                                                                 303 South Washington Avenue
*Counsel for Plaintiff*                                          Marshall, Texas 75670
                                                                 Telephone: (903) 934-8450
                                                                 Facsimile: (903) 934-9257

                                                                 William A. Liddell
                                                                 waliddell@duanemorris.com

2

**DUANE MORRIS LLP**
2801 Via Fortuna
Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants/Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 9, 2025.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issue addressed in this Motion pursuant to Local Rule CV-7(h), including but not limited to a telephonic meet and confer between lead and local counsel for the parties. The Parties agree to the relief requested in this Motion.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth