# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>              Plaintiff,<br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>              Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>              Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO TAKE RULE 30(b)(6) DEPOSITION
## AFTER CLOSE OF FACT DISCOVERY PERIOD

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, "Defendants/Intervenors") (collectively "the Parties") hereby jointly file this Joint Motion to Take Rule 30(b)(6) Deposition After Close of Fact Discovery Period.

In its Third Amended Docket Control Order, the Court set the close of fact discovery on April 4, 2025. A discovery issue arose at the end of fact discovery and part of the parties' agreement to resolve that issue is Plaintiff agreeing to make available a representative for a 45 minute (or less) deposition on April 11, 2025. Allowing this deposition will alleviate the need for the Court to address the motion contemplated in the Motion to Extend the Deadline to File Certain Motion to Compel (Dkt. No. 147), and the Second Motion (Dkt. 149).

Accordingly, this extension is not sought for purposes of delay, and the Parties do not anticipate this extension to affect any other deadlines in this case.

A proposed order is attached herewith.

Dated: April 10, 2025                                      Respectfully submitted,

| | |
|---|---|
| /s/ Marc Fenster | /s/ Matthew S. Yungwirth |
| Marc Fenster | Deron R. Dacus (TBN 00790553) |
| CA State Bar No. 181067 | ddacus@dacusfirm.com |
| Reza Mirzaie | **THE DACUS FIRM, P.C.** |
| CA State Bar No. 246953 | 821 ESE Loop 323 |
| James Pickens | Suite 430 |
| CA State Bar No. 307474 | Tyler, Texas 75701 |
| Jonathan Ma | Telephone: 903.705.1117 |
| CA State Bar No. 312773 | Facsimile: 903.581.2543 |
| Christian W. Conkle | Email: ddacus@dacusfirm.com |
| CA State Bar No. 306374 | |
| RUSS AUGUST & KABAT | Matthew S. Yungwirth |
| 12424 Wilshire Blvd. 12th Floor | Email: msyungwirth@duanemorris.com |
| Los Angeles, CA 90025 | John R. Gibson |
| Telephone: 310-826-7474 | Email: jrgibson@duanemorris.com |
| rak_vivato@raklaw.com | Alice E. Snedeker |
| | aesnedeker@duanemorris.com |
| Qi (Peter) Tong | **DUANE MORRIS LLP** |
| TX State Bar No. 24119042 | 1075 Peachtree Street NE, Suite 1700 |
| RUSS AUGUST & KABAT | Atlanta, GA 30309 |
| 4925 Greenville Ave, Suite 200 | Telephone: (404) 253-6900 |
| Dallas, TX 75206 | |
| Telephone: 310-826-7474 | Melissa R. Smith (TBN 24001351) |
| rak_vivato@raklaw.com | **GILLAM & SMITH, LLP** |
| | 303 South Washington Avenue |
| *Counsel for Plaintiff* | Marshall, Texas 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | |
| | William A. Liddell |
| | waliddell@duanemorris.com |
| | **DUANE MORRIS LLP** |
| | 2801 Via Fortuna |
| | Suite 200 |
| | Austin, Texas 78746-7567 |
| | Telephone: (512) 277-2272 |
| | Facsimile: (512) 227-2301 |

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants/Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2025.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issue addressed in this Motion pursuant to Local Rule CV-7(h), including but not limited to a telephonic meet and confer between lead and local counsel for the parties. The Parties agree to the relief requested in this Motion.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth