# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br>v.<br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO TAKE RULE 30(b)(6) DEPOSITION AFTER CLOSE OF FACT DISCOVERY PERIOD

Before the Court is the Parties' Joint Motion to Take Rule 30(b)(6) Deposition After Close of Fact Discovery Period ("Motion"). After consideration of the same, the Court is of the opinion that the Parties' Motion should be and is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants/Intervenors can take the deposition of Plaintiff's witness on April 11, 2025.

**IT IS SO ORDERED.**