# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is the Parties' Joint Motion to Take Rule 30(b)(6) Deposition After Close of Fact Discovery Period. **Dkt. No. 150**. After consideration of the same, the Court is of the opinion that the Parties' Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Defendants/Intervenors may take the deposition of Plaintiff's witness on April 11, 2025.

**SIGNED this 11th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE