# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>        Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>        Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case) |

## **ORDER**

Before the Court is the Parties' Joint Motion to Extend Deadline to File Certain Motion to Compel. **Dkt. No. 149**. Having considered the motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline to file Defendants'/Intervenors' Motion To Compel Plaintiff To Produce Corporate Financial Information is hereby extended to Thursday, April 10, 2025, by 5pm CT.

**SIGNED this 11th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE