IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>　　　　　　　Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>　　　　　　　Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>**(LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

Plaintiff XR Communications LLC dba Vivato Technologies ("XR" or "Plaintiff") and Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corp. (collectively "AT&T"); Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (collectively "Verizon"); and T-Mobile USA, Inc. ("T-Mobile") and Intervenors Ericsson Inc. ("Ericsson") and Nokia of America Corporation ("Nokia") (collectively, "Defendants/Intervenors") (collectively "the Parties") hereby jointly move for admission of the attached [Proposed] Fourth Amended Docket Control Order, attached hereto as Exhibit A.

Counsel for the parties have met and conferred and request that the deadline to serve disclosure of expert witnesses by the party with the burden of proof and the deadline to serve disclosure of rebuttal expert witnesses be continued to April 25, 2025, and May 21, 2025, respectively, due to scheduling conflicts with their experts.

Accordingly, these extensions are not sought for purposes of delay, and the Parties do not anticipate this extension to affect any other deadlines in this case.

Dated:  April 15, 2025

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
James Pickens
CA State Bar No. 307474
Jonathan Ma
CA State Bar No. 312773
Christian W. Conkle
CA State Bar No. 306374
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_vivato@raklaw.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543
Email: ddacus@dacusfirm.com

Matthew S. Yungwirth
Email: msyungwirth@duanemorris.com
John R. Gibson
Email: jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Melissa R. Smith (TBN 24001351)

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
William A. Liddell
waliddell@duanemorris.com

**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Elissa Sanford
esanford@duanemorris.com

*Counsel for Defendants/Intervenors*

2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on April 15, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants and this motion is agreed.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth