# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., et al.,<br><br>Defendants.<br><br>ERICSSON INC. and NOKIA OF AMERICA CORPORATION,<br><br>Intervenors. | Civil Action No. 2:23-CV-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF TYLER MARANDOLA

COMES NOW Tyler R. Marandola of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation ("AT&T", in the above-captioned case and associated Member Case No. 2:23-cv-468); T-Mobile USA, Inc. ("T-Mobile," in Member Case Nos. 2:23-cv-204 and 2:23-cv-469); Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless ("Verizon," in Member Case Nos. 2:23-cv-203 and 2:23-cv-470); and Intervenors Ericsson Inc. and Nokia of America Corporation (collectively "Defendants/Intervenors").  Mr. Marandola is admitted to the bar of this Court, and will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated:  May 29, 2025

**DUANE MORRIS LLP**

*/s/ Tyler R. Marandola*
Tyler R. Marandola
tmarandola@duanemorris.com

30 South 17th Street  
Philadelphia, PA 19103  
Telephone: (215) 979.1529  
Facsimile: (215) 689.1914  

*Counsel for Defendants/Intervenors*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 29, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                                        */s/ Tyler R. Marandola*  
                                                                          Tyler R. Marandola