**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors,* | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case) |

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff,*<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>    *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>    *Intervenors,* | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case) |

## **ORDER**

Before the Court is Plaintiff XR Communications, LLC dba Vivato Technologies ("XR") Motion to Strike Certain Opinions of Defendants' Damages Expert W. Christophere Bakewell. The Court, having considered the matter, and for good cause shown, the Court **GRANTS** the motion.