# Exhibit 3

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Vivato Networks, LLC | 12/07/2007 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Vivato Networks Holdings, LLC |
| Street Address: | 10300 SW Greenburg Road, Ste 520 |
| City: | Portland |
| State/Country: | OREGON |
| Postal Code: | 97223 |

### PROPERTY NUMBERS Total: 9

| Property Type | Number |
|---|---|
| Application Number: | 10680965 |
| Application Number: | 10700329 |
| Application Number: | 10700342 |
| Application Number: | 10944376 |
| Application Number: | 11198016 |
| Application Number: | 11275950 |
| Application Number: | 11383167 |
| Application Number: | 11420860 |
| Application Number: | 11526543 |

### CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (612)659-9344 |

Correspondence will be sent via US Mail when the fax attempt is unsuccessful.

| | |
|---|---|
| Phone: | (612) 659-9340 |
| Email: | vomhof@bipl.net |
| Correspondent Name: | Edward J. Brooks III |
| Address Line 1: | 1221 Nicollet Ave, Ste 500 |

500415292

OP $360.00 10680965

PATENT
REEL: 020213 FRAME: 0950

XR-EDTX1-00000069

| Address Line 4: | Minneapolis, MINNESOTA 55403 |
|---|---|
| ATTORNEY DOCKET NUMBER: | 760.0000001 |
| NAME OF SUBMITTER: | Edward J. Brooks III |
| Total Attachments: 3<br>source=00053106#page1.tif<br>source=00053106#page2.tif<br>source=00053106#page3.tif | |

# ASSIGNMENT

WHEREAS, Vivato Networks, LLC, a corporation organized and existing under and by virtue of the laws of the State of Delaware, having its principal place of business at c/o Ambrose Law, 332 NW Sixth Ave, Ste 100, Portland, OR, 97209, has, by virtue of assignments from Wayout Wireless, LLC dated August 17, 2007 in accordance with the name change effective September 28, 2006, an ownership interest in and to the United States Patent Applications and their foreign counterparts listed in the attached Schedule A.

AND WHEREAS, Vivato Networks Holdings, Inc., a limited liability company organized and existing under and by virtue of the laws of the State of Oregon, and having an office and place of business at 10300 SW Greenburg Road, Ste 520, Portland, OR, 97223, (hereinafter "Assignee") is desirous of acquiring the entire right, title and interest in and to said inventions, improvements, and application and in and to the Letters Patent to be obtained therefore;

NOW THEREFORE, to all whom it may concern, be it known that for good and valuable consideration, the receipt and sufficiency whereof is hereby acknowledged, Vivato Networks, LLC has sold, assigned, and transferred, and by these presents do sell, assign, and transfer unto said Assignee, its successors or assigns, the right, title and interest for all countries in and to all inventions and improvements disclosed in the aforesaid applications, and in and to the said applications, all divisions, continuations, continuations-in-part, or renewals thereof, all Letters Patent which may be granted therefrom, and all reissues or extensions of such patents, and in and to any and all applications which have been or shall be filed in any foreign countries for Letters Patent on the said inventions and improvements, including an assignment for all rights under the provisions of the International Convention, and all Letters Patent of foreign countries which may be granted therefrom; and I do hereby authorize and request the Commissioner of Patent and Trademarks to issue any and all United States Letters Patent for the aforesaid inventions and improvements to the said Assignee as the assignee of the entire right, title and interest in and to the same, for the use of the said Assignee, its successors and assigns.

AND, for the consideration aforesaid, we do hereby agree that we and our executors and legal representatives will make, execute, and deliver any and all other instruments in writing including any and all further application papers, affidavits, assignments and other documents, and will communicate to said Assignee, its successors and representatives all facts known to us relating to said improvements and the history thereof and will testify in all legal proceedings and generally do all things which may be necessary or desirable to more effectually secure and vest in said Assignee, its successors or assigns the entire right, title and interest in and to the said improvements, inventions, applications, Letters Patent, rights, titles, benefits, privileges and advantages hereby sold, assigned, and conveyed, or intended so to be.

Rev. 01/07

Assignment                                                                    Page 2
Vivato Networks, LLC to Vivato Networks Holdings, LLC

AND, furthermore we covenant and agree with said Assignee, its successors and assigns, that no assignment, grant, mortgage, license, or other agreement affecting the rights and property herein conveyed has been made to others by me and that full right to convey the same as herein expressed is possessed by me.

IN TESTIMONY WHEREOF, I have hereunto set my hand this __ day of _____, 2007.

_____
Gary Haycox
CEO
Vivato Networks, LLC

STATE OF California )

COUNTY OF Santa Cruz )

On this 7th day of December, 2007 before me personally appeared Gary Haycox, known to me or identified as the person described in and who executed the foregoing instrument, and he/she duly acknowledged to me that he/she executed the same for the uses and purposes therein set forth.

_____
Notary Public

[SEAL]

STEPHEN GEORGE NAMI
COMM. #1712261
NOTARY PUBLIC - CALIFORNIA
SANTA CRUZ COUNTY
COMM. EXPIRES DEC. 22, 2010

Rev.12/06

PATENT
REEL: 020213 FRAME: 0953

XR-EDTX1-00000072

Assignment
Vivato Networks, LLC to Vivato Networks Holdings, ULC

Page 3

## Schedule A

| Country | Application No. | Filing Date | Status |
|---|---|---|---|
| United States | 10/680,965 | October 7, 2003 | Pending |
| United States | 10/700,329 | November 3, 2003 | Pending |
| United States | 10/700,342 | November 3, 2003 | Pending |
| United States | 10/944,376 | September 18, 2004 | Pending |
| United States | 11/198,016 | August 5, 2005 | Pending |
| United States | 11/275,950 | February 6, 2006 | Pending |
| United States | 11/383,167 | May 12, 2006 | Pending |
| United States | 11/420,860 | May 30, 2006 | Pending |
| United States | 11/526,543 | September 25, 2006 | Pending |