# Exhibit 6

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Aequitas Equipment Finance, LLC | 12/23/2009 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | XR Communications, LLC |
| Street Address: | 712 5th Avenue |
| Internal Address: | 45th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10003 |

### PROPERTY NUMBERS Total: 19

| Property Type | Number |
|---|---|
| Patent Number: | 6611231 |
| Patent Number: | 7177369 |
| Patent Number: | 6970682 |
| Patent Number: | 6967625 |
| Patent Number: | 6992621 |
| Patent Number: | 6995725 |
| Application Number: | 10680965 |
| Patent Number: | 7062296 |
| Application Number: | 10700329 |
| Application Number: | 10700342 |
| Patent Number: | 7099698 |
| Patent Number: | 6980169 |
| Application Number: | 10944376 |
| Patent Number: | 7256750 |

501050438

OP $760.00 6611231

**PATENT
REEL: 023691 FRAME: 0645**

| | |
|---|---|
| Application Number: | 11198016 |
| Application Number: | 11275950 |
| Application Number: | 11383167 |
| Application Number: | 11420860 |
| Application Number: | 11526543 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (516)802-0562 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 516-802-0560 |
| Email: | dburke@dpburke.com |
| Correspondent Name: | Daniel P. Burke |
| Address Line 1: | 240 Townsend Square |
| Address Line 4: | Oyster Bay, NEW YORK 11771 |

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | 1959-2 |
| NAME OF SUBMITTER: | Daniel P. Burke |

Total Attachments: 5
source=09-12-23 Assignment with Exhibit A-1#page1.tif
source=09-12-23 Assignment with Exhibit A-1#page2.tif
source=09-12-23 Assignment with Exhibit A-1#page3.tif
source=09-12-23 Assignment with Exhibit A-1#page4.tif
source=09-12-23 Assignment with Exhibit A-1#page5.tif

Exhibit C – Assignment of Patent Rights

ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, AEQUITAS EQUIPMENT FINANCE, LLC, an Oregon limited liability company ("*Assignor*"), does hereby sell, assign, transfer, and convey unto XR COMMUNICATIONS, LLC, a Delaware limited liability company (Delaware Reg. No. 4761724) ("*Assignee*"), or its designees, all right, title, and interest that exist today and may exist in the future in and to all of the following (collectively, the "*Patent Rights*"):

(a) the patent applications and patents and all rights to the inventions described in the patent applications and patents listed in **Exhibit A-1 – Patents and Patent Applications** (the "*Patents*");

(b) all provisional patent applications, patent applications, patents or other governmental grants or issuances (i) to which any of the Patents directly or indirectly claims priority and/or (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c) reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, and divisions of any of the foregoing categories (a) and (b);

(d) foreign patents, patent applications, and counterparts relating to any of the foregoing categories (a) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e) any of the foregoing in categories (a) through (d), whether or not expressly listed as Patents below and whether or not rejected, withdrawn, cancelled, or the like;

(f) rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to the any of the foregoing categories (a) through (e), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(g) causes of action (whether currently pending, filed, or otherwise) and other enforcement rights, including, without limitation, all rights under Patents and/or under or on account of any of the foregoing categories (a) through (f) to

    (i) damages,
    (ii) injunctive relief, and
    (iii) other remedies of any kind

for past, current, and future infringement; and

PATENT
REEL: 023691 FRAME: 0647

XR-EDTX1-00000121

(i)  all rights to collect royalties and other payments under or on account of any of the Patents or any of the foregoing categories (b) through (h).

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

AEQUITAS EQUIPMENT FINANCE, LLC

By _____
Name: Thomas A. Sidley
Title: Managing Director

STATE OF OREGON -us
Clackamas  )ss.
County of Multnomah )

OFFICIAL SEAL
EMILY PEREZ-PERAZA
NOTARY PUBLIC-OREGON
COMMISSION NO. 439867
MY COMMISSION EXPIRES JUNE 16, 2013

This instrument was acknowledged before me on December 23, 2009 by Thomas A. Sidley as Managing Director of AEQUITAS EQUIPMENT FINANCE, LLC, an Oregon limited liability company.

_____
Notary Public for Oregon
My Commission Expires: June 16, 2013

C-2

**PATENT
REEL: 023691 FRAME: 0648**

XR-EDTX1-00000122

Exhibit A-1 -- Patents and Patent Applications

| U.S. Patent Application No. | Title of Invention | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date of Patent | USPTO Status |
|---|---|---|---|---|---|---|---|
| 09/976,246 | Wireless Packet Switched Communication Systems and Networks Using Adaptively Steered Antenna Arrays | 10/12/2001 | 2002/0158801 | 10/31/2002 | 6,611,231 | 08/26/2003 | Patent in force |
| 10/131,864 | Multiple Beam Antenna Base Station | 04/25/2002 | 2002/0159537 | 10/31/2002 | 7,177,369 | 02/13/2007 | Patent in force |
| 10/235,198 | Wireless Packet Switched Communication Systems and Networks Using Adaptively Steered Antenna Arrays | 09/04/2002 | 2003/0020651 | 01/30/2003 | 6,970,682 | 11/29/2005 | Patent in force |
| 10/335,382 | E-Plane Omni-Directional Antenna | 12/31/2002 | N/A | N/A | 6,967,625 | 11/22/2005 | Patent in force |
| 10/384,380 | Wireless Communication and Beam Forming with Passive Beamformers | 03/07/2003 | 2004/0174299 | 09/09/2004 | 6,992,621 | 01/31/2006 | Patent in force (Maintenance fees of $555 due 02/01/2010) |
| 10/658,346 | Antenna Assembly | 09/09/2003 | N/A | N/A | 6,995,725 | 02/07/2006 | Patent in force (Maintenance fees of $555 due 02/08/2010) |
| 10/680,965 | Detecting Wireless Interlopers | 10/07/2003 | 2005/0075070 | 04/07/2005 | Not yet issued | N/A | Abandoned pending decision on Renewed Petition to Revive submitted 11/20/2009 |

| U.S. Patent Application No. | Title of Invention | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date of Patent | USPTO Status |
|---|---|---|---|---|---|---|---|
| 10/698,848 | Forced Beam Switching in Wireless Communication Systems Having Smart Antennas | 10/31/2003 | 2004/0204114 | 10/14/2004 | 7,062,296 | 06/13/2006 | Patent in force (Maintenance fees of $980 due 12/14/2009) |
| 10/700,329 | Directed Wireless Communication | 11/03/2003 | 2004/0224637 | 11/11/2004 | Not yet issued | N/A | Abandoned pending decision on Renewed Petition to Revive submitted 11/18/2009 |
| 10/700,342 | Signal Communication Coordination | 11/03/2003 | 2004/0223476 | 11/11/2004 | Not yet issued | N/A | Abandoned pending decision on Petition to Revive submitted 10/30/2009 |
| 10/700,991 | Complementary Beamforming Methods and Apparatuses | 11/03/2003 | 2004/0235529 | 11/25/2004 | 7,099,698 | 08/29/2006 | Patent in force (Maintenance fees of $490 due 03/01/2010) |
| 10/760,023 | Electromagnetic Lens | 01/16/2004 | 2005-0156801 | 07/21/2005 | 6,980,169 | 12/27/2005 | Patent in force (Maintenance fees of $555.00 due 12/28/2009) |
| 10/944,376 | Imaged Layered Processing | 09/18/2004 | N/A | N/A | Not yet issued | N/A | Abandoned for failure to respond to Office Action |
| 11/104,684 | E-Plane Omni-Directional Antenna | 04/13/2005 | N/A | N/A | 7,256,750 | 08/14/2007 | Patent in force |
| 11/198,016 | Wireless Communication System with Directional Antennas | 08/05/2005 | N/A | N/A | Not yet issued | N/A | Abandoned for failure to respond to Office Action |

Schedule A-1 - 2

**PATENT**
**REEL: 023691 FRAME: 0650**

XR-EDTX1-00000124

| U.S. Patent Application No. | Title of Invention | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date of Patent | USPTO Status |
|---|---|---|---|---|---|---|---|
| 11/275,950 | Antenna Assembly | 02/06/2006 | 2006/0114165 | 06/01/2006 | Not yet issued | N/A | Notice of Appeal filed 09/03/2009 |
| 11/383,167 | Complementary Beamforming Methods and Apparatuses | 05/12/2006 | 2006/0234789 | 10/19/2006 | Not yet issued | N/A | Abandoned pending decision on Petition to Revive submitted 10/30/2009 |
| 11/420,860 | Forced Beam Switching in Wireless Communication Systems Having Smart Antennas | 05/30/2006 | 2006/0238400 | 10/26/2006 | Not yet issued | N/A | Abandoned pending decision on Petition to Revive submitted 11/02/2009 |
| 11/526,543 | Multiple Beam Antenna Base Station | 09/25/2006 | 2007/0070957 | 03/29/2007 | Not yet issued | N/A | Non Final Office Action mailed 11/02/2009 |

RECORDED: 12/23/2009

PATENT
REEL: 023691 FRAME: 0651

XR-EDTX1-00000125