# Exhibit 10



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Marcus da Silva, et al. | Confirmation No. | 5147 |
| Serial No.: | 10/700,329 | Examiner: | Justin Ye Le |
| Filed: | November 3, 2003 | Art Unit: | 2617 |
| | | Docket: | 760.0060001 |
| Title: | DIRECTED WIRELESS COMMUNICATION | | |

Commissioner for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

We are transmitting herewith the following attached items and information (as indicated with an "X"):

X   Return postcard(s) (1).

X   Form PTO/SB/83 Request for Withdrawal as Attorney or Agent and Change of Correspondence Address (1 pg).

**\*PLEASE ASSOCIATE THIS APPLICATION WITH CUSTOMER NUMBER 38356\***

<u>CERTIFICATE UNDER 37 C.F.R. §1.8:</u> The undersigned hereby certifies that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to: Commissioner for Patents, P.O. BOX 1450, Alexandria, VA 22313-1450, on this 25 day of April, 2008.

Name: Jennifer L. Vomhof
Signature: [signed]

Respectfully Submitted,
Marcus da Silva, et al.

By:   Brooks, Cameron & Huebsch, PLLC
      1221 Nicollet Avenue, Suite 500
      Minneapolis, MN  55403

Atty: Edward J. Brooks III (Jay)
Reg. No.: 40,925

Date: 4/25/2008

Rev. 01/08

ARUBA_0032681

XR-EDTX1-00052244

PTO/SB/83 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR WITHDRAWAL AS ATTORNEY OR AGENT AND CHANGE OF CORRESPONDENCE ADDRESS

| Application Number | 10/700,329 |
|---|---|
| Filing Date | November 3, 2003 |
| First Named Inventor | Marcus da Silva |
| Art Unit | 2617 |
| Examiner Name | Justin Ye Le |
| Attorney Docket Number | 760.0060001 |

APR 28 2008 (PATENT & TRADEMARK OFFICE stamp)

To: Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Please withdraw me as attorney or agent for the above identified patent application, and

☐ all the attorneys/agents of record.

☐ the attorneys/agents (with registration numbers) listed on the attached paper(s), or

☑ the attorneys/agents associated with Customer Number  38356

NOTE: This box can only be checked when the power of attorney of record in the application is to all the practitioners associated with a customer number.

The reasons for this request are: Under 37 CFR 10.40(c)(1)(iv) Applicant (Marcus da Silva, et al., and Assignee Vivato Networks Holdings, LLC) have been unable to reach a mutually agreeable understanding of payment of services with attorneys of record.

### CORRESPONDENCE ADDRESS

1. ☐ The correspondence address is NOT affected by this withdrawal.

2. ☑ Change the correspondence address and direct all future correspondence to:

☐ The address associated with Customer Number: 

OR

| ☑ | Firm or Individual Name | Christopher R. Ambrose |
|---|---|---|
| | Address | Ambrose Law Group, LLC, Bend Office<br>805 SW Industrial Way, Ste 201 |
| | City | Bend |
| | State | OR |
| | Zip | 97702 |
| | Country | |
| | Telephone | |
| | Email | |
| | Signature | (signed) |
| | Name | Edward J. Brooks III |
| | Registration No. | 40,925 |
| | Date | 4/25/2008 |
| | Telephone No. | (612) 236-0120 |

NOTE: Withdrawal is effective when approved rather than when received. Unless there are at least 30 days between approval of withdrawal and the expiration date of a time period for response or possible extension period, the request to withdraw is normally disapproved.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



Exhibit # Brooks 7
07/06/22 - MC

ARUBA_0032682

XR-EDTX1-00052245