# Exhibit 14

Doc Code: PET.OP
Document Description: Petition for Review by the Office of Petitions

PTO/SB/64 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR REVIVAL OF AN APPLICATION FOR PATENT ABANDONED UNINTENTIONALLY UNDER 37 CFR 1.137(b) | Docket Number (Optional) |
|---|---|

First named inventor: Marcus da Silva

Application No.: 10/700,329      Art Unit: 2617

Filed: November 3, 2003      Examiner: Yee, Justin Ye

Title: DIRECTED WIRELESS COMMUNICATION

Attention: Office of Petitions
**Mail Stop Petition**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
FAX (571) 273-8300

NOTE: If information or assistance is needed in completing this form, please contact Petitions
Information at (571) 272-3282.

The above-identified application became abandoned for failure to file a timely and proper reply to a notice or action by the
United States Patent and Trademark Office. The date of abandonment is the day after the expiration date of the period set
for reply in the office notice or action plus any extensions of time actually obtained.

APPLICANT HEREBY PETITIONS FOR REVIVAL OF THIS APPLICATION

NOTE: A grantable petition requires the following items:
   (1) Petition fee;
   (2) Reply and/or issue fee;
   (3) Terminal disclaimer with disclaimer fee - required for all utility and plant applications filed
      before June 8, 1995; and for all design applications; and
   (4) Statement that the entire delay was unintentional

1. Petition Fee

☑ Small entity-fee $ 810.00 _____ (37 CFR 1.17(m)). Application claims small entity status. See 37 CFR 1.27.

☐ Other than small entity-fee $ _____ (37 CFR 1.17(m))

2. Reply and/or fee
    A.   The reply and/or fee to the above-noted Office action in

      the form of _____ (identify type of reply):

      ☐  has been filed previously on _____ .
      ☑  is enclosed herewith.
    B.   The issue fee and publication fee (if applicable) of $_____ .
      ☐  has been paid previously on _____ .
      ☐  is enclosed herewith.

[Page 1 of 2]
This collection of information is required by 37 CFR 1.137(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1.0 hour to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of
time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office,
U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail
Stop Petition, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



Exhibit #

**Schwedler 8**

07/08/22 - MC

ARUBA_0032693

PTO/SB/64 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

3. Terminal disclaimer with disclaimer fee

[✓] Since this utility/plant application was filed on or after June 8, 1995, no terminal disclaimer is required.

[ ] A terminal disclaimer (and disclaimer fee (37 CFR 1.20(d)) of $_____ for a small entity or $_____ for other than a small entity) disclaiming the required period of time is enclosed herewith (see PTO/SB/63).

4. STATEMENT: The entire delay in filing the required reply from the due date for the required reply until the filing of a grantable petition under 37 CFR 1.137(b) was unintentional. [NOTE: The United States Patent and Trademark Office may require additional information if there is a question as to whether either the abandonment or the delay in filing a petition under 37 CFR 1.137(b) was unintentional (MPEP 711.03(c), subsections (III)(C) and (D)).]

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

| | |
|---|---|
| _Signature_ | August 28, 2009 |
| | Date |
| Carl J. Schwedler | 36,924 |
| Type or Printed name | Registration Number, If applicable |
| 1415 L Street, Suite 1000 | (916) 930-2585 |
| Address | Telephone Number |
| Sacramento, CA 95814 | |
| Address | |

Enclosures:    [✓] Fee Payment

[✓] Reply

[ ] Terminal Disclaimer Form

[ ] Additional sheets containing statements establishing unintentional delay

[ ] Other: _____

---

CERTIFICATE OF MAILING OR TRANSMISSION [37 CFR 1.8(a)]
I hereby certify that this correspondence is being:

[ ] Deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to: Mail Stop Petition, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450.

[ ] Transmitted by facsimile on the date shown below to the United States Patent and Trademark Office at (571) 273-8300.

| | |
|---|---|
| Date | Signature |
| | Typed or printed name of person signing certificate |

[Page 2 of 2]

ARUBA_0032694

XR-EDTX1-00052764

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | |
|---|---|
| | Application Number | 10/700,329 |
| | Filing Date | November 3, 2003 |
| | First Named Inventor | Marcus da Silva |
| Address to: Mail Stop RCE Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Art Unit | 2617 |
| | Examiner Name | Lee, Justin Ye |
| | Attorney Docket Number | 29988/00005 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. [Submission required under 37 CFR 1.114] Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      ii. ☐ Other _____

   b. ☑ Enclosed

      i. ☑ Amendment/Reply          iii. ☐ Information Disclosure Statement (IDS)
      ii. ☐ Affidavit(s)/ Declaration(s)    iv. ☐ Other _____

2. [Miscellaneous]

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months: Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. [Fees]   The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. _501577_ .

      i. ☑ RCE fee required under 37 CFR 1.17(e)
      ii. ☑ Extension of time fee (37 CFR 1.136 and 1.17)
      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

   WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | Date | August 28, 2009 |
| Name (Print/Type) | Carl J. Schwedler | Registration No. | 36,924 |

| CERTIFICATE OF MAILING OR TRANSMISSION | |
|---|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below. | |
| Signature | |
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ARUBA_0032695

XR-EDTX1-00052765

**PATENT**

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

APPLICANT(S):      Marcus da Silva

APPLICATION NO.:     10/700,329

FILING DATE:      November 3, 2003

TITLE:      DIRECTED WIRELESS COMMUNICATION

EXAMINER:      Lee, Justin Ye

GROUP ART UNIT:     2617

ATTY. DKT. NO.:     29988/00005

FILED VIA EFS

COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

## AMENDMENT

SIR:

In response to the Office Action of March 17, 2008, please consider the following

amendments and remarks.

**Listing of Claims** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 20 of this paper.

1

ARUBA_0032696

XR-EDTX1-00052766

**Listing of Claims**

The following listing of claims will replace all prior versions, and listings, of claims in the application:

**Claims**:

1.      (Previously Amended)  A Wi-Fi switch comprising:

a multi-beam directed signal system configured for 802.11 specification data packet wireless computing communication with a 802.11 client computing device; and

an antenna assembly configured to receive and emanate wireless communication within a directed beam with the computing device,

wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam-forming to increase side lobe levels, a transmission peak for a particular directed beam in a non-omni-directional manner based on operational information associated with signal routing and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

2.      (Previously Presented) A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system is further configured to generate a second directed wireless computing communication to a second 802.11 client computing device and wherein the antenna assembly is further configured to receive the second wireless communication and emanate a second directed computing communication beam for additional data communication with the second computing device.

3.      (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is further configured to generate a second directed wireless computing communication to a second 802.11 client computing device;

2

ARUBA_0032697

**XR-EDTX1-00052767**

the antenna assembly is further configured to receive the second wireless computing communication and emanate a second directed communication beam for additional data communication with the second computing device; and

the antenna assembly is further configured to emanate the directed communication beam such that only the computing device will receive the data communication, and further emanate the second directed communication beam such that only the second computing device will receive additional data communication.

4.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is multi-channel and further configured for directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly is further configured to emanate the directed communication beam for data communication with the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam for additional data communication with the second computing device via a second channel.

5.    (Previously Presented)  A Wi-Fi switch as recited in claim 1 wherein:

the multi-beam directed signal system is multi-channel and further configured for directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly includes a phased array of antenna elements each configured to emanate a directed communication beam;

the antenna assembly is further configured to emanate the directed communication beam from a first antenna element for the data communication with the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam from a second antenna element for additional data communication with the second computing device via a second channel.

6.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

3

ARUBA_0032698

XR-EDTX1-00052768

the multi-beam directed signal system is multi-channel and further configured for simultaneous directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly is further configured to emanate the directed communication beam for data communication transmission to the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam for data communication reception from the second computing device via a second channel.

7.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system is further configured for simultaneous directed wireless transmission to the computing device and directed wireless reception from a second 802.11 client computing device.

8.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate the directed wireless communication beam as an electromagnetic signal that includes transmission peaks and transmissions nulls within a coverage area of the communication beam.

9.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the antenna assembly is further configured to emanate the directed wireless communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and

the antenna assembly is further configured to emanate a second directed wireless communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area.

10.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate a second directed wireless communication beam for

4

ARUBA_0032699

XR-EDTX1-00052769

the data communication with the computing device when the directed wireless communication beam is determined ineffective for data communication.

11.     (Previously Presented) A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is further configured to determine when the directed wireless communication beam is ineffective for data communication with the computing device, and is further configured to generate the directed wireless communication for the data communication via a second directed wireless communication beam; and

the antenna assembly is further configured to emanate the second directed wireless communication beam for the data communication with the computing device.

12.     (Previously Presented) A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate multiple directed communication beams, and wherein the multi-beam directed signal system includes signal

coordination logic that monitors the multiple directed communication beams each as an individual access point.

13.     (Previously Presented) A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system includes signal coordination logic that controls a directed wireless transmission to the computing device and directed wireless reception from a second computing device such that the directed wireless transmission does not interfere with the directed wireless reception.

14-15. (Cancelled).

16.     (Previously Amended) A method, comprising:

generating from a Wi-Fi switch a directed wireless communication for 802.11 specification data packet communication with a 802.11 client computing device;

receiving the directed wireless communication at an antenna assembly; emanating a directed communication beam, associated with a transmission peak, which is adjusted relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase

5

ARUBA_0032700

XR-EDTX1-00052770

side lobe levels, in a non-omni-directional manner, for the data communication with the computing device; and

directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

17.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly; and

emanating a second directed communication beam, adjusted for a second transmission peak) for the additional data communication with the second computing device.

18.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly;

emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and

wherein the directed communication beam is emanated such that only the computing device will receive the data communication, and the second directed communication beam is emanated such that only the second computing device will receive additional data communication.

19.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly;

emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and

6

ARUBA_0032701

XR-EDTX1-00052771

wherein the directed communication beam is emanated from a first antenna element of the antenna assembly, and the second directed communication beam is emanated from a second antenna element of the antenna assembly.

20.    (Previously Presented) A method as recited in claim 16, further comprising emanating a second directed communication beam, adjusted for a second transmission peak, for data communication reception from a second computing device, and wherein emanating the directed communication beam includes emanating the directed communication beam for data communication transmission to the computing device.

21.    (Previously Presented) A method as recited in claim 16, further comprising:

transmitting the data communication to the computing device via the directed communication beam adjusted for a transmission peak;

receiving a second data communication from a second computing device via a second directed communication beam; and

wherein transmitting the data communication and receiving the second directed data communication is simultaneous.

22.    (Previously Presented) A method as recited in claim 16, wherein emanating the directed communication beam includes emanating an electromagnetic signal that includes transmission peaks along a signal path during data communication with the computing device and transmissions nulls in another direction within a coverage area of the directed communication beam.

23.    (Previously Presented) A method as recited in claim 16, further comprising:

determining that the directed communication beam is ineffective for the data communication with the computing device; and

emanating a second directed communication beam for the data communication with the computing device.

24.    (Previously Presented) A method as recited in claim 16, further comprising:

7

ARUBA_0032702

XR-EDTX1-00052772

transmitting the data communication to the computing device via the directed communication beam;

receiving a second data communication from a second computing device via a second directed communication beam; and

controlling transmitting the data communication such that the data communication does not interfere with receiving the second data communication.

25.    (Withdrawn) A multi-beam directed signal system, comprising:

signal coordination logic configured to coordinate directed wireless communication with client devices;

a transmit beam-forming network configured to route data communication transmissions to one or more of the client devices via directed communication beams that are emanated from an antenna assembly; and

a receive beam-forming network configured to receive data communication receptions from one or more of the client devices via the directed communication beams.

26.    (Withdrawn) A multi-beam directed signal system as recited in claim 25, further comprising:

receiver/transmitters each configured to transmit a data communication transmission to one or more of the client devices, and each further configured to receive a data communication reception from one or more of the client devices;

wherein the transmit beam-forming network includes transmit ports that each couple an individual antenna element of the antenna assembly to a receiver/transmitter; and

wherein the receive beam-forming network includes receive ports that each couple an individual antenna element of the antenna assembly to a receiver/transmitter.

27.    (Withdrawn) A multi-beam directed signal system as recited in claim 25, further comprising:

8

ARUBA_0032703

XR-EDTX1-00052773

multiple channels each corresponding to a receiver/transmitter configured to transmit a data communication transmission to a client device and receive a data communication reception from the client device; and

a scanning receiver configured to receive a data communication reception from a client device and determine which of the multiple channels provides acceptable data communication transmission and reception with the client device.

28.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising a scanning receiver configured to scan the directed communication beams and monitor for the data communication receptions from one or more of the client devices.

29.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising:

a memory component configured to maintain information corresponding to one or more of the client devices, the information including at least one of a transmit power level, a data transmit rate, an antenna direction, quality of service data, and timing data; and

wherein the signal coordination logic is further configured to coordinate the directed wireless communication with one or more of the client devices based on the information maintained with the memory component.

30.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising medium access controllers each corresponding to a directed communication beam and configured to communicate data packets for the directed wireless communication between the multi-beam directed signal system and a communication network.

31.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein the transmit beam-forming network is further configured to transmit energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

9

ARUBA_0032704

32.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate that only a first client device will receive a first directed wireless communication via a first communication beam, and that only a second client device will receive a second directed wireless communication via a second communication beam.

33.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

34.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein:

the signal coordination logic is further configured to determine when a directed communication beam is ineffective for a data communication transmission to a client device; and

the transmit beam-forming network is further configured to route the data communication transmission to the client device via a second directed communication beam.

35.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25 wherein the signal coordination logic is further configured to monitor the directed communication beams each as an individual access point.

36.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

37.    (Withdrawn)  A Wi-Fi switch comprising the multi-beam directed signal system as recited in claim 25.

10

ARUBA_0032705

XR-EDTX1-00052775

38.     (Withdrawn)  A Wi-Fi switch for 802.11 specification data packet communication
comprising the multi-beam directed signal system as recited in claim 25.

39.     (Withdrawn)  A method comprising:

coordinating directed wireless communication with client devices via directed
communication beams emanated from an antenna assembly;

        routing data communication transmissions through a transmit beam-forming network to
antenna elements of the antenna assembly such that a data communication transmission is
communicated to a client device via a directed communication beam; and

receiving data communication receptions through a receive beam-forming network from
the antenna elements of the antenna assembly such that a data communication reception is
received from a client device via a directed communication beam.

40.     (Withdrawn)  A method as recited in claim 39, further comprising: receiving a
data communication reception from a client device with a scanning receiver; and

determining which of multiple channels provides acceptable data communication
transmission and reception with the client device.

41.     (Withdrawn)  A method as recited in claim 39 further comprising monitoring the
directed communication beams for the data communication receptions from one or more of the
client devices.

42.     (Withdrawn)  A method as recited in claim 39 further comprising:

maintaining information corresponding to one or more of the client devices, the
information including at least one of a transmit power level, a data transmit rate, an antenna
direction quality of service data, and timing data; and

wherein coordinating the directed wireless communication includes coordinating a
directed wireless communication with a client device based on the information that is
maintained.

11

ARUBA_0032706

XR-EDTX1-00052776

43. (Withdrawn) A method as recited in claim 39, further comprising generating a directed communication beam as an electromagnetic signal that includes transmission peaks and transmission nulls within a coverage area of the directed communication beam.

44. (Withdrawn) A method as recited in claim 39 further comprising transmitting energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

45. (Withdrawn) A method as recited in claim 39, further comprising:

determining when a directed communication beam is ineffective for a data communication transmission to a client device; and

routing the data communication transmission to the client device via a second directed communication beam.

46. (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating that only a first client device will receive a first directed wireless communication via a first communication beam, and that only a second client device will receive a second directed wireless communication via a second communication beam.

47. (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

48. (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

12

ARUBA_0032707

XR-EDTX1-00052777

49.    (Withdrawn) One or more computer-readable media comprising computer executable instructions that, when executed, direct a wireless communication system to:

coordinate directed wireless communication with client devices via directed communication beams emanated from an antenna assembly;

route data communication transmissions through a transmit beam-forming network to antenna elements of the antenna assembly such that a data communication transmission is communicated to a client device via a directed communication beam; and

receive data communication receptions through a receive beam-forming network from the antenna elements of the antenna assembly such that a data communication reception is received from a client device via a directed communication beam.

50.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to;

receive a data communication reception from a client device with a scanning receiver; and

determine which of multiple channels provides acceptable data communication transmission and reception with the client device.

51.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to monitor the directed communication beams for the data communication receptions from one or more of the client devices.

52.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

13

ARUBA_0032708

**XR-EDTX1-00052778**

maintain information corresponding to one or more of the client devices, the information including at least one of a transmit power level, a data transmit rate, an antenna direction quality of service data, and timing data; and

coordinate a directed wireless communication with a client device based on the information that is maintained.

53.     (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to generate a directed communication beam as an electromagnetic signal that includes transmission peaks and transmission nulls within a coverage area of the directed communication beam.

54.     (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

generate a directed communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and

generate a second directed communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area.

55.     (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that when executed, direct the wireless communication system to transmit energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

14

ARUBA_0032709

56.     (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

determine when a directed communication beam is ineffective for a data communication transmission to a client device; and

route the data communication transmission to the client device via a second directed communication beam.

57.     (Withdrawn) One Of more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate that only a first client device receives a first directed wireless communication via a first communication beam, and that only a second client device receives a second directed wireless communication via a second communication beam.

58.     (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

59.     (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

60.     (Withdrawn) A method, comprising:

associating a client device with a directed communication beam;

receiving signal strength indications for data packets received from the client device;

15

ARUBA_0032710

XR-EDTX1-00052780

calculating a signal strength average for the client device from the received signal strength indications; and

maintaining the client device association with the directed communication beam in an event that the signal strength average indicates that the directed communication beam provides an effective communication link.

61.    (Withdrawn) A method as recited in claim 60, further comprising:

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

maintaining the client device association with the directed communication beam in an event that the signal strength average indicates that the directed communication beam provides a better communication link than the adjacent directed communication beam.

62.    (Withdrawn) A method as recited in claim 60, further comprising:

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

disassociating the client device from the directed communication beam in an event that the second signal strength average indicates that the adjacent directed communication beam provides a better communication link than the directed communication beam; and

reassociating the client device with the adjacent directed communication beam.

63.    (Withdrawn) A method as recited in claim 60, further comprising:

16

ARUBA_0032711

XR-EDTX1-00052781

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

disassociating the client device from the directed communication beam in an event that the signal strength average indicates that the directed communication beam is an ineffective communication link; and

reassociating the client device with the adjacent directed communication beam in an event that the second signal strength average indicates that the adjacent directed communication beam provides an effective communication link.

17

ARUBA_0032712

XR-EDTX1-00052782

## REMARKS/ARGUMENTS

Status of the Claims

Claims 1-13 and 16-24 stand rejected.

Claims 14 and 15 are cancelled. Claims 25-63 are presently withdrawn pursuant to a restriction requirement.

As a result, Claims 1-13 and 16-63 are now pending in this application.

Claim Rejections - 35 USC § 103

Claims 1-13 and 16-24 stand rejected under 35 U.S.C. 103(a) as being unpatentable over Periyalwar (US 6,611,695), as taken in view of Adachi et al. (US 2003/0064752 A1), and further in view of Corbell et al. (US 3,747,109).

Regarding claim 1, it is asserted that Periyalwar discloses a wireless communication system, comprising: a multi-beam directed signal system configured for directed wireless computing communication with a computing device; and an antenna assembly configured to receive the directed wireless communication and emanate wireless communication within a directed beam with the computing device.

Applicant again notes that the Periyalwar reference is not conceded to be prior art, and reserves the right to swear behind the asserted reference at a later date, if necessary.

Applicants' application and independent claims, as amended, relate to a data communication system for computing devices such as a local area network (LAN) or wide area network (WAN) computing network. As recited in the Background section, one shortcoming of wireless data communication is a relatively low bandwidth compared to a wired LAN or WAN system.

The Periyalwar reference describes a method and apparatus for assigning frequency channels to a particular beam within an omni directional multi-beam cellular voice phone system having channels which communicate equally in all directions. In Periyalwar, a (fixed) geographic region is divided up into a plurality of (fixed) hexagonally-shaped "cells," each cell having a central base station for receiving and transmitting to and from wireless telecommunication devices located within the cell. Each cell is sectored, and/or subdivided, and thereafter the fixed geographical cell

18

ARUBA_0032713

XR-EDTX1-00052783

area is serviced by a number of beams using directional antennae.

Thus, Periyalwar concerns itself with a series of inter-related fixed, omni-directional communication beams, and the means for managing and transferring communications from a cellular communication device that is moving among and between such cells. As shown in Figure 1 of the Periyalwar reference, the radial extent of each beam is set to reach to the cell boundary.

The Periyalwar reference relates to means for assessing channel quality within each such beam, and select an acceptable channel from among those that are available. The Periyalwar reference does not describe any mechanism for adjusting beam characteristics, such as by associating a transmission peak and/or null with a particular communication beam. The Periyalwar reference does not teach or disclose any manipulation of the beam characteristics whatsoever, or that any beam result in anything other than a geographically-fixed cell boundary.

Applicants' disclose and claim a system for making adjustments to a multi-beam directed signal system that is configured to determine a transmission peak for a particular directed wireless computing communication beam in a non-omni directional manner based on operational information associated with signal routing. The complementary beam-forming both increases side lobe levels, and works to direct a transmission null in a particular. In this manner, more power can be associated with a particular signal path and/or communication beam (i.e., associated with a transmission peak), to increase communication range, to increase data integrity or data security.

Applicants' independent Claim 1 recites "the multi-beam directed signal system is configured to determine and adjust, by beam forming, a transmission peak for a particular directed wireless computing communication beam in a non-omni directional manner based on operational information associated with signal routing." This is very different than simply choosing a channel in an omni-directional cellular voice phone system as described the Periyalwar reference, for the purpose of managing signal strength during movement of mobile devices within a multi-beam cellular communications system.

The Adachi reference is cited as disclosing a multi-beam directed signal system wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam-forming, a transmission peak for a particular directed beam in a non-omni-directional

19

ARUBA_0032714

XR-EDTX1-00052784

manner based on operational information associated with signal routing, and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction (citing Fig. 12 and 15 and paragraphs 148, 151, 162, 164, 167, and 171- 174).

The Adachi application if further cited as teaching that the beam is adjusted to the direction of a device it is communicating to and narrows the beam on the device to reduce the null effect and maintaining power consumption for longer distance devices (complementary beam-forming). A transmission null is allegedly directed to maximize the power associated with the transmission peak and minimize interference in the particular direction, by directing the beam in a particular direction and narrowing it.

Applicant does not admit that the Adachi application is prior art and reserves the right to swear behind the same at a later date. The present application (Serial No. 10/700,329) was filed on November 3, 2003, and claimed the benefit of a related U.S. Provisional Application Serial No. 60/423,660, entitled "A Wireless Data Packet Communications System," filed on November 4, 2002 (see paragraph 1). Thus the effective filing date of the present application is November 4, 2002.

The Adachi application was published on April 3, 2003, on an application (Serial No. 10/242,632) filed September 13, 2002. Applicant reserves the right to swear behind the Adachi Application at a later date.

Nonetheless, in the interest of advancing the prosecution of the present application, Applicant respectfully submits that the elements and limitations of the claims of the present application can be distinguished from the teachings of the Periyalwar and Adachi references for at least the following reasons. Applicants' independent claim 1 presently recites:

> a multi-beam directed signal system configured for 802.11 specification data packet wireless computing communication with a 802.11 client computing device; and

> an antenna assembly configured to receive and emanate wireless communication within a directed beam with the computing device,

20

ARUBA_0032715

XR-EDTX1-00052785

wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam¬forming to increase side lobe levels, a transmission peak for a particular directed beam in a non-omni-directional manner based on operational information associated with signal routing, and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Applicants' independent claim 16 presently recites:

generating from a Wi-Fi switch a directed wireless communication for 802.11 specification data packet communication with a 802.11 client computing device; receiving the directed wireless communication at an antenna assembly;

emanating a directed communication beam associated with a transmission peak, which is adjusted relative to other beams of a multi-beam directed signal system by complementary beam¬forming to increase side lobe levels, in a non-omni-directional manner for the data communication with the computing device; and

directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

In response to an earlier Office Action, Applicant argued that the Adachi application does not describe, teach, or suggest, and is not equivalent to, complementary beam forming. That is, adjusting and narrowing does not equate to complementary beam forming as defined by the present disclosure, which entails more than mere directed wireless communications.

The cited portions of the Adachi application (Figs. 12 and 15, and paragraphs 148, 151, 162, 164, 167 and 171-174) appear to merely describe directing a communication beam, for example, by using weighting factors associated with a directional antenna, to reduce the influences of interference on an unintended base station or terminal using an identical channel. The reference, however, does not teach complementary beam forming as described above, as the purpose and design of the beam forming in the Adachi application is very different. The Periyalwar reference does not appear to cure the stated deficiencies in the Adachi application, as acknowledged by the Office Action.

The Adachi Application is directed towards improving communications between base stations without them being influenced by communications between the base station and

21

ARUBA_0032716

XR-EDTX1-00052786

terminals (see, for example, paragraphs [0011] to [0015] of the Adachi application).

Paragraphs [0114] - [0117] of the present application describe complementary beam forming as "a technique to reduce the effect of communication beam nulls and increase side lobe levels without a severe power penalty to the main beam." Complementary beam-forming, as described in the present application, is utilized as a technique to ensure a minimum transmit power in all directions, by reducing the "hidden beam" effect of nulls in certain directions that may accompany a directional communication beam, such as in Adachi. That is, fanning directional transmit communication beams, as in Adachi, has the side effect of hiding the transmitted energy from some client devices, negatively impacting their carrier sense mechanisms in a network. Since the present invention is intended to be an open network, the hiding of the beam from certain areas or client devices is directly contrary to the purpose of the invention, which is both inclusive as to the range of generation of the beam, and restrictive as to deliberately directing transmission nulls where there is interference and the like.

For example of the difference, a client device can measure the energy transmitted from access points and from other client devices. If a client device cannot detect the presence of other transmissions, due to use of directional communication beams, it may interpret the medium as being idle and attempt to access the medium, when, in fact, the medium is busy. These competing access attempts have a burdening effect on the performance of the network.

Complementary beam- forming, as claimed and defined by the present application, ensures that multiple transmit beams in arbitrary directions are complemented by another beam in all other directions. The complementary beam does not interfere with the intended beams and increases the probability that other users in the network can detect whether the medium is idle or available for their use, thus contributing to the efficient usage of the network.

The Periyalwar reference, alone or in combination with the Adachi application, does not appear to describe, teach or suggest using complementary beam-forming. Complementary beam-forming is discussed in the specification, as originally filed, at paragraphs 0114 - 0117, among others. Complementary beam-forming ensures, in part, a minimum transmit power in all directions while preserving the shape of the main communication beam, e.g., transmission peak, such that clients other than an intended client

22

ARUBA_0032717

**XR-EDTX1-00052787**

device are able to ascertain whether the communication medium is busy or idle (and available).

Finally, the Periyalwar reference, alone or in combination with the Adachi application, does not appear to describe, teach or suggest a multi-beam directed signal system configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction. As set forth generally in paragraph 0024, and in more detail in paragraphs 0105 - 0108, of the specification as originally filed, a transmission null occurs in a transmission pattern when a relatively insignificant amount of energy is transmitted in a particular direction.

While it is not the sole deficiency of the Periyalwar and Adachi applications, the Patent Office concedes that those references taken alone or together, do not teach increasing side lobe levels when beam-forming, and for this purpose, the Corbell et al. patent is cited as teaching increasing side lobe levels when beam-forming (col. 7, lines 16-19, the side lobes are increased to cover more area).

It is thus asserted that it would have been obvious to one of ordinary skill in the art at the time the invention was made to utilize the teachings of Corbell et al. into the teachings of Periyalwar and Adachi et al. for the purposes of improving the radiation detection within a generally rectangular area (col. 7, lines 16-19).

Corbell et al. teaches and alarm system that adapts Doppler frequency principles to enhance an alarm system using microwave energy (see Column 3, line 52, to Column 4, line 2). The intrusion detection apparatus includes a transmitting aperture adapted to produce a field beam of microwave energy that can be manipulated to fill an area to be monitored for intrusion by a moving body within the field, triggering an alarm at the presence of an intruder.

Corbell et al. does not relate to the field of communications, and, further, the electromagnetic systems employed are different, and employed for a different purpose. Even the section cited in the Office Action seems inapposite, as it states "Applicant has found that the

23

ARUBA_0032718

XR-EDTX1-00052788

extension of the side lobes or the use of the essentially laterally projecting flanges improves the
radiation detection within a generally rectangular area" (column 7, lines 16-19). The purpose is
made clear in the next paragraph of the Corbell application, which notes the desired result as
being that the total area of a room or warehouse can be "totally filled with the radiated energy
field primarily as a result of the reflective nature of the walls such that the movement in any area
will be detected", and will product "maximum sensitivity to the most significant portion of the
area being protected and the intrusion of a body most likely to be encountered." (Column 7,
lines 20 – 38).

       Corbell et al., even taken with the Periyalwar and Adachi applications, does not disclose
Applicants system for affirmatively directing a transmission null along a particular signal path
(for example by assigning a zero weighting factor to a particular vector in a routing table)
towards an undesired, possibly interfering, device or object, nor suggest how this could achieve
a number of benefits described in the specification.

       Applicants respectfully submit that the claimed "directing a transmission null" is not
described, taught or suggested by the mere absence of a communication beam in a particular
direction, nor implied by a discussion of directed communication beams, nor does the
manipulation of microwave radiation patters taught by Corbell et al. cover the deficiency.

       Therefore, it would not have been obvious to one of ordinary skill in the art at the time
the invention was made to utilize the teachings of the Periyalwar and Adachi applications and
adapt with the teachings of Corbell et al. for the purposes of without influencing other
communications therefore reducing/preventing interference in the network (paragraph 11).

       Regarding claim 2, while Periyalwar discloses a multi-beam directed signal system to
multiple discrete cells of a cellular system, within which it is further configured to generate a
second directed wireless computing communication to a second computing device, and wherein
the antenna assembly is further configured to receive the second wireless communication and
emanate a second directed computing communication beam for additional data communication

24

ARUBA_0032719

XR-EDTX1-00052789

with the second computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 3, while Periyalwar discloses a multi-beam directed signal system for a cellular network that is further configured to generate a second directed wireless computing communication to a second computing device the antenna assembly is further configured to receive the second wireless computing communication and emanate a second directed communication beam for additional data communication with the second computing device; and the antenna assembly is further configured to emanate the directed communication beam such that only the computing device will receive the data communication, and further emanate the second directed communication beam such that only the second computing device will receive the additional data communication (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

25

ARUBA_0032720

XR-EDTX1-00052790

Regarding claim 4, while Periyalwar discloses a multi-beam directed signal system for a cellular communications network system that is multi-channel and further configured for directed wireless computing communication with a second computing device; the antenna assembly is further configured to emanate the directed communication beam for data communication with the computing device via a first channel; and the antenna assembly is further configured to emanate a second directed communication beam for additional data communication with the second computing device via a second channel (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 5, while Periyalwar may disclose a multi-beam directed signal system that is multi-channel and further configured for directed wireless computing communication with a second computing device; the antenna assembly includes a phased array of antenna elements each configured to emanate a communication beam; the antenna assembly is further configured to emanate the directed communication beam from a first antenna element for the data communication with the computing device via a first channel; and the antenna assembly is further configured to emanate a second directed communication beam from a second antenna element for additional data communication with the second computing device via a second Channel (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by

26

ARUBA_0032721

XR-EDTX1-00052791

complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 6, while Periyalwar may disclose a multi-beam directed signal system that is multi-channel and further configured for simultaneous directed wireless computing communication with a second computing device, and where the antenna assembly is further configured to emanate the directed communication beam for data communication transmission to the computing device via a first channel; and the antenna assembly is further configured to emanate a second directed communication beam for data communication reception from the second computing device via a second channel (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 7, while Periyalwar may disclose a multi-beam directed signal system that is further configured for simultaneous directed wireless transmission to the computing device and directed wireless reception from a second computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase

27

ARUBA_0032722

XR-EDTX1-00052792

side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 8, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate the directed communication beam as an electromagnetic signal that includes transmission peaks and transmissions nulls within a coverage area of the communication beam (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 9, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate the directed communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and the antenna assembly is further configured to emanate a second directed communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side

28

ARUBA_0032723

XR-EDTX1-00052793

lobe levels, in a non-omni-directional manner, for the data communication with the computing
device, nor directing a transmission null in a particular direction to maximize power associated
with the transmission peak and minimize interference in the particular direction.

Regarding claim 10, while Periyalwar may disclose a multi-beam directed signal system
that include an antenna assembly is further configured to emanate a second directed
communication beam for the data communication with the computing device when the directed
communication beam is determined ineffective for data communication (cited for the teachings
at column 2 lines 5067 and column 3 lines 1-54), this is not accomplished the same way as for
the claimed invention, and more particularly, this is not taught within the context of emanating a
directed communication beam, associated with a transmission peak, and adjusting it relative to
other beams of a multi-beam directed signal system by complementary beam-forming to increase
side lobe levels, in a non-omni-directional manner, for the data communication with the
computing device, nor directing a transmission null in a particular direction to maximize power
associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 11, while Periyalwar may disclose a multi-beam directed signal system
that is further configured to determine when the directed communication beam is ineffective for
data communication with the computing device, and is further configured to generate the
directed wireless communication for the data communication via a second directed
communication beam; and the antenna assembly is further configured to emanate the second
directed communication beam for the data communication with the computing device (cited for
the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the
same way as for the claimed invention, and more particularly, this is not taught within the
context of emanating a directed communication beam, associated with a transmission peak, and
adjusting it relative to other beams of a multi-beam directed signal system by complementary
beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data

29

ARUBA_0032724

XR-EDTX1-00052794

communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 12, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate multiple directed communication beams, and wherein the multi-beam directed signal system includes signal coordination logic that monitors the multiple directed communication beams each as an individual access point (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.Regarding claim 13-15, while Periyalwar may disclose a multi-beam directed signal system that includes signal coordination logic that controls a directed wireless transmission to the computing device and directed wireless reception from a second computing device such that the directed wireless transmission does not interfere with the directed wireless reception (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

30

ARUBA_0032725

Regarding claim 16, the arguments above regarding Claim 1 and the inadequecies of Periyalwar and Adachi applications, alone or taken with Corbell et al., are reiterated here.

With respect to independent Claim 16, as for Claim 1, the claim includes a limitation of emanating a directed communication beam, <u>associated with a transmission peak which is adjusted relative to other beams of a multi-beam directed signal system by beam fomling in a non-omni directional manner,</u> for the data communication with the <u>computing</u> device. The Periyalwar reference describes evaluating the quality of particular channels within a particular beam and a channel selection process based on the evaluation, but does not appear to describe adjusting or changing the communication beam, for example, by emanating a directed communication beam, associated with a transmission peak <u>which is adjusted</u> relative to other beams of a multi-beam directed signal system, for the data communication with the <u>computing</u> device.

And, as for Claim 1, neither the Adachi application nor Corbell et al., supply the missing limitations.

Accordingly, Applicant respectfully requests reconsideration and withdrawal of the 102 rejection of independent Claim 16, as amended, as well as dependent Claims 17-24 which depend from independent Claim 16.

Regarding claim 17, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; and emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing

31

ARUBA_0032726

XR-EDTX1-00052796

device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 18, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and wherein the directed communication beam is emanated such that only the computing device will receive the data communication, and the second directed communication beam is emanated such that only the second computing device will receive the additional data communication (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 19, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and wherein the directed communication beam is emanated from a first antenna element of the antenna assembly, and the second directed communication beam is emanated from a second antenna element of the antenna assembly (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3, lines 1-54), this is not

32

ARUBA_0032727

accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 20, while Periyalwar may disclose emanating a second directed communication beam, adjusted for a second transmission peak, for data communication reception from a second computing device, and wherein emanating the directed communication beam includes emanating the directed communication beam for data communication transmission to the computing device (Periyalwar, cited for the teachings at column 2 lines -50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 21, while Periyalwar may disclose transmitting the data communication to the computing device via the directed communication beam adjusted for transmission peak; receiving a second data communication from a second computing device via a second directed communication beam; and wherein transmitting the data communication and receiving the second directed data communication is simultaneous (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the

33

ARUBA_0032728

XR-EDTX1-00052798

claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 22, while Periyalwar may disclose emanating the directed communication beam includes emanating an electromagnetic signal that includes transmission peaks and transmissions nulls within a coverage area of the directed communication beam (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 23, while Periyalwar may disclose determining that the directed communication beam is ineffective for the data communication with the computing device; and emanating a second directed communication beam for the data communication with the computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional

34

ARUBA_0032729

XR-EDTX1-00052799

**PATENT**

manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 24, while Periyalwar may disclose transmitting the data communication to the computing device via the directed communication beam; receiving a second data communication from a second computing device via a second directed communication beam; and controlling transmitting the data communication such that the data communication does not interfere with receiving the second data communication (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

<b><u>CONCLUSION</u></b>

In light of the above remarks, Applicant believes that the application, as amended, is in condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to allowance.

This response is being filed with a fee and an extension of time to reply to the Office Action for 3 months. It is also being filed with a petition to revive for an unintentionally abandoned application.

35

ARUBA_0032730

XR-EDTX1-00052800

Applicant authorizes any required fees requested to be charged to Deposit Account 50-1577. If the Examiner has any questions regarding this communication, he is invited to contact the undersigned at (916) 930-2585.

Respectfully submitted,

Date:  August 28, 2009

By:

Carl J. Schwedler, Reg. No.: 36,924

Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California  95814
Tel.:  (916) 930-2585
Fax: (916) 930-2501

11846104.1

36

ARUBA_0032731

XR-EDTX1-00052801

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10700329 |
| **Filing Date:** | 03-Nov-2003 |
| **Title of Invention:** | Directed wireless communication |
| **First Named Inventor/Applicant Name:** | Marcus da Silva |
| **Filer:** | Carl J. Schwedler/Ann Pahk |
| **Attorney Docket Number:** | |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| Petition-revive unintent. abandoned appl | 2453 | 1 | 810 | 810 |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

ARUBA_0032732

XR-EDTX1-00052802

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 555 | 555 |
| **Miscellaneous:** | | | | |
| Request for continued examination | 2801 | 1 | 405 | 405 |
| **Total in USD ($)** | | | | **1770** |

ARUBA_0032733

XR-EDTX1-00052803

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5978742 |
| **Application Number:** | 10700329 |
| **International Application Number:** | |
| **Confirmation Number:** | 5147 |
| **Title of Invention:** | Directed wireless communication |
| **First Named Inventor/Applicant Name:** | Marcus da Silva |
| **Correspondence Address:** | Vivato, Inc. <br> - <br> 139 Townsend Street,  Suite 200 <br> - <br> San Francisco              CA        94107 <br> US      - <br> - |
| **Filer:** | Carl J. Schwedler/Ann Pahk |
| **Filer Authorized By:** | Carl J. Schwedler |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 28-AUG-2009 |
| **Filing Date:** | 03-NOV-2003 |
| **Time Stamp:** | 19:59:55 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 1770 |

ARUBA_0032734

| RAM Confirmation Number | 4893 |
|---|---|
| Deposit Account | 501577 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | Transmittal.PDF | 57575<br>775593c3f08b4bdbaa427c7e62495dc17c04a0b | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (PTO-875) | FeeTransmittal.PDF | 70766<br>79c12edf21aeb797e922b05188b19586cf85ee487 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Extension of Time | PetitionforExtensionofTime. PDF | 57290<br>03ccb84f3c0a8f85a27eea417d41782f588b697f397 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Petition for review by the Office of Petitions. | PetitionforRevival.PDF | 119481<br>8fddc5c019cc4392592c40a34d5d7ce24f045b47 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Request for Continued Examination (RCE) | RCE.PDF | 70307<br>4dcff9e53f5b33f4fab5d41f9ceddd7c3d5616db8 | no | 1 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 6 | Amendment After Final | Amendment.PDF | 1669372<br>928f13a5acdb51233c7ffcd9dd4a5b5d67b1ea5 | no | 36 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Fee Worksheet (PTO-875) | fee-info.pdf | 33316<br>4b45d5d606f8b21f2a0aad0a9b4631f32f1a3955f | no | 2 |
| **Warnings:** | | | | | |

ARUBA_0032735

XR-EDTX1-00052805

| Information: | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 2078107 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ARUBA_0032736

XR-EDTX1-00052806

Doc Code: TRAN.LET
Document Description:  Transmittal Letter

PTO/SB/21 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | |
|---|---|---|
| **TRANSMITTAL FORM** | Application Number | 10/700,329 |
| | Filing Date | November 3, 2003 |
| | First Named Inventor | Marcus da Silva |
| | Art Unit | 2617 |
| (to be used for all correspondence after initial filing) | Examiner Name | Lee, Justin Ye |
| Total Number of Pages in This Submission  42 | Attorney Docket Number | 29988/00005 |

## ENCLOSURES    (Check all that apply)

| | | |
|---|---|---|
| ☑ Fee Transmittal Form | ☐ Drawing(s) | After Allowance Communication to TC |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☑ Amendment/Reply | ☐ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☑ Extension of Time Request | ☐ Terminal Disclaimer | ☑ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | Petition for Revival of an Application for Patent Abandoned Unintentionally Under 37 CFR 1.137(b); |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | Request for Continued Examination (RCE) Transmittal |
| | ☐ Landscape Table on CD | |
| ☐ Certified Copy of Priority Document(s) | Remarks | |
| ☐ Reply to Missing Parts/ Incomplete Application | | |
| ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | | |
|---|---|---|---|
| Firm Name | Bullivant Houser Bailey PC | | |
| Signature | | | |
| Printed name | Carl J. Schwedler | | |
| Date | August 28, 2009 | Reg. No. | 36,924 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| | | | |
|---|---|---|---|
| Signature | | | |
| Typed or printed name | | Date | |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ARUBA_0032737

XR-EDTX1-00052807

PTO/SB/17 (10-08)
Approved for use through 08/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

| | | **Complete if Known** | |
|---|---|---|---|
| *Effective on 12/08/2004.* | | Application Number | 10/700,329 |
| *Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).* | | Filing Date | November 3, 2003 |
| **FEE TRANSMITTAL** | | First Named Inventor | Marcus da Silva |
| **For FY 2009** | | Examiner Name | Lee, Justin Ye |
| ☑ Applicant claims small entity status. See 37 CFR 1.27 | | Art Unit | 2617 |
| **TOTAL AMOUNT OF PAYMENT** | ($) 1,770.00 | Attorney Docket No. | 29988/00005 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____

☑ Deposit Account    Deposit Account Number: 501577    Deposit Account Name: Bullivant Houser Bailey

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☑ Charge fee(s) indicated below

☐ Charge fee(s) indicated below, **except for the filing fee**

☑ Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17

☑ Credit any overpayments

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 330 | 165 | 540 | 270 | 220 | 110 | _____ |
| Design | 220 | 110 | 100 | 50 | 140 | 70 | _____ |
| Plant | 220 | 110 | 330 | 165 | 170 | 85 | _____ |
| Reissue | 330 | 165 | 540 | 270 | 650 | 325 | _____ |
| Provisional | 220 | 110 | 0 | 0 | 0 | 0 | _____ |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 52 | 26 |
| Each independent claim over 3 (including Reissues) | 220 | 110 |
| Multiple dependent claims | 390 | 195 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|
| | | | | Fee ($) | Fee Paid ($) |
| _____ - 20 or HP = _____ x _____ = _____ | | | | _____ | _____ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP = _____ x _____ = _____ | | | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = _____ / 50 = _____ (round up to a whole number) x _____ = _____ | | | | |

**4. OTHER FEE(S)**                                                                      Fees Paid ($)

Non-English Specification, $130 fee (no small entity discount)      _____

Other (e.g., late filing surcharge): Request for Continued Examination, Extension of Time, Request to Reviv    1,770.00

**SUBMITTED BY**

| Signature | ~~[signature]~~ | Registration No. (Attorney/Agent) 36,924 | Telephone (916) 930-2585 |
|---|---|---|---|
| Name (Print/Type) | Carl J. Schwedler | | Date August 20, 2009 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ARUBA_0032738

XR-EDTX1-00052808

PTO/SB/22 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional) |
|---|---|
| **FY 2009**<br>(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).) | 29988/00005 |

| Application Number 10/700,329 | Filed November 3, 2003 |
|---|---|

For    DIRECTED WIRELESS COMMUNICATION

| Art Unit 2617 | Examiner Lee, Justin Ye |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $130 | $65 | $_____ |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $_____ |
| ☑ | Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $ 555.00 |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $_____ |

☑ Applicant claims small entity status. See 37 CFR 1.27.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☑ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number 501577

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the    ☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed (Form PTO/SB/96).

☑ attorney or agent of record. Registration Number 36,924

☐ attorney or agent under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34 _____

| | August 2 , 2009 |
|---|---|
| Signature | Date |
| Carl J. Schwedler | (916) 930-2585 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☑ Total of 6 forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ARUBA_0032739

XR-EDTX1-00052809