# Exhibit 16

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

APPLICANT(S):          Marcus da Silva

APPLICATION NO.:       10/700,329

FILING DATE:           November 3, 2003

TITLE:                 DIRECTED WIRELESS COMMUNICATION

EXAMINER:              Lee, Justin Ye

GROUP ART UNIT:        2617

ATTY. DKT. NO.:        29988/40000

FILED VIA EFS

MAIL STOP PETITIONS
COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

## RENEWED PETITION UNDER 37 CFR 1.137(B)

SIR:

In response to the decision on the petition under 37 CFR 1.137(b), mailed on November

3, 2009, regarding revival of the above-referenced patent application, Applicant respectfully

requests reconsideration of this decision.

Applicant concurrently submits an executed Power of Attorney and Statement under 37

CFR 3.73(b) on behalf of the assignee of record, Aequitas Equipment Finance, LLC (Aequitas).

By submitting this documentation, the undersigned is authorized to act on behalf of Aequitas.

1

**Exhibit #**

**Burke 1**

07/26/22 - MC

ARUBA_0032751

Additionally, Applicant respectfully requests the Commissioner to rely on the previously filed amendment in response to the last Office Action that was filed on August 28, 2009, a copy of which is resubmitted herewith.

Applicant also states that the entire delay in filing the required reply from the due date for the reply was unintentional.

Applicant authorizes any required fees requested to be charged to Deposit Account 50-1577. If the Examiner has any questions regarding this communication, he is invited to contact the undersigned at (916) 930-2585.

Respectfully submitted,

Date: November 18, 2009

By: _____

Carl J. Schwedler, Reg. No.: 36,924

Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California 95814
Tel.: (916) 930-2585
Fax: (916) 930-2501

11846104.1

2

ARUBA_0032752

**XR-EDTX1-00052323**

IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| APPLICANT(S): | Marcus da Silva |
| APPLICATION NO.: | 10/700,329 |
| FILING DATE: | November 3, 2003 |
| TITLE: | DIRECTED WIRELESS COMMUNICATION |
| EXAMINER: | Lee, Justin Ye |
| GROUP ART UNIT: | 2617 |
| ATTY. DKT. NO.: | 29988/00005 |

FILED VIA EFS

COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

## AMENDMENT

SIR:

In response to the Office Action of March 17, 2008, please consider the following

amendments and remarks.

**Listing of Claims** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 20 of this paper.

1

ARUBA_0032753

XR-EDTX1-00052324

## Listing of Claims

The following listing of claims will replace all prior versions, and listings, of claims in the application:

## Claims:

1.    (Previously Amended)  A Wi-Fi switch comprising:

a multi-beam directed signal system configured for 802.11 specification data packet wireless computing communication with a 802.11 client computing device; and

an antenna assembly configured to receive and emanate wireless communication within a directed beam with the computing device,

wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam-forming to increase side lobe levels, a transmission peak for a particular directed beam in a non-omni-directional manner based on operational information associated with signal routing and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

2.    (Previously Presented) A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system is further configured to generate a second directed wireless computing communication to a second 802.11 client computing device and wherein the antenna assembly is further configured to receive the second wireless communication and emanate a second directed computing communication beam for additional data communication with the second computing device.

3.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is further configured to generate a second directed wireless computing communication to a second 802.11 client computing device;

2

ARUBA_0032754

XR-EDTX1-00052325

the antenna assembly is further configured to receive the second wireless computing communication and emanate a second directed communication beam for additional data communication with the second computing device; and

the antenna assembly is further configured to emanate the directed communication beam such that only the computing device will receive the data communication, and further emanate the second directed communication beam such that only the second computing device will receive additional data communication.

4.     (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is multi-channel and further configured for directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly is further configured to emanate the directed communication beam for data communication with the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam for additional data communication with the second computing device via a second channel.

5.     (Previously Presented) A Wi-Fi switch as recited in claim 1 wherein:

the multi-beam directed signal system is multi-channel and further configured for directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly includes a phased array of antenna elements each configured to emanate a directed communication beam;

the antenna assembly is further configured to emanate the directed communication beam from a first antenna element for the data communication with the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam from a second antenna element for additional data communication with the second computing device via a second channel.

6.     (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

3

ARUBA_0032755

XR-EDTX1-00052326

the multi-beam directed signal system is multi-channel and further configured for simultaneous directed wireless computing communication with a second 802.11 client computing device;

the antenna assembly is further configured to emanate the directed communication beam for data communication transmission to the computing device via a first channel; and

the antenna assembly is further configured to emanate a second directed communication beam for data communication reception from the second computing device via a second channel.

7.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system is further configured for simultaneous directed wireless transmission to the computing device and directed wireless reception from a second 802.11 client computing device.

8.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate the directed wireless communication beam as an electromagnetic signal that includes transmission peaks and transmissions nulls within a coverage area of the communication beam.

9.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the antenna assembly is further configured to emanate the directed wireless communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and

the antenna assembly is further configured to emanate a second directed wireless communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area.

10.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate a second directed wireless communication beam for

4

ARUBA_0032756

XR-EDTX1-00052327

the data communication with the computing device when the directed wireless communication beam is determined ineffective for data communication.

11.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein:

the multi-beam directed signal system is further configured to determine when the directed wireless communication beam is ineffective for data communication with the computing device, and is further configured to generate the directed wireless communication for the data communication via a second directed wireless communication beam; and

the antenna assembly is further configured to emanate the second directed wireless communication beam for the data communication with the computing device.

12.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the antenna assembly is further configured to emanate multiple directed communication beams, and wherein the multi-beam directed signal system includes signal

coordination logic that monitors the multiple directed communication beams each as an individual access point.

13.    (Previously Presented)  A Wi-Fi switch as recited in claim 1, wherein the multi-beam directed signal system includes signal coordination logic that controls a directed wireless transmission to the computing device and directed wireless reception from a second computing device such that the directed wireless transmission does not interfere with the directed wireless reception.

14-15.  (Cancelled).

16.    (Previously Amended)  A method, comprising:

generating from a Wi-Fi switch a directed wireless communication for 802.11 specification data packet communication with a 802.11 client computing device;

receiving the directed wireless communication at an antenna assembly; emanating a directed communication beam, associated with a transmission peak, which is adjusted relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase

5

ARUBA_0032757

XR-EDTX1-00052328

side lobe levels, in a non-omni-directional manner, for the data communication with the computing device; and

directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

17.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly; and

emanating a second directed communication beam, adjusted for a second transmission peak) for the additional data communication with the second computing device.

18.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly;

emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and

wherein the directed communication beam is emanated such that only the computing device will receive the data communication, and the second directed communication beam is emanated such that only the second computing device will receive additional data communication.

19.    (Previously Presented)  A method as recited in claim 16, further comprising:

generating a second directed wireless communication for additional data communication with a second computing device;

receiving the second directed wireless communication at the antenna assembly;

emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and

6

ARUBA_0032758

wherein the directed communication beam is emanated from a first antenna element of the antenna assembly, and the second directed communication beam is emanated from a second antenna element of the antenna assembly.

20.     (Previously Presented)  A method as recited in claim 16, further comprising emanating a second directed communication beam, adjusted for a second transmission peak, for data communication reception from a second computing device, and wherein emanating the directed communication beam includes emanating the directed communication beam for data communication transmission to the computing device.

21.     (Previously Presented)  A method as recited in claim 16, further comprising: transmitting the data communication to the computing device via the directed communication beam adjusted for a transmission peak;

receiving a second data communication from a second computing device via a second directed communication beam; and

wherein transmitting the data communication and receiving the second directed data communication is simultaneous.

22.     (Previously Presented) A method as recited in claim 16, wherein emanating the directed communication beam includes emanating an electromagnetic signal that includes transmission peaks along a signal path during data communication with the computing device and transmissions nulls in another direction within a coverage area of the directed communication beam.

23.     (Previously Presented)  A method as recited in claim 16, further comprising: determining that the directed communication beam is ineffective for the data communication with the computing device; and

emanating a second directed communication beam for the data communication with the computing device.

24.     (Previously Presented)  A method as recited in claim 16, further comprising:

7

ARUBA_0032759

XR-EDTX1-00052330

transmitting the data communication to the computing device via the directed
communication beam;

receiving a second data communication from a second computing device via a second
directed communication beam; and

controlling transmitting the data communication such that the data communication does
not interfere with receiving the second data communication.

25.    (Withdrawn)  A multi-beam directed signal system, comprising:

signal coordination logic configured to coordinate directed wireless communication with
client devices;

a transmit beam-forming network configured to route data communication transmissions
to one or more of the client devices via directed communication beams that are emanated from
an antenna assembly; and

a receive beam-forming network configured to receive data communication receptions
from one or more of the client devices via the directed communication beams.

26.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further
comprising:

receiver/transmitters each configured to transmit a data communication transmission to
one or more of the client devices, and each further configured to receive a data communication
reception from one or more of the client devices;

wherein the transmit beam-forming network includes transmit ports that each couple an
individual antenna element of the antenna assembly to a receiver/transmitter; and

wherein the receive beam-forming network includes receive ports that each couple an
individual antenna element of the antenna assembly to a receiver/transmitter.

27.    (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further
comprising:

8

ARUBA_0032760

XR-EDTX1-00052331

multiple channels each corresponding to a receiver/transmitter configured to transmit a data communication transmission to a client device and receive a data communication reception from the client device; and

a scanning receiver configured to receive a data communication reception from a client device and determine which of the multiple channels provides acceptable data communication transmission and reception with the client device.

28.     (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising a scanning receiver configured to scan the directed communication beams and monitor for the data communication receptions from one or more of the client devices.

29.     (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising:

a memory component configured to maintain information corresponding to one or more of the client devices, the information including at least one of a transmit power level, a data transmit rate, an antenna direction, quality of service data, and timing data; and

wherein the signal coordination logic is further configured to coordinate the directed wireless communication with one or more of the client devices based on the information maintained with the memory component.

30.     (Withdrawn)  A multi-beam directed signal system as recited in claim 25, further comprising medium access controllers each corresponding to a directed communication beam and configured to communicate data packets for the directed wireless communication between the multi-beam directed signal system and a communication network.

31.     (Withdrawn)  A multi-beam directed signal system as recited in claim 25, wherein the transmit beam-forming network is further configured to transmit energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

9

ARUBA_0032761

XR-EDTX1-00052332

32.     (Withdrawn) A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate that only a first client device will receive a first directed wireless communication via a first communication beam, and that only a second client device will receive a second directed wireless communication via a second communication beam.

33.     (Withdrawn) A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

34.     (Withdrawn) A multi-beam directed signal system as recited in claim 25, wherein:

the signal coordination logic is further configured to determine when a directed communication beam is ineffective for a data communication transmission to a client device; and

the transmit beam-forming network is further configured to route the data communication transmission to the client device via a second directed communication beam.

35.     (Withdrawn) A multi-beam directed signal system as recited in claim 25 wherein the signal coordination logic is further configured to monitor the directed communication beams each as an individual access point.

36.     (Withdrawn) A multi-beam directed signal system as recited in claim 25, wherein the signal coordination logic is further configured to coordinate a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

37.     (Withdrawn) A Wi-Fi switch comprising the multi-beam directed signal system as recited in claim 25.

10

ARUBA_0032762

XR-EDTX1-00052333

38.     (Withdrawn)  A Wi-Fi switch for 802.11 specification data packet communication comprising the multi-beam directed signal system as recited in claim 25.

39.     (Withdrawn)  A method comprising:

coordinating directed wireless communication with client devices via directed communication beams emanated from an antenna assembly;

routing data communication transmissions through a transmit beam-forming network to antenna elements of the antenna assembly such that a data communication transmission is communicated to a client device via a directed communication beam; and

receiving data communication receptions through a receive beam-forming network from the antenna elements of the antenna assembly such that a data communication reception is received from a client device via a directed communication beam.

40.     (Withdrawn)  A method as recited in claim 39, further comprising: receiving a data communication reception from a client device with a scanning receiver; and

determining which of multiple channels provides acceptable data communication transmission and reception with the client device.

41.     (Withdrawn)  A method as recited in claim 39 further comprising monitoring the directed communication beams for the data communication receptions from one or more of the client devices.

42.     (Withdrawn)  A method as recited in claim 39 further comprising:

maintaining information corresponding to one or more of the client devices, the information including at least one of a transmit power level, a data transmit rate, an antenna direction quality of service data, and timing data; and

wherein coordinating the directed wireless communication includes coordinating a directed wireless communication with a client device based on the information that is maintained.

11

ARUBA_0032763

XR-EDTX1-00052334

43.    (Withdrawn) A method as recited in claim 39, further comprising generating a directed communication beam as an electromagnetic signal that includes transmission peaks and transmission nulls within a coverage area of the directed communication beam.

44.    (Withdrawn) A method as recited in claim 39 further comprising transmitting energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

45.    (Withdrawn) A method as recited in claim 39, further comprising:

determining when a directed communication beam is ineffective for a data communication transmission to a client device; and

routing the data communication transmission to the client device via a second directed communication beam.

46.    (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating that only a first client device will receive a first directed wireless communication via a first communication beam, and that only a second client device will receive a second directed wireless communication via a second communication beam.

47.    (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

48.    (Withdrawn) A method as recited in claim 39, wherein coordinating directed wireless communication includes coordinating a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

12

ARUBA_0032764

XR-EDTX1-00052335

49.    (Withdrawn)  One or more computer-readable media comprising computer executable instructions that, when executed, direct a wireless communication system to:

coordinate directed wireless communication with client devices via directed communication beams emanated from an antenna assembly;

route data communication transmissions through a transmit beam-forming network to antenna elements of the antenna assembly such that a data communication transmission is communicated to a client device via a directed communication beam; and

receive data communication receptions through a receive beam-forming network from the antenna elements of the antenna assembly such that a data communication reception is received from a client device via a directed communication beam.

50.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to;

receive a data communication reception from a client device with a scanning receiver; and

determine which of multiple channels provides acceptable data communication transmission and reception with the client device.

51.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to monitor the directed communication beams for the data communication receptions from one or more of the client devices.

52.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

13

ARUBA_0032765

XR-EDTX1-00052336

maintain information corresponding to one or more of the client devices, the information including at least one of a transmit power level, a data transmit rate, an antenna direction quality of service data, and timing data; and

coordinate a directed wireless communication with a client device based on the information that is maintained.

53.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to generate a directed communication beam as an electromagnetic signal that includes transmission peaks and transmission nulls within a coverage area of the directed communication beam.

54.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

generate a directed communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and

generate a second directed communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area.

55.    (Withdrawn)  One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that when executed, direct the wireless communication system to transmit energy on a side lobe of a directed communication beam corresponding to a first client device such that a second client device will detect the side lobe energy and recognize that a data communication transmission is being emanated to the first client device via the directed communication beam.

14

ARUBA_0032766

XR-EDTX1-00052337

56.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to:

determine when a directed communication beam is ineffective for a data communication transmission to a client device; and

route the data communication transmission to the client device via a second directed communication beam.

57.    (Withdrawn) One Of more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate that only a first client device receives a first directed wireless communication via a first communication beam, and that only a second client device receives a second directed wireless communication via a second communication beam.

58.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate a simultaneous data communication transmission to a first client device via a first directed communication beam and a data communication reception from a second client device via a second directed communication beam.

59.    (Withdrawn) One or more computer-readable media as recited in claim 49, further comprising computer executable instructions that, when executed, direct the wireless communication system to coordinate a data communication transmission to a first client device and a data communication reception from a second client device such that the data communication transmission does not interfere with the data communication reception.

60.    (Withdrawn) A method, comprising:

associating a client device with a directed communication beam;

receiving signal strength indications for data packets received from the client device;

15

ARUBA_0032767

XR-EDTX1-00052338

calculating a signal strength average for the client device from the received signal strength indications; and

maintaining the client device association with the directed communication beam in an event that the signal strength average indicates that the directed communication beam provides an effective communication link.

61.    (Withdrawn) A method as recited in claim 60, further comprising:

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

maintaining the client device association with the directed communication beam in an event that the signal strength average indicates that the directed communication beam provides a better communication link than the adjacent directed communication beam.

62.    (Withdrawn) A method as recited in claim 60, further comprising:

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

disassociating the client device from the directed communication beam in an event that the second signal strength average indicates that the adjacent directed communication beam provides a better communication link than the directed communication beam; and

reassociating the client device with the adjacent directed communication beam.

63.    (Withdrawn) A method as recited in claim 60, further comprising:

16

ARUBA_0032768

XR-EDTX1-00052339

sampling adjacent signal strength indications of an adjacent directed communication beam;

calculating a second signal strength average for the adjacent directed communication beam;

comparing the signal strength average and the second signal strength average;

disassociating the client device from the directed communication beam in an event that the signal strength average indicates that the directed communication beam is an ineffective communication link; and

reassociating the client device with the adjacent directed communication beam in an event that the second signal strength average indicates that the adjacent directed communication beam provides an effective communication link.

17

ARUBA_0032769

**XR-EDTX1-00052340**

### REMARKS/ARGUMENTS

Status of the Claims

Claims 1-13 and 16-24 stand rejected.

Claims 14 and 15 are cancelled. Claims 25-63 are presently withdrawn pursuant to a restriction requirement.

As a result, Claims 1-13 and 16-63 are now pending in this application.

Claim Rejections - 35 USC § 103

Claims 1-13 and 16-24 stand rejected under 35 U.S.C. 103(a) as being unpatentable over Periyalwar (US 6,611,695), as taken in view of Adachi et al. (US 2003/0064752 A1), and further in view of Corbell et al. (US 3,747,109).

Regarding claim 1, it is asserted that Periyalwar discloses a wireless communication system, comprising: a multi-beam directed signal system configured for directed wireless computing communication with a computing device; and an antenna assembly configured to receive the directed wireless communication and emanate wireless communication within a directed beam with the computing device.

Applicant again notes that the Periyalwar reference is not conceded to be prior art, and reserves the right to swear behind the asserted reference at a later date, if necessary.

Applicants' application and independent claims, as amended, relate to a data communication system for computing devices such as a local area network (LAN) or wide area network (WAN) computing network. As recited in the Background section, one shortcoming of wireless data communication is a relatively low bandwidth compared to a wired LAN or WAN system.

The Periyalwar reference describes a method and apparatus for assigning frequency channels to a particular beam within an omni directional multi-beam cellular voice phone system having channels which communicate equally in all directions. In Periyalwar, a (fixed) geographic region is divided up into a plurality of (fixed) hexagonally-shaped "cells," each cell having a central base station for receiving and transmitting to and from wireless telecommunication devices located within the cell. Each cell is sectored, and/or subdivided, and thereafter the fixed geographical cell

18

ARUBA_0032770

XR-EDTX1-00052341

area is serviced by a number of beams using directional antennae.

Thus, Periyalwar concerns itself with a series of inter-related fixed, omni-directional communication beams, and the means for managing and transferring communications from a cellular communication device that is moving among and between such cells. As shown in Figure 1 of the Periyalwar reference, the radial extent of each beam is set to reach to the cell boundary.

The Periyalwar reference relates to means for assessing channel quality within each such beam, and select an acceptable channel from among those that are available. The Periyalwar reference does not describe any mechanism for adjusting beam characteristics, such as by associating a transmission peak and/or null with a particular communication beam. The Periyalwar reference does not teach or disclose any manipulation of the beam characteristics whatsoever, or that any beam result in anything other than a geographically-fixed cell boundary.

Applicants' disclose and claim a system for making adjustments to a multi-beam directed signal system that is configured to determine a transmission peak for a particular directed wireless computing communication beam in a non-omni directional manner based on operational information associated with signal routing. The complementary beam-forming both increases side lobe levels, and works to direct a transmission null in a particular. In this manner, more power can be associated with a particular signal path and/or communication beam (i.e., associated with a transmission peak), to increase communication range, to increase data integrity or data security.

Applicants' independent Claim 1 recites "the multi-beam directed signal system is configured to determine and adjust, by beam forming, a transmission peak for a particular directed wireless computing communication beam in a non-omni directional manner based on operational information associated with signal routing." This is very different than simply choosing a channel in an omni-directional cellular voice phone system as described the Periyalwar reference, for the purpose of managing signal strength during movement of mobile devices within a multi-beam cellular communications system.

The Adachi reference is cited as disclosing a multi-beam directed signal system wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam-forming, a transmission peak for a particular directed beam in a non-omni-directional

19

ARUBA_0032771

XR-EDTX1-00052342

manner based on operational information associated with signal routing, and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction (citing Fig. 12 and 15 and paragraphs 148, 151, 162, 164, 167, and 171- 174).

The Adachi application if further cited as teaching that the beam is adjusted to the direction of a device it is communicating to and narrows the beam on the device to reduce the null effect and maintaining power consumption for longer distance devices (complementary beam-forming). A transmission null is allegedly directed to maximize the power associated with the transmission peak and minimize interference in the particular direction, by directing the beam in a particular direction and narrowing it.

Applicant does not admit that the Adachi application is prior art and reserves the right to swear behind the same at a later date. The present application (Serial No. 10/700,329) was filed on November 3, 2003, and claimed the benefit of a related U.S. Provisional Application Serial No. 60/423,660, entitled "A Wireless Data Packet Communications System," filed on November 4, 2002 (see paragraph 1). Thus the effective filing date of the present application is November 4, 2002.

The Adachi application was published on April 3, 2003, on an application (Serial No. 10/242,632) filed September 13, 2002. Applicant reserves the right to swear behind the Adachi Application at a later date.

Nonetheless, in the interest of advancing the prosecution of the present application, Applicant respectfully submits that the elements and limitations of the claims of the present application can be distinguished from the teachings of the Periyalwar and Adachi references for at least the following reasons. Applicants' independent claim 1 presently recites:

a multi-beam directed signal system configured for 802.11 specification data packet wireless computing communication with a 802.11 client computing device; and

an antenna assembly configured to receive and emanate wireless communication within a directed beam with the computing device,

20

ARUBA_0032772

wherein the multi-beam directed signal system is configured to determine and adjust, by complementary beam¬forming to increase side lobe levels, a transmission peak for a particular directed beam in a non-omni-directional manner based on operational information associated with signal routing, and further configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Applicants' independent claim 16 presently recites:

generating from a Wi-Fi switch a directed wireless communication for 802.11 specification data packet communication with a 802.11 client computing device; receiving the directed wireless communication at an antenna assembly;

emanating a directed communication beam associated with a transmission peak, which is adjusted relative to other beams of a multi-beam directed signal system by complementary beam¬forming to increase side lobe levels, in a non-omni-directional manner for the data communication with the computing device; and

directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

In response to an earlier Office Action, Applicant argued that the Adachi application does not describe, teach, or suggest, and is not equivalent to, complementary beam forming. That is, adjusting and narrowing does not equate to complementary beam forming as defined by the present disclosure, which entails more than mere directed wireless communications.

The cited portions of the Adachi application (Figs. 12 and 15, and paragraphs 148, 151, 162, 164, 167 and 171-174) appear to merely describe directing a communication beam, for example, by using weighting factors associated with a directional antenna, to reduce the influences of interference on an unintended base station or terminal using an identical channel. The reference, however, does not teach complementary beam forming as described above, as the purpose and design of the beam forming in the Adachi application is very different. The Periyalwar reference does not appear to cure the stated deficiencies in the Adachi application, as acknowledged by the Office Action.

The Adachi Application is directed towards improving communications between base stations without them being influenced by communications between the base station and

21

ARUBA_0032773

XR-EDTX1-00052344

terminals (see, for example, paragraphs [0011] to [0015] of the Adachi application).

Paragraphs [0114] - [0117] of the present application describe complementary beam forming as "a technique to reduce the effect of communication beam nulls and increase side lobe levels without a severe power penalty to the main beam." Complementary beam-forming, as described in the present application, is utilized as a technique to ensure a minimum transmit power in all directions, by reducing the "hidden beam" effect of nulls in certain directions that may accompany a directional communication beam, such as in Adachi. That is, fanning directional transmit communication beams, as in Adachi, has the side effect of hiding the transmitted energy from some client devices, negatively impacting their carrier sense mechanisms in a network. Since the present invention is intended to be an open network, the hiding of the beam from certain areas or client devices is directly contrary to the purpose of the invention, which is both inclusive as to the range of generation of the beam, and restrictive as to deliberately directing transmission nulls where there is interference and the like.

For example of the difference, a client device can measure the energy transmitted from access points and from other client devices. If a client device cannot detect the presence of other transmissions, due to use of directional communication beams, it may interpret the medium as being idle and attempt to access the medium, when, in fact, the medium is busy. These competing access attempts have a burdening effect on the performance of the network.

Complementary beam- forming, as claimed and defined by the present application, ensures that multiple transmit beams in arbitrary directions are complemented by another beam in all other directions. The complementary beam does not interfere with the intended beams and increases the probability that other users in the network can detect whether the medium is idle or available for their use, thus contributing to the efficient usage of the network.

The Periyalwar reference, alone or in combination with the Adachi application, does not appear to describe, teach or suggest using complementary beam-forming. Complementary beam-forming is discussed in the specification, as originally filed, at paragraphs 0114 - 0117, among others. Complementary beam-forming ensures, in part, a minimum transmit power in all directions while preserving the shape of the main communication beam, e.g., transmission peak, such that clients other than an intended client

22

ARUBA_0032774

XR-EDTX1-00052345

device are able to ascertain whether the communication medium is busy or idle (and available).

Finally, the Periyalwar reference, alone or in combination with the Adachi application, does not appear to describe, teach or suggest a multi-beam directed signal system configured to direct a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction. As set forth generally in paragraph 0024, and in more detail in paragraphs 0105 - 0108, of the specification as originally filed, a transmission null occurs in a transmission pattern when a relatively insignificant amount of energy is transmitted in a particular direction.

While it is not the sole deficiency of the Periyalwar and Adachi applications, the Patent Office concedes that those references taken alone or together, do not teach increasing side lobe levels when beam-forming, and for this purpose, the Corbell et al. patent is cited as teaching increasing side lobe levels when beam-forming (col. 7, lines 16-19, the side lobes are increased to cover more area).

It is thus asserted that it would have been obvious to one of ordinary skill in the art at the time the invention was made to utilize the teachings of Corbell et al. into the teachings of Periyalwar and Adachi et al. for the purposes of improving the radiation detection within a generally rectangular area (col. 7, lines 16-19).

Corbell et al. teaches and alarm system that adapts Doppler frequency principles to enhance an alarm system using microwave energy (see Column 3, line 52, to Column 4, line 2). The intrusion detection apparatus includes a transmitting aperture adapted to produce a field beam of microwave energy that can be manipulated to fill an area to be monitored for intrusion by a moving body within the field, triggering an alarm at the presence of an intruder.

Corbell et al. does not relate to the field of communications, and, further, the electromagnetic systems employed are different, and employed for a different purpose. Even the section cited in the Office Action seems inapposite, as it states "Applicant has found that the

23

ARUBA_0032775

XR-EDTX1-00052346

extension of the side lobes or the use of the essentially laterally projecting flanges improves the radiation detection within a generally rectangular area" (column 7, lines 16-19). The purpose is made clear in the next paragraph of the Corbell application, which notes the desired result as being that the total area of a room or warehouse can be "totally filled with the radiated energy field primarily as a result of the reflective nature of the walls such that the movement in any area will be detected", and will product "maximum sensitivity to the most significant portion of the area being protected and the intrusion of a body most likely to be encountered." (Column 7, lines 20 – 38).

Corbell et al., even taken with the Periyalwar and Adachi applications, does not disclose Applicants system for affirmatively directing a transmission null along a particular signal path (for example by assigning a zero weighting factor to a particular vector in a routing table) towards an undesired, possibly interfering, device or object, nor suggest how this could achieve a number of benefits described in the specification.

Applicants respectfully submit that the claimed "directing a transmission null" is not described, taught or suggested by the mere absence of a communication beam in a particular direction, nor implied by a discussion of directed communication beams, nor does the manipulation of microwave radiation patters taught by Corbell et al. cover the deficiency.

Therefore, it would not have been obvious to one of ordinary skill in the art at the time the invention was made to utilize the teachings of the Periyalwar and Adachi applications and adapt with the teachings of Corbell et al. for the purposes of without influencing other communications therefore reducing/preventing interference in the network (paragraph 11).

Regarding claim 2, while Periyalwar discloses a multi-beam directed signal system to multiple discrete cells of a cellular system, within which it is further configured to generate a second directed wireless computing communication to a second computing device, and wherein the antenna assembly is further configured to receive the second wireless communication and emanate a second directed computing communication beam for additional data communication

24

ARUBA_0032776

XR-EDTX1-00052347

with the second computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 3, while Periyalwar discloses a multi-beam directed signal system for a cellular network that is further configured to generate a second directed wireless computing communication to a second computing device the antenna assembly is further configured to receive the second wireless computing communication and emanate a second directed communication beam for additional data communication with the second computing device; and the antenna assembly is further configured to emanate the directed communication beam such that only the computing device will receive the data communication, and further emanate the second directed communication beam such that only the second computing device will receive the additional data communication (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

25

ARUBA_0032777

XR-EDTX1-00052348

Regarding claim 4, while Periyalwar discloses a multi-beam directed signal system for a
cellular communications network system that is multi-channel and further configured for
directed wireless computing communication with a second computing device; the antenna
assembly is further configured to emanate the directed communication beam for data
communication with the computing device via a first channel; and the antenna assembly is
further configured to emanate a second directed communication beam for additional data
communication with the second computing device via a second channel (cited for the teachings
at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for
the claimed invention, and more particularly, this is not taught within the context of emanating a
directed communication beam, associated with a transmission peak, and adjusting it relative to
other beams of a multi-beam directed signal system by complementary beam-forming to increase
side lobe levels, in a non-omni-directional manner, for the data communication with the
computing device, nor directing a transmission null in a particular direction to maximize power
associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 5, while Periyalwar may disclose a multi-beam directed signal system
that is multi-channel and further configured for directed wireless computing communication with
a second computing device; the antenna assembly includes a phased array of antenna elements
each configured to emanate a communication beam; the antenna assembly is further configured
to emanate the directed communication beam from a first antenna element for the data
communication with the computing device via a first channel; and the antenna assembly is
further configured to emanate a second directed communication beam from a second antenna
element for additional data communication with the second computing device via a second
Channel (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not
accomplished the same way as for the claimed invention, and more particularly, this is not taught
within the context of emanating a directed communication beam, associated with a transmission
peak, and adjusting it relative to other beams of a multi-beam directed signal system by

26

ARUBA_0032778

XR-EDTX1-00052349

complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 6, while Periyalwar may disclose a multi-beam directed signal system that is multi-channel and further configured for simultaneous directed wireless computing communication with a second computing device, and where the antenna assembly is further configured to emanate the directed communication beam for data communication transmission to the computing device via a first channel; and the antenna assembly is further configured to emanate a second directed communication beam for data communication reception from the second computing device via a second channel (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 7, while Periyalwar may disclose a multi-beam directed signal system that is further configured for simultaneous directed wireless transmission to the computing device and directed wireless reception from a second computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase

27

ARUBA_0032779

XR-EDTX1-00052350

side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 8, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate the directed communication beam as an electromagnetic signal that includes transmission peaks and transmissions nulls within a coverage area of the communication beam (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 9, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate the directed communication beam as an electromagnetic signal that includes a signal transmission peak within a first coverage area and a signal transmission null within a second coverage area; and the antenna assembly is further configured to emanate a second directed communication beam as a second electromagnetic signal that includes a second signal transmission peak within the second coverage area and a second signal transmission null within the first coverage area (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side

28

ARUBA_0032780

XR-EDTX1-00052351

lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 10, while Periyalwar may disclose a multi-beam directed signal system that include an antenna assembly is further configured to emanate a second directed communication beam for the data communication with the computing device when the directed communication beam is determined ineffective for data communication (cited for the teachings at column 2 lines 5067 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 11, while Periyalwar may disclose a multi-beam directed signal system that is further configured to determine when the directed communication beam is ineffective for data communication with the computing device, and is further configured to generate the directed wireless communication for the data communication via a second directed communication beam; and the antenna assembly is further configured to emanate the second directed communication beam for the data communication with the computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data

29

ARUBA_0032781

XR-EDTX1-00052352

communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 12, while Periyalwar may disclose a multi-beam directed signal system that is further configured to emanate multiple directed communication beams, and wherein the multi-beam directed signal system includes signal coordination logic that monitors the multiple directed communication beams each as an individual access point (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.Regarding claim 13-15, while Periyalwar may disclose a multi-beam directed signal system that includes signal coordination logic that controls a directed wireless transmission to the computing device and directed wireless reception from a second computing device such that the directed wireless transmission does not interfere with the directed wireless reception (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

30

ARUBA_0032782

Regarding claim 16, the arguments above regarding Claim 1 and the inadequecies of Periyalwar and Adachi applications, alone or taken with Corbell et al., are reiterated here.

With respect to independent Claim 16, as for Claim 1, the claim includes a limitation of emanating a directed communication beam, <u>associated with a transmission peak which is adjusted</u> <u>relative to other beams of a multi-beam directed signal system by beam fom1ing in a non-omni</u> <u>directional manner,</u> for the data communication with the <u>computing</u> device. The Periyalwar reference describes evaluating the quality of particular channels within a particular beam and a channel selection process based on the evaluation, but does not appear to describe adjusting or changing the communication beam, for example, by emanating a directed communication beam, associated with a transmission peak <u>which is adjusted</u> relative to other beams of a multi-beam directed signal system, for the data communication with the <u>computing</u> device.

And, as for Claim 1, neither the Adachi application nor Corbell et al., supply the missing limitations.

Accordingly, Applicant respectfully requests reconsideration and withdrawal of the 102 rejection of independent Claim 16, as amended, as well as dependent Claims 17-24 which depend from independent Claim 16.

Regarding claim 17, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; and emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing

31

ARUBA_0032783

XR-EDTX1-00052354

device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 18, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and wherein the directed communication beam is emanated such that only the computing device will receive the data communication, and the second directed communication beam is emanated such that only the second computing device will receive the additional data communication (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 19, while Periyalwar may disclose generating a second directed wireless communication for additional data communication with a second computing device; receiving the second directed wireless communication at the antenna assembly; emanating a second directed communication beam, adjusted for a second transmission peak, for the additional data communication with the second computing device; and wherein the directed communication beam is emanated from a first antenna element of the antenna assembly, and the second directed communication beam is emanated from a second antenna element of the antenna assembly (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3, lines 1-54), this is not

32

ARUBA_0032784

XR-EDTX1-00052355

accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 20, while Periyalwar may disclose emanating a second directed communication beam, adjusted for a second transmission peak, for data communication reception from a second computing device, and wherein emanating the directed communication beam includes emanating the directed communication beam for data communication transmission to the computing device (Periyalwar, cited for the teachings at column 2 lines -50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 21, while Periyalwar may disclose transmitting the data communication to the computing device via the directed communication beam adjusted for transmission peak; receiving a second data communication from a second computing device via a second directed communication beam; and wherein transmitting the data communication and receiving the second directed data communication is simultaneous (Periyalwar, cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the

33

ARUBA_0032785

XR-EDTX1-00052356

claimed invention, and more particularly, this is not taught within the context of emanating a
directed communication beam, associated with a transmission peak, and adjusting it relative to
other beams of a multi-beam directed signal system by complementary beam-forming to increase
side lobe levels, in a non-omni-directional manner, for the data communication with the
computing device, nor directing a transmission null in a particular direction to maximize power
associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 22, while Periyalwar may disclose emanating the directed
communication beam includes emanating an electromagnetic signal that includes transmission
peaks and transmissions nulls within a coverage area of the directed communication beam (cited
for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the
same way as for the claimed invention, and more particularly, this is not taught within the
context of emanating a directed communication beam, associated with a transmission peak, and
adjusting it relative to other beams of a multi-beam directed signal system by complementary
beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data
communication with the computing device, nor directing a transmission null in a particular
direction to maximize power associated with the transmission peak and minimize interference in
the particular direction.

Regarding claim 23, while Periyalwar may disclose determining that the directed
communication beam is ineffective for the data communication with the computing device; and
emanating a second directed communication beam for the data communication with the
computing device (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this
is not accomplished the same way as for the claimed invention, and more particularly, this is not
taught within the context of emanating a directed communication beam, associated with a
transmission peak, and adjusting it relative to other beams of a multi-beam directed signal
system by complementary beam-forming to increase side lobe levels, in a non-omni-directional

34

ARUBA_0032786

**XR-EDTX1-00052357**

manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

Regarding claim 24, while Periyalwar may disclose transmitting the data communication to the computing device via the directed communication beam; receiving a second data communication from a second computing device via a second directed communication beam; and controlling transmitting the data communication such that the data communication does not interfere with receiving the second data communication (cited for the teachings at column 2 lines 50-67 and column 3 lines 1-54), this is not accomplished the same way as for the claimed invention, and more particularly, this is not taught within the context of emanating a directed communication beam, associated with a transmission peak, and adjusting it relative to other beams of a multi-beam directed signal system by complementary beam-forming to increase side lobe levels, in a non-omni-directional manner, for the data communication with the computing device, nor directing a transmission null in a particular direction to maximize power associated with the transmission peak and minimize interference in the particular direction.

## CONCLUSION

In light of the above remarks, Applicant believes that the application, as amended, is in condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to allowance.

This response is being filed with a fee and an extension of time to reply to the Office Action for 3 months. It is also being filed with a petition to revive for an unintentionally abandoned application.

35

ARUBA_0032787

XR-EDTX1-00052358

Applicant authorizes any required fees requested to be charged to Deposit Account 50-

1577. If the Examiner has any questions regarding this communication, he is invited to contact

the undersigned at (916) 930-2585.

Respectfully submitted,

Date:  August 28, 2009

By: _____
Carl J. Schwedler, Reg. No.: 36,924

Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California  95814
Tel.:  (916) 930-2585
Fax: (916) 930-2501

11846104.1

36

ARUBA_0032788

XR-EDTX1-00052359

# Electronic Patent Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6477330 |
| **Application Number:** | 10700329 |
| **International Application Number:** | |
| **Confirmation Number:** | 5147 |
| **Title of Invention:** | Directed wireless communication |
| **First Named Inventor/Applicant Name:** | Marcus da Silva |
| **Correspondence Address:** | Vivato, Inc. <br> - <br> 139 Townsend Street, Suite 200 <br> - <br> San Francisco           CA           94107 <br> US           - <br> - |
| **Filer:** | Carl J. Schwedler/Ariele Ross |
| **Filer Authorized By:** | Carl J. Schwedler |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 18-NOV-2009 |
| **Filing Date:** | 03-NOV-2003 |
| **Time Stamp:** | 14:10:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |
| **File Listing:** | |

ARUBA_0032789

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | Transmittal.PDF | 57214<br>cc10395cb1ba6c6083264d0ee6cb3298b0521198 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Power of Attorney | POA.PDF | 59478<br>38c7b14a2a18dbc86087955400288b2bd8ad6f17 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Assignee showing of ownership per 37 CFR 3.73(b). | Statement.pdf | 90867<br>90c7d6319eb1f0d3e427fee63e4dda2f86e133fdb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Petition for review by the Office of Petitions. | Petition.pdf | 45834<br>499b59035a1a61f06a896e5beeb8514c1722ae0f3 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Miscellaneous Incoming Letter | Amendment.pdf | 1677980<br>9d1dd0172cda63d630cc0c0ea2b1a0ed69c2f29a | no | 36 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 1931373 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ARUBA_0032790

XR-EDTX1-00052361

PTO/SB/21 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | | |
|---|---|---|
| Application Number | 10/700,329 | |
| Filing Date | November 3, 2003 | |
| First Named Inventor | Marcus da Silva | |
| Art Unit | 2617 | |
| Examiner Name | Lee, Justin Ye | |
| Attorney Docket Number | 29988/40000 | |

Total Number of Pages in This Submission  **42**

### ENCLOSURES   *(Check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Drawing(s) | After Allowance Communication to TC |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☑ Amendment/Reply | ☑ Petition | ☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☑ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ☑ Other Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Request for Refund | Statement Under 37 CFR 3.73(b) |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | |
| | ☐ Landscape Table on CD | |
| ☐ Certified Copy of Priority Document(s) | Remarks | |
| ☐ Reply to Missing Parts/ Incomplete Application | | |
| ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | |

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Bullivant Houser Bailey | | |
|---|---|---|---|
| Signature | | | |
| Printed name | Carl J. Schwedler | | |
| Date | November 18, 2009 | Reg. No. | 36,924 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | | |
|---|---|---|
| Typed or printed name | | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ARUBA_0032791

XR-EDTX1-00052362

PTO/SB/81 (01-09)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | Application Number | 10/700,329 |
|---|---|---|
| | Filing Date | November 3, 2003 |
| | First Named Inventor | Marcus da Silva |
| | Title | Directed Wireless Communication |
| | Art Unit | 2617 |
| | Examiner Name | Lee, Justin Ye |
| | Attorney Docket Number | 28988/40000 |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.
OR
☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| 70130 |

OR
☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

☒ The address associated with the above-mentioned Customer Number.
OR
☐ The address associated with Customer Number:
OR

| ☐ Firm or Individual Name | |
|---|---|
| Address | |

| City | | State | | Zip | |
|---|---|---|---|---|---|
| Country | | | | | |
| Telephone | | Email | | | |

I am the:
☐ Applicant/Inventor.
OR
☒ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____

| SIGNATURE of Applicant or Assignee of Record | | |
|---|---|---|
| Signature | | Date | November 18, 2009 |
| Name | Thomas A. Sidley | Telephone | |
| Title and Company | Member, Aequitas Equipment Finance, LLC | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of  1  forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

ARUBA_0032792

PTO/SB/96 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Aequitas Equipment Finance, LLC

Application No./Patent No.: 10/700,329      Filed/Issue Date: November 3, 2003

Titled: DIRECTED WIRELESS COMMUNICATION

Aequitas Equipment Finance, LLC    , a    limited liability company

(Name of Assignee)            (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☐   the assignee of the entire right, title, and interest in;

2. ☐   an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. ☒   the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. ☐   An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. ☒   A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

    1. From: Marcus da Silva, et al. (all inventors)     To: Vivato, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 014835 _____, Frame 0270 _____, or for which a copy thereof is attached.

    2. From: Vivato, Inc.     To: Wayout Wireless, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 018313 _____, Frame 0608 _____, or for which a copy thereof is attached.

    3. From: Wayout Wireless, LLC     To: Vivato Networks, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 019704 _____, Frame 0789 _____, or for which a copy thereof is attached.

    ☒   Additional documents in the chain of title are listed on a supplemental sheet(s).

    ☐   As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

      [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| _____(signature)_____ | November 18, 2009 |
| Signature | Date |
| Thomas A. Sidley | Member, Aequitas Equipment Finance, LLC |
| Printed or Typed Name | Title |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

ARUBA_0032793

XR-EDTX1-00052364

4. From: Vivato Networks, Inc., formerly Vivato Networks, LLC      To: Aequitas Capital Management, Inc.

The document was recorded in the United States Patent and Trademark Office at

Reel 020174 _____, Frame 0698 _____,
or for which a copy thereof is attached.

5. From: Aequitas Capital Management, Inc.      To: Aequitas Equipment Finance, LLC

The document was recorded in the United States Patent and Trademark Office at

Reel 022645 _____, Frame 0243 _____,
or for which a copy thereof is attached.

6. From: Vivato Networks, LLC now known as Vivato Networks, Inc.   To: Vivato Networks Holdings, LLC

The document was recorded in the United States Patent and Trademark Office at

Reel 020213 _____, Frame 0950 _____,
or for which a copy thereof is attached.

7. From: Vivato Networks, Inc.      To: Aequitas Equipment Finance, LLC

The document was recorded in the United States Patent and Trademark Office at

Reel 022645 _____, Frame 0246 _____,
or for which a copy thereof is attached.

8. From: Vivato Networks Holdings, Inc., formerly Vivato Networks Holdings, LLC To: Aequitas Equipment Finance, LLC

The document was recorded in the United States Patent and Trademark Office at

Reel 022783 _____, Frame 0433 _____,

or for which a copy thereof is attached.

ARUBA_0032794

XR-EDTX1-00052365