# Exhibit 24



# Transcript of Daniel Patrick Burke

**Date:** January 20, 2023
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

XR-EDTX-00091733

Transcript of Daniel Patrick Burke
January 20, 2023                                    26

| | | |
|---|---|---|
| 1 | individuals at XR who you communicated with? | 12:35:16 |
| 2 | A    Just repeat it or somebody read that | 12:35:23 |
| 3 | back? | 12:35:25 |
| 4 | Q    Do you -- sure.  Do you recall the | 12:35:27 |
| 5 | names of any individuals at XR Communications who | 12:35:28 |
| 6 | you communicated with? | 12:35:32 |
| 7 | A    I believe the two that I communicated | 12:35:41 |
| 8 | with initially were Kai Hansen and Adrian Zajac. | 12:35:43 |
| 9 | Q    Okay, did you eventually communicate | 12:35:52 |
| 10 | with any other individuals at XR Communications? | 12:35:56 |
| 11 | A    Yes. | 12:36:05 |
| 12 | Q    Do you recall those names? | 12:36:05 |
| 13 | A    No. | 12:36:06 |
| 14 | Q    What did XR Communications hire you to | 12:36:11 |
| 15 | do? | 12:36:14 |
| 16 | A    They hired me to help them with an | 12:36:15 |
| 17 | agreement in which they were acquiring some patent | 12:36:21 |
| 18 | properties. | 12:36:25 |
| 19 | Q    Did your work for XR Communications | 12:36:33 |
| 20 | involve any other tasks? | 12:36:35 |
| 21 | A    Yes. | 12:36:39 |
| 22 | Q    And what were those? | 12:36:41 |
| 23 | A    I helped them with some patent | 12:36:46 |
| 24 | prosecution. | 12:36:48 |
| 25 | Q    And that was prosecution of the patent | 12:36:52 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023

27

| | | |
|---|---|---|
| 1 | properties that they acquired? | 12:36:55 |
| 2 | A    Some of them I believe, yes. | 12:36:57 |
| 3 | Q    When did your work for XR | 12:37:10 |
| 4 | Communications end, approximately? | 12:37:12 |
| 5 | A    The latter half of 2011, I believe. | 12:37:18 |
| 6 | Q    So approximately how long did you do | 12:37:33 |
| 7 | work for XR Communications? | 12:37:35 |
| 8 | A    Short of two years.  Less than two | 12:37:39 |
| 9 | years. | 12:37:41 |
| 10 | Q    Why did your work for XR Communications | 12:37:46 |
| 11 | end? | 12:37:49 |
| 12 | MS. CHAN:  I would caution the witness | 12:37:51 |
| 13 | not to reveal the substance of any attorney-client | 12:37:52 |
| 14 | communications, but you can generally respond. | 12:37:54 |
| 15 | THE WITNESS:  I don't think it was ever | 12:38:07 |
| 16 | said, but I made clear that I was not expert in | 12:38:08 |
| 17 | the technology.  And it wasn't long after that, | 12:38:11 |
| 18 | that I was transferring the finals to another | 12:38:17 |
| 19 | firm. | 12:38:19 |
| 20 | The prosecution, I think, was flowed | 12:38:24 |
| 21 | after we did that purchase agreement, which I had | 12:38:28 |
| 22 | no qualms in handling that.  But getting into the | 12:38:31 |
| 23 | prosecution I was relying entirely on them for the | 12:38:39 |
| 24 | substance or the technical aspects of responses to | 12:38:43 |
| 25 | the patent office. | 12:38:52 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091760

Transcript of Daniel Patrick Burke
January 20, 2023                                    28

| | | |
|---|---|---|
| 1 | BY MR KOHLHEPP: | 12:38:54 |
| 2 | Q    So fair to say that the subject of the | 12:39:10 |
| 3 | patents that you were prosecuting for XR was not | 12:39:11 |
| 4 | in the area of your technical expertise? | 12:39:17 |
| 5 | MR. BARHAM:  Objection to form; you can | 12:39:23 |
| 6 | answer. | 12:39:24 |
| 7 | THE WITNESS:  Generally, yes. | 12:39:24 |
| 8 | BY MR KOHLHEPP: | 12:39:25 |
| 9 | Q    And for that reason you didn't feel | 12:39:35 |
| 10 | comfortable prosecuting patents for XR | 12:39:41 |
| 11 | Communications? | 12:39:45 |
| 12 | MR. BARHAM:  Objection to form.  You | 12:39:48 |
| 13 | can answer. | 12:39:49 |
| 14 | THE WITNESS:  I wouldn't say that.  I | 12:39:52 |
| 15 | would say I was relying upon technical people at | 12:39:54 |
| 16 | XR for everything technical. | 12:39:59 |
| 17 | BY MR KOHLHEPP: | 12:40:18 |
| 18 | Q    Did you ever do work for an entity | 12:40:19 |
| 19 | called Aequitas? | 12:40:21 |
| 20 | A    I don't know.  I don't know who all the | 12:40:25 |
| 21 | players were.  I mean the name's somewhat | 12:40:27 |
| 22 | familiar, but I don't know if I ever -- if they | 12:40:29 |
| 23 | were ever Aequitas that I was representing or the | 12:40:32 |
| 24 | people that I was representing were always XR.  I | 12:40:34 |
| 25 | just don't remember. | 12:40:39 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091761

Transcript of Daniel Patrick Burke
January 20, 2023                                    55

| | | |
|---|---|---|
| 1 | BY MR KOHLHEPP: | 01:51:09 |
| 2 | Q    Is it possible that you relied on the | 01:51:10 |
| 3 | statement of Mr. Schwedler that the delay during | 01:51:11 |
| 4 | that period was unintentional? | 01:51:16 |
| 5 | MS. CHAN:  Objection to form. | 01:51:22 |
| 6 | THE WITNESS:  It's possible that I | 01:51:26 |
| 7 | relied on communications with him and other | 01:51:27 |
| 8 | people. | 01:51:34 |
| 9 | So if -- I'm just trying to define the | 01:51:41 |
| 10 | parameters of your question.  Are you saying -- I | 01:51:42 |
| 11 | don't know if you're asking is it possible that I | 01:51:43 |
| 12 | relied exclusively on him or is it him and others? | 01:51:46 |
| 13 | The bottom line is I don't remember, | 01:51:53 |
| 14 | but I'm sure a lot of things are possible. | 01:51:54 |
| 15 | BY MR KOHLHEPP: | 01:51:58 |
| 16 | Q    What did you rely on as the basis for | 01:52:00 |
| 17 | asserting that the delay from June of 2008 through | 01:52:05 |
| 18 | early December 2009 was unintentional? | 01:52:08 |
| 19 | A    Sitting here today, I don't remember. | 01:52:13 |
| 20 | Q    What did you do to investigate whether | 01:52:19 |
| 21 | the delay from June of 2008 through early | 01:52:23 |
| 22 | December 2009 was unintentional? | 01:52:27 |
| 23 | A    I don't remember. | 01:52:31 |
| 24 | Q    Did you talk with Mr. Schwedler? | 01:52:38 |
| 25 | A    I don't remember speaking to Mr. | 01:52:42 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023                                    56

| | | |
|---|---|---|
| 1 | Schwedler. | 01:52:44 |
| 2 | Q    Do you recall communicating with anyone | 01:52:54 |
| 3 | else about the circumstances of why no office | 01:52:55 |
| 4 | action response was filed in June of 2008 through | 01:53:02 |
| 5 | December 2009 in the '329 application? | 01:53:05 |
| 6 | MR. BARHAM:  Object to the form.  You | 01:53:09 |
| 7 | can answer. | 01:53:14 |
| 8 | THE WITNESS:  Can you just give me the | 01:53:14 |
| 9 | question back again, please?  I'm not asking you | 01:53:16 |
| 10 | to change it; I just want to make sure I have it | 01:53:20 |
| 11 | clear. | 01:53:23 |
| 12 | BY MR KOHLHEPP: | 01:53:23 |
| 13 | Q    Do you recall communicating with anyone | 01:53:24 |
| 14 | else about the circumstances of why no office | 01:53:27 |
| 15 | action response was filed during the time period | 01:53:30 |
| 16 | of June 2008 through December 2009, in the matter | 01:53:33 |
| 17 | of the '329 application? | 01:53:38 |
| 18 | MS. CHAN:  Objection to form. | 01:53:50 |
| 19 | THE WITNESS:  I have a vague | 01:54:12 |
| 20 | recollection of working on the -- whatever is | 01:54:13 |
| 21 | called the purchase agreement for the patent | 01:54:14 |
| 22 | properties. | 01:54:16 |
| 23 | There's a representation in there about | 01:54:17 |
| 24 | representations made to the patent office, I | 01:54:18 |
| 25 | believe.  I believe I would have been the one to | 01:54:20 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023                                                    57

| | | |
|---|---|---|
| 1 | put that in there because I was representing XR. | 01:54:27 |
| 2 | There's nobody else -- I mean the | 01:54:33 |
| 3 | other -- I don't recall anybody else working on | 01:54:34 |
| 4 | that agreement on our side, so to speak.  I'm sure | 01:54:36 |
| 5 | I communicated with the clients and I know the | 01:54:40 |
| 6 | other side wouldn't have voluntarily put it in | 01:54:48 |
| 7 | there. | 01:54:51 |
| 8 | I think we started with something that | 01:54:51 |
| 9 | really didn't get the job done, so I think there | 01:54:54 |
| 10 | was a lot of re-drafting of wherever we started. | 01:54:56 |
| 11 | That's -- it's a very vague recollection, and it's | 01:55:02 |
| 12 | very general, but that's all I really remember and | 01:55:06 |
| 13 | I'm not saying that's everything but I think it's | 01:55:16 |
| 14 | responsive to your question.  And as far as who I | 01:55:18 |
| 15 | was communicating with, I don't remember. | 01:55:21 |
| 16 | I'm sure they had counsel on their | 01:55:27 |
| 17 | side.  Well, I'm not sure but I guess they did.  I | 01:55:28 |
| 18 | really don't know.  I could have been dealing with | 01:55:33 |
| 19 | the principals on the other side.  I just don't | 01:55:35 |
| 20 | know.  That would have been unusual. | 01:55:37 |
| 21 | BY MR KOHLHEPP: | 01:55:43 |
| 22 | Q    So you are referring to a | 01:55:43 |
| 23 | representation about a representation made to the | 01:55:44 |
| 24 | patent office.  What do you mean by that? | 01:55:46 |
| 25 | A    I recall there's something in the | 01:55:52 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091790

Transcript of Daniel Patrick Burke
January 20, 2023                                    58

| | | |
|---|---|---|
| 1 | purchase agreement saying that representations | 01:55:54 |
| 2 | made to the patent office were accurate. | 01:55:59 |
| 3 | Something to that effect.  I'm sure you have | 01:56:09 |
| 4 | the -- I assume you have the document. | 01:56:12 |
| 5 | Q    Okay, are you saying that's what you | 01:56:14 |
| 6 | relied on in making your representation to the | 01:56:15 |
| 7 | patent office, that the entire period of delay in | 01:56:20 |
| 8 | the '329 application was unintentional? | 01:56:25 |
| 9 | A    No, sir. | 01:56:33 |
| 10 | MR. BARHAM:  Objection, that misstates | 01:56:34 |
| 11 | his prior testimony. | 01:56:35 |
| 12 | BY MR KOHLHEPP: | 01:56:36 |
| 13 | Q    Okay, what did you rely on in making | 01:56:36 |
| 14 | that representation to the patent office? | 01:56:38 |
| 15 | A    I don't recall. | 01:56:40 |
| 16 | MR. BARHAM:  Objection to the prior | 01:56:43 |
| 17 | question as asked and answered. | 01:56:44 |
| 18 | BY MR KOHLHEPP: | 01:57:17 |
| 19 | Q    Do you have any recollection of doing | 01:57:18 |
| 20 | your own independent investigation into the | 01:57:19 |
| 21 | circumstances of how the '329 patent application | 01:57:24 |
| 22 | became abandoned? | 01:57:29 |
| 23 | A    I really don't understand the question. | 01:57:41 |
| 24 | What do you mean by my own independent | 01:57:43 |
| 25 | investigation?  It wasn't like I was digging for | 01:57:46 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091791

Transcript of Daniel Patrick Burke
January 20, 2023                                    59

| | | |
|---|---|---|
| 1 | something to try to find a, you know, a weapon or | 01:57:50 |
| 2 | something, right?  It's like anything I did for | 01:57:54 |
| 3 | that prior time period would be relying upon what | 01:57:59 |
| 4 | other people told me, right.  Just because I | 01:58:03 |
| 5 | wasn't there, it wasn't like this was an | 01:58:09 |
| 6 | application that my office or that we had dropped | 01:58:12 |
| 7 | the ball on that we'd have to re-launch. | 01:58:14 |
| 8 |         I'm just saying that clearly we had to | 01:58:19 |
| 9 | rely on somebody or somebodies so... | 01:58:20 |
| 10 |    Q    My question is:  What did you rely on? | 01:58:26 |
| 11 | Was it something somebody told you? | 01:58:28 |
| 12 |    A    I don't remember. | 01:58:31 |
| 13 |         MS. CHAN:  Asked and answered. | 01:58:35 |
| 14 | BY MR KOHLHEPP: | 01:58:44 |
| 15 |    Q    At the time that you made the statement | 01:58:45 |
| 16 | to the patent office on the second page of Burke | 01:58:48 |
| 17 | Exhibit 4, that the entire delay from June of 2008 | 01:58:54 |
| 18 | through November 8th, 2010 was unintentional, did | 01:59:01 |
| 19 | you know why the '329 application had gone | 01:59:05 |
| 20 | abandoned? | 01:59:08 |
| 21 |    A    I don't remember anything about that, I | 01:59:11 |
| 22 | really don't. | 01:59:14 |
| 23 |    Q    Sitting here today, do you know why the | 01:59:16 |
| 24 | '329 application had gone abandoned? | 01:59:19 |
| 25 |    A    We saw something that says somebody | 01:59:26 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091792

Transcript of Daniel Patrick Burke
January 20, 2023                                    96

| | | |
|---|---|---|
| 1 | really no way that that would have been covered in | 03:23:01 |
| 2 | here or one of these, that part of it.  But I | 03:23:04 |
| 3 | think you also referred to power of attorney. | 03:23:11 |
| 4 | They had a power of attorney that | 03:23:14 |
| 5 | probably listed that application, and that was | 03:23:15 |
| 6 | earlier.  I don't know.  I mean could that have | 03:23:17 |
| 7 | been included in one of these invoices?  Maybe. | 03:23:20 |
| 8 | Q   So, Mr. Burke, sitting here today can | 03:23:33 |
| 9 | you identify anything specific that you did to | 03:23:35 |
| 10 | investigate circumstances of how the '329 patent | 03:23:42 |
| 11 | application became abandonment? | 03:23:45 |
| 12 | MR. BARHAM:  Objection to form.  You | 03:23:49 |
| 13 | can answer. | 03:23:50 |
| 14 | THE WITNESS:  Just give me that | 03:23:55 |
| 15 | question again, please? | 03:23:56 |
| 16 | BY MR KOHLHEPP: | 03:23:58 |
| 17 | Q   Sitting here today can you identify | 03:24:01 |
| 18 | anything specific that you did to investigate the | 03:24:02 |
| 19 | circumstances of how the '329 patent application | 03:24:06 |
| 20 | became abandoned? | 03:24:09 |
| 21 | MR. BARHAM:  I'm going to object to the | 03:24:12 |
| 22 | question.  Are you asking for his recollection? | 03:24:13 |
| 23 | Do you ever want to hear about his practice, what | 03:24:14 |
| 24 | his practice would have been or is that not | 03:24:19 |
| 25 | interesting to you. | 03:24:20 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091829

Transcript of Daniel Patrick Burke
January 20, 2023                                    97

| | | |
|---|---|---|
| 1 | MR KOHLHEPP:  Counsel, please eliminate | 03:24:22 |
| 2 | the speaking objections.  The question was clear | 03:24:24 |
| 3 | and if Mr. Burke can answer it, he can answer it | 03:24:27 |
| 4 | and I'll just ask it again. | 03:24:29 |
| 5 | BY MR KOHLHEPP: | 03:24:31 |
| 6 | Q    Mr. Burke, please answer if you can. | 03:24:33 |
| 7 | Sitting here today, can you identify | 03:24:37 |
| 8 | anything specific that you did to investigate the | 03:24:38 |
| 9 | circumstances of how the '329 patent application | 03:24:41 |
| 10 | became abandoned? | 03:24:45 |
| 11 | A    The only thing that comes out of all | 03:24:53 |
| 12 | this -- I mean, I don't remember what I did back | 03:24:55 |
| 13 | then, in one way or the other, but the only thing | 03:24:58 |
| 14 | that comes out of all this we talked -- you know, | 03:25:01 |
| 15 | we referred to already -- we didn't talk about a | 03:25:02 |
| 16 | lot, but I think there was a representation in the | 03:25:05 |
| 17 | purchase agreement.  That's the only thing I can | 03:25:10 |
| 18 | see or -- I really, don't have any recollection of | 03:25:15 |
| 19 | what happened, you know.  What are we talking 11 | 03:25:19 |
| 20 | years ago or something, 12 years ago, but the only | 03:25:22 |
| 21 | thing I can remember that, you know, sort of | 03:25:28 |
| 22 | relates to this at all or could relate to it is | 03:25:30 |
| 23 | that representation. | 03:25:33 |
| 24 | Q    What was the representation? | 03:25:36 |
| 25 | A    You'd have to look at the agreement or | 03:25:39 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091830

Transcript of Daniel Patrick Burke
January 20, 2023                                    98

| | | |
|---|---|---|
| 1 | show me the agreement.  I could find it for you, | 03:25:42 |
| 2 | but it was to the effect that what previous people | 03:25:45 |
| 3 | had said to the patent office was true and | 03:25:48 |
| 4 | correct.  Something like that. | 03:25:50 |
| 5 | Q    So you rely on -- | 03:25:56 |
| 6 | A    No, I'm not saying I relied on it, but | 03:25:57 |
| 7 | it could have -- that could have been something I | 03:25:59 |
| 8 | relied on in part.  I don't know. | 03:26:02 |
| 9 | Q    I'm asking: Did you rely on that? | 03:26:06 |
| 10 | A    I don't remember. | 03:26:08 |
| 11 | Q    Okay, so other than a representation in | 03:26:13 |
| 12 | the purchase agreement that you may or may not | 03:26:21 |
| 13 | have relied on, can you identify anything else, | 03:26:25 |
| 14 | sitting here today, that you did to investigate | 03:26:30 |
| 15 | the circumstances of how the '329 patent | 03:26:32 |
| 16 | application became abandonment? | 03:26:35 |
| 17 | A    No, I could just tell you -- no, the | 03:26:39 |
| 18 | answer is no.  I could tell you what my general | 03:26:41 |
| 19 | practice is, but the answer to my question is | 03:26:44 |
| 20 | "no." | 03:26:47 |
| 21 | Q    And you would agree we've looked at a | 03:27:09 |
| 22 | fair number of documents today, correct? | 03:27:10 |
| 23 | A    Excuse me? | 03:27:12 |
| 24 | Q    You would agree that we've looked at a | 03:27:14 |
| 25 | fair number of documents today, correct? | 03:27:16 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091831

Transcript of Daniel Patrick Burke
January 20, 2023                                    99

| | | |
|---|---|---|
| 1 | A     I wouldn't characterize it that way. | 03:27:19 |
| 2 | Q     We've looked at documents today, | 03:27:21 |
| 3 | correct? | 03:27:23 |
| 4 | A     We have. | 03:27:24 |
| 5 | Q     And none of those documents refreshed | 03:27:25 |
| 6 | your recollection about anything specific you may | 03:27:35 |
| 7 | have done to investigate the circumstances of how | 03:27:37 |
| 8 | the '329 patent application became abandonment? | 03:27:40 |
| 9 | A     That's correct. | 03:27:47 |
| 10 | Q     Let's put up tab 15 and mark that as | 03:28:28 |
| 11 | Burke Exhibit number 11. | 03:28:31 |
| 12 | (Whereupon, Burke Deposition Exhibit 11 | 03:28:32 |
| 13 | was marked for identification and attached | 03:28:32 |
| 14 | to the transcript.) | 03:28:32 |
| 15 | BY MR KOHLHEPP: | 03:29:10 |
| 16 | Q     Mr. Burke I'll represent that this was | 03:29:11 |
| 17 | one of the documents that your counsel produced to | 03:29:14 |
| 18 | us.  And my question is: Do you recognize this | 03:29:16 |
| 19 | document? | 03:29:22 |
| 20 | THE WITNESS:  No, the only thing that | 03:31:29 |
| 21 | seems vaguely familiar is the name of the county | 03:31:31 |
| 22 | and I don't know why. | 03:31:33 |
| 23 | BY MR KOHLHEPP: | 03:31:34 |
| 24 | Q     But otherwise you do not recognize | 03:31:36 |
| 25 | Burke Exhibit 11? | 03:31:39 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091832

Transcript of Daniel Patrick Burke
January 20, 2023                              123

| | | |
|---|---|---|
| 1 | A    I wouldn't say "many" but clearly some. | 04:18:20 |
| 2 | Q    And in the times that you have trained | 04:18:25 |
| 3 | other attorneys do you tell them that it's | 04:18:29 |
| 4 | important to try to stay knowledgeable about the | 04:18:35 |
| 5 | rules of practice and procedure governing the | 04:18:37 |
| 6 | prosecution of patents with the patent office? | 04:18:40 |
| 7 | A    I don't remember ever saying that. | 04:18:45 |
| 8 | Q    But, generally speaking, would you say | 04:18:51 |
| 9 | that's a best practice that you would advise? | 04:18:54 |
| 10 | A    Sure, in any field, yes.  You want to | 04:19:00 |
| 11 | keep up on what's going on. | 04:19:02 |
| 12 | Q    I'm going to turn back to one of the | 04:19:05 |
| 13 | exhibits that we reviewed earlier. | 04:19:06 |
| 14 | If someone could please pull up on the | 04:19:12 |
| 15 | screen Exhibit 9 and make sure to give Mr. Burke | 04:19:14 |
| 16 | control of the exhibit.  I do not have control of | 04:19:17 |
| 17 | the exhibit, so I have to ask if somebody can | 04:19:27 |
| 18 | please share the screen. | 04:19:29 |
| 19 | Thank you.  Okay, Mr. Burke, do you | 04:19:31 |
| 20 | recall looking at this exhibit earlier? | 04:19:37 |
| 21 | A    I remember looking at it earlier today. | 04:19:53 |
| 22 | Q    And is this the letter from the patent | 04:19:55 |
| 23 | office granting your petition to revive '329 | 04:19:57 |
| 24 | application? | 04:20:01 |
| 25 | A    As best I can tell, it's part of it. | 04:20:03 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091856

Transcript of Daniel Patrick Burke
January 20, 2023                          124

| | | |
|---|---|---|
| 1 | Q    I'm going to direct your attention to a | 04:20:08 |
| 2 | more specific part of it. | 04:20:10 |
| 3 | If you can scroll down to that final | 04:20:13 |
| 4 | paragraph shown there.  And read -- I'll direct | 04:20:15 |
| 5 | you to the second sentence that begins with: | 04:20:23 |
| 6 | "Nevertheless such statement is being | 04:20:26 |
| 7 | treated as having been made, as a result of a | 04:20:28 |
| 8 | reasonable inquiry into the facts and | 04:20:31 |
| 9 | circumstances of such delay." [As read.] | 04:20:34 |
| 10 | Do you understand that the reference to | 04:20:40 |
| 11 | "such statement" is the Statement of Unintentional | 04:20:42 |
| 12 | Delay that is made in the petition to revive a | 04:20:44 |
| 13 | patent application? | 04:20:49 |
| 14 | A    Yes. | 04:20:51 |
| 15 | Q    And is it your understanding that the | 04:20:53 |
| 16 | patent office, therefore treats a Statement of | 04:20:58 |
| 17 | Unintentional Delay in a petition to revive, as | 04:21:01 |
| 18 | made pursuant to a reasonable inquiry into facts | 04:21:06 |
| 19 | and circumstances of delay? | 04:21:09 |
| 20 | A    Yes. | 04:21:12 |
| 21 | Q    So, in your practice do you generally | 04:21:18 |
| 22 | try to conduct a reasonable inquiry into the facts | 04:21:20 |
| 23 | and circumstances of any delay that leads to the | 04:21:23 |
| 24 | abandonment of a patent application? | 04:21:32 |
| 25 | A    Other than this application, any time | 04:21:36 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                          XR-EDTX-00091857

Transcript of Daniel Patrick Burke
January 20, 2023                    125

| | | |
|---|---|---|
| 1 | this -- an application has gone abandoned, I just | 04:21:39 |
| 2 | knew immediately or upon conferring with somebody | 04:21:43 |
| 3 | with in my office, we knew immediately what | 04:21:47 |
| 4 | happened. | 04:21:49 |
| 5 | So if you want to call that a | 04:21:50 |
| 6 | reasonable inquiry, yes.  But like I said, on | 04:21:52 |
| 7 | other applications that have gone abandoned that | 04:22:00 |
| 8 | I've been involved in reviving, to the best of my | 04:22:03 |
| 9 | recollection we dropped the ball, so we knew | 04:22:06 |
| 10 | exactly what happened, and we knew whether it | 04:22:09 |
| 11 | was -- we knew in the instances where we revived | 04:22:14 |
| 12 | them, we knew it was unintentional. | 04:22:17 |
| 13 | Sometimes things go abandoned and you | 04:22:21 |
| 14 | don't revive them because you know it was not | 04:22:24 |
| 15 | unintentional. | 04:22:26 |
| 16 | Q    Do you generally -- oh, go ahead.  I | 04:22:33 |
| 17 | don't want to go interrupt you. | 04:22:34 |
| 18 | A    No,you're good.  I think that was | 04:22:37 |
| 19 | addressed to, you know, whether that's a | 04:22:38 |
| 20 | reasonable inquiry or not. | 04:22:41 |
| 21 | I don't even know if it would amount to | 04:22:43 |
| 22 | an inquiry. | 04:22:47 |
| 23 | You just knew on a quick look that | 04:22:48 |
| 24 | something was docketed wrong, etcetera. | 04:22:50 |
| 25 | Q    Thank you, Mr. Burke, I have no further | 04:22:54 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023                              126

```
 1    questions.                                        04:22:56

 2            THE VIDEOGRAPHER:  Okay, anything else     04:23:07

 3    for the record?                                   04:23:07

 4            MS. CHAN:  Is there any other defense      04:23:09

 5    counsel that has questions?  No.  I just have a    04:23:10

 6    couple, but it would be helpful if we could just   04:23:15

 7    take a ten-minute break, so I could collect my     04:23:21

 8    thoughts.  Can we go off the record?               04:23:25

 9            THE VIDEOGRAPHER:  Going off the record     04:23:27

10    at 16:23.                                          04:23:29

11            (Recess taken 4:23 p.m. to 4:32 p.m.)       04:23:30

12            THE VIDEOGRAPHER:  Please stand by.        04:32:38

13    Back on record, 16:32.                             04:32:43

14                  FURTHER EXAMINATION                  04:32:45

15    BY MS. CHAN:                                       04:32:49

16        Q    Thank you for your time today,            04:32:50

17    Mr. Burke.                                         04:32:51

18            I just have a couple of clarifying         04:32:52

19    questions for the record and hopefully we can wrap 04:32:54

20    up within a few minutes.                           04:32:56

21            Mr. Burke, just to start with an easy      04:33:01

22    question:  We are now in the year 2023, correct?   04:33:03

23        A    Yes.                                      04:33:06

24        Q    Your representation of XR                 04:33:07

25    Communications occurred roughly 13 years ago?      04:33:09
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023                                    127

| | | |
|---|---|---|
| 1 | A    Yeah, roughly. | 04:33:15 |
| 2 | Q    And fair to say you do not have | 04:33:17 |
| 3 | specific recollections of particular conversations | 04:33:20 |
| 4 | or actions that you performed from that time | 04:33:23 |
| 5 | period 13 years ago, correct? | 04:33:26 |
| 6 | A    That's correct. | 04:33:28 |
| 7 | Q    And I know you've said this quite a few | 04:33:31 |
| 8 | times today already, but just so the record is | 04:33:32 |
| 9 | clear, many times in today's deposition you would | 04:33:36 |
| 10 | respond to counsel's questions with "I don't | 04:33:39 |
| 11 | recall" or "I don't remember."  Do you recall | 04:33:42 |
| 12 | doing that? | 04:33:46 |
| 13 | A    I do. | 04:33:46 |
| 14 | Q    So just to be clear for the record, | 04:33:47 |
| 15 | when you gave that response, you were not | 04:33:49 |
| 16 | testifying that something affirmatively did or did | 04:33:51 |
| 17 | not occur; is that fair? | 04:33:54 |
| 18 | A    That's correct. | 04:33:57 |
| 19 | Q    Rather, you gave those responses to | 04:33:59 |
| 20 | indicate that sitting here today, you do not have | 04:34:01 |
| 21 | a specific recollection of whether or not those | 04:34:04 |
| 22 | actions occurred, true? | 04:34:07 |
| 23 | MR KOHLHEPP:  Object to form. | 04:34:15 |
| 24 | THE WITNESS:  As I understand the | 04:34:17 |
| 25 | question, that's true.  It's correct. | 04:34:18 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091860

Transcript of Daniel Patrick Burke
January 20, 2023                                              128

| | | |
|---|---|---|
| 1 | BY MS. CHAN: | 04:34:24 |
| 2 | Q    For example, you do not have a specific | 04:34:24 |
| 3 | recollection of whether or not you spoke with | 04:34:26 |
| 4 | certain individuals back in 2009 or 2010, true? | 04:34:29 |
| 5 | MR KOHLHEPP:  Objection to form. | 04:34:37 |
| 6 | Mischaracterizes the testimony. | 04:34:37 |
| 7 | BY MS. CHAN: | 04:34:44 |
| 8 | Q    I missed your response, Mr. Burke. | 04:34:45 |
| 9 | A    That's correct. | 04:34:47 |
| 10 | Q    So it's fair to say that it is possible | 04:34:56 |
| 11 | you may have spoken with the numerous individuals | 04:34:57 |
| 12 | and entities we went through today.  You just do | 04:34:59 |
| 13 | not recall one way or another, sitting here today? | 04:35:03 |
| 14 | MR KOHLHEPP:  Object to form. | 04:35:08 |
| 15 | Mischaracterizes testimony. | 04:35:09 |
| 16 | THE WITNESS:  That's correct. | 04:35:14 |
| 17 | BY MS. CHAN: | 04:35:26 |
| 18 | Q    And earlier today in response to some | 04:35:27 |
| 19 | questions about your investigation into the | 04:35:28 |
| 20 | abandonment of the '329 patent application, you | 04:35:28 |
| 21 | mentioned that you had a general practice.  Do you | 04:35:32 |
| 22 | recall talking about that? | 04:35:34 |
| 23 | MR. BARHAM:  Object to form. | 04:35:41 |
| 24 | Mischaracterizes testimony. | 04:35:41 |
| 25 | THE WITNESS:  I had a general practice | 04:35:45 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091861

Transcript of Daniel Patrick Burke
January 20, 2023                    129

| | | |
|---|---|---|
| 1 | about dealing with all issues, all legal issues. | 04:35:46 |
| 2 | BY MS. CHAN: | 04:35:48 |
| 3 | Q    Would you agree that your general | 04:35:49 |
| 4 | practice is to follow the PTAB rules and | 04:35:50 |
| 5 | procedures? | 04:35:53 |
| 6 | A    No, I wouldn't say -- I wouldn't say | 04:35:54 |
| 7 | the PTAB.  I would say the PTO. | 04:35:56 |
| 8 | Q    I apologize.  Thank you for that | 04:36:01 |
| 9 | correction. | 04:36:04 |
| 10 | A    You know, as well as any -- as well as, | 04:36:04 |
| 11 | you know, the research could extend beyond the | 04:36:06 |
| 12 | MPEP and into decisions. | 04:36:11 |
| 13 | Q    So, if the P -- I'm sorry, I | 04:36:15 |
| 14 | interrupted.  Go on. | 04:36:18 |
| 15 | A    Well, if we did research on an issue, | 04:36:19 |
| 16 | it could extend beyond the, you know, the | 04:36:22 |
| 17 | patent -- well, we're just talking about the | 04:36:25 |
| 18 | patent side of the PTO, so beyond the MPEP into | 04:36:29 |
| 19 | court decisions. | 04:36:38 |
| 20 | If we research an issue, we research an | 04:36:40 |
| 21 | issue.  It was our practise to research, see what | 04:36:44 |
| 22 | we had to do and to do it. | 04:36:44 |
| 23 | Q    You would agree that if the PTO | 04:36:47 |
| 24 | required you to conduct an investigation or | 04:36:49 |
| 25 | instructed you to conduct an investigation, your | 04:36:51 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091862

Transcript of Daniel Patrick Burke
January 20, 2023                                    130

| | | |
|---|---|---|
| 1 | general practice is to follow what the PTO | 04:36:53 |
| 2 | required or instructed you to do? | 04:36:57 |
| 3 | A    Yes. | 04:36:59 |
| 4 | Q    Counsel for Apple also asked you a | 04:37:05 |
| 5 | series of questions, asking you to specifically | 04:37:07 |
| 6 | point her to documents reflecting your | 04:37:10 |
| 7 | investigation into the abandonment of the '329 | 04:37:11 |
| 8 | application; do you recall those questions? | 04:37:16 |
| 9 | A    Generally. | 04:37:19 |
| 10 | Q    In preparation for your testimony here | 04:37:20 |
| 11 | today is it accurate to say that you did not | 04:37:22 |
| 12 | research and review every single document in your | 04:37:25 |
| 13 | possession to figure out what investigation you | 04:37:27 |
| 14 | actually performed back in 2009 and 2010? | 04:37:30 |
| 15 | A    That would be fair to say, yes. | 04:37:34 |
| 16 | Q    Would it also be fair to say that you | 04:37:37 |
| 17 | do not necessarily have every single document that | 04:37:39 |
| 18 | would have reflected your investigation that you | 04:37:42 |
| 19 | performed back in 2009 and 2010, as we are here | 04:37:46 |
| 20 | today? | 04:37:50 |
| 21 | MS. HARTJES:  Object to form. | 04:37:54 |
| 22 | THE WITNESS:  At a point in time when I | 04:37:56 |
| 23 | stopped representing them, I turned all the | 04:37:57 |
| 24 | physical files over to the next attorneys, so, | 04:37:59 |
| 25 | yes, it's definitely possible. | 04:38:07 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Transcript of Daniel Patrick Burke
January 20, 2023                                    133

```
 1              C E R T I F I C A T E

 2            I, LISA M. BARRETT, RPR, CRR, CRC, CSR

 3   do hereby certify that the witness was first duly

 4   sworn by me and that I was authorized to and did

 5   report said proceedings.

 6            I further certify that the foregoing

 7   transcript is a true and correct record of the

 8   proceedings;  that said proceedings were taken by

 9   me stenographically and thereafter reduced to

10   typewriting under my supervision; that reading and

11   signing was requested; and that I am neither

12   attorney nor counsel for, nor related to or

13   employed by, any of the parties to the action in

14   which this deposition was taken; and that I have

15   no interest, financial or otherwise, in this case.

16

17            IN WITNESS WHEREOF, I have hereunto set

18   my hand this 25th day of January, 2022.

19

20   _____

21       Lisa M. Barrett, RPR, CRR, CRC, CSR

22       Certified Realtime Court Reporter

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091866