# Exhibit 26



# Transcript of Edward Joseph Brooks, III

**Date:** January 5, 2023
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091501

Transcript of Edward Joseph Brooks, III
January 5, 2023                                                     61

| | | |
|---|---|---|
| 1 | Q  Do you recall anyone else that you talked | 11:45:48 |
| 2 | to at the client regarding prosecution of the | 11:45:49 |
| 3 | Vivato applications? | 11:45:52 |
| 4 | A  I do not. | 11:45:53 |
| 5 | Q  Apart from Mr. Haycox? | 11:45:58 |
| 6 | A  You mentioned you might have had a phone | 11:46:05 |
| 7 | exchange with Chris Ambrose at one time, but, | 11:46:08 |
| 8 | correct, Gary Haycox was my contact. | 11:46:11 |
| 9 | Q  I understand from your perspective certain | 11:46:22 |
| 10 | invoices were not paid, correct? | 11:46:29 |
| 11 | A  Correct. | 11:46:31 |
| 12 | Q  Apart from that perspective, were you | 11:46:36 |
| 13 | privy to any of the circumstances that were | 11:46:40 |
| 14 | occurring at the client or their strategy or | 11:46:44 |
| 15 | financial circumstances? | 11:46:49 |
| 16 | MR. CONNEELY:  Objection.  I would caution | 11:46:53 |
| 17 | you, Mr. Brooks, that calls for a yes-or-no answer | 11:46:55 |
| 18 | but not to disclose any attorney-client privileged | 11:46:58 |
| 19 | communications. | 11:47:00 |
| 20 | MR. KOHLHEPP:  Object to form. | 11:47:04 |
| 21 | BY THE WITNESS: | 11:47:10 |
| 22 | A  No. | 11:47:11 |
| 23 | BY MR. WANG: | 11:47:17 |
| 24 | Q  You never filed any notices of express | 11:47:19 |
| 25 | abandonment for any Vivato patent application, | 11:47:27 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                                XR-EDTX-00091562

Transcript of Edward Joseph Brooks, III
January 5, 2023
62

```
 1  correct?                                                      11:47:30
 2       MR. KOHLHEPP:  Object to form.                           11:47:31
 3  BY THE WITNESS:                                               11:47:33
 4     A   I do not recall doing so.                              11:47:33
 5  BY MR. WANG:                                                  11:47:41
 6     Q   In your July deposition, I will represent              11:47:41
 7  to you that you were asked a question:  "You were             11:47:43
 8  never instructed to abandon any application,                  11:47:48
 9  fair?"                                                        11:47:51
10       And that you answered:  "I do not recall                 11:47:51
11  an instruction to abandon an application."                    11:47:54
12       Do you recall that?                                      11:48:01
13       MR. KOHLHEPP:  Object to form.                           11:48:02
14       MR. CONNEELY:  Same objection.                           11:48:03
15  BY THE WITNESS:                                               11:48:05
16     A   I think that's the answer I just gave.  I              11:48:06
17  do not recall expressly abandoning any                        11:48:10
18  applications.                                                 11:48:14
19  BY MR. WANG:                                                  11:48:17
20     Q   You do not recall any instruction to                   11:48:18
21  abandon an application, correct?                              11:48:20
22     A   Correct.                                               11:48:29
23       MR. WANG:  Thank you, Mr. Brooks.  I have                11:48:30
24  nothing further.                                              11:48:31
25       THE WITNESS:  Thank you.                                 11:48:35
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        XR-EDTX-00091563

Transcript of Edward Joseph Brooks, III
January 5, 2023
63

```
 1       MS. HARTJES:  I just have one quick follow         11:48:42
 2  up.  Again, this is Counsel for Apple.                  11:48:44
 3                  FURTHER EXAMINATION                     11:48:47
 4  BY MS. HARTJES:                                         11:48:47
 5     Q   You were just asked whether you were ever        11:48:48
 6  instructed to abandon any application, correct?         11:48:49
 7     A   Correct.                                         11:48:52
 8     Q   To be clear, though, you did inform Vivato       11:48:52
 9  that its patent applications would go abandoned if      11:48:55
10  no response were filed to the pending office            11:48:58
11  actions, correct?                                       11:49:00
12       MR. WANG:  Objection to form,                      11:49:00
13  mischaracterizes testimony.                             11:49:01
14       MR. CONNEELY:  I also object to the form           11:49:02
15  and, also, you don't have the right to waive            11:49:03
16  privilege about what was said to you or what you        11:49:05
17  said to the client.                                     11:49:07
18       So if you can't answer that question               11:49:09
19  without disclosing attorney-client privileged           11:49:11
20  communication, I'm instructing you not to answer.       11:49:14
21  If you need the question read back, we can do           11:49:16
22  that.                                                   11:49:18
23       THE WITNESS:  Please.                              11:49:19
24  BY MS. HARTJES:                                         11:49:20
25     Q   Yes.  So my question was you did inform          11:49:23
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091564

1    CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3         I, Theresa A. Vorkapic, Certified
4    Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
5    RPR, and a Notary Public in and for the County of
6    Kane, State of Illinois, the officer before whom
7    the foregoing deposition was taken, do hereby
8    certify that the foregoing transcript is a true
9    and correct record of the testimony given; that
10   said testimony was taken by me and thereafter
11   reduced to typewriting under my direction; that
12   reading and signing was not requested; and that I
13   am neither counsel for, related to, nor employed
14   by any of the parties to this case and have no
15   interest, financial or otherwise, in its outcome.
16           IN WITNESS WHEREOF, I have hereunto set my
17   hand and affixed my notarial seal this 17th day of
18   January, 2023.
19   My commission expires November 6, 2023.
20
21   _____
22           THERESA A. VORKAPIC
23           NOTARY PUBLIC IN AND FOR ILLINOIS
24
25

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091568