# Exhibit 28

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF TEXAS
 3                    WACO DIVISION
 4
 5
 6  XR COMMUNICATIONS, LLC, dba    )
    VIVATO TECHNOLOGIES;           )
 7                                 )
              Plaintiff,           )
 8                                 ) Case No.
         vs.                       ) 6:21-cv-00695-ADA
 9                                 )
    MICROSOFT CORPORATION;         )
10                                 )
              Defendants.          )
11  _____)
12
13
14     VIDEOTAPED REMOTE DEPOSITION OF ALLAN RAKOS
15               Los Angeles, California
16             Thursday, December 8, 2022
17
18
19
20
21
22
23  Reported by:
    Lynda L. Fenn, CSR, RPR
24  CSR No. 12566
    JOB No. 5614008
25
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00090691

```
 1   technical expert, are you?                           10:33:33
 2       A   No.                                          10:33:35
 3       Q   Do you -- do you have a technical            10:33:35
 4   background, like in computer science or electrical  10:33:39
 5   engineering?                                         10:33:43
 6       A   No.                                          10:33:44
 7       Q   Do you have any expertise or specialized     10:33:44
 8   knowledge in this technology?                        10:33:52
 9       A   No, I do not.                                10:33:54
10       Q   And I believe that when you testified        10:33:56
11   earlier you mentioned that you had not really        10:34:06
12   reviewed the Vivato patents or -- is that correct?   10:34:08
13       A   As I stated, I've seen the patent numbers.   10:34:16
14   Maybe a couple pages of them.  I've never read them  10:34:23
15   or reviewed them.                                    10:34:26
16       Q   And when approximately was the last time     10:34:27
17   that you saw the patent numbers or a couple of pages 10:34:30
18   from them?                                           10:34:33
19       A   2007, going into 2008.                       10:34:33
20       Q   Okay.  So something like fifteen years ago   10:34:39
21   that you may have seen a couple of pages?            10:34:43
22       A   Do the math, there you go, yeah.             10:34:46
23       Q   And so your description of the technology    10:34:49
24   or patents, it wasn't specific to any particular     10:34:52
25   patent; correct?                                     10:34:57
```

Page 55

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00090745

```
 1        A    That's correct.  It was more of a            10:35:01
 2   generalized description from my understanding of the   10:35:06
 3   technology.                                            10:35:09
 4        Q    You were describing your nontechnical        10:35:09
 5   understanding from fifteen years ago or so; correct?   10:35:12
 6        A    Correct.                                     10:35:15
 7        Q    So you contributed part of the money that    10:35:16
 8   was used to acquire the Vivato patent portfolio;       10:35:33
 9   correct?
10        A    Correct.                                     10:35:39
11        Q    At that time Vivato was no longer in         10:35:39
12   business; correct?  It had sort of wound down?         10:35:43
13        A    I think they still may have been in          10:35:47
14   business.  I am not sure of that.                      10:35:57
15        Q    Would you say that a large part of the       10:36:02
16   acquisition was for the IP rights, the patent -- the   10:36:06
17   patents and patent applications that belonged to       10:36:10
18   Vivato?                                                10:36:17
19        A    The acquisition was, in my opinion,          10:36:17
20   two-fold.  One, you are correct about the              10:36:22
21   intellectual property patents; two, was the existing   10:36:24
22   inventory of product.                                  10:36:27
23        Q    Okay.  You also testified earlier that       10:36:28
24   there were two high-level strategies as part of your   10:36:36
25   work on Vivato.  And I believe you testified, one,     10:36:41
```

Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00090746

| | | |
|---|---|---|
| 1 | was to grow the company to be highly profitable or, | 10:36:44 |
| 2 | two, sell the patents at some point in time because | 10:36:48 |
| 3 | of their value; is that correct? | 10:36:51 |
| 4 |     A   Correct. | 10:36:55 |
| 5 |     Q   Now, do either of those strategies involve | 10:36:55 |
| 6 | deliberately abandoning the patents or patent | 10:37:01 |
| 7 | applications? | 10:37:04 |
| 8 |     A   None whatsoever, to my knowledge.  I've | 10:37:05 |
| 9 | never discussed that with anyone. | 10:37:09 |
| 10 |     Q   Would that be the opposite of those goals, | 10:37:13 |
| 11 | to deliberately abandon patent applications? | 10:37:20 |
| 12 |     A   Well, personally from my pretense, yes, it | 10:37:24 |
| 13 | would be. | 10:37:30 |
| 14 |     Why would I invest money in something that | 10:37:31 |
| 15 | I would turn around and abandon?  That doesn't make | 10:37:33 |
| 16 | sense. | 10:37:38 |
| 17 |     So those two strategies were initially | 10:37:38 |
| 18 | talked about, growing the company or at some point an | 10:37:41 |
| 19 | acquisition of the patents. | 10:37:45 |
| 20 |     Q   And in all of your involvement with Vivato, | 10:37:46 |
| 21 | have you heard anyone talk about an intention or | 10:37:48 |
| 22 | desire or a strategy to abandon the patent | 10:37:54 |
| 23 | applications or allow them to become abandoned? | 10:37:58 |
| 24 |     A   No, none whatsoever. | 10:38:03 |
| 25 |     Q   Did you hear -- did you ever hear of any | 10:38:14 |

Page 57

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00090747

| | | |
|---|---|---|
| 1 | warning or knowledge that the patents would be | 10:38:17 |
| 2 | abandoned or could be abandoned? | 10:38:24 |
| 3 |     A   No. | 10:38:30 |
| 4 |         MR. MCCULLOUGH:  Objection; form. | 10:38:32 |
| 5 |         MR. WANG:  I have no further questions. | 10:38:41 |
| 6 | Thank you, Mr. Rakos. | 10:38:43 |
| 7 |         THE VIDEOGRAPHER:  This is the | 10:38:58 |
| 8 | videographer, are there any additional questions? | 10:39:01 |
| 9 |         MR. MCCULLOUGH:  I don't have anything | 10:39:03 |
| 10 | else.  Any of the other defendants' attorneys? | 10:39:04 |
| 11 |         MR. SHIMELL:  None for me. | 10:39:08 |
| 12 |         THE VIDEOGRAPHER:  All right.  I think it's | 10:39:12 |
| 13 | fair to say that there are no additional questions. | 10:39:14 |
| 14 | If it's okay with all to end the video portion of the | 10:39:17 |
| 15 | deposition.  It is 10:39 a.m.  This is the end of the | 10:39:19 |
| 16 | video portion of the deposition.  Off the record. | 10:39:24 |
| 17 |         THE COURT REPORTER:  Mr. Wang, would you | 10:39:33 |
| 18 | like a copy of the transcript? | 10:39:55 |
| 19 |         MR. WANG:  Yeah, if I could have a rough | 10:39:56 |
| 20 | and then standard delivery would be fine for us. | 10:39:59 |
| 21 |         THE COURT REPORTER:  Okay.  Ms. Hamming, | 10:40:04 |
| 22 | would you like a copy of the transcript? | 10:40:06 |
| 23 |         MS. HAMMING:  Yes, same thing, a rough and | 10:40:07 |
| 24 | then standard. | 10:40:09 |
| 25 |         THE COURT REPORTER:  Mc. McCullough, you | |

Page 58

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

XR-EDTX-00090748

```
 1                PENALTY OF PERJURY CERTIFICATE
 2
 3
 4
 5            I, ALLAN RAKOS, do solemnly declare under
 6   penalty of perjury, under the laws of the State of
 7   California, that the foregoing is my deposition under
 8   oath; that these are the questions asked of me and my
 9   answers thereto; that I have read same and have made
10   the necessary corrections, additions, or changes to
11   my answers that I deem necessary.
12
13            EXECUTED this _____ day of _____,
14   2022, at _____ , California.
15
16
17
18                                    _____
19                                    ALLAN RAKOS
20
21
22
23
24
25

                                                       Page 60
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

XR-EDTX-00090750