# Exhibit 34



# Transcript of Christopher Ambrose

**Date:** December 19, 2022
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00090920

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE WESTERN DISTRICT OF TEXAS
 3                            WACO DIVISION
 4   XR COMMUNICATIONS, LLC, dba    )
     VIVATO TECHNOLOGIES,           )
 5                                  )
                       Plaintiff,   )   Civil Action No.
 6                                  )   6:21-cv-00620-ADA
             vs.                    )
 7                                  )
     APPLE, INC.,                   )
 8   _____)
     AMAZON.COM, INC., AMAZON.COM   )   Civil Action No.
 9   SERVICES LLC, and EERO LLC,    )   6:21-cv-00619-ADA
     _____)
10   CISCO SYSTEMS, INC., MERAKI    )   Civil Action No.
     LLC,                           )   6:21-cv-00623-ADA
11   _____)
     MICROSOFT CORPORATION,         )   Civil Action No.
12   _____)   6:21-cv-00695-ADA
     SAMSUNG ELECTRONICS CO., LTD,  )
13   et al.,                        )   Civil Action No.
                                    )   6:21-cv-00626-ADA
14                     Defendants.  )
     _____)
15
16
17       VIDEOTAPED DEPOSITION OF CHRISTOPHER AMBROSE
18   commencing at 9:48 a.m. on Monday, December 19, 2022,
19   at 425 SW Bluff Drive, Bend, Oregon  97703, before
20   GENIE L. KELLEY, R.P.R., C.M., C.S.R. #90-0149.
21
22
23
24
25
```

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00090921

Transcript of Christopher Ambrose
December 19, 2022
2

```
 1                APPEARANCES OF COUNSEL

 2   For Plaintiff:

 3                    MINNA CHAN, ESQ.
                      Russ August & Kabat
 4                    12424 Wilshire Boulevard
                      12th Floor
 5                    Los Angeles, California  90025

 6   For Defendants Cisco Systems, Meraki LLC and
     Microsoft Corporation:
 7
                      PETER M. KOHLHEPP, ESQ.
 8                    Carlson Caspers
                      225 S. Sixth Street
 9                    Suite 4200
                      Minneapolis, Minnesota  55402
10
         (The following counsel appearing via Zoom)
11
     For Defendant Asustek:
12
                      JOHN W. DOWNING, ESQ.
13                    Kasowitz Benson Torres
                      333 Twin Dolphin Drive
14                    Suite 200
                      Redwood Shores, California  94065
15
     For Defendant Apple:
16
                      JENNIFER M. HARTJES, ESQ.
17                    Goldman Ismail Tomaselli
                      Brennan & Baum
18                    200 S. Wacker Drive
                      22nd Floor
19                    Chicago, Illinois  60606

20   For Amazon.com, Inc., Amazon.com Services and EERO,
     LLC:
21
                      ROY CHAMCHARAS, ESQ.
22                    Klarquist Sparkman, LLP
                      121 SW Salmon
23                    Suite 1600
                      Portland, Oregon  97204

24

25
```

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00090922

Transcript of Christopher Ambrose
December 19, 2022                                                3

```
 1   For Samsung Defendants:
 2                        KATHLEEN M. McCARTE, ESQ.
                          Arnold and Porter
 3                        700 Louisiana Street
                          Suite 400
 4                        Houston, Texas  77002

 5   For Defendants Cisco and Meraki LLC:

 6                        DAKOTA KANETZKY, ESQ.
                          Perkins Coie
 7                        405 Colorado Street
                          Suite 1700
 8                        Austin, Texas  78701

 9   Also Present:
                          Steven Sheldon - Videographer
10                        Lucien Newell - Technician (Zoom)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00090923

Transcript of Christopher Ambrose
December 19, 2022                                        83

| | | |
|---|---|---|
| 1 | MR. NEWELL: Showing exhibit -- | 12:51:39 |
| 2 | MR. KOHLHEPP: I said Tab 13. | 12:51:39 |
| 3 | MR. NEWELL: Oh, 13. | 12:51:42 |
| 4 | MR. KOHLHEPP: It's marked Tab 13, Ambrose | 12:51:44 |
| 5 | Exhibit 15, please. | 12:51:46 |
| 6 | (Exhibit No. 15 marked for identification.) | 12:51:48 |
| 7 | MR. NEWELL: Okay. Stand by. Showing Exhibit | 12:51:48 |
| 8 | 15 on the screen. | 12:51:52 |
| 9 | MS. CHAN: Do you have the Bates number by any | 12:51:55 |
| 10 | chance, Counsel? | 12:51:57 |
| 11 | MR. KOHLHEPP: This was one that -- and I'll | 12:51:58 |
| 12 | put on the record, this was one that Mr. Ambrose | 12:52:00 |
| 13 | produced, and the PDF number for this file was 896125. | 12:52:01 |
| 14 | MS. CHAN: Give me a moment just to review it. | 12:52:14 |
| 15 | MR. KOHLHEPP: Sure. | 12:52:16 |
| 16 | MS. CHAN: Okay. Go ahead. | 12:52:25 |
| 17 | Q.  (BY MR. KOHLHEPP) Mr. Ambrose, do you | 12:52:26 |
| 18 | recognize this document? | 12:52:30 |
| 19 | A.  I don't believe that's my printing. I'm | 12:52:31 |
| 20 | looking right now at an AmeriTitle tab. I do recognize | 12:52:45 |
| 21 | the letter dated April 23 of 2008. | 12:52:54 |
| 22 | MS. CHAN: I'm going to just lodge an | 12:53:01 |
| 23 | objection here to the extent this document reveals any | 12:53:03 |
| 24 | attorney-client privileged information or attorney work | 12:53:07 |
| 25 | product. For example, in the billing entries starting | 12:53:11 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                    XR-EDTX-00091003

Transcript of Christopher Ambrose
December 19, 2022                                                    84

| | | |
|---|---|---|
| 1 | on Pages 51 onward of this PDF, our client has not | 12:53:15 |
| 2 | waived any of its attorney-client privilege or work | 12:53:20 |
| 3 | product, and our client is the successor in interest to | 12:53:24 |
| 4 | the Vivato patents and assets. | 12:53:33 |
| 5 | Q.   (BY MR. KOHLHEPP)  Mr. Ambrose, I would ask | 12:53:38 |
| 6 | you just to briefly page through this document, and my | 12:53:40 |
| 7 | question is do you recognize this as one of the | 12:53:43 |
| 8 | documents that you produced in this litigation. | 12:53:46 |
| 9 | A.   That appears to be the case, yes. | 12:53:49 |
| 10 | Q.   Okay.  And so this Ambrose Exhibit 15 would be | 12:53:54 |
| 11 | from a set of documents that you have kept in the | 12:54:02 |
| 12 | ordinary course of running your law firm, correct? | 12:54:05 |
| 13 | A.   Correct. | 12:54:08 |
| 14 | Q.   And you would have been the relevant custodian | 12:54:08 |
| 15 | at all times for these documents? | 12:54:11 |
| 16 | A.   Correct. | 12:54:13 |
| 17 | Q.   I'm going to ask you to go to PDF Page 20. | 12:54:14 |
| 18 | MS. CHAN:  Sorry, counsel, one more objection. | 12:54:30 |
| 19 | I'm going to move to strike to the extent anything in | 12:54:33 |
| 20 | this document reveals any attorney-client | 12:54:35 |
| 21 | communications or work product. | 12:54:36 |
| 22 | ==Please continue.== | 12:54:39 |
| 23 | ==Q.   (BY MR. KOHLHEPP)  Mr. Ambrose, do you== | 12:54:41 |
| 24 | ==recognize the document at PDF Page 20?== | 12:54:43 |
| 25 | ==A.   This is the letter of April 28, 2008?== | 12:54:46 |

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**                                     XR-EDTX-00091004

Transcript of Christopher Ambrose
December 19, 2022                                                                 85

```
 1        Q.   Correct.                                              12:54:50
 2        A.   I recognize the letter from my files.  I don't        12:54:51
 3   have any real independent recollection of its contents.         12:54:56
 4        Q.   You would agree that given that this letter           12:55:01
 5   appeared in your files, you received it on or around            12:55:04
 6   April 28th, 2008, correct?                                      12:55:08
 7        A.   Yes.  We received Withdrawal of Representation        12:55:10
 8   notices I know in general from Mr. Brooks.                      12:55:14
 9        Q.   Okay.  And this letter at PDF Page 20 would be        12:55:18
10   one of those notices, correct?                                  12:55:22
11        A.   That appears to be the case, yes.                     12:55:23
12        Q.   Okay.  And it pertains to a list of patent            12:55:25
13   applications; is that correct?                                  12:55:29
14        A.   Correct.                                              12:55:31
15        Q.   And the first one of those is the 342                 12:55:32
16   application, correct?                                           12:55:34
17        A.   I don't see the 3 -- oh, I'm sorry, yes.              12:55:37
18        Q.   And then the third one is the 329 application?       12:55:51
19        A.   Correct.                                              12:55:55
20        Q.   And then if you go to the second paragraph,           12:55:56
21   the last sentence, you would agree that that sentence           12:56:02
22   is informing you, quote, "that no actions or responses          12:56:08
23   have yet been filed to the outstanding Office Actions           12:56:12
24   identified on enclosed Appendix A," closed quote.               12:56:15
25             Do you see that?                                      12:56:20
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091005

| | | |
|---|---|---|
| 1 | A. It's addressed to Mr. Haycox but care of me, | 12:56:20 |
| 2 | so yes, I agree with what you just said it reads. | 12:56:30 |
| 3 | Q. So fair to say that it's informing both you | 12:56:35 |
| 4 | and Vivato Network Holdings of what it states there, | 12:56:37 |
| 5 | correct? | 12:56:41 |
| 6 | A. Correct. | 12:56:42 |
| 7 | Q. And then if you go to the Appendix A at PDF | 12:56:43 |
| 8 | Page 22. | 12:56:54 |
| 9 | A. Yes. | 12:56:59 |
| 10 | Q. The third paragraph refers to the 329 | 12:56:59 |
| 11 | application. Do you see that? | 12:57:03 |
| 12 | A. I do. | 12:57:05 |
| 13 | Q. And it notes that there's an outstanding final | 12:57:05 |
| 14 | Office Action with an initial due date or response of | 12:57:11 |
| 15 | May 17th, 2008, and then later it says extensions are | 12:57:14 |
| 16 | available until September 17th, 2008, at which point if | 12:57:19 |
| 17 | no response has been received by the USPTO this | 12:57:24 |
| 18 | application will become abandoned. | 12:57:26 |
| 19 | Do you see that? | 12:57:29 |
| 20 | A. I do. | 12:57:29 |
| 21 | Q. So would you agree that this paragraph in | 12:57:30 |
| 22 | Appendix A of this letter is informing you and Vivato | 12:57:33 |
| 23 | Network Holdings that if no response is filed in the | 12:57:39 |
| 24 | 329 application by May 17th, 2008, or no later than | 12:57:45 |
| 25 | September 17th, 2008, that application will become | 12:57:49 |

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00091006

Transcript of Christopher Ambrose
December 19, 2022                                                  87

| | |
|---|---|
| 1   abandoned? | 12:57:53 |
| 2        MS. CHAN:  Objection to form. | 12:57:54 |
| 3    A.   I agree that's what it says. | 12:57:55 |
| 4    Q.   If you go to PDF Page 25 -- | 12:58:00 |
| 5        MS. CHAN:  I'm going to continue to lodge a | 12:58:12 |
| 6   standing objection so I don't have to keep interrupting | 12:58:14 |
| 7   you.  We maintain that any communications directed to | 12:58:16 |
| 8   Mr. Haycox relating to the prosecution of these patents | 12:58:20 |
| 9   and patent applications are attorney-client privileged | 12:58:26 |
| 10  that has not been waived and also work product. | 12:58:30 |
| 11       You can continue. | 12:58:33 |
| 12   Q.   So at PDF Page 25, the top column on the right | 12:58:38 |
| 13  side refers again to the 329 application, correct? | 12:58:43 |
| 14   A.   You're on Page 25? | 12:58:47 |
| 15   Q.   Yes. | 12:58:52 |
| 16   A.   Yes. | 12:58:58 |
| 17   Q.   And in that same paragraph at the bottom in | 12:59:02 |
| 18  bold, it says "5/17/2008 response due." | 12:59:09 |
| 19       Do you see that? | 12:59:14 |
| 20   A.   I do. | 12:59:14 |
| 21   Q.   So you would agree that again this is | 12:59:15 |
| 22  notifying you and Vivato Network Holdings that there's | 12:59:18 |
| 23  an Office Action response due for the 329 application | 12:59:23 |
| 24  on 5/17/2008, correct? | 12:59:26 |
| 25   A.   Correct. | 12:59:31 |

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00091007

Transcript of Christopher Ambrose
December 19, 2022                                                  88

| | | |
|---|---|---|
| 1 | Q. If you could flip to PDF Page 40. | 12:59:32 |
| 2 | A. Okay. | 12:59:52 |
| 3 | Q. Do you recognize this document? | 12:59:52 |
| 4 | A. I generally do, yes. | 12:59:54 |
| 5 | Q. What is it? | 12:59:57 |
| 6 | A. It is a letter from Brooks Cameron dated May | 13:00:00 |
| 7 | 12th, 2008, regarding he withdrawal of representation | 13:00:06 |
| 8 | and change of correspondence. | 13:00:10 |
| 9 | Q. And it's also confirming that various patent | 13:00:13 |
| 10 | prosecution files have been transferred to Vivato | 13:00:20 |
| 11 | Network Holdings in care of yourself, correct? | 13:00:23 |
| 12 | A. Correct. | 13:00:26 |
| 13 | Q. And then if you go to the second page of this | 13:00:27 |
| 14 | May 12th, 2008 letter. | 13:00:35 |
| 15 | A. Yes. | 13:00:39 |
| 16 | Q. There's an Appendix C there. Do you see that? | 13:00:39 |
| 17 | A. I do. | 13:00:43 |
| 18 | Q. And if you go to the fifth paragraph down, it | 13:00:43 |
| 19 | references the 329 application again. | 13:00:53 |
| 20 | Do you see that? | 13:00:56 |
| 21 | A. I do. | 13:00:56 |
| 22 | Q. And it specifies again that there's an initial | 13:00:57 |
| 23 | due date for a response of May 17th, 2008, and that | 13:01:03 |
| 24 | extensions are available until September 17th, 2008, | 13:01:08 |
| 25 | and then it says, quote, "At which point, if no | 13:01:13 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                     XR-EDTX-00091008

```
                    C E R T I F I C A T E

STATE OF OREGON             )
                            ) SS.
COUNTY OF DESCHUTES         )


         I, GENIE L. KELLEY, Certified Shorthand
Reporter, do hereby certify:
         That on December 19, 2022, at 9:45 a.m.,
appeared before me CHRISTOPHER AMBROSE, the witness
whose deposition is contained herein; that prior to
being examined he was by me duly sworn;
         That the deposition was taken down by me in
machine shorthand and was thereafter reduced to writing
through computer-aided transcription, that the
foregoing represents to the best of my ability, a true
and correct transcript of the proceedings had in the
foregoing matter.
         I further certify that I am not an attorney
for any of the parties hereto, nor in any way concerned
with the cause.
         DATED this 29th day of December, 2022,
in Bend, Oregon.


_____
GENIE L. KELLEY, CM, CSR
Registered Professional Reporter
Oregon CSR No. 90-0149 Expires 9/30/2023
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091066