# Exhibit 38



**CONFIDENTIAL**

# Transcript of Thomas Sidley

**Date:** March 10, 2023
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
 2                      WACO DIVISION

 3    ----------------------------- )
                                    )
 4    XR COMMUNICATIONS, LLC, dba   )
      VIVATO TECHNOLOGIES,          )
 5                                  )
                       Plaintiff,   )
 6                                  )
               vs.                  )
 7                                  )
                                    )
 8    AMAZON.COM, INC., AMAZON.COM  )   Civil Action No.
      SERVICES LLC, and EERO LLC,   )   6:21-cv-00619-ADA
 9    _____)
                                    )
10    CISCO SYSTEMS, INC., MERAKI   )   Civil Action No.
      LLC,                          )   6:21-cv-00623-ADA
11    _____)
                                    )
12    MICROSOFT CORPORATION,        )   Civil Action No.
                                    )   6:21-cv-00695-ADA
13    _____)
      SAMSUNG ELECTRONICS CO., LTD, )
14    et al.,                       )   Civil Action No.
                                    )   6:21-cv-00622-ADA
15                    Defendants.   )
      ----------------------------- )
16

17            Videotaped Deposition of

18         THOMAS SIDLEY, Conducted Virtually

19              Friday, March 10, 2023

20                   CONFIDENTIAL

21    13:08 EST

22    Job No.: 484221

23    Pages: 1 - 147

24    Reported by: LISA M BARRETT, RPR, CRR, CRC, CSR

25
```

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00094436

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023          2

```
 1            Virtual videotaped deposition of Thomas
 2   Sidley,
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19            Taken pursuant to notice before
20   Lisa M. Barrett, a Certified Shorthand
21   Reporter, Registered Professional Reporter,
22   Certified Realtime Reporter, Registered
23   Professional Reporter and a Notary Public in
24   and for the State of Maryland.
25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094437

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                     3

```
 1            A P P E A R A N C E S:
 2   (Via Zoom)
 3   ON BEHALF OF THE PLAINTIFF
 4   and THE WITNESS:
 5        Philip X. Wang, Esquire
 6        Minna Chan, Esquire
 7        RUSS AUGUST & KABAT
 8        12424 Wilshire Boulevard, 12th Floor
 9        Los Angeles, California 90025
10        310-826-7474
11
12
13   ON BEHALF OF AMAZON.COM, INC.,
14   AMAZON.COM SERVICES LLC,
15   and EERO LLC,
16        Annie A. Lee, Esquire
17        Eric Weiner, Esquire
18        MORRISON FOERSTER
19        425 Market Street
20        San Francisco, California 94105-2482
21
22
23
24
25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094438

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023 4

```
1           A P P E A R A N C E S:  (cont'd)
2    ON BEHALF OF DEFENDANTS CISCO
3    SYSTEMS, MERAKI LLC AND MICROSOFT
4    CORPORATION:
5         Peter M. Kohlhepp, Esquire
6         CARLSON CASPERS VANDENBURGH & LINDQUIST PA
7         225 South Sixth Street, Suite 4200
8         Minneapolis, Minnesota 55402
9         612-436-9659
10
11   APPEARED ON BEHALF OF DEFENDANT ASUSTEK:
12        John W. Downing, Esquire
13        KASOWITZ BENSON TORRES
14        333 Twin Dolphin Drive, Suite 200
15        Redwood Shores, California 94065
16        650-453-5426
17
18   ALSO PRESENT:
19
20        Mr. Alan Heifetz, Technician Planet Depos
21        Mr. Alan Ross, Videographer
22
23
24
25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094439

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                                96

| | | |
|---|---|---|
| 1 | document. | 16:11:21 |
| 2 | Q   You remember working with attorneys at | 16:11:26 |
| 3 | Bullivant though, right? | 16:11:28 |
| 4 | A   I don't have a firm recollection. | 16:11:29 |
| 5 | Q   You were a client for Bullivant; do you | 16:11:37 |
| 6 | remember that? | 16:11:39 |
| 7 | A   I don't have a firm recollection. | 16:11:39 |
| 8 | Q   But do you remember requesting legal | 16:11:45 |
| 9 | services from Bullivant during your time at | 16:11:48 |
| 10 | Aequitas? | 16:11:51 |
| 11 | A   I don't recall specific instances. | 16:11:54 |
| 12 | Q   Okay, we don't need specific instances. | 16:12:07 |
| 13 | I think it would be crazy for me to | 16:12:11 |
| 14 | expect you to remember specific instances from | 16:12:13 |
| 15 | 2009 but is it a fair characterization to say that | 16:12:17 |
| 16 | you were a client for Bullivant attorneys in 2009? | 16:12:27 |
| 17 | A   By looking at this billing that appears | 16:12:34 |
| 18 | to be the case. | 16:12:36 |
| 19 | Q   Okay. | 16:12:39 |
| 20 | All right, Mr. Heifetz, if we could go | 16:12:40 |
| 21 | to page -- BHB75. | 16:12:51 |
| 22 | And Mr. Sidley I would point your | 16:13:15 |
| 23 | attention to the first entry on August 13, 2009. | 16:13:18 |
| 24 | A   Okay. | 16:13:21 |
| 25 | Q   Just to place this in time, this is | 16:13:22 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094531

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                97

```
 1   about two weeks before the first petition for           16:13:24
 2   revival that we saw earlier dated August 28, 2009.      16:13:27
 3             Do you see this time entry from               16:13:31
 4   Ann Pahk on August 13, 2009.  Her name is at the        16:13:37
 5   bottom of the block of test.                            16:13:41
 6        A    I see Ann Pahk's name at the bottom of        16:13:41
 7   that text.                                              16:13:44
 8        Q    Do you recognize that name "Ann Pahk"?        16:13:46
 9        A    I have no recollection of that name.          16:13:49
10        Q    You don't think you ever talked to her?       16:13:50
11        A    I have no recollection of that name.          16:13:53
12        Q    Okay.  And then the latter half of this       16:14:02
13   block of this text says:                                16:14:03
14        "For directed wireless communication, US           16:14:04
15   Patent Application Number 10/700,329 in                 16:14:04
16   anticipation of filing petition for revival of          16:14:09
17   unintentionally abandoned patent application with       16:14:13
18   the [USPTO] ..." [As read.]                             16:14:16
19             Do you see that?                              16:14:18
20        A    I read that, yes.                             16:14:20
21        Q    Sorry, right before that it says,             16:14:22
22   "Prepare draft response to office action."              16:14:23
23             Do you see that?                              16:14:27
24        A    I see that text as well.                      16:14:28
25        Q    So Ann Pahk was working on a response         16:14:29
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094532

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023

98

```
 1   to the office action in anticipation of filing a      16:14:34
 2   petition to revival; that's what this says?           16:14:36
 3           MR. WANG:  Objection to form.                 16:14:39
 4           THE WITNESS:  I mean, I see what is           16:14:47
 5   written on the billing statement there.               16:14:48
 6   BY MS. LEE:                                           16:14:53
 7       Q   Okay.  And then do you see the second        16:14:53
 8   entry for August 19, 2009 is for Carl Schwedler?      16:14:56
 9       A   That's dated August 17th, "Review of          16:15:05
10   prior art and file history"?                          16:15:13
11       Q   Sorry, it's the second August 19 entry.       16:15:15
12       A   Oh, excuse me.                                16:15:20
13       Q   Right there.                                  16:15:21
14       A   (Reading):                                    16:15:22
15       "Search of prior art and begin drafting           16:15:22
16   amendment and revival documents."                    16:15:24
17           I read that, yes.                             16:15:26
18       Q   Correct.  So on August 19, 2009, Carl         16:15:27
19   Schwedler was also working on revival documents,      16:15:30
20   right?                                                16:15:33
21           MR. WANG:  Objection to form.                 16:15:36
22           THE WITNESS:  Well, there was a billing       16:15:37
23   amount for that service.                              16:15:38
24   BY MS. LEE:                                           16:15:39
25       Q   Okay.  And then on the next page, the         16:15:39
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094533

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023                                      99

| | | |
|---|---|---|
| 1 | last -- sorry -- if we can go back up a page, the | 16:15:51 |
| 2 | last entry is from Robert Moore on August 21st, | 16:16:00 |
| 3 | 2009; do you see that? | 16:16:08 |
| 4 | A    Yes: | 16:16:11 |
| 5 | "Conference with Ms. Pahk with regard to | 16:16:11 |
| 6 | patent application revival matters; Robert Moore". | 16:16:15 |
| 7 | And a billing for $138? | 16:16:18 |
| 8 | Q    Correct.  And that .4, that means .4 | 16:16:22 |
| 9 | hours, correct? | 16:16:27 |
| 10 | A    That's correct, yes. | 16:16:27 |
| 11 | Q    So .4, that's around 20 minutes? | 16:16:29 |
| 12 | A    Yes, I accept that, yes.  I've never | 16:16:39 |
| 13 | billed -- | 16:16:42 |
| 14 | -- (overspeaking) -- | 16:16:42 |
| 15 | Q    That's okay, that's okay, I'm glad we | 16:16:44 |
| 16 | can agree on something. | 16:16:46 |
| 17 | Does this refresh your recollection as | 16:16:48 |
| 18 | to who Robert Moore was or what kind of work he | 16:16:49 |
| 19 | was doing for you? | 16:16:52 |
| 20 | A    Not at all. | 16:16:54 |
| 21 | Q    Was Robert Moore a patent attorney? | 16:17:00 |
| 22 | A    I don't recall Robert Moore, I mean | 16:17:05 |
| 23 | other than the name. | 16:17:08 |
| 24 | Q    Did you directly work with any patent | 16:17:08 |
| 25 | application attorneys at Bullivant? | 16:17:10 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                 XR-EDTX-00094534

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023

100

| | | |
|---|---|---|
| 1 | A    I don't recall. | 16:17:12 |
| 2 | Q    You don't recall ever working with any | 16:17:16 |
| 3 | patent attorneys or you don't recall -- | 16:17:19 |
| 4 | A    I don't recall -- | 16:17:21 |
| 5 | Q    -- whether you did? | 16:17:21 |
| 6 | A    I don't recall working with any patent | 16:17:23 |
| 7 | attorneys. | 16:17:25 |
| 8 | Q    Okay.  I will represent to you I looked | 16:17:26 |
| 9 | up who Robert Moore is.  He's a securities | 16:17:35 |
| 10 | attorney who doesn't appear to have any patent | 16:17:38 |
| 11 | experience. | 16:17:40 |
| 12 | Do you have any idea why he would be | 16:17:41 |
| 13 | talking to Ms. Pahk about the 329 patent revival | 16:17:44 |
| 14 | application for 20 minutes? | 16:17:47 |
| 15 | A    I have no recollection of this | 16:17:54 |
| 16 | transaction or why that billing exists. | 16:17:55 |
| 17 | Q    Okay.  Let's go to page BHB84. | 16:18:16 |
| 18 | And the first entry dated November 30 | 16:18:27 |
| 19 | is also for Robert Moore. | 16:18:29 |
| 20 | The first part of this time entry says: | 16:18:43 |
| 21 | "Receive, review, and respond to emails from | 16:18:45 |
| 22 | Mr. Sidley and conferences with patent counsel | 16:18:47 |
| 23 | with regard to report to potential buyer." | 16:18:50 |
| 24 | Do you see that? | 16:18:53 |
| 25 | A    Yes, I read that. | 16:18:54 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

XR-EDTX-00094535

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023                                101

```
 1        Q    Do you recall receiving any emails or        16:18:59
 2   having discussions with Mr. Moore about this time      16:19:01
 3   entry?                                                 16:19:07
 4        A    I have no recollection of this               16:19:09
 5   transaction.                                           16:19:10
 6        Q    Does this refresh your recollection as       16:19:13
 7   to what Mr. Moore was doing for Aequitas at the        16:19:15
 8   time?                                                  16:19:22
 9        A    Not at all.                                  16:19:23
10        Q    You don't remember even who he was.          16:19:36
11        A    I can't picture him.  The name               16:19:38
12   resonates but I can't even picture what he looks       16:19:42
13   like.                                                  16:19:44
14        Q    Okay.  So the second part of this time       16:19:45
15   entry says:                                            16:20:04
16        "Receive and review response and report of        16:20:05
17   patent counsel and email to Mr. Sidley with regard     16:20:07
18   to communications to purchaser as to patent            16:20:09
19   revival status."                                       16:20:12
20        Do you see that?                                  16:20:14
21        A    Yes, I read that.                            16:20:14
22        Q    Do you recall any emails or                  16:20:16
23   conversations with Mr. Moore about communications      16:20:19
24   to purchasers as to patent revival status?             16:20:22
25        A    Again, Annie, I have no recollection of      16:20:26
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

XR-EDTX-00094536

| | | |
|---|---|---|
| 1 | this transaction. | 16:20:30 |
| 2 | Q   Okay.  As you saw earlier, one of the | 16:20:59 |
| 3 | requirements to revive a patent application is | 16:21:09 |
| 4 | that statement of unintentional delay; do you | 16:21:11 |
| 5 | remember that?  Do you remember our conversation | 16:21:15 |
| 6 | about that? | 16:21:17 |
| 7 |         MR. WANG:  Objection to form. | 16:21:18 |
| 8 |         THE WITNESS:  Annie, I'll be honest | 16:21:21 |
| 9 | with you, you've thrown a lot of information at me | 16:21:22 |
| 10 | so I -- if we could go back and review it, I... | 16:21:25 |
| 11 | BY MS. LEE: | 16:21:29 |
| 12 |     Q   Sure, yeah. | 16:21:29 |
| 13 |         Mr. Heifetz, if we could put up the | 16:21:30 |
| 14 | revival based on unintentional delay document | 16:21:41 |
| 15 | again.  Yep, that's the one. | 16:21:44 |
| 16 |         Do you remember seeing this? | 16:21:47 |
| 17 |     A   Yes, I do. | 16:21:49 |
| 18 |     Q   Okay.  And do you remember that we | 16:21:52 |
| 19 | talked about -- if we can scroll down a little | 16:21:54 |
| 20 | bit, Mr. Heifetz, requirement number 3 was a | 16:21:58 |
| 21 | statement that the entire delay between the | 16:22:01 |
| 22 | required reply and the filing of the grantable | 16:22:04 |
| 23 | petition was unintentional; do you remember | 16:22:08 |
| 24 | talking about that? | 16:22:11 |
| 25 |     A   I can -- under (3) I just re-read it, | 16:22:12 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094537

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                147

```
 1              C E R T I F I C A T E
 2              I, Lisa M. Barrett, RPR, CRR, CRC, do
 3    hereby certify that the witness was first duly
 4    sworn by me and that I was authorized to and did
 5    report said proceedings.
 6              I further certify that the foregoing
 7    transcript is a true and correct record of the
 8    proceedings; that said proceedings were taken by
 9    me stenographically and thereafter reduced to
10    typewriting under my supervision; that reading and
11    signing was not requested; and that I am neither
12    attorney nor counsel for, nor related to or
13    employed by, any of the parties to the action in
14    which this deposition was taken; and that I have
15    no interest, financial or otherwise, in this case.
16              IN WITNESS WHEREOF, I have hereunto set
17    my hand this 11th day of March, 2023.
18
19    _____
20       Lisa M. Barrett, RPR, CRR, CRC, CSR
21        Certified Realtime Court Reporter
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00094582