# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff,*<br><br>  v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br>    *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>    *Intervenors.* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff XR Communications, LLC dba Vivato Technologies ("XR") Motion for Partial Summary Judgment of No Inequitable Conduct. The Court, having considered the matter, and for good cause shown, the Court **GRANTS** the motion.