# Exhibit 1



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/700,329 | 11/03/2003 | Marcus da Silva | MN1-0010US |

38356
BROOKS & CAMERON, PLLC
1221 NICOLLET MALL #500
MINNEAPOLIS, MN 55403

**CONFIRMATION NO. 5147**

*OC000000021144382*

Date Mailed: 11/07/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/22/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

ALMAZ TESFAI
PTOSS (703) 308-9150 EXT 146

OFFICE COPY



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Marcus da Silva, et al. | Confirmation No. | 5147 |
| Serial No.: | 10/700,329 | Examiner: | Sheila B. Smith |
| Filed: | November 3, 2003 | Art Unit: | 2617 |
| | | Docket: | 760.0060001 |
| Title: | DIRECTED WIRELESS COMMUNICATION | | |

Commissioner for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

We are transmitting herewith the following attached items and information (as indicated with an "X"):

X  Return postcard (1).

X  Revocation of Power of Attorney with New Power of Attorney and Change of Correspondence Address (1 pg.)

X  Statement Under 37 CFR 3.73(b) (1 pg.).

**\*PLEASE ASSOCIATE THIS APPLICATION WITH CUSTOMER NUMBER 38356\***

**CERTIFICATE UNDER 37 C.F.R. §1.8:** The undersigned hereby certifies that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail, in an envelope addressed to: Commissioner for Patents, P.O. BOX 1450, Alexandria, VA 22313-1450, on this 16th day of October, 2006.

Name: Alison L. Subendran

Signature: _____

Respectfully Submitted,
Marcus da Silva, et al.

By:  BROOKS & CAMERON, PLLC
     1221 Nicollet Avenue, Suite 500
     Minneapolis, MN 55403

Atty: Edward J. Brooks III
Reg. No.: 40,925

Date: 10/16/2006

Rev. 12/05

[Stamp: OIPE IAP96 OCT 18 2006 PATENT & TRADEMARK OFFICE]

PTO/SB/82 (01-08)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **REVOCATION OF POWER OF ATTORNEY WITH NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS** | Application Number: 10/700,329<br>Filing Date: November 3, 2003<br>First Named Inventor: Marcus da Silva<br>Art Unit: 2617<br>Examiner Name: SHEILA B SMITH<br>Attorney Docket Number: MN1-0010US |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

**OR**

☑ I hereby appoint the practitioners associated with the Customer Number: **38356**

☑ Please change the correspondence address for the above-identified application to:

☑ The address associated with Customer Number: **38356**

**OR**

☐ Firm or Individual Name:
Address:
City: _____ State: _____ Zip: _____
Country:
Telephone: _____ Email: _____

I am the:

☐ Applicant/Inventor.

☑ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

**SIGNATURE of Applicant or Assignee of Record**

| | |
|---|---|
| Signature | /Gary Haycox/ |
| Name | Gary Haycox |
| Date | 9/15/06 |
| Telephone | 503-703-3435 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/96 (12-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: __Vivato, Inc.__

Application No./Patent No./Control No.: __10/700,329__    Filed/Issue Date: __November 3, 2003__

Entitled: DIRECTED WIRELESS COMMUNICATION

__Vivato, Inc._____, a __Corporation__
(Name of Assignee)    (Type of Assignee: corporation, partnership, university, government agency, etc.)

states that it is:
1. [✓] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. [✓] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel __014835__, Frame __0270__, or a true copy of the original assignment is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.
   [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____/s/ Gary Haycox/_____    __9/15/06__
Signature    Date

Gary Haycox    503-703-3435
Printed or Typed Name    Telephone Number

Chief Executive Officer
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

[Stamp: OIPE OCT 18 2006 PATENT & TRADEMARK OFFICE]

09-22-'06 13:05  FROM-Brooks & Cameron        612-659-9344              T-488 P01/03 U-604

## Brooks & Cameron, PLLC
*Intellectual Property Attorneys*

**RECEIVED
CENTRAL FAX CENTER

SEP 2 2 2006**

This transmission contains information which is confidential and legally privileged. The information is intended only for the use of the individual or entity named on this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me at (612) 659-9340 and destroy all copies of the original transmission.

### PLEASE ACKNOWLEGE RECEIPT BY RETURN FACSIMILE

TO: USPTO- Commissioner For Patents    FROM:   Edward J. Brooks III
FAX: (571) 273-8300                    DATE:   September 22, 2006

You should receive 3 pages including cover sheet

| | | | |
|---|---|---|---|
| Applicant: | Marcus da Silva, et al. | Examiner: | Sheila B. Smith |
| Serial No.: | 10/700,329 | Art Unit: | 2617 |
| Filed: | November 3, 2003 | Docket: | 760.0060001 |
| Confirmation No. | 5147 | | |
| Title: | DIRECTED WIRELESS COMMUNICATION | | |

Commissioner for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

We are transmitting herewith the following attached items and information (as indicated with an "X"):

X    Revocation of Power of Attorney with New Power of Attorney and Change of Correspondence Address (1 pg.)

X    Statement Under 37 CFR 3.73(b) (1 pg.).

Customer Number 38356

**CERTIFICATE UNDER 37 C.F.R. §1.8:** The undersigned hereby certifies that this correspondence is being transmitted to the United States Patent Office facsimile number (571) 273-8300 on _September 22, 2006_

_Alison L. Subrada_
Name

_[signature]_
Signature

Respectfully Submitted,
Marcus da Silva, et al.

By: _[signature]_
     Edward J. Brooks III
     Attorney/Agent for Applicant
     Reg. No.: 40,925
Date: 09/22/2006
Phone: (612) 236-0120

Rev. 12/04
PAGE 1/3 * RCVD AT 9/22/2006 2:03:11 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/11 * DNIS:2738300 * CSID:612 659 9344 * DURATION (mm-ss):03-06

**BEST AVAILABLE COPY**

09-22-'06 13:05 FROM-Brooks & Cameron          612-659-9344          T-488 P02/03 U-604

RECEIVED
CENTRAL FAX CENTER
SEP 2 2 2006

PTO/SB/82 (07-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REVOCATION OF POWER OF ATTORNEY WITH NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | |
|---|---|
| Application Number | 10/700,389 |
| Filing Date | November 3, 2003 |
| First Named Inventor | Marcos da Silva |
| Art Unit | 2617 |
| Examiner Name | SHEILA B SMITH |
| Attorney Docket Number | MNH-0010US |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

OR

☑ I hereby appoint the practitioners associated with the Customer Number: 38356

☑ Please change the correspondence address for the above-identified application to:

☑ The address associated with Customer Number: 38356

OR

☐ Firm or Individual Name
Address
City                State           Zip
Country
Telephone           Email

I am the:

☐ Applicant/Inventor.

☑ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

**SIGNATURE of Applicant or Assignee of Record**

Signature: [signature]
Name: Gary Hayoor
Date: 9/15/06           Telephone: 509-703-3435

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PAGE 2/3 * RCVD AT 9/22/2006 2:03:11 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/11 * DNIS:2738300 * CSID:612 659 9344 * DURATION (mm-ss):03-06

BEST AVAILABLE COPY

09-22-'06 13:06 FROM-Brooks & Cameron    612-659-9344    T-488 P03/03 U-604

RECEIVED
CENTRAL FAX CENTER

SEP 2 2 2006

PTO/SB/96 (12-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Vivato, Inc.

Application No./Patent No./Control No.: 10/720,329    Filed/Issue Date: November 3, 2003

Entitled: DIRECTED WIRELESS COMMUNICATION

Vivato, Inc.                                           a Corporation
(Name of Assignee)                                     (Type of Assignee: corporation, partnership, university, government agency, etc.)

states that it is:

1. ☑ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. ☑ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 014835, Frame 0270, or a true copy of the original assignment is attached.

OR

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at
   Reel _____, Frame _____, or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet.

As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____    9/15/06
Signature                     Date

Gary Haycox                   509-703-3435
Printed or Typed Name         Telephone Number

Chief Executive Officer
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

BEST AVAILABLE COPY