# Exhibit 17



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**MAILED**

MAY 0 6 2010

OFFICE OF PETITIONS

VIVATO, INC.
139 TOWNSEND STREET, SUITE 200
SAN FRANCISCO, CA 94107

In re Application of
**Marcus D.A. SILVA**, et al.
Application No. 10/700,329
Filed: November 3, 2003
Attorney Docket No.

: DECISION ON PETITION
: UNDER 37 CFR 1.137(b)

**EXHIBIT 9**
Witness: C. Schwedler
Date: 12-5-22
Stenographer: Nicole Hatler, TX CSR # 11275

This is a decision on the renewed petition under 37 CFR 1.137(b), filed November 18, 2009, to revive the above-identified application.

The petition is **DISMISSED**.

Any request for reconsideration of this decision must be submitted within TWO (2) MONTHS from the mail date of this decision. Extensions of time under 37 CFR 1.136(a) are permitted. The reconsideration request should include a cover letter entitled "Renewed Petition under 37 CFR 1.137(b)." This is **not** a final agency action within the meaning of 5 U.S.C. § 704.

The application became abandoned for failure to timely reply within the meaning of 37 CFR 1.113 to the final Office action, mailed March 17, 2008, which set a shortened statutory period for reply of three (3) months. No extensions of time under the provisions of 37 CFR 1.136(a) were obtained. Accordingly, the application became abandoned on June 18, 2008.

The power of attorney and 3.73(b) statement submitted with the petition are considered defective.

In order to request or take action in a patent matter, the assignee must establish its ownership of the patent to the satisfaction of the Director. In this regard, a Statement under 37 CFR 3.73(b) must have either: (i) documentary evidence of a chain of title from the original owner to the assignee (e.g., copy of an executed assignment), and a statement affirming that the documentary evidence of the chain of title from the original owner to the assignee was or concurrently is being submitted for recordation pursuant to § 3.11; or (ii) a statement specifying where documentary evidence of a chain of title from the original owner to the assignee is recorded in the assignment records of the Office (e.g., reel and frame number). The power of attorney filed on November 18, 2009 is improper in that it does not contain a complete chain of title from the original owner to the current assignee of record.

In view of the above, and as it appears that Mr. Schwedler is signing the statement of unintentional delay as an assignee, then compliance with 37 CFR 3.73(b) must be satisfied.

The reply is considered defective for the reasons stated in the previous petition decision mailed on November 3, 2009 (that the paper (reply) must be signed by a proper party; i.e., all the

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00090655

Application No. 10/700,329 Page 2

inventors or an assignee of the entire interest and, if signed by an assignee of the entire interest, must satisfy the provisions of 37 CFR 3.73(b)).

In sum, petitioner must submit a petition containing a statement of unintentional delay and reply (amendment) signed by all the inventors, **unless** petitioner herein is the assignee of the entire right, title and interest in the instant application, then compliance with 37 CFR 3.73(b) must be satisfied.

An extension of time under 37 CFR 1.136 must be filed prior to the expiration of the maximum extendable period for reply. See In re Application of S., 8 USPQ2d 1630, 1631 (Comm'r Pats. 1988). Since the $555 extension of time fee submitted with the petition on August 28, 2009 was subsequent to the maximum extendable period for reply, petitioner may request a refund of this fee by writing to the following address: Mail Stop 16, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450. A copy of this decision should accompany petitioner's request.

Further correspondence with respect to this matter should be addressed as follows:

By mail:        Mail Stop PETITIONS
                Commissioner for Patents
                Post Office Box 1450
                Alexandria, VA 22313-1450

By hand:        Customer Service Window
                Mail Stop Petitions
                Randolph Building
                401 Dulany Street
                Alexandria, VA 22314

By fax:         (703) 872-9306
                ATTN: Office of Petitions

Any questions concerning this matter may be directed to Monica A. Graves at (571) 272-7253.

*/signature/*
Thurman K. Page
Petitions Examiner
Office of Petitions

cc:   **CARL J. SCHWEDLER**
      **BULLIVANT HOUSER BAILEY, PC.**
      **1415 L. STRET, SUITE 1000**
      **SACRAMENTO, CA 95814**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00090656