# Exhibit 26



# Transcript of Edward Joseph Brooks, III

**Date:** January 5, 2023
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091501

Transcript of Edward Joseph Brooks, III
January 5, 2023                                           61

| | | |
|---|---|---|
| 1 | Q  Do you recall anyone else that you talked | 11:45:48 |
| 2 | to at the client regarding prosecution of the | 11:45:49 |
| 3 | Vivato applications? | 11:45:52 |
| 4 | A  I do not. | 11:45:53 |
| 5 | Q  Apart from Mr. Haycox? | 11:45:58 |
| 6 | A  You mentioned you might have had a phone | 11:46:05 |
| 7 | exchange with Chris Ambrose at one time, but, | 11:46:08 |
| 8 | correct, Gary Haycox was my contact. | 11:46:11 |
| 9 | Q  I understand from your perspective certain | 11:46:22 |
| 10 | invoices were not paid, correct? | 11:46:29 |
| 11 | A  Correct. | 11:46:31 |
| 12 | Q  Apart from that perspective, were you | 11:46:36 |
| 13 | privy to any of the circumstances that were | 11:46:40 |
| 14 | occurring at the client or their strategy or | 11:46:44 |
| 15 | financial circumstances? | 11:46:49 |
| 16 | MR. CONNEELY:  Objection.  I would caution | 11:46:53 |
| 17 | you, Mr. Brooks, that calls for a yes-or-no answer | 11:46:55 |
| 18 | but not to disclose any attorney-client privileged | 11:46:58 |
| 19 | communications. | 11:47:00 |
| 20 | MR. KOHLHEPP:  Object to form. | 11:47:04 |
| 21 | BY THE WITNESS: | 11:47:10 |
| 22 | A  No. | 11:47:11 |
| 23 | BY MR. WANG: | 11:47:17 |
| 24 | Q  You never filed any notices of express | 11:47:19 |
| 25 | abandonment for any Vivato patent application, | 11:47:27 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                                            XR-EDTX-00091562

Transcript of Edward Joseph Brooks, III
January 5, 2023                                                                 62

```
1    correct?                                                  11:47:30
2         MR. KOHLHEPP:  Object to form.                       11:47:31
3    BY THE WITNESS:                                           11:47:33
4       A   I do not recall doing so.                          11:47:33
5    BY MR. WANG:                                              11:47:41
6       Q   In your July deposition, I will represent          11:47:41
7    to you that you were asked a question:  "You were         11:47:43
8    never instructed to abandon any application,              11:47:48
9    fair?"                                                    11:47:51
10        And that you answered:  "I do not recall             11:47:51
11   an instruction to abandon an application."                11:47:54
12        Do you recall that?                                  11:48:01
13        MR. KOHLHEPP:  Object to form.                       11:48:02
14        MR. CONNEELY:  Same objection.                       11:48:03
15   BY THE WITNESS:                                           11:48:05
16      A   I think that's the answer I just gave.  I          11:48:06
17   do not recall expressly abandoning any                    11:48:10
18   applications.                                             11:48:14
19   BY MR. WANG:                                              11:48:17
20      Q   You do not recall any instruction to               11:48:18
21   abandon an application, correct?                          11:48:20
22      A   Correct.                                           11:48:29
23        MR. WANG:  Thank you, Mr. Brooks.  I have            11:48:30
24   nothing further.                                          11:48:31
25        THE WITNESS:  Thank you.                             11:48:35
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

XR-EDTX-00091563

Transcript of Edward Joseph Brooks, III
January 5, 2023                                                    63

| | | |
|---|---|---|
| 1 | MS. HARTJES:  I just have one quick follow | 11:48:42 |
| 2 | up.  Again, this is Counsel for Apple. | 11:48:44 |
| 3 | FURTHER EXAMINATION | 11:48:47 |
| 4 | BY MS. HARTJES: | 11:48:47 |
| 5 | Q  You were just asked whether you were ever | 11:48:48 |
| 6 | instructed to abandon any application, correct? | 11:48:49 |
| 7 | A  Correct. | 11:48:52 |
| 8 | Q  To be clear, though, you did inform Vivato | 11:48:52 |
| 9 | that its patent applications would go abandoned if | 11:48:55 |
| 10 | no response were filed to the pending office | 11:48:58 |
| 11 | actions, correct? | 11:49:00 |
| 12 | MR. WANG:  Objection to form, | 11:49:00 |
| 13 | mischaracterizes testimony. | 11:49:01 |
| 14 | MR. CONNEELY:  I also object to the form | 11:49:02 |
| 15 | and, also, you don't have the right to waive | 11:49:03 |
| 16 | privilege about what was said to you or what you | 11:49:05 |
| 17 | said to the client. | 11:49:07 |
| 18 | So if you can't answer that question | 11:49:09 |
| 19 | without disclosing attorney-client privileged | 11:49:11 |
| 20 | communication, I'm instructing you not to answer. | 11:49:14 |
| 21 | If you need the question read back, we can do | 11:49:16 |
| 22 | that. | 11:49:18 |
| 23 | THE WITNESS:  Please. | 11:49:19 |
| 24 | BY MS. HARTJES: | 11:49:20 |
| 25 | Q  Yes.  So my question was you did inform | 11:49:23 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**                                XR-EDTX-00091564

```
 1     CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
 2
 3          I, Theresa A. Vorkapic, Certified
 4     Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
 5     RPR, and a Notary Public in and for the County of
 6     Kane, State of Illinois, the officer before whom
 7     the foregoing deposition was taken, do hereby
 8     certify that the foregoing transcript is a true
 9     and correct record of the testimony given; that
10     said testimony was taken by me and thereafter
11     reduced to typewriting under my direction; that
12     reading and signing was not requested; and that I
13     am neither counsel for, related to, nor employed
14     by any of the parties to this case and have no
15     interest, financial or otherwise, in its outcome.
16          IN WITNESS WHEREOF, I have hereunto set my
17     hand and affixed my notarial seal this 17th day of
18     January, 2023.
19     My commission expires November 6, 2023.
20
21     _____
22     THERESA A. VORKAPIC
23     NOTARY PUBLIC IN AND FOR ILLINOIS
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091568