# Exhibit 32



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/700,329 | 11/03/2003 | Marcus da Silva | MN1-0010US |

**CONFIRMATION NO. 5147**
**POWER OF ATTORNEY NOTICE**

38356
BROOKS, CAMERON & HUEBSCH , PLLC
1221 NICOLLET AVENUE , SUITE 500
MINNEAPOLIS, MN 55403

*OC000000030365327*

Date Mailed: 06/09/2008

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/28/2008.

- The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

/kainabinet/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

Exhibit # Brooks 8
07/06/22 - MC

ARUBA_0032683

XR-EDTX1-00052246

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Brooks, Cameron & Huebsch, PLLC
1221 Nicollet Avenue, Suite 500
Minneapolis, MN 55403

**COPY MAILED**

JUN 0 9 2008

In re Application of
Marcus da Silva et al.
Application No. 10/700,329
Filed: November 3, 2003
Attorney Docket No. MN1-0010US

DECISION ON PETITION
TO WITHDRAW
FROM RECORD

This is a decision on the Request to Withdraw as attorney or agent of record under 37 C.F.R. § 1.36(b), filed April 28, 2008.

The request is **APPROVED**.

A grantable request to withdraw as attorney/agent of record must be signed by every attorney/agent seeking to withdraw or contain a clear indication that one attorney is signing on behalf of another/others. A request to withdraw will not be approved unless at least 30 (thirty) days would remain between the date of approval and the later of the expiration date of a time to file a response or the expiration date of the maximum time period which can be extended under 37 C.F.R. § 1.136(a).

The request was signed by Edward J. Brooks, III on behalf of all attorneys/agents associated with customer number 38356. All attorneys/agents associated with customer number 38356 have been withdrawn.

The request to change the correspondence of record is not acceptable as the requested correspondence address is not that of (1) the first named signing inventor; or (2) an intervening assignee of the entire interest under 37 C.F.R. 3.71. Accordingly, all correspondence will be mailed to the assignee. A courtesy copy of this decision will be mailed to address noted on the request to withdraw. If this firm desires to receive future correspondence regarding this application, the proper power of attorney documents must be submitted.

ARUBA_0032684

XR-EDTX1-00052247

Telephone inquiries concerning this decision should be directed to Kimberly Inabinet at 571-272-4618.

*Kimberly Inabinet*

Kimberly Inabinet
Petitions Examiner
Office of Petitions

cc:  Vivato, Inc.
     139 Townsend Street, Suite 200
     San Francisco, CA 94107

cc:  Christopher R. Ambrose, LLC
     Bend Office
     805 SW Industrial Way, Ste. 201
     Bend, OR 97702

ARUBA_0032685

XR-EDTX1-00052248



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 10/700,329 | 11/03/2003 | Marcus da Silva | MN1-0010US |

**CONFIRMATION NO. 5147**
**POWER OF ATTORNEY NOTICE**

38356
BROOKS, CAMERON & HUEBSCH, PLLC
1221 NICOLLET AVENUE, SUITE 500
MINNEAPOLIS, MN 55403

*OC000000030365327*

Date Mailed: 06/09/2008

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/28/2008.

- The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

/kainabinet/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

ARUBA_0032686

XR-EDTX1-00052249



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 5147**

| SERIAL NUMBER | FILING OR 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 10/700,329 | 11/03/2003 RULE | 455 | 2617 | |

**APPLICANTS**
  Marcus da Silva, Spokane, WA;
  William J. Crilly JR., Liberty Lake, WA;
  James Brennan, Sammamish, WA;
  Robert J. Conley, Liberty Lake, WA;
  Siavash Alamouti, Spokane, WA;
  Eduardo Casas, Vancouver, CANADA;
  Hujun Yin, Spokane, WA;
  Bobby Jose, Veradale, WA;
  Yang-Seok Choi, Liberty Lake, WA;
  Vahid Tarokh, Cambridge, MA;
  Praveen Mehrotra, Fresno, CA;

** CONTINUING DATA *************************
  This appln claims benefit of 60/423,660 11/04/2002

** FOREIGN APPLICATIONS *********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED **   ** SMALL ENTITY **
02/11/2004

| Foreign Priority claimed | ☐ yes ☐ no | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met | ☐ yes ☐ no ☐ Met after Allowance | WA | 18 | 63 | 6 |
| Verified and Acknowledged | Examiner's Signature        Initials | | | | |

**ADDRESS**
Vivato, Inc.
139 Townsend Street, Suite 200
San Francisco, CA 94107

**TITLE**
Directed wireless communication

| FILING FEE RECEIVED 966 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |
|---|---|---|

ARUBA_0032687

XR-EDTX1-00052250