# Exhibit 34



# Transcript of Christopher Ambrose

**Date:** December 19, 2022
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00090920

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TEXAS

 3                        WACO DIVISION

 4   XR COMMUNICATIONS, LLC, dba   )
     VIVATO TECHNOLOGIES,          )
 5                                 )
                    Plaintiff,     )   Civil Action No.
 6                                 )   6:21-cv-00620-ADA
              vs.                  )
 7                                 )
     APPLE, INC.,                  )
 8   _____)
     AMAZON.COM, INC., AMAZON.COM  )   Civil Action No.
 9   SERVICES LLC, and EERO LLC,   )   6:21-cv-00619-ADA
     _____)
10   CISCO SYSTEMS, INC., MERAKI   )   Civil Action No.
     LLC,                          )   6:21-cv-00623-ADA
11   _____)
     MICROSOFT CORPORATION,        )   Civil Action No.
12   _____)   6:21-cv-00695-ADA
     SAMSUNG ELECTRONICS CO., LTD, )
13   et al.,                       )   Civil Action No.
                                   )   6:21-cv-00626-ADA
14                  Defendants.    )
     _____)
15

16

17      VIDEOTAPED DEPOSITION OF CHRISTOPHER AMBROSE

18   commencing at 9:48 a.m. on Monday, December 19, 2022,

19   at 425 SW Bluff Drive, Bend, Oregon  97703, before

20   GENIE L. KELLEY, R.P.R., C.M., C.S.R. #90-0149.

21

22

23

24

25
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                     XR-EDTX-00090921

Transcript of Christopher Ambrose
December 19, 2022  2

```
 1                   APPEARANCES OF COUNSEL

 2   For Plaintiff:

 3                        MINNA CHAN, ESQ.
                          Russ August & Kabat
 4                        12424 Wilshire Boulevard
                          12th Floor
 5                        Los Angeles, California  90025

 6   For Defendants Cisco Systems, Meraki LLC and
     Microsoft Corporation:
 7
                          PETER M. KOHLHEPP, ESQ.
 8                        Carlson Caspers
                          225 S. Sixth Street
 9                        Suite 4200
                          Minneapolis, Minnesota  55402
10
         (The following counsel appearing via Zoom)
11
     For Defendant Asustek:
12
                          JOHN W. DOWNING, ESQ.
13                        Kasowitz Benson Torres
                          333 Twin Dolphin Drive
14                        Suite 200
                          Redwood Shores, California  94065
15
     For Defendant Apple:
16
                          JENNIFER M. HARTJES, ESQ.
17                        Goldman Ismail Tomaselli
                          Brennan & Baum
18                        200 S. Wacker Drive
                          22nd Floor
19                        Chicago, Illinois  60606

20   For Amazon.com, Inc., Amazon.com Services and EERO,
     LLC:
21
                          ROY CHAMCHARAS, ESQ.
22                        Klarquist Sparkman, LLP
                          121 SW Salmon
23                        Suite 1600
                          Portland, Oregon  97204

24

25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00090922

Transcript of Christopher Ambrose
December 19, 2022                                                    3

```
 1   For Samsung Defendants:
 2                         KATHLEEN M. McCARTE, ESQ.
                           Arnold and Porter
 3                         700 Louisiana Street
                           Suite 400
 4                         Houston, Texas   77002

 5   For Defendants Cisco and Meraki LLC:

 6                         DAKOTA KANETZKY, ESQ.
                           Perkins Coie
 7                         405 Colorado Street
                           Suite 1700
 8                         Austin, Texas   78701

 9   Also Present:
                           Steven Sheldon - Videographer
10                         Lucien Newell - Technician (Zoom)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**                                      XR-EDTX-00090923

Transcript of Christopher Ambrose
December 19, 2022                                                83

| | | |
|---|---|---|
| 1 | MR. NEWELL:  Showing exhibit -- | 12:51:39 |
| 2 | MR. KOHLHEPP:  I said Tab 13. | 12:51:39 |
| 3 | MR. NEWELL:  Oh, 13. | 12:51:42 |
| 4 | MR. KOHLHEPP:  It's marked Tab 13, Ambrose | 12:51:44 |
| 5 | Exhibit 15, please. | 12:51:46 |
| 6 | (Exhibit No. 15 marked for identification.) | 12:51:48 |
| 7 | MR. NEWELL:  Okay.  Stand by.  Showing Exhibit | 12:51:48 |
| 8 | 15 on the screen. | 12:51:52 |
| 9 | MS. CHAN:  Do you have the Bates number by any | 12:51:55 |
| 10 | chance, Counsel? | 12:51:57 |
| 11 | MR. KOHLHEPP:  This was one that -- and I'll | 12:51:58 |
| 12 | put on the record, this was one that Mr. Ambrose | 12:52:00 |
| 13 | produced, and the PDF number for this file was 896125. | 12:52:01 |
| 14 | MS. CHAN:  Give me a moment just to review it. | 12:52:14 |
| 15 | MR. KOHLHEPP:  Sure. | 12:52:16 |
| 16 | MS. CHAN:  Okay.  Go ahead. | 12:52:25 |
| 17 | Q.   (BY MR. KOHLHEPP)  Mr. Ambrose, do you | 12:52:26 |
| 18 | recognize this document? | 12:52:30 |
| 19 | A.   I don't believe that's my printing.  I'm | 12:52:31 |
| 20 | looking right now at an AmeriTitle tab.  I do recognize | 12:52:45 |
| 21 | the letter dated April 23 of 2008. | 12:52:54 |
| 22 | MS. CHAN:  I'm going to just lodge an | 12:53:01 |
| 23 | objection here to the extent this document reveals any | 12:53:03 |
| 24 | attorney-client privileged information or attorney work | 12:53:07 |
| 25 | product.  For example, in the billing entries starting | 12:53:11 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                           XR-EDTX-00091003

Transcript of Christopher Ambrose
December 19, 2022                                                    84

```
 1   on Pages 51 onward of this PDF, our client has not          12:53:15
 2   waived any of its attorney-client privilege or work         12:53:20
 3   product, and our client is the successor in interest to     12:53:24
 4   the Vivato patents and assets.                              12:53:33
 5        Q.   (BY MR. KOHLHEPP)  Mr. Ambrose, I would ask       12:53:38
 6   you just to briefly page through this document, and my     12:53:40
 7   question is do you recognize this as one of the             12:53:43
 8   documents that you produced in this litigation.             12:53:46
 9        A.   That appears to be the case, yes.                 12:53:49
10        Q.   Okay.  And so this Ambrose Exhibit 15 would be   12:53:54
11   from a set of documents that you have kept in the           12:54:02
12   ordinary course of running your law firm, correct?          12:54:05
13        A.   Correct.                                          12:54:08
14        Q.   And you would have been the relevant custodian   12:54:08
15   at all times for these documents?                           12:54:11
16        A.   Correct.                                          12:54:13
17        Q.   I'm going to ask you to go to PDF Page 20.        12:54:14
18             MS. CHAN:  Sorry, counsel, one more objection.    12:54:30
19   I'm going to move to strike to the extent anything in       12:54:33
20   this document reveals any attorney-client                   12:54:35
21   communications or work product.                             12:54:36
22             Please continue.                                  12:54:39
23        Q.   (BY MR. KOHLHEPP)  Mr. Ambrose, do you            12:54:41
24   recognize the document at PDF Page 20?                      12:54:43
25        A.   This is the letter of April 28, 2008?             12:54:46
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                          XR-EDTX-00091004

Transcript of Christopher Ambrose
December 19, 2022                                                                 85

|    |     |                                                                  |          |
|----|-----|------------------------------------------------------------------|----------|
| 1  | Q.  | Correct.                                                         | 12:54:50 |
| 2  | A.  | I recognize the letter from my files.  I don't                   | 12:54:51 |
| 3  |     | have any real independent recollection of its contents.          | 12:54:56 |
| 4  | Q.  | You would agree that given that this letter                      | 12:55:01 |
| 5  |     | appeared in your files, you received it on or around             | 12:55:04 |
| 6  |     | April 28th, 2008, correct?                                       | 12:55:08 |
| 7  | A.  | Yes.  We received Withdrawal of Representation                   | 12:55:10 |
| 8  |     | notices I know in general from Mr. Brooks.                       | 12:55:14 |
| 9  | Q.  | Okay.  And this letter at PDF Page 20 would be                   | 12:55:18 |
| 10 |     | one of those notices, correct?                                   | 12:55:22 |
| 11 | A.  | That appears to be the case, yes.                                | 12:55:23 |
| 12 | Q.  | Okay.  And it pertains to a list of patent                       | 12:55:25 |
| 13 |     | applications; is that correct?                                   | 12:55:29 |
| 14 | A.  | Correct.                                                         | 12:55:31 |
| 15 | Q.  | And the first one of those is the 342                            | 12:55:32 |
| 16 |     | application, correct?                                            | 12:55:34 |
| 17 | A.  | I don't see the 3 -- oh, I'm sorry, yes.                         | 12:55:37 |
| 18 | Q.  | And then the third one is the 329 application?                   | 12:55:51 |
| 19 | A.  | Correct.                                                         | 12:55:55 |
| 20 | Q.  | And then if you go to the second paragraph,                      | 12:55:56 |
| 21 |     | the last sentence, you would agree that that sentence            | 12:56:02 |
| 22 |     | is informing you, quote, "that no actions or responses           | 12:56:08 |
| 23 |     | have yet been filed to the outstanding Office Actions            | 12:56:12 |
| 24 |     | identified on enclosed Appendix A," closed quote.                | 12:56:15 |
| 25 |     | Do you see that?                                                 | 12:56:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091005

Transcript of Christopher Ambrose
December 19, 2022                                                86

| | | |
|---|---|---|
| 1 | A. It's addressed to Mr. Haycox but care of me, | 12:56:20 |
| 2 | so yes, I agree with what you just said it reads. | 12:56:30 |
| 3 | Q. So fair to say that it's informing both you | 12:56:35 |
| 4 | and Vivato Network Holdings of what it states there, | 12:56:37 |
| 5 | correct? | 12:56:41 |
| 6 | A. Correct. | 12:56:42 |
| 7 | Q. And then if you go to the Appendix A at PDF | 12:56:43 |
| 8 | Page 22. | 12:56:54 |
| 9 | A. Yes. | 12:56:59 |
| 10 | Q. The third paragraph refers to the 329 | 12:56:59 |
| 11 | application. Do you see that? | 12:57:03 |
| 12 | A. I do. | 12:57:05 |
| 13 | Q. And it notes that there's an outstanding final | 12:57:05 |
| 14 | Office Action with an initial due date or response of | 12:57:11 |
| 15 | May 17th, 2008, and then later it says extensions are | 12:57:14 |
| 16 | available until September 17th, 2008, at which point if | 12:57:19 |
| 17 | no response has been received by the USPTO this | 12:57:24 |
| 18 | application will become abandoned. | 12:57:26 |
| 19 | Do you see that? | 12:57:29 |
| 20 | A. I do. | 12:57:29 |
| 21 | Q. So would you agree that this paragraph in | 12:57:30 |
| 22 | Appendix A of this letter is informing you and Vivato | 12:57:33 |
| 23 | Network Holdings that if no response is filed in the | 12:57:39 |
| 24 | 329 application by May 17th, 2008, or no later than | 12:57:45 |
| 25 | September 17th, 2008, that application will become | 12:57:49 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         XR-EDTX-00091006

Transcript of Christopher Ambrose
December 19, 2022    87

| | | |
|---|---|---|
| 1 | abandoned? | 12:57:53 |
| 2 | MS. CHAN: Objection to form. | 12:57:54 |
| 3 | A. I agree that's what it says. | 12:57:55 |
| 4 | Q. If you go to PDF Page 25 -- | 12:58:00 |
| 5 | MS. CHAN: I'm going to continue to lodge a | 12:58:12 |
| 6 | standing objection so I don't have to keep interrupting | 12:58:14 |
| 7 | you. We maintain that any communications directed to | 12:58:16 |
| 8 | Mr. Haycox relating to the prosecution of these patents | 12:58:20 |
| 9 | and patent applications are attorney-client privileged | 12:58:26 |
| 10 | that has not been waived and also work product. | 12:58:30 |
| 11 | You can continue. | 12:58:33 |
| 12 | Q. So at PDF Page 25, the top column on the right | 12:58:38 |
| 13 | side refers again to the 329 application, correct? | 12:58:43 |
| 14 | A. You're on Page 25? | 12:58:47 |
| 15 | Q. Yes. | 12:58:52 |
| 16 | A. Yes. | 12:58:58 |
| 17 | Q. And in that same paragraph at the bottom in | 12:59:02 |
| 18 | bold, it says "5/17/2008 response due." | 12:59:09 |
| 19 | Do you see that? | 12:59:14 |
| 20 | A. I do. | 12:59:14 |
| 21 | Q. So you would agree that again this is | 12:59:15 |
| 22 | notifying you and Vivato Network Holdings that there's | 12:59:18 |
| 23 | an Office Action response due for the 329 application | 12:59:23 |
| 24 | on 5/17/2008, correct? | 12:59:26 |
| 25 | A. Correct. | 12:59:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    XR-EDTX-00091007

Transcript of Christopher Ambrose
December 19, 2022                                           88

| | | |
|---|---|---|
| 1 | Q.  If you could flip to PDF Page 40. | 12:59:32 |
| 2 | A.  Okay. | 12:59:52 |
| 3 | Q.  Do you recognize this document? | 12:59:52 |
| 4 | A.  I generally do, yes. | 12:59:54 |
| 5 | Q.  What is it? | 12:59:57 |
| 6 | A.  It is a letter from Brooks Cameron dated May | 13:00:00 |
| 7 | 12th, 2008, regarding he withdrawal of representation | 13:00:06 |
| 8 | and change of correspondence. | 13:00:10 |
| 9 | Q.  And it's also confirming that various patent | 13:00:13 |
| 10 | prosecution files have been transferred to Vivato | 13:00:20 |
| 11 | Network Holdings in care of yourself, correct? | 13:00:23 |
| 12 | A.  Correct. | 13:00:26 |
| 13 | Q.  And then if you go to the second page of this | 13:00:27 |
| 14 | May 12th, 2008 letter. | 13:00:35 |
| 15 | A.  Yes. | 13:00:39 |
| 16 | Q.  There's an Appendix C there.  Do you see that? | 13:00:39 |
| 17 | A.  I do. | 13:00:43 |
| 18 | Q.  And if you go to the fifth paragraph down, it | 13:00:43 |
| 19 | references the 329 application again. | 13:00:53 |
| 20 | Do you see that? | 13:00:56 |
| 21 | A.  I do. | 13:00:56 |
| 22 | Q.  And it specifies again that there's an initial | 13:00:57 |
| 23 | due date for a response of May 17th, 2008, and that | 13:01:03 |
| 24 | extensions are available until September 17th, 2008, | 13:01:08 |
| 25 | and then it says, quote, "At which point, if no | 13:01:13 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                    XR-EDTX-00091008

```
1                  C E R T I F I C A T E

2     STATE OF OREGON              )
                                   ) SS.
3     COUNTY OF DESCHUTES          )

4

5              I, GENIE L. KELLEY, Certified Shorthand

6     Reporter, do hereby certify:

7              That on December 19, 2022, at 9:45 a.m.,

8     appeared before me CHRISTOPHER AMBROSE, the witness

9     whose deposition is contained herein; that prior to

10    being examined he was by me duly sworn;

11             That the deposition was taken down by me in

12    machine shorthand and was thereafter reduced to writing

13    through computer-aided transcription, that the

14    foregoing represents to the best of my ability, a true

15    and correct transcript of the proceedings had in the

16    foregoing matter.

17             I further certify that I am not an attorney

18    for any of the parties hereto, nor in any way concerned

19    with the cause.

20             DATED this 29th day of December, 2022,

21    in Bend, Oregon.

22

23    _____
      GENIE L. KELLEY, CM, CSR
24    Registered Professional Reporter
      Oregon CSR No. 90-0149 Expires 9/30/2023
25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091066