# Exhibit 35



## Brooks, Cameron & Huebsch, PLLC

April 28, 2008

Vivato Networks Holdings, LLC
c/o Christopher R. Ambrose, Esq.
Ambrose Law Group, Bend Office
805 SW Industrial Way, Ste 201
Bend, OR 97702

RE: Withdrawal of Representation for US Patent Application Nos.:
   10/700,342, filed 11/03/2003 (BC&H docket matter no. 760.0120001)
   10/680,965, filed 10/07/2003 (BC&H docket matter no. 760.0070001)
   10/700,329, filed 11/03/2003 (BC&H docket matter no. 760.0060001)
   11/275,950, filed 02/06/2006 (BC&H docket matter no. 760.0080002)
   11/198,016, filed 08/05/2005 (BC&H docket matter no. 760.0130001)
   All assigned to Vivato Networks Holdings, LLC

Dear Gary:

This letter is in follow up to our email correspondences dated February 21, 23, March 18, et. seq. culminating on April 23, 2008. As we discussed, we concur that our representation of Vivato Networks Holdings, LLC has come to a diversion point. At this point in time, we are unable to provide document review and continued prosecution of the above pending Applications.

This letter serves as a formal notification that Brooks, Cameron & Huebsch, PLLC is discontinuing legal representation of the above Vivato Networks Holdings, LLC matters. The discontinuation of legal representation on these matters are effective immediately. This formal notice is intended to evidence our good faith effort to avoid any misunderstandings as to the disposition of your pending patent applications. It further affords you time to deliver these files to another office should you elect to do so as NO actions or responses have yet been filed to the outstanding Office Actions identified on enclosed Appendix A.

In view of pending Patent Reform currently in legislation before Congress, we recommend that Vivato Networks Holdings, LLC consult with other patent counsel regarding your pending application. Vivato Networks Holdings, LLC is responsible for effecting a change of correspondence address with the USPTO and, should you choose other outside counsel, will additionally need to effectuate a new power of attorney with the same.

SECURING YOUR INNOVATION℠
1221 Nicollet Avenue, Suite 500   Minneapolis, MN 55403   Telephone: 612-659-9340   Fax: 612-659-9344

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091226

Unfortunately, despite our earnest efforts, we have been unable to comfortably address payment terms on this matter going forward. Based on a history of repeated services at no charge and/or write downs **we have endeavored to present Vivato Networks Holdings, LLC with the alternative option of sending some payment on outstanding accounts**. We understand that no financing has been able to be realized and acknowledge this present circumstance as we hope that you will understand Brooks, Cameron & Huebsch, PLLC's decision to withdraw from this matter.

Representation of additional matters of Vivato Networks Holdings, LLC by Brooks, Cameron & Huebsch may need to be addressed in a similar manner. We will keep you current in connection with the same.

Included with this package are one or more CDs containing the source files and PDF documents for these matters. We will be happy to send you paper copies upon your request.

Brooks, Cameron & Huebsch, PLLC appreciates all of our work together. We wish you continued success in your business endeavors.

Very truly yours,

Edward J. Brooks III
Managing Partner
Brooks, Cameron & Huebsch, PLLC

Enclosures

Cc: Gary Haycox w/enc.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091227

Appendix A

10/700,342, filed 11/03/2003 (BC&H docket matter no. **760.0120001**)
    This case currently has an outstanding **Restriction Requirement** with **initial due date for response of May 3, 2008. Extensions are available until October 3, 2008**, at which point, if no response has been received by the USPTO, this application will become Abandoned.

10/680,965, filed 10/07/2003 (BC&H docket matter no. **760.0070001**)
    This case currently has an outstanding **Office Action with initial due date for response of May 8, 2008. Extensions are available until August 8, 2008**, at which point, if no response has been received by the USPTO, this application will become Abandoned.

10/700,329, filed 11/03/2003 (BC&H docket matter no. **760.0060001**)
    This case currently has an outstanding **Final Office Action with initial due date for response of May 17, 2008(two months) with a three month no-fee response date of June 17, 2008. Extensions are available until September 17, 2008**, at which point, if no response has been received by the USPTO, this application will become Abandoned.

11/275,950, filed 02/06/2006 (BC&H docket matter no. **760.0080002**)
    This case currently has an outstanding **Final Office Action with initial due date for response of June 4, 2008(two months) with a three month no-fee response date of July 4, 2008. Extensions are available until October 4, 2008**, at which point, if no response has been received by the USPTO, this application will become Abandoned.

11/198,016, filed 08/05/2005 (BC&H docket matter no. **760.0130001**)
    This case currently has an outstanding **Office Action with initial due date for response of July 3, 2008. Extensions are available until October 3, 2008**, at which point, if no response has been received by the USPTO, this application will become Abandoned.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00091228

| | Vivato Networks Holdings, LLC | | |
|---|---|---|---|
| 10 Issued, 9 Pending | | | |
| B & C File No. | Lee &Hayes File No. | Title | Status |
| 760.0000001 | NA | General Matter | Assignment changing name from Vivato Networks LLC to Vivato Networks Holdings, LLC, mailed 12/12/07. |
| 760.0017631 | NA | Go Network Due Diligence | |
| 760.0020001 | MN1-0025US | | Filed 09/25/2006. Serial No. 11/526,543 Replacement Drawings filed 11/08/06. Updated Filing Receipt received 11/29/06. |
| 760.002999P | MN1-0025USP1 | APPLICATION OF MULTIPLE BEAM ANTENNA SYSTEM TO 802.16 BASE STATIONS | Filed 09/23/2005 Serial No. 60/719,856 |
| 760.0030001 | MN1-0001US | IMPROVED MULTIPATH COMMUNICATION METHODS AND APPARATUSES | Filed 04/25/2002 Serial No. 10/131,864 **ISSUED** 7,177,369 on 02/13/2007 |
| 760.003999P | MN1-0001USP1 | IMPROVED MULTIPATH COMMUNICATION METHODS AND ARRANGEMENTS | Filed 04/27/2001 Serial No. 60/287,163 |
| 760.0040001 | MN1-0003US | EPLANE OMNIDIRECTIONAL ANTENNA | Filed 12/31/2002 Serial No. 10/335,382 **ISSUED** 6,967,625 on 11/22/2005 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091229

| | | | |
|---|---|---|---|
| 760.0040002 | MN1-0003USC1 | EPLANE OMNIDIRECTIONAL ANTENNA | Filed 04/13/2005<br>Serial No. 11/104,684 DIV of 10/335,382<br>**ISSUED** 7,256,750 on 08/14/2007<br>Issue Fee Paid 7/2/2007<br>Issue Notification Received 07/31/2007. |
| 760.0050001 | MN1-0004US | COMPLEMENTARY BEAMFORMING TECHNIQUES | Filed 11/03/2003<br>Serial No. 10/700,991<br>**ISSUED** 7,099,698 on 08/29/2006 |
| 760.0050002 | MN1-0004USC1 | COMPLEMENTARY BEAMFORMING TECHNIQUES | Filed 05/12/2006<br>Serial No. 11/383,167 CON of 10/700,991<br>*Office Action Mailed 01/23/2008.*<br>*Response Due 04/23/2008.* |
| 760.005999P | MN1-0004USP1 | COMPLEMENTARY BEAMFORMING TECHNIQUES | Filed 11/03/2002<br>Serial No. 60/423,703 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
XR-EDTX-00091230

| | | | |
|---|---|---|---|
| 760.0060001 | MN1-0010US | DIRECTED WIRELESS COMMUNICATION | Filed 11/03/2003<br>Serial No. 10/700,329<br>Office Action received 09/28/2006. Response mailed 10/18/2006.<br>Final Office Action Received 07/20/2007.<br>RCE with Preliminary Amendment filed 10/17/2007<br>Office Action received 12/21/07.<br>02/14/2008 Amendment and Response filed.<br>*03/17/2008 Final Office Action mailed.*<br>***05/17/2008 Response Due (2 months).*** |
| 760.006999 P | MN1-0010USP1 | A WIRELESS DATA PACKET COMMUNICATIONS SYSTEM | Filed 11/04/2002<br>Serial No. 60/423,660 |
| 760.0070001 | MN1-0013US | DETECTING WIRELESS INTERLOPERS | Filed 10/07/2003<br>Serial No. 10/680,965<br>*02/08/2008 Office Action mailed.*<br>***05/08/2008 Response due.*** |
| 760.0080001 | MN1-0006US | ANTENNA ASSEMBLY | Filed 09/09/2003<br>Serial No. 10/658,346<br>**ISSUED**. 6,995,725 on 02/07/2006 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 760.0080002 | MN1-0006USC1 | ANTENNA ASSEMBLY | Filed 02/06/2006<br>Serial No. 11/ 275,950 a con of 10/658,346<br>Election mailed 07/09/2007.<br>Response submitted 08/03/2007.<br>Office Action received 10/15/2007.<br>Response Filed 01/11/2008.<br>*Final Office Action mailed 04/04/2008.*<br>***Response Due (2 months) 06/04/2008.*** |
| 760.008999P | MN1-0006USP1 | ANTENNA ASSEMBLY | Filed 11/04/2002<br>Serial No. 60/423,700 |
| 760.0090001 | MN1-0017US | IMPROVED LAYERED PROCESSING | Filed 09/18/2004<br>Serial No. 10/944,376<br>*Office Action Mailed 01/22/2008.*<br>***Response Due 04/22/2008.*** |
| 760.009999P | MN1-0017USP1 | OPTIMUM LAYERED PROCESSING | Filed 09/18/2003<br>Serial No. 60/503,852 |
| 760.0100001 | MN1-0014US | FORCED BEAM SWTICHING IN WIRELESS COMMUNICATION | Filed 10/31/2003<br>Serial No. 10/698,848<br>**ISSUED** 7,062,296 on 06/13/2006 |
| 760.0100002 | MN1-0014USC1 | FORCED BEAM SWTICHING IN WIRELESS COMMUNICATION | Filed 05/30/2006<br>Serial No. 11/420,860 a con of 10/698,848<br>Pending, No first Office Action |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091232

| 760.0110001 | MN1-0011US | | Closed by Lee & Hayes |
|---|---|---|---|
| 760.011999P | MN1-0011USP1 | MULTIMAC CONTROL TECHNIQUES | Filed 11/04/2002<br>Serial No. 60/423,696 |
| 760.0120001 | MN1-0008US | SIGNAL COMMUNICATION COORDINATION | Filed 11/03/2003<br>Serial No. 10/700,342<br>*04/03/2008 Restriction Requirement mailed.*<br>***05/03/2008 Response Due.*** |
| 760.012999P | MN1-0008USP1 | SYNCHRONIZING MEDIA ACCESS CONTROL (MAC) CONTROLLERS | Filed 11/04/2002<br>Serial No. 60/423,702 |
| 760.0130001 | 2502881-991101 | WIRELESS COMMUNICATION SYSTEM WITH DIRECTIONAL ANTENNA | Filed 08/05/2005<br>Serial No. 11/198,016<br>*04/03/2008 Office Action Mailed.*<br>***07/03/08 Response Due.*** |
| 760.013999P | 2502881-991100 | WIRELESS COMMUNICATIONS SYSTEM USING DIRECTIONAL ANTENNAS | Filed 08/05/2004<br>Serial No. 60/599,743 |
| 760.0140001 | MN1-0002US | WIRELESS PACKET SWITCHED COMMUNICATION SYSTEMS AND NETWORKS... | Filed 10/12/2001<br>Serial No. 09/976,246<br>**ISSUED** 6,611,231 on 08/26/2003<br>2/14/2007 Maintenance Fee for year 3.5 paid. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    XR-EDTX-00091233

| 760.0140002 | MN1-0002USC1 | WIRELESS PACKET SWITCHED COMMUNICATION SYSTEMS AND NETWORKS... | Filed 09/04/2002 Serial No. 10/235,198 Cont. of Pat. No. 6,611,231 **ISSUED** 6,970,682 on 11/29/2005 |
| --- | --- | --- | --- |
| 760.0150001 | MN1-0005US | WIRELESS COMMUNICATION AND BEAM FORMING WITH PASSIVE BEAMFORMERS | Filed 03/07/2003 Serial No. 10/384,308 **ISSUED**. 6,992,621 on 01/31/2006 |
| 760.0160001 | MN1-0019US | ELECTROMAGNETIC LENS | Filed 01/16/2004 Serial No. 10/760,023 **ISSUED** 6,980,169 on 12/27/2005 |
| 760.0170001 | | | Unfiled Closed by Lee & Hayes |
| 760.0180001 | | | Unfiled Closed by Lee & Hayes |
| 760.019999P | MN1-0009US | COMMUNICATING BROADCAST FRAMES | Filed 11/04/2002 Serial No. 60/423,701 Abandoned |
| 760.0200001 | MN1-0015US | | Unfiled Closed by Lee & Hayes |
| 760.0210001 | MN1-0016US | | Unfiled Closed by Lee & Hayes |
| 760.0220001 | MN1-0018US | | Unfiled Closed by Lee & Hayes |
| 760.0230001 | MN1-0020US | | Unfiled Closed by Lee & Hayes |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00091234

| | | | |
|---|---|---|---|
| 760.0240001 | MN1-0021US | | Unfiled Closed |
| 760.0250001 | MN1-0022US | | Unfiled Closed |
| 760.0260001 | MN1-0023US | | Unfiled Closed |
| 760.0277631 | | DUE DILIGENCE | |
| | | | |
| | | | |
| | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     XR-EDTX-00091235