IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR LEAVE (1) TO SERVE SUPPLEMENTAL EXPERT DAMAGES REPORTS AND (2) FOR DEFENDANTS/INTERVENOR TO SERVE A 1-PAGE SUPPLEMENT TO THEIR MOTION TO STRIKE CERTAIN EXPERT OPINIONS OF MR. STEPHEN DELL (Dkt. No. 157)**

Plaintiff XR Communications, LLC and Defendants AT&T Corp., AT&T Mobility LLC and AT&T Services, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless, and T-Mobile USA, Inc., and Intervenor Ericsson Inc.[1] (collectively, "Defendants/Intervenor") respectfully move for leave to allow (1) the Parties to exchange supplemental expert damages reports, and (2) Defendants/Intervenor to file a one-page supplement to their Motion to Strike Certain Expert Opinions of Mr. Stephen Dell ("Motion") filed with the Court on June 4, 2025. Dkt. No. 157.

After Defendants/Intervenor filed the Motion, Plaintiff served six-page Supplemental Reports of Stephen Dell, based on recent deposition testimony of one of XR's other experts, Dr. Bazelon. The Parties agree that Defendants/Intervenors' rebuttal expert, Mr. Christopher

---

[1] The Motion to Strike Certain Expert Opinions of Mr. Dell (Dkt. No. 157) inadvertently identified Intervenor Nokia of America Corporation ("Nokia") as a movant. Nokia is not a signatory to that motion.

1

Bakewell, may serve a supplemental rebuttal totaling seven pages or less addressing Mr. Dell's Supplemental Report by Friday, June 13.

Because Defendants/Intervenor believe that Mr. Dell's Supplemental Reports implicate issues raised in the Motion, the Parties further move for leave for Defendants/Intervenor to file a 1-page supplement to the Motion (the "Motion Supplement'). A copy of the Motion Supplement is attached hereto as Exhibit A. Plaintiff agrees that its Opposition to the Motion will be filed on the original deadline and will not exceed the 15-page limit.

WHEREFORE, the Parties respectfully request leave to allow (1) the Parties to serve supplemental damages reports as set forth above, and (2) Defendants/Intervenor to file a one-page supplement to their Motion to Strike Certain Expert Opinions of Mr. Stephen Dell filed with the Court on June 4, 2025, a copy of which is attached hereto as Exhibit A.

Dated: June 11, 2025

Respectfully submitted,

/s/ Jacob R. Buczko
Marc A. Fenster
mafenster@raklaw.com
Reza Mirzaie
rmirzaie@raklaw.com
Paul A. Kroeger
pkroeger@raklaw.com
Philip X. Wang
pwang@raklaw.com
Jacob R. Buczko
jbuczko@raklaw.com
James N. Pickens
jpickens@raklaw.com
Minna Y. Jay
mjay@raklaw.com
Christian W. Conkle
cconkle@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310-826-07474
Fax: 310-826-6991

/s/ John R. Gibson
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Tyler Marandola

| | |
|---|---|
| *Attorneys for Plaintiff XR Communications, LLC* | tmarandola@duanemorris.com<br>**DUANE MORRIS LLP**<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1000<br><br>Elissa Sanford<br>esanford@duanemorris.com<br>**DUANE MORRIS LLP**<br>901 New York Avenue NW<br>Suite 700 East<br>Washington, D.C. 20001-4795<br>Telephone: (202) 776-5231<br><br>***Counsel for Defendants / Intervenors*** |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for the parties met and conferred to discuss the substantive relief sought in this motion pursuant to Local Rule CV-7(h). The parties are in agreement and are jointly seeking the relief sought in this motion.

                                                        */s/ John R. Gibson*
                                                        John R. Gibson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 11, 2025.

                                                        */s/ John R. Gibson*
                                                       John R. Gibson