# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

The Court, having considered the Parties' Join Motion for Leave, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Dell Supplement reports served on June 4, 2025, shall be deemed operative, and

**IT IS FURTHER ORDERED** that Defendants/Intervenor Ericsson have leave to serve supplemental damages reports responding to Mr. Dell's supplements no later than June 13, and to file a one-page supplement to their Motion (Dkt. No. 157).