IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is the Parties' Joint Motion for Leave. **Dkt. No. 174**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that leave is granted to serve the Dell Supplemental reports served on June 4, 2025.

It is further **ORDERED** that Defendant/Intervenor Ericsson is hereby given leave to serve supplemental damages reports responding to Mr. Dell's supplements no later than June 13, and to file a one-page supplement to their Motion (Dkt. No. 157).

**SIGNED this 15th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE