IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>(**Lead Case**)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO WITHDRAW OR DENY AS MOOT PLAINTIFF'S MOTION TO STRIKE CERTAIN OPINIONS OF DEFENDANTS' EXPERT GLENN WOROCH (Dkt. No. 167)**

Plaintiff XR Communications, LLC ("Plaintiff"), Defendants AT&T Corp., AT&T Mobility LLC and AT&T Services, Inc., Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, T-Mobile USA, Inc. and Intervenor Ericsson Inc. (collectively, "Defendants/Intervenor") respectfully and jointly move the Court to withdraw or deny as moot Plaintiff's Motion to Strike Certain Opinions of Defendants' Expert Glenn Woroch (Dkt. No. 167) ("the Motion").

On June 4, 2025, Plaintiff filed the Motion, seeking to strike opinion(s) included in paragraphs 14-18 of Mr. Woroch's rebuttal reports. Defendants/Intervenor have agreed to withdraw the challenged paragraphs and opinion(s), thereby rendering Plaintiff's Motion moot.

WHEREFORE, the Parties move to withdraw or deny as moot Plaintiff's Motion to Strike, filed at Dkt. No. 167.

| | |
|---|---|
| Dated: June 17, 2025 | Respectfully submitted, |
| /s/ *Jacob R. Buczko* | /s/ *John R. Gibson* |
| Marc A. Fenster | Deron R. Dacus (TBN 00790553) |
| mafenster@raklaw.com | ddacus@dacusfirm.com |
| Reza Mirzaie | **THE DACUS FIRM, P.C.** |
| rmirzaie@raklaw.com | 821 ESE Loop 323, Suite 430 |
| Paul A. Kroeger | Tyler, Texas 75701 |
| pkroeger@raklaw.com | Telephone: 903.705.1117 |
| Philip X. Wang | |
| pwang@raklaw.com | Matthew S. Yungwirth |
| Jacob R. Buczko | msyungwirth@duanemorris.com |
| jbuczko@raklaw.com | Alice E. Snedeker |
| James N. Pickens | aesnedeker@duanemorris.com |
| jpickens@raklaw.com | John R. Gibson |
| Minna Y. Jay | jrgibson@duanemorris.com |
| mjay@raklaw.com | **DUANE MORRIS LLP** |
| Christian W. Conkle | 1075 Peachtree Street NE |
| cconkle@raklaw.com | Suite 1700 |
| **RUSS AUGUST & KABAT** | Atlanta, Georgia 30309 |
| 12424 Wilshire Blvd., 12th Floor | Telephone: 404.253.6900 |
| Los Angeles, CA 90025 | Facsimile:  404.253.6901 |
| 310-826-07474 | |
| Fax: 310-826-6991 | Tyler Marandola |
| | tmarandola@duanemorris.com |
| *Attorneys for Plaintiff XR Communications, LLC* | **DUANE MORRIS LLP** |
| | 30 S. 17th Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 979-1000 |
| | |
| | Elissa Sanford |
| | esanford@duanemorris.com |
| | **DUANE MORRIS LLP** |
| | 901 New York Avenue NW |
| | Suite 700 East |
| | Washington, D.C. 20001-4795 |
| | Telephone: (202) 776-5231 |
| | |
| | ***Counsel for Defendants / Intervenors*** |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for the parties met and conferred to discuss the substantive relief sought in this motion pursuant to Local Rule CV-7(h). The Parties are in agreement and are jointly seeking the relief sought in this motion.

*/s/ John R. Gibson*
John R. Gibson


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 17, 2025.

*/s/ John R. Gibson*
John R. Gibson