IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

The Court, having considered the Parties' Joint Motion to Withdraw Plaintiff's Motion to Strike, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the opinions included in paragraphs 14-18 of the Rebuttal Expert Reports of Glenn Woroch served by Defendants on May 21, 2025 are withdrawn, and Plaintiff's Motion to Strike Certain Opinions of Defendants' Expert Glenn Woroch (Dkt. No. 167) is thereby denied as moot.