IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>      Plaintiff,<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>      Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>      Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL AS TO NOKIA PRODUCTS

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") and Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (AT&T, Verizon, and T-Mobile are collectively referred to as the "Defendants") and Intervenor Nokia of America Corporation ("Nokia") (collectively, "Parties") jointly request and stipulate to a dismissal with prejudice of Plaintiff's claim for infringement of U.S. Patent No. 8,737,511 (the "'511 Patent"); U.S. Patent No. 10,715,235 (the "'235 Patent"); and U.S. Patent No. 7,177,369 (the "'369 Patent") (collectively, "Asserted Patents"), and U.S. Patent Nos. 8,289,939; 11,750,256; and 11,777,569 (collectively, "Dropped Patents") with respect to Nokia products only. The Parties also jointly request a dismissal without prejudice of Nokia's counterclaims against Plaintiff for Declaratory Judgment of Non-Infringement of the Asserted and Dropped Patents. *See* Dkt. Nos. 60-62; Case No. 2:23-cv-470-JRG-RSP at Dkt. Nos. 36-38. The

stipulation is made for the purposes of simplifying issues in this litigation. It should not be taken as a position by Vivato that Nokia products do not infringe the Asserted and Dropped Patents.

For the sake of clarity, this Stipulation of Dismissal is limited to the claims and counterclaims applicable only to Nokia products with respect to the Asserted and Dropped Patents and does not apply to claims, or counterclaims applicable to the Asserted Patents with respect to any Ericsson products.

| | |
|---|---|
| Dated: June 18, 2025 | Respectfully submitted, |
| /s/ Reza Mirzaie<br>Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Neil Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br>Paul A. Kroeger (CA SBN 229074)<br>pkroeger@raklaw.com<br>Philip X. Wang (CA SBN 262239)<br>pwang@raklaw.com<br>Adam Hoffman (CA SBN 218740)<br>ahoffman@raklaw.com<br>Jacob Buczko (CA SBN 269408)<br>jbuczko@raklaw.com<br>James N. Pickens (CA SBN 307474)<br>jpickens@raklaw.com<br>Minna Y. Jay (CA SBN 305941)<br>mjay@raklaw.com<br>Christian Conkle (CA SBN 306374)<br>cconkle@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Phone: (310) 826-7474<br><br>Andrea L. Fair<br>TX State Bar No. 24078488<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: 903-757-6400<br>andrea@millerfairhenry.com | /s/ Matthew S. Yungwirth<br>Melissa R. Smith (TBN 24001351)<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>Deron R. Dacus (TBN 00790553)<br>ddacus@dacusfirm.com<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Telephone: 903.705.1117<br><br>Matthew S. Yungwirth<br>msyungwirth@duanemorris.com<br>Alice E. Snedeker<br>aesnedeker@duanemorris.com<br>John R. Gibson<br>jrgibson@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street NE<br>Suite 1700<br>Atlanta, Georgia 30309<br>Telephone: 404.253.6900<br>Facsimile: 404.253.6901<br><br>William A. Liddell<br>waliddell@duanemorris.com<br>**DUANE MORRIS LLP**<br>2801 Via Fortuna |

DM2\21581700.2

*Counsel for Plaintiff XR Communications, LLC dba Vivato Technologies*

Suite 200
Austin, Texas 78746-7567
Telephone: (512) 277-2272
Facsimile: (512) 227-2301

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants / Intervenors*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  The Parties jointly seek the relief sought herein.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 18, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie

DM2\21581700.2