# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**Brooks, Cameron & Huebsch, PLLC**
**1221 Nicollet Avenue, Suite 500**
**Minneapolis, MN 55403**

**COPY MAILED**

JUN 0 9 2008

| | | |
|---|---|---|
| In re Application of | : | |
| Marcus da Silva et al. | : | |
| Application No. 10/700,329 | : | DECISION ON PETITION |
| Filed: November 3, 2003 | : | TO WITHDRAW |
| Attorney Docket No. MN1-0010US | : | FROM RECORD |
| | : | |

This is a decision on the Request to Withdraw as attorney or agent of record under 37 C.F.R. § 1.36(b), filed April 28, 2008.

The request is **APPROVED**.

A grantable request to withdraw as attorney/agent of record must be signed by every attorney/agent seeking to withdraw or contain a clear indication that one attorney is signing on behalf of another/others. A request to withdraw will not be approved unless at least 30 (thirty) days would remain between the date of approval and the later of the expiration date of a time to file a response or the expiration date of the maximum time period which can be extended under 37 C.F.R. § 1.136(a).

The request was signed by Edward J. Brooks, III on behalf of all attorneys/agents associated with customer number 38356. All attorneys/agents associated with customer number 38356 have been withdrawn.

The request to change the correspondence of record is not acceptable as the requested correspondence address is not that of (1) the first named signing inventor; or (2) an intervening assignee of the entire interest under 37 C.F.R. 3.71. Accordingly, all correspondence will be mailed to the assignee. A courtesy copy of this decision will be mailed to address noted on the request to withdraw. If this firm desires to receive future correspondence regarding this application, the proper power of attorney documents must be submitted.



ARUBA_0032684

Application No. 10/700,329                                                    Page 2

Telephone inquiries concerning this decision should be directed to Kimberly Inabinet at 571-272-
4618.

*Kimberly Inabinet*
Kimberly Inabinet
Petitions Examiner
Office of Petitions

cc:    Vivato, Inc.
       139 Townsend Street, Suite 200
       San Francisco, CA  94107

cc:    Christopher R. Ambrose, LLC
       Bend Office
       805 SW Industrial Way, Ste. 201
       Bend, OR  97702

ARUBA_0032685

XR-EDTX1-00052100
XR-EDTX1-00052099