# EXHIBIT G

Case 2:23-cv-00202-JRG-RSP   Document 182-7   Filed 06/18/25   Page 1 of 4 PageID #: 9733

PTO/SB/81 (01-09)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS**

| Application Number | 11/420,860 |
|---|---|
| Filing Date | May 30, 2006 |
| First Named Inventor | Brennan, James |
| Title | Forced Beam Switching in Wire |
| Art Unit | 2617 |
| Examiner Name | Tran, Congvan |
| Attorney Docket Number | 29988/00001 |

I hereby revoke all previous powers of attorney given in the above-identified application.

[X] A Power of Attorney is submitted herewith.

OR

[ ] I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

70130

OR

[ ] I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

[X] The address associated with the above-mentioned Customer Number.

OR

[ ] The address associated with Customer Number:

OR

[ ] Firm or Individual Name

Address

| City | | State | | Zip |
|---|---|---|---|---|
| Country | | | | |
| Telephone | | Email | | |

I am the:

[ ] Applicant/Inventor.

OR

[X] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____

**SIGNATURE of Applicant or Assignee of Record**

| Signature | [signature] | Date | 3/20/09 |
|---|---|---|---|
| Name | Thomas A. Sidley | Telephone | (503) 419-3500 |
| Title and Company | Senior Managing Director/Aequitas Capital Management | | |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



Exhibit # Schwedler 4
07/08/22 - MC

ARUBA_0033271

PTO/SB/96 (04-08)
Approved for use through 05/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Brennan, James

Application No./Patent No.: 11/420,860    Filed/Issue Date: May 30, 2006

Titled: FORCED BEAM SWITCHING IN WIRELESS COMMUNICATION SYSTEMS HAVING SMART ANTENNAS

Aequitas Equipment Finance, LLC , a Limited Liability Company
(Name of Assignee)    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☐ the assignee of the entire right, title, and interest in;

2. ☐ an assignee of less than the entire right, title, and interest in
   (The extent (by percentage) of its ownership interest is _____ %); or

3. ☒ the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. ☐ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. ☒ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Vivato, Inc.    To: Wayout Wireless, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 018313 , Frame 0608 , or for which a copy thereof is attached.

   2. From: Wayout Wireless, LLC    To: Vivato Networks, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 019704 , Frame 0789 , or for which a copy thereof is attached.

   3. From: Vivato Networks LLC, formerly Vivato Netw    To: Aequitas Capital Management, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 020174 , Frame 0698 , or for which a copy thereof is attached.

☒ Additional documents in the chain of title are listed on a supplemental sheet(s).

☐ As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_Signature_    Date: 3/23/09

Thomas A. Sidley    Senior Managing Director
Printed or Typed Name    Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

ARUBA_0033272

XR-EDTX1-00052726
XR-EDTX1-00052725

Applicant/Patent Owner: Schwartz, David J.
Application No./Patent No.: 11/526,543
Filed/Issued Date: September 25, 2006

3. (continued)
B. Additional documents in the chain of title on a supplemental sheet(s):

   4. From: Aequitas Capital Management, Inc.   To: Aequitas Equipment Finance, LLC
      The document was recorded in the United States Patent and Trademark Office at
      Reel  022645  , Frame  0243  , or for which a copy thereof is attached

   5. From: Vivato Networks, LLC   To: Vivato Networks Holdings, LLC
      The document was recorded in the United States Patent and Trademark Office at
      Reel  020213  , Frame  0950  , or for which a copy thereof is attached

   6. From: Vivato Networks, Inc.   To: Aequitas Equipment Finance, LLC
      The document was recorded in the United States Patent and Trademark Office at
      Reel  022645  , Frame  0246  , or for which a copy thereof is attached

11602802.1

ARUBA_0033273

XR-EDTX1-00052727
XR-EDTX1-00052725