# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)** |

## ORDER

Before the Court is the Parties' Joint Motion to Withdraw Plaintiff's Motion to Strike (Dkt. No. 167). **Dkt. No. 178**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the opinions included in paragraphs 14-18 of the Rebuttal Expert Reports of Glenn Woroch served by Defendants on May 21, 2025 are withdrawn, and Plaintiff's Motion to Strike Certain Opinions of Defendants' Expert Glenn Woroch (Dkt. No. 167) is thereby **DENIED AS MOOT**.

**SIGNED this 18th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE