# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br> *Defendants,* <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br> *Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendants,* <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br> *Intervenors,* | Case No. 2:23-cv-00203-JRG-RSP <br> (Member Case) |

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>        *Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>        *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>        *Intervenors,* | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case) |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S/INTERVENOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WRITTEN DESCRIPTION FOR THE '235 PATENT (DKT. NO. 159)**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ, August & Kabat, and counsel of record for Plaintiff XR Communications, LLC, in the above-captioned actions. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the U.S. Provisional Appl. No. 70/423,660.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from Defendants' P.R. 3-3 and 3-4 Disclosures, dated October 12, 2023.

Executed on June 18, 2025 at Marshall, Texas.

                                                */s/ Reza Mirzaie*
                                                Reza Mirzaie