# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors,* | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case) |

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>   *Plaintiff,*<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>   *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>   *Intervenors,* | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is Defendant's/Intervenor's Motion for Partial Summary Judgment of no Written Description for the '235 Patent. Dkt. 159. The Court, having considered the matter, and for good cause shown, the Court **DENIES** the motion.