IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>    Intervenors. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO WITHDRAW OR DENY AS MOOT DEFENDANTS/NOKIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT FOR NOKIA PRODUCTS (DKT. NO. 156)**

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato") and Defendants AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. ("AT&T"), Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (AT&T, Verizon, and T-Mobile are collectively referred to as the "Defendants") and Intervenor Nokia of America Corporation ("Nokia") (collectively, "Parties") respectfully and jointly move the Court to withdraw or deny as moot Defendants/Nokia's Motion for Partial Summary Judgment of No Infringement for Nokia Products (Dkt. 156) ("the Motion").

On June 4, 2025, Defendants/Nokia filed the Motion, seeking (1) partial summary judgment that use of Nokia products does not infringe any asserted claim of the U.S. Patent No. 8,737,511 (the "'511 Patent"), U.S. Patent No. 10,715,235 (the "'235 Patent"), and U.S. Patent No. 7,177,369 (the "'369 Patent"); and (2) partial summary judgment on Nokia's First, Second,

and Fourth counterclaims for a declaratory judgment of non-infringement as to the '511 Patent, the '235 Patent, and the '369 Patent, respectively. Dkt. 156. The Parties have jointly requested and stipulated to dismissal with prejudice of the challenged claims and without prejudice of the counterclaims in the Motion with respect to Nokia Products. Dkt. 180.

WHEREFORE, the Parties now move to withdraw or deny as moot Defendants/Nokia's Motion for Partial Summary Judgment of No Infringement for Nokia Products, filed at Dkt. No. 156.

Dated: June 19, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Neil Rubin (CA SBN 250761)
nrubin@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Philip X. Wang (CA SBN 262239)
pwang@raklaw.com
Adam Hoffman (CA SBN 218740)
ahoffman@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James N. Pickens (CA SBN 307474)
jpickens@raklaw.com
Minna Jay (CA SBN 305941)
mjay@raklaw.com
Christian Conkle (CA SBN 306374)
cconkle@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

/s/ Alice E. Snedeker
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Tyler Marandola
tmarandola@duanemorris.com

| | |
|---|---|
| Andrea L. Fair<br>TX State Bar No. 24078488<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: 903-757-6400<br>andrea@millerfairhenry.com<br><br>*Counsel for Plaintiff XR Communications, LLC dba Vivato Technologies* | **DUANE MORRIS LLP**<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1000<br><br>Elissa Sanford<br>esanford@duanemorris.com<br>**DUANE MORRIS LLP**<br>901 New York Avenue NW<br>Suite 700 East<br>Washington, D.C. 20001-4795<br>Telephone: (202) 776-5231<br><br>*Counsel for Defendants / Intervenors* |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  The Parties jointly seek the relief sought herein.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 19, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie

DM2\21581700.2