# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>*Plaintiff,*<br>v.<br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br>*Defendants,*<br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors.* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING VIVATO'S UNOPPOSED MOTION FOR LEAVE FOR VIVATO TO FILE A CORRECTED OPPOSITION TO [DKT. 160] DEFENDANTS/ INTERVENOR ERICSSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF <u>NO LITERAL INFRINGEMENT FOR THE '369 PATENT</u>

Before the Court is Vivato's Unopposed Motion for Leave for Vivato to File a Corrected Opposition to Defendants/Intervenor Ericsson's Motion for Partial Summary Judgment of No Literal Infringement for the '369 Patent. The Court, having considered the matter, and for good cause shown, **GRANTS** the Motion.