# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, d/b/a VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>*Defendants*,<br><br>NOKIA OF AMERICA CORP. and ERICSSON INC.,<br><br>*Intervenors*. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is the Parties' Joint Motion to Withdraw or Deny as Moot Defendants/Nokia's Motion for Partial Summary Judgment of No Infringement for Nokia Products (Dkt. No. 156). **Dkt. No. 193**. Having considered the Motion, and the relevant briefing including the Parties' associated stipulation (Dkt. No. 180), the Court finds that the Motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants/Nokia's Motion for Partial Summary Judgment of No Infringement for Nokia Products (Dkt. No. 156) is hereby withdrawn.

**SIGNED this 20th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE