# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff,*<br>v.<br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br>    *Defendants,*<br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>    *Intervenors.* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is Vivato's Corrected Unopposed Motion for Leave for Vivato to File a Corrected Opposition to Defendants/Intervenor Ericsson's Motion for Partial Summary Judgment of No Literal Infringement for the '369 Patent. **Dkt. No. 196**. The Court, having considered the Motion, is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff is given leave to file its Corrected Opposition to Defendants/Intervenor Ericsson's Motion for Partial Summary Judgment of No Literal Infringement for the '369 Patent.

**SIGNED this 23rd day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE