# EXHIBIT J



**CONFIDENTIAL**

# Transcript of Thomas Sidley

**Date:** March 10, 2023
**Case:** XR Communications, LLC -v- Amazon.com, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

XR-EDTX-00094435

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
 2                       WACO DIVISION

 3   ----------------------------- )
                                   )
 4   XR COMMUNICATIONS, LLC, dba   )
     VIVATO TECHNOLOGIES,          )
 5                                 )
                        Plaintiff, )
 6                                 )
                vs.                )
 7                                 )
                                   )
 8   AMAZON.COM, INC., AMAZON.COM  )   Civil Action No.
     SERVICES LLC, and EERO LLC,   )   6:21-cv-00619-ADA
 9   _____)
                                   )
10   CISCO SYSTEMS, INC., MERAKI   )   Civil Action No.
     LLC,                          )   6:21-cv-00623-ADA
11   _____)
                                   )
12   MICROSOFT CORPORATION,        )   Civil Action No.
                                   )   6:21-cv-00695-ADA
13   _____)
     SAMSUNG ELECTRONICS CO., LTD, )
14   et al.,                       )   Civil Action No.
                                   )   6:21-cv-00622-ADA
15                    Defendants.  )
     ----------------------------- )
16

17              Videotaped Deposition of

18         THOMAS SIDLEY, Conducted Virtually

19               Friday, March 10, 2023

20                     CONFIDENTIAL

21   13:08 EST

22   Job No.: 484221

23   Pages: 1 - 147

24   Reported by: LISA M BARRETT, RPR, CRR, CRC, CSR

25
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094436

```
 1       A    Yes.                                              15:52:41
 2       Q    And then it says:                                 15:52:41
 3            "By submitting this documentation the             15:52:42
 4  undersigned is authorized to act on behalf of               15:52:44
 5  Aequitas." [As read.]                                       15:52:46
 6            Do you see that?                                  15:52:46
 7       A    No, I don't.                                      15:52:47
 8       Q    The last line on page 1.                          15:52:49
 9       A    Okay.  Okay, I read that, yes.                    15:52:51
10       Q    We're almost there.                               15:52:59
11            If we can go to page 20 of the PDF,               15:53:00
12  Mr. Heifetz.                                                15:53:02
13            So this is the power of attorney that             15:53:10
14  was not submitted with the first petition but               15:53:12
15  submitted with the second one, and if we go to the          15:53:14
16  bottom of this page it looks like you signed this           15:53:17
17  on November 18, 2009.  Does that look like your             15:53:22
18  signature?                                                  15:53:28
19       A    Yes, that looks like my signature.                15:53:28
20       Q    And do you remember signing this?                 15:53:31
21       A    I have no recollection at all.                    15:53:34
22       Q    And you don't remember ever talking to            15:53:42
23  Mr. Schwedler?                                              15:53:43
24       A    I don't remember talking to -- I don't            15:53:44
25  recognize the name and I don't remember ever                15:53:47
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                    XR-EDTX-00094527

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                    93

```
1    talking to an individual by that name.           15:53:49
2        Q    So you think you never met              15:53:52
3    Mr. Schwedler?                                   15:53:53
4        A    I have no recollection of meeting that  15:53:55
5    gentleman.                                       15:53:57
6        Q    Do you remember who asked you to sign   15:54:13
7    this form?                                       15:54:15
8        A    I have no recollection of this          15:54:17
9    transaction.                                     15:54:19
10       Q    Mr. Heifetz, if we go to the next page, 15:54:28
11   this is the statement under 37 CFR 3.73(b)       15:54:30
12   referenced earlier, showing the chain of title.  15:54:35
13            Do you see your signature in the bottom 15:54:41
14   left?                                            15:54:44
15       A    No, I do not.  If we could scroll up.   15:54:45
16       Q    Sorry, scroll down.                     15:54:53
17       A    Scroll down, excuse me.                 15:54:55
18       Q    Do you see your signature on this form  15:54:56
19   dated November 18, 2009?                         15:54:57
20       A    I see my signature, yes.                15:54:59
21       Q    Okay.  So can we at least agree that    15:55:01
22   you signed this power of attorney and this chain 15:55:05
23   of title on November 18, 2009 --                 15:55:13
24       A    That --                                 15:55:16
25       Q    Let's just stop there.  Can we agree on 15:55:17
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                              XR-EDTX-00094528

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023                                                    105

```
1    an objection.                                              16:24:57
2    BY MS. LEE:                                                16:24:59
3        Q    I can repeat the question.                        16:24:59
4        A    Please.  Thank you.                               16:25:09
5        Q    Do you have any reason to believe that            16:25:11
6    you would have been the one to make the decision           16:25:12
7    to say that the delay was unintentional?                   16:25:15
8        A    I have no recollection of this                    16:25:17
9    transaction.  I'm unfamiliar with this billing and         16:25:18
10   I don't recall any conversations.                          16:25:23
11       Q    And as I understand it, you don't have            16:25:27
12   patent experience or patent prosecution                    16:25:30
13   experience; is that right?                                 16:25:32
14       A    That is correct.                                  16:25:34
15       Q    So sitting today here, would that have            16:25:36
16   been in your role when you were at Aequitas?               16:25:40
17       A    Again, Annie, I have no recollection of           16:25:44
18   this transaction.                                          16:25:50
19            MS. LEE:  Let's move to -- if we could            16:25:51
20   mark document BHB1411 as the next exhibit.                 16:26:20
21            REMOTE TECHNICIAN:  One moment.                   16:26:36
22            MR. WANG:  I'm sorry to interrupt but             16:26:36
23   while we're doing that, I'd like to mark the               16:26:38
24   transcript confidential because we've looked at            16:26:40
25   several documents designated "confidential".               16:26:43
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                           XR-EDTX-00094540

CONFIDENTIAL

Transcript of Thomas Sidley
Conducted on March 10, 2023

106

| | | |
|---|---|---|
| 1 | (Exhibit No. 10 was marked for | 16:26:46 |
| 2 | identification) | 16:26:46 |
| 3 | BY MS. LEE: | 16:27:12 |
| 4 | Q   So this is a patent -- do you see that | 16:27:12 |
| 5 | this is a patent purchase agreement between | 16:27:14 |
| 6 | XR Communications and Aequitas from December 23rd, | 16:27:17 |
| 7 | 2009? | 16:27:21 |
| 8 | A   I just read the preamble and that's | 16:27:24 |
| 9 | what it appears to be. | 16:27:26 |
| 10 | Q   Do you see that on -- if we could go to | 16:27:39 |
| 11 | the bottom of page BHB1413, the provision, | 16:27:42 |
| 12 | "Closing Payment."  It says that the payor will | 16:27:45 |
| 13 | pay to seller the amount of one million US | 16:27:52 |
| 14 | dollars, i.e. the purchase price.  Do you see | 16:27:55 |
| 15 | that? | 16:28:01 |
| 16 | A   That's under subparagraph (a)? | 16:28:01 |
| 17 | Q   Correct. | 16:28:05 |
| 18 | A   Okay, I just read that. | 16:28:06 |
| 19 | Q   Okay.  So just to place us back in our | 16:28:07 |
| 20 | timeline, December 23rd, 2009, that's the last | 16:28:15 |
| 21 | transaction we talked about, so the sale from | 16:28:18 |
| 22 | Aequitas to XR Communications, they sold the | 16:28:20 |
| 23 | patents for a million dollars, as you can see | 16:28:22 |
| 24 | here, and if we can go down to Exhibit -- sorry, | 16:28:24 |
| 25 | if we can go down to page BHB1424, do you see that | 16:28:36 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094541

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023                                    107

```
1    you signed this agreement?                              16:28:51
2         A    I see that it's marked that I signed          16:28:54
3    the agreement.                                          16:28:56
4         Q    And do you remember signing this              16:28:59
5    agreement?                                              16:29:00
6         A    I have no recollection of this                16:29:02
7    transaction.                                            16:29:03
8         Q    Do you remember any of the work that          16:29:09
9    you did at Aequitas?                                    16:29:12
10        A    It's been a long time.                        16:29:16
11        Q    Is that a "No"?                               16:29:21
12        A    I don't remember any of it.  I don't          16:29:23
13   remember much of it in detail and, you know, I          16:29:24
14   left the firm in 2013.                                  16:29:28
15        Q    Okay.  All right.  Let's see what we          16:29:34
16   can accomplish.                                         16:29:42
17             If we can go to page BHB1425, do you          16:29:43
18   see that this is titled "Exhibit A-1 -- Patents         16:29:48
19   and Patent Applications"?                               16:29:52
20        A    Yes, I see that.                              16:29:55
21        Q    And do you see that there are -- you          16:29:56
22   can count them if you want, there are 19 patents        16:29:57
23   and patent applications listed in these few pages?      16:30:00
24        A    I have scanned the pages, I...                16:30:08
25        Q    And do you see on the right side under        16:30:11
```

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094542

CONFIDENTIAL
Transcript of Thomas Sidley
Conducted on March 10, 2023

132

| | | |
|---|---|---|
| 1 | Q    So that's your testimony under oath, | 17:17:41 |
| 2 | that you cannot recall if you were generally the | 17:17:42 |
| 3 | person who controlled disbursement of funds for | 17:17:45 |
| 4 | loan agreements that you signed? | 17:17:48 |
| 5 | MR. WANG:  Objection to form, | 17:17:50 |
| 6 | argumentative, asked and answered. | 17:17:51 |
| 7 | THE WITNESS:  Again, I don't recall any | 17:17:57 |
| 8 | specific procedures around whether I authorized or | 17:17:58 |
| 9 | disbursed funds. | 17:18:02 |
| 10 | BY MR. KOHLHEPP: | 17:18:06 |
| 11 | Q    Do you recall authorizing and | 17:18:06 |
| 12 | disbursing funds as part of your job at Aequitas? | 17:18:08 |
| 13 | A    I don't recall that. | 17:18:15 |
| 14 | I don't recall any specific instances. | 17:18:18 |
| 15 | Q    Okay.  Would that generally have been | 17:18:22 |
| 16 | someone else's job at Aequitas even for a loan | 17:18:24 |
| 17 | agreement that you signed? | 17:18:27 |
| 18 | A    You know, Peter, I don't recall our | 17:18:30 |
| 19 | exact structure and processes. | 17:18:34 |
| 20 | Q    ==How long did you work at Aequitas?== | 17:18:36 |
| 21 | A    ==From 1999 to 2013.== | 17:18:39 |
| 22 | Q    I'm just reminding you that you're | 17:18:45 |
| 23 | testifying under oath here. | 17:18:47 |
| 24 | A    I fully understand that I'm testifying | 17:18:49 |
| 25 | under oath and I cannot recall our processes and | 17:18:52 |

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

XR-EDTX-00094567