# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br> *Defendants,* <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br> *Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff,* <br><br> VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendants,* <br><br> NOKIA OF AMERICA CORPORATION and ERICSSON INC., <br> *Intervenors,* | Case No. 2:23-cv-00203-JRG-RSP <br> (Member Case) |

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>    *Plaintiff,*<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>    *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>    *Intervenors,* | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case) |

**EXHIBIT R TO VIVATO'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING CERTAIN <u>DAMAGES-RELATED ISSUES [DKT. 165]</u>**

Plaintiff XR Communications, LLC, dba Vivato Technologies ("Vivato"), hereby submits the attached exhibit to Vivato's Sur-Reply in Opposition to Defendants' Motion for Partial Summary Judgment Regarding Certain Damages-Related Issues (Dkt. 220).

Dated: July 3, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Adam Hoffman
CA State Bar No. 218740
Neil A. Rubin
CA State Bar No. 250761
James Pickens
CA State Bar No. 307474
Christian W. Conkle
CA State Bar No. 306374
Philip Wang
CA State Bar No. 262239
Minna Jay
CA State Bar No. 305941
Paul Kroeger
CA State Bar No. 229074
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*XR Communications, LLC,*

*dba Vivato Technologies*

Case 2:23-cv-00202-JRG-RSP   Document 221   Filed 07/03/25   Page 4 of 5 PageID #: 13154

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System.

/s/ *Reza Mirzaie*
Reza Mirzaie