# Exhibit A



**CONFIDENTIAL - RESTRICTED - ATTORNEYS' EYES ONLY**

# Transcript of Coleman Bazelon, Ph.D.

**Date:** May 29, 2025
**Case:** XR Communications, LLC -v- AT&T Services Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION
    _____
 3
    XR COMMUNICATIONS, LLC, dba         :
 4  VIVATO TECHNOLOGIES,                :
                                        :
 5         Plaintiff,                   :
                                        : CASE NO:
 6  vs.                                 : 2:23-cv-00202-JRG-RSP
                                        :
 7  AT&T SERVICES INC., AT&T            : (Lead Case)
    MOBILITY LLC, and AT&T CORP.        :
 8                                      :
           Defendant.                   :
 9                                      :
    NOKIA OF AMERICA CORPORATION,       :
10  ERICSSON INC.                       :
                                        :
11         Intervenors.                 :
    _____      :
12                                      :
    XR COMMUNICATIONS, LLC, dba         : Case No:
13  VIVATO TECHNOLOGIES,                : 2:23-cv-00203-JRG-RSP
                                        : (Member Case)
14         Plaintiff,                   :
                                        :
15  vs.                                 :
                                        :
16  VERIZON COMMUNICATIONS, INC.        :
    And CELLCO PARTNERSHIP D/B/A        :
17  VERIZON WIRELESS,                   :
                                        :
18         Defendants,                  :
                                        :
19  NOKIA OF AMERICA CORPORATION,       :
    ERICSSON INC.                       :
20                                      :
           Intervenors.                 :
21  _____      :

22

23  (Caption continued on following page)

24

25
```

|   |   |   |   |
|---|---|---|---|
| 1 |    | patent had expired.  Correct? | 11:55:58 |
| 2 | A. | I believe that's the date, yes. | 11:56:00 |
| 3 | Q. | Okay.  And so whatever portion of the buffer that was | 11:56:01 |
| 4 |    | associated with addressing the 4 to 5 percent spectral | 11:56:08 |
| 5 |    | degradation, it is no longer applicable.  Correct?  It | 11:56:14 |
| 6 |    | then kind of goes -- that buffer now gets bigger | 11:56:18 |
| 7 |    | again. | 11:56:23 |
| 8 | A. | Well, it sort of depends.  If they have deployed | 11:56:23 |
| 9 |    | their network in a way -- I think what you're | 11:56:25 |
| 10 |   | positing is a hypothetical where they deploy their | 11:56:29 |
| 11 |   | network with more capital in it, and then on | 11:56:33 |
| 12 |   | July 12th they flip a switch to turn on this | 11:56:36 |
| 13 |   | technology, right?  That's let's say they -- it was | 11:56:38 |
| 14 |   | built in, they didn't turn it on.  Now they flip a | 11:56:44 |
| 15 |   | switch and now they have this extra capacity at that | 11:56:47 |
| 16 |   | point. | 11:56:49 |
| 17 |   | They didn't have that extra buffer capacity | 11:56:50 |
| 18 |   | earlier, and they would have had to make investments | 11:56:53 |
| 19 |   | over that time to maintain the same level of capacity. | 11:56:56 |
| 20 | Q. | Well, that's not true, sir, right?  Because they've | 11:57:01 |
| 21 |    | got a buffer.  So let's say -- let's say we've got | 11:57:04 |
| 22 |    | a -- | 11:57:06 |
| 23 | A. | I dis -- I think the problem here is, I disagree with | 11:57:06 |
| 24 |    | you about what a buffer is.  All networks are | 11:57:08 |
| 25 |    | always -- as outlined in my report, the demand for | 11:57:12 |

1      mobile wireless services is growing significantly                11:57:15
2      over time.  So all of these networks are constantly              11:57:18
3      adding additional capacity.  Right?  They are growing            11:57:23
4      all the time.                                                    11:57:26
5              And the point is, they -- at any moment                  11:57:28
6      when they couldn't use this technology they would                11:57:31
7      have had to grow faster than they would have, and the            11:57:34
8      idea that there's some exogenous buffer that just                11:57:37
9      covers it with no cost to the carrier is what I'm                11:57:40
10     objecting to.                                                    11:57:42
11  Q. Okay.  But the cost to the carrier is a potential                11:57:43
12     future cost.  Right?  So, for example, in the example            11:57:48
13     we're talking about, you're suggesting that the                  11:57:54
14     spectrum was owned by Verizon, they had plans to                 11:57:58
15     deploy it in the future, but due to this degradation             11:58:01
16     in this two-and-a-half-year window, they had to pull             11:58:05
17     forward the use of that spectrum to the -- to the                11:58:07
18     present day when, in reality, they had planned for it            11:58:11
19     later on.                                                        11:58:14
20  A. That's way too simple a way of characterizing it,                11:58:14
21     unfortunately.  It's not -- it's not that simple.                11:58:17
22     They may deploy some spectrum sooner.  Doing so is               11:58:24
23     not costless, though, because it requires additional             11:58:27
24     capital infrastructure to make it useful.  And it's              11:58:31
25     not the case that in 2021 they're deploying -- they              11:58:33

| | | | |
|---|---|---|---|
| 1 | | could obviously only apply to that spectrum that was | 13:31:54 |
| 2 | | actually deployed in that market at the time. | 13:31:58 |
| 3 | | Correct? | 13:32:01 |
| 4 | A. | I think what you're suggesting is that the sort of | 13:32:06 |
| 5 | | mechanism of how the patents work, work on deployed | 13:32:09 |
| 6 | | spectrum, and therefore you will measure an amount on | 13:32:14 |
| 7 | | the amount deployed. | 13:32:19 |
| 8 | | That's true. But it's not -- that doesn't | 13:32:21 |
| 9 | | mean that when they're thinking about their network | 13:32:23 |
| 10 | | and deploying spectrum, and so forth, and how much to | 13:32:28 |
| 11 | | deploy or what to do with their spectrum holdings, | 13:32:30 |
| 12 | | that the overall capacity they have access to is | 13:32:34 |
| 13 | | lower across all the spectrum they could deploy. | 13:32:41 |
| 14 | Q. | So your valuations include a valuation of spectrum | 13:32:58 |
| 15 | | that has not yet been deployed in T-Mobile's market? | 13:33:01 |
| 16 | A. | ==As I've said before, I don't second-guess how they== | 13:33:05 |
| 17 | | ==decide to build out their network and deploy it, but== | 13:33:08 |
| 18 | | ==when they're considering -- I'll use this as an== | 13:33:14 |
| 19 | | ==example used earlier, that there might be a buffer of== | 13:33:17 |
| 20 | | ==some sort. That buffer is affected by the 4 to== | 13:33:19 |
| 21 | | ==5 percent efficiency.== | 13:33:26 |
| 22 | Q. | No, I -- let's set the buffer aside. You would agree | 13:33:28 |
| 23 | | with me that there are likely markets in which | 13:33:33 |
| 24 | | T-Mobile has spectrum that it has not yet deployed. | 13:33:44 |
| 25 | | Would you agree with that premise? | 13:33:50 |

```
                    CERTIFICATE OF NOTARY
STATE OF MICHIGAN  )
                   ) SS
COUNTY OF OAKLAND  )


          I, ALISON WEBSTER, certify that the
deposition of COLEMAN BAZELON, Ph.D. was taken
before me via videoconference on the date
hereinbefore set forth; that the foregoing
questions and answers were recorded by me
stenographically and reduced to computer
transcription; that this is a true, full, and
correct transcript of my stenographic notes so
taken; and that I am not related to, nor of counsel
to, either party nor interested in the event of
this cause.
```

_____

ALISON C. WEBSTER, CSR-6266, RPR, RMR, CRR, RDR

Notary Public, Oakland County, Michigan

My commission expires: May 1, 2029