# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES INC., et al<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>　v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

# DEFENDANTS / INTERVENOR'S NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING

Pursuant to the Fourth Amended Docket Control Order (Dkt. 154), Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corp. (collectively "AT&T"); Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless (collectively "Verizon"); T-Mobile USA, Inc. ("T-Mobile") (collectively, "Defendants"), and Intervenor Ericsson Inc. ("Ericsson" and, collectively with Defendants, "Defendants/Intervenor"), respectfully request daily transcripts and real-time reporting of the court proceedings during the trial of this action. Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: July 21, 2025

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

>Tyler Marandola
>tmarandola@duanemorris.com
>Brianna Vinci
>bvinci@duanemorris.com
>**DUANE MORRIS LLP**
>30 S. 17th Street
>Philadelphia, PA 19103
>Telephone: (215) 979-1000
>
>Kevin P. Anderson
>kpanderson@duanemorris.com
>Elissa Sanford
>esanford@duanemorris.com
>**DUANE MORRIS LLP**
>901 New York Avenue NW, Suite 700 East
>Washington, D.C. 20001-4795
>Telephone: (202) 776-5231
>
>*Counsel for Defendants/Intervenor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2025.

>*/s/ Matthew S. Yungwirth*
>Matthew S. Yungwirth