# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>              Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC., et al<br>              Defendants,<br><br>ERICSSON INC.,<br>              Intervenor. | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>              Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br>              Defendants,<br><br>ERICSSON INC.,<br>              Intervenor. | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>              Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>              Defendants,<br><br>ERICSSON INC.,<br>              Intervenor. | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Intervenor") (collectively "the Parties") hereby jointly file this Joint Motion to Amend the deadlines set forth in the Fourth Amended Docket Control Order (Dkt. 154) as shown in the table below.

The Parties have met and conferred, believe there is a good cause to amend the Docket Control Order, and respectfully request that the Court enter the amended schedule. The Parties request an extension to prepare and file joint proposed jury instructions and a joint proposed verdict form after the Pretrial Conference and after the Parties have made their final disclosures.[1] The Parties believe this extension will streamline the pretrial process and narrow the focus of the jury instructions and verdict form to only those issues that remain after the Pretrial Conference and the Parties' final disclosures. The requested extension does not affect any other starred dates, the pretrial conference, or the trial date. The Parties seek extension of the following deadlines in the below table as follows.

| August 11, 2025 | September 17, 2025 (or two days after Defendants disclose final invalidity theories, whichever is later) Extension limited to joint proposed jury instructions and joint proposed | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
|---|---|---|

---

[1] The Pretrial Conference is currently set for August 29, 2025; Plaintiff is to disclose its final election of Asserted Claims ten days before jury selection (currently September 12, 2025); and Defendants are to disclose their final invalidity theories, prior art references/combinations, and final equitable defenses seven days before jury selection (currently September 15, 2025). *See* Dkt. 154.

| | verdict form. | |
|---|---|---|

Accordingly, the Parties respectfully request that the Court enter the Parties' proposed Fifth Amended Docket Control Order as reflected in the attached proposed Docket Control Order.

Dated: July 25, 2025

/s/ *Paul Kroeger*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
James Pickens
CA State Bar No. 307474
Jonathan Ma
CA State Bar No. 312773
Christian W. Conkle
CA State Bar No. 306374
Paul Kroeger
CA State Bar No. 229074
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
4925 Greenville Ave, Suite 200
Dallas, TX 75206
Telephone: 310-826-7474
rak_vivato@raklaw.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Matthew S. Yungwirth*
Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

3

        Kevin P. Anderson
        kpanderson@duanemorris.com
        Elissa Sanford
        esanford@duanemorris.com
        **DUANE MORRIS LLP**
        901 New York Avenue NW, Suite 700 East
        Washington, D.C. 20001-4795
        Telephone: (202) 776-5231

        *Counsel for Defendants/Intervenor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 25, 2025.

        */s/ Matthew S. Yungwirth*
        Matthew S. Yungwirth

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issue addressed in this Motion pursuant to Local Rule CV-7(h). The Parties agree to the relief requested in this Motion.

        */s/ Matthew S. Yungwirth*
        Matthew S. Yungwirth