# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>  *Plaintiff,*<br><br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>  *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>  *Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>  *Plaintiff,*<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>  *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>  *Intervenors,* | Case No. 2:23-cv-00203-JRG-RSP<br>(Member Case) |

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>                *Plaintiff,*<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>                *Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>                *Intervenors,* | Case No. 2:23-cv-00204-JRG-RSP<br>(Member Case) |

## NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING

Pursuant to the Court's Docket Control Order, Plaintiff XR Communications, LLC, dba Vivato Technologies respectfully request daily transcripts and realtime reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this notice is being submitted via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: August 4, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Paul Kroeger
CA State Bar No. 229074
Philip Wang
CA State Bar No. 262239
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474

Neil A. Rubin
CA State Bar No. 250761
Adam S. Hoffman
CA State Bar No. 218740
Jacob Buczko
CA State Bar No. 269408
Christian Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Minna Jay
CA State Bar No. 305941
Ryan Lundquist
CO State Bar No. 56449
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Rak_vivato@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*XR Communications, LLC d/b/a Vivato Technologies*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                                           */s/ Reza Mirzaie*
                                           Reza Mirzaie