# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES, § § § **Plaintiff,** § § § v. § § AT&T INC., ET AL., § § **Defendants.** § § § | CIVIL ACTION NO. 2:23-cv-00202-JRG-RSP **(Lead Case)** **JURY TRIAL REQUESTED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Intervenor") (collectively "the Parties") hereby jointly file this Joint Motion to Amend the deadlines set forth in the Fifth Amended Docket Control Order (Dkt. 236) to update the Pretrial Conference date from August 19, 2025 to August 29, 2025 as set forth by the Court on May 27, 2025.

Date: August 6, 2025

Respectfully submitted,

/s/ *Andrea L. Fair*
Adam S Hoffman
Christian W Conkle

1

Jacob Buczko
Jonathan Ma
Minna Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
Reza Mirzaie
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Matthew S. Yungwirth*

2

Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

Counsel for Defendants/Intervenor

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendants and this motion is joint.

/s/ *Andrea L. Fair*
Andrea L. Fair
