# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC..,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

1

**JOINT NOTICE REGARDING AGREEMENTS**

Pursuant to the Eighth Amended Docket Control Order, Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff" or "XR") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Intervenor") (collectively "the Parties") hereby file this Joint Notice Regarding Agreements:

1. To resolve Plaintiff's MIL 1, the Parties have agreed that consistent with Plaintiff's offer to make its proposal bilateral (Dkt. 234 at 1), the Court should exclude reference to the specifics of each side's expert witnesses' relationship with the respective law firm, with the qualifier that the mere fact that they have testified in other cases handled by that law firm can still be elicited.

2. To resolve Plaintiff's MIL 2, the Parties have agreed that no Party will discuss or show to the jury or introduce, provide, or solicit testimony or argument referencing the specific monetary amounts paid under those agreements for which the Party's experts do not opine are economically and technically comparable. Plaintiff withdraws the remainder of MIL 2 without prejudice.

3. To resolve certain portions of Defendants MIL 1, XR has agreed, consistent with portions of the Court's MIL Order in *Headwater Research LLC v. Verizon Commc'ns Inc. et al.,* No. 2:23-cv-00352-JRG-RSP, Dkt. 318 (E.D. Tex. June 16, 2025), not to discuss or show to the jury, without prior leave of Court, total revenues generated by Verizon, T-Mobile, AT&T, the wireless telecommunications industry, or the wireless

2

telecommunications infrastructure and network equipment industry; total costs associated with secondary market sales of spectrum; total revenues generated by FCC spectrum auctions; the total value of all of Verizon's, T-Mobile's or AT&T's spectrum holdings; or total smartphone sales. *However,* XR does not agree that any additional figures set forth in its expert reports be excluded *in limine* (including, by way of example and without limitation, per MHz-Pop figures; spectrum values for apportioned spectrum or spectrum cost savings that is implicated by or relevant to the accused features' use of the patented technology and Plaintiff's apportionment analyses, e.g., market value of 4-5% 5G spectrum in particular geographic areas and bands where the infringing features are turned on; a percentage of 5G mid-band spectrum represented by the apportioned spectrum attributable to the infringement; a percentage that spectrum value represents as a fraction of a Defendant's overall assets; a percentage that spectrum acquisitions or expenditures or capacity capital expenditures represents as a fraction of a Defendant's total expenditures or revenues; per person figures for spectrum acquisitions; or capital expenditures on base station equipment). Thus, the remaining portions of Defendants' MIL 1 are unresolved.

Dated: August 26, 2025

                                              Respectfully submitted,

                                              /s/ *Reza Mirzaie*
                                              Adam S Hoffman
                                              Christian W Conkle
                                              Jacob Buczko
                                              Jonathan Ma
                                              Minna Jay
                                              Neil Alan Rubin
                                              Paul Anthony Kroeger

Philip X Wang
Reza Mirzaie
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Alice E. Snedeker*
Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670

Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

**COUNSEL FOR DEFENDANTS/INTERVENOR**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff and this motion is joint.

/s/ *Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF filing.

/s/ *Reza Mirzaie*
Reza Mirzaie