# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0202-JRG-RSP
XR Communications LLC d/b/a Vivato Technologies v. AT&T Inc., et al.
August 29, 2025     9:00 a.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| James Pickens | XR |
| Paul Kroeger | " |
| Jacob Buczko | " |
| Philip Wang | " |
| Andrea Fair | " |
| Matt Yungwirth | Defendants + Ericsson |
| John Gibson | " |
| Kevin Anderson | " |
| Alice Snedeker | " |
| Tom Gorham | " |
| | |
| | |
| | |
| | |
| | |
| | |