# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>     *Plaintiff*, <br> v. <br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., <br>     *Defendants*, <br><br> ERICSSON INC., <br>     *Intervenor*. | Case No. 2:23-CV-00202-JRG-RSP <br><br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>     *Plaintiff*, <br> v. <br> VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS., <br>     *Defendants*, <br> ERICSSON INC., <br>     *Intervenor*. | Case No. 2:23-CV-00203-JRG-RSP <br><br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>     Plaintiff, <br> v. <br> T-MOBILE USA, INC., <br>     *Defendants*, <br><br> ERICSSON INC., <br>     *Intervenor*. | Case No. 2:23-CV-00204-JRG-RSP <br><br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**<u>PLAINTIFF VIVATO'S FINAL ELECTION OF ASSERTED CLAIMS</u>**

Plaintiff XR Communications LLC dba Vivato Technologies ("Vivato") hereby provides the following final election of asserted claims:

- U.S. Patent No. 7,177,369: claims 1, 32, 36, 41
- U.S. Patent No. 8,737,511: claim 20

This disclosure is made based on current information and is contingent on (a) the Court's guidance at the initial pretrial conference regarding a consolidated trial, and (b) trial commencing on September 22, 2025. Vivato reserves the right to adjust its final election if trial is scheduled to commence at a date later than September 22. Vivato also reserves the right to adjust the election based on more information, including rulings, hearings, and decisions concerning this case and/or the Asserted Patents.

Dated: September 5, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Paul Kroeger
CA State Bar No. 229074
Philip Wang
CA State Bar No. 262239
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
Jacob Buczko
CA State Bar No. 269408
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Andrea L. Fair

        MILLER FAIR HENRY PLLC
        1507 Bill Owens Parkway
        Longview, Texas 75604
        Telephone: 903-757-6400
        andrea@millerfairhenry.com

        *Attorneys for Plaintiff XR Communications, LLC dba Vivato Technologies*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 5, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie