# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS / INTERVENOR'S NOTICE OF
### FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES

Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. ("AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Ericsson") hereby give notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on September 22, 2025.

This Notice is based on Plaintiff Vivato's Final Election of Asserted Claims (Dkt. 258). Based on Plaintiff's Notice, Defendants/Ericsson intend to present the following invalidity theories and prior art references/combinations at the jury trial scheduled for September 22, 2025:

- **U.S. Patent No. 7,177,369, claims 1, 32, 36, and 41:**

    1. U.S. Patent No. 6,940,827 ("Li") renders claims 1 and 41 anticipated and/or obvious under 35 U.S.C. §§ 102 and 103.

    2. Li renders claims 1, 32, 36, and 41 obvious under 35 U.S.C. § 103 in view of U.S. Patent No. 6,359,923 ("Agee").

      3.      Claims 1, 32, 36, and 41 are invalid for lack of written description under 35 U.S.C. § 112.

- **U.S. Patent No. 8,737,511, claim 20:**

  1. U.S. Patent No. 8,816,907 ("Beaudin") renders claim 20 anticipated and/or obvious under 35 U.S.C. §§ 102 and 103.

  2. Beaudin renders claim 20 obvious under 35 U.S.C. § 103 in view of U.S. Patent No. 8,238,318 ("Negus").

Defendants/Ericsson make this disclosure based on their current knowledge and understanding of the asserted claims, XR's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date. Defendants/Ericsson reserve the right to discuss additional prior art references, including but not limited to with respect to discussing the background state of the relevant art, motivation to combine references for 35 U.S.C. § 103 obviousness theories, non-infringing alternatives, and the lack of technical benefits attributable to the asserted patents over the prior art. Defendants/Ericsson also reserve the right to rely upon any closely related references.

Defendants/Ericsson state that XR's reservation of rights in its Final Election of Asserted Claims (Dkt. 258 at 2) is improper. However, to the extent that the Court permits XR to "adjust its final election" of asserted claims, Defendants/Ericsson likewise reserve the right to adjust their invalidity theories. Additionally, Defendants/Ericsson reserve the right to present arguments and evidence related to additional prior art in the context of rebutting XR's theories on the alleged benefits of the patents, consistent with the opinions set forth in Dr. Negus's expert report and dependent upon the arguments Drs. Williams and Cooklev make during their direct examination.

Dated: September 8, 2025                        Respectfully submitted,

                                                      */s/ Matthew S. Yungwirth*
                                                        Deron R. Dacus (TBN 00790553)
                                                        ddacus@dacusfirm.com
                                                        **THE DACUS FIRM, P.C.**

821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Sajid Saleem
ssaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants / Intervenor*

Melissa R. Smith (TBN 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

*Counsel for Defendant T-Mobile*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2025.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
