IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:23-cv-00202-JRG-RSP |
| v. § § | (Lead Case) |
| AT&T INC., ET AL., § | JURY TRIAL REQUESTED |
| Defendants. § § § | |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc., Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless, T-Mobile USA, Inc., and Intervenor Ericsson Inc. (collectively "the Parties") hereby jointly file this Joint Motion to Amend the deadlines set forth in the Eighth Amended Docket Control Order (Dkt. 246) to update the deadline for the parties to submit the joint proposed jury instructions and joint proposed verdict form from September 17, 2025, to five days before the final pretrial conference. This request is not made for purposes of delay and will instead serve the interests of the parties and the Court in efficiency, given that the final Pretrial Conference is now scheduled to take place on November 12, 2025, and the Parties await further guidance from the Court in connection with their pending motions as to the scope of claims and defenses to be presented to the jury. The extension will allow the Parties to continue to narrow disputes presented to the Court in the joint proposed jury instructions and joint proposed verdict form.

Dated: September 16, 2025     Respectfully submitted,

/s/ Paul Kroeger
Adam S Hoffman
Christian W Conkle
Jacob Buczko
Jonathan Ma
Minna Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
Reza Mirzaie
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway

Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alice E. Snedeker*
Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford

esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

Counsel for Defendants/Intervenor

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff and this motion is joint.

/s/ *Alice E. Snedeker*
Alice E. Snedeker

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF filing.

/s/ *Alice E. Snedeker*
Alice E. Snedeker