# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC D/B/A VIVATO TECHNOLOGIES, <br> *Plaintiff*, <br> v. <br> AT&T INC., ET AL,, <br> *Defendants*. | CASE NO. 2:23-CV-00202-JRG-RSP <br> (LEAD CASE) |

## REPORT AND RECOMMENDATION

Before the Court is Defendants/Intervenor Ericsson's Motion for Partial Summary Judgment of No Written Description for the '235 Patent. **Dkt. No. 159**. Because this Motion only concerns the '235 Patent, and because Plaintiff has elected to not assert the '235 Patent at trial (Dkt. No. 258), the Motion should be **DENIED AS MOOT**.

A party's failure to file written objections to the findings, conclusions and recommendations contained in this report within 14 days bars that party from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. FED. R. CIV. P. 72(b)(2); *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (*en banc*). Any objection to this Report and Recommendation must be filed in ECF under the event "Objection to Report and Recommendation [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 17th day of September, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE