# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>vs.<br><br>AT&T INC., et al.,<br><br>*Defendants.* | Case No. 2:23-cv-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS/INTERVENOR'S NOTICE OF TRIAL SCHEDULING CONFLICT

This case was recently released from its September 22, 2025 trial setting and, on September 22, the Court reset jury selection for 1:00 p.m. CT on October 3, 2025.

Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (hereinafter collectively, "Defendants/Intervenor") respectfully submit this notice to inform the Court of the following unavoidable scheduling conflict with Defendants/Intervenor's damages expert, Mr. Chris Bakewell. Mr. Bakewell is Defendants/Intervenor's only damages expert, and he is currently scheduled to testify in an ITC Investigation scheduled for hearing before Administrative Law Judge Monica Bhattacharyya, United States International Trade Commission, the week of October 6 –10, 2025, *In the Matter of Certain Topcon Solar Cells, Modules, Panels, Components Thereof, and Products Containing Same*, Inv. Nos. 337-TA-1422 and 337-TA-1425, Order No. 10. Judge Bhattacharyya set that case for a hearing (the equivalent of a bench trial) on January 23, 2025. Mr. Bakewell is expected to testify twice (in the Complainant's case-in-chief and in its rebuttal) on the

issues of domestic industry and public interest) and, thus, has a pre-existing conflict and will be unavailable to testify for trial in the above-captioned case during this time.

Defendants/Intervenor submit that Mr. Bakewell is essential to their defense in this matter, and that Mr. Bakewell's absence from trial would unduly and irreparably prejudice Defendants/Intervenor.

Accordingly, Defendants/Intervenor respectfully notify the Court of its unavoidable conflict for the October 3, 2025 trial setting.  Defendants/Intervenor respectfully request that the Court take this scheduling conflict into consideration as it determines the forthcoming trial settings.  Defendants/Intervenor will continue to update the Court concerning the status of this scheduling conflict as the trial date approaches.

Dated:  September 23, 2025

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**

        30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

*Counsel for Defendants / Intervenors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 23, 2025.

                                  */s/ Matthew S. Yungwirth*
                                     Matthew S. Yungwirth