# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>vs.<br><br>AT&T INC., et al.,<br><br>*Defendants.* | Case No. 2:23-cv-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS/INTERVENOR'S MOTION TO CONTINUE TRIAL DATE

Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (hereinafter collectively, "Defendants/Intervenor") hereby file this motion to continue the October 3 trial to a date on or after October 13, 2025, in view of a pre-existing scheduling conflict of Defendants/Intervenor's damages expert, Chris Bakewell, during the week of October 6-10, 2025.

As background, the Court notified the parties on September 22, 2025, that the above-styled case would be set for jury selection, followed by trial, on October 3, 2025. The next day, Defendants/Intervenor notified the court of an unavoidable conflict of its damages expert, Chris Bakewell. (Dkt. 270). As noted therein, the October 3 trial setting poses a conflict for Defendants/Intervenor. Specifically, Mr. Bakewell is Defendants/Intervenor's only damages expert, and he is currently scheduled to testify in an ITC Investigation scheduled for hearing before Administrative Law Judge Monica Bhattacharyya, United States International Trade Commission,

the week of October 6 –10, 2025, *In the Matter of Certain Topcon Solar Cells, Modules, Panels, Components Thereof, and Products Containing Same*, Inv. Nos. 337-TA-1422 and 337-TA-1425, Order No. 10.  *See* Bakewell Decl. at ¶ 5.  On January 23, 2025, Judge Bhattacharyya set that case for a weeklong hearing starting on October 6 and lasting through October 10, 2025.  *Id.* at ¶¶ 6-7.

In that hearing, Mr. Bakewell currently serves as a testifying expert on behalf of Trina Solar (U.S.), Inc., Trina Solar US Manufacturing Module 1, LLC and Trina Solar Co., Ltd. (collectively, "Complainants"), and has submitted reports in the Investigation on the issues related to domestic industry and public interest. Id. at ¶ 5.  He is expected to testify in complainants' case-in-chief in the first few days of the hearing on the issue of domestic industry and in its rebuttal on the issue of public interest after the respondents present their case.  Id. at ¶¶ 8-9.  Thus, Mr. Bakewell has a pre-existing conflict and will be unavailable to testify for trial in the above-captioned case during this time.

As stated in their Notice to the Court, Defendants/Intervenor submit that Mr. Bakewell is essential to their defense in this matter, and that Mr. Bakewell's absence from trial would unduly and irreparably prejudice Defendants/Intervenor.

Accordingly, Defendants/Intervenor respectfully request that the Court take this scheduling conflict into consideration as it determines the forthcoming trial settings.  Defendants/Intervenor furthermore request that the currently scheduled jury selection/trial date of October 3 be rescheduled to a later date that would avoid Mr. Bakewell's conflict.

The Parties have conferred, and Plaintiff opposed this Motion.

A Proposed Order is attached hereto.

Dated:  September 23, 2025                    Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Tyler Marandola
tmarandola@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue NW
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

***Counsel for Defendants / Intervenors***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). Plaintiff opposes this Motion.

<i>/s/ Matthew S. Yungwirth</i><br>
Matthew S. Yungwirth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 23, 2025.

<i>/s/ Matthew S. Yungwirth</i><br>
Matthew S. Yungwirth