# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>vs.<br><br>AT&T INC., et al.,<br><br>*Defendants.* | Case No. 2:23-cv-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF CHRIS BAKEWELL IN SUPPORT OF DEFENDANTS/INTERVENOR'S MOTION TO CONTINUE TRIAL DATE

1. My name is Chris Bakewell. I have been retained by Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (hereinafter collectively, "Defendants/Intervenor") to testify as an expert witness in the above-captioned matter.

2. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the substance of this declaration.

3. I have submitted expert reports on the issue of damages on behalf of Defendants/Intervenor in this matter and will serve as Defendants'/Intervenor's expert witness on those issues at trial.

4. I understand that the Court scheduled this case as one of several set for jury selection/trial starting on October 3, 2025.

5. I have been asked to submit this declaration regarding a scheduling conflict that I have with the October 3 trial date in this matter. Specifically, I am currently serving as a testifying

expert on behalf of Trina Solar (U.S.), Inc., Trina Solar US Manufacturing Module 1, LLC and Trina Solar Co., Ltd. (collectively, "Complainants"), *In the Matter of Certain Topcon Solar Cells, Modules, Panels, Components Thereof, and Products Containing Same*, Inv. Nos. 337-TA-1422 and 337-TA-1425 ("the Investigation"). I have submitted reports in the Investigation on the issues related to domestic industry and public interest.

6. The trial in the Investigation is set for the week of October 6-10, 2025. The weeklong hearing will take place before Administrative Law Judge Monica Bhattacharyya at the United States International Trade Commission, in Washington D.C.

7. The trial date in the Investigation has been set since January 23, 2025. *See* Inv. Nos. 337-TA-1422 and 337-TA-1425, Order No. 10 (setting Trial for October 6, 2025).

8. I have been informed by counsel for Complainants that I may need to attend each trial day from October 6-10 and that I am expected to testify twice – once in Complainants' case-in-chief in the first few days of the hearing on the issue of domestic industry and in its rebuttal on the issue of public interest after the respondents present their case.

9. I am uncertain when I will testify, but I expect it to be in the first part of the week of October 6 and again in the middle-to-later part of the week.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of September, 2025.

_____
W. Christopher Bakewell

2