# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>vs.<br><br>AT&T INC., et al.,<br><br>*Defendants.* | Case No. 2:23-cv-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL DATE

Before the Court is Defendants/Intervenor's Motion to Continue Trial Date. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** the trial date currently set for October 3, 2025, be and is hereby continued and is therefore removed from the trial calendar.

**IT IS SO ORDERED**.