IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, d/b/a<br>VIVATO TECHNOLOGIES<br><br>v.<br><br>AT&T INC., *et al* | §<br>§<br>§  Case No. 2:23-cv-00202-JRG-RSP<br>§           (LEAD CASE)<br>§<br>§<br>§ |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE