# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br><br>*Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**VIVATO'S OPPOSITION TO DEFENDANTS/INTERVENOR'S MOTION TO CONTINUE TRIAL DATE [DKT. 271]**

The Court should deny the motion of the Defendants/Intervenors to continue the trial date. Defendants/Intervenors fail so show good cause to support the continuance.

Defendants/Intervenors' motion is based on a purported conflict of one witness—their rebuttal damages witness Christopher Bakewell, and his obligation to testify in an Article I, International Trade Commission Investigation, during the same week as the trial herein. During the meet and confer on this motion, counsel for Plaintiff inquired whether the ITC Judge had been made aware of the conflict with the trial date and asked if Mr. Bakewell could be taken out-of-order so that his testimony in both sets of cases could be done in the same week. Counsel for Defendants/Intervenors never responded to this question, nor do they address the issue in the Motion. Mirzaie, Decl. Ex. A. This failure is alone grounds for the motion to be denied.

Specifically, as ITC investigations are non-jury trials, there is no reason Mr. Bakewell cannot testify out-of-order, and at a single time in the ITC Investigation, so that he could testify in both matters in the same week. Moreover, Defendants/Intervenors could schedule Mr. Bakewell at any time during their trial presentation—and will have more hours than usual to do so given the consolidated nature of this trial. For example, Mr. Bakewell could testify on Monday in the ITC Investigation, on Wednesday in this case, and then return to the ITC on Thursday or Friday. Also, Plaintiff would not object to allowing Mr. Bakewell to testify remotely in this case if necessary.

As Defendants/Intervenors have not shown a conflict that necessitates a continuance of the trial date or good cause for the continuance, the Motion should be denied.

Dated: September 24, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Adam Hoffman

1

CA State Bar No. 218740
Neil A. Rubin
CA State Bar No. 250761
James Pickens
CA State Bar No. 307474
Christian W. Conkle
CA State Bar No. 306374
Philip Wang
CA State Bar No. 262239
Minna Jay
CA State Bar No. 305941
Paul Kroeger
CA State Bar No. 229074
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_vivato@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*XR Communications, LLC,*
*dba Vivato Technologies*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas under seal, and served counsel of record with a copy via electronic email.

/s/ *Reza Mirzaie*
Reza Mirzaie