### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>*Defendants,*<br><br>NOKIA OF AMERICA CORPORATION and ERICSSON INC.,<br>*Intervenors,* | Case No. 2:23-cv-00202-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF REZA MIRZAIE IN SUPPORT OF
### PLAINTIFF VIVATO'S OPPOSITION TO DEFENDANTS/INTERVENOR'S MOTION TO
### CONTINUE TRIAL DATE [DKT. 271]

1. I, Reza Mirzaie, declare as follows.

2. I am counsel for XR Communications, LLC dba Vivato Technologies ("Vivato") in the above-captioned action. I provide this declaration in support of Vivato's Opposition to Defendants/Intervenor's Motion to Continue Trial Date [Dkt. 271]. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as **Exhibit A** is a true and correct copy of an email from Defendants/Intervenor's counsel to Plaintiff's counsel dated September 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2025 at Los Angeles, California

*/s/ Reza Mirzaie*
Reza Mirzaie
