# Exhibit A

**From:** Yungwirth, Matthew S. MSYungwirth@duanemorris.com
**Subject:** RE: XR v. Carriers
**Date:** September 23, 2025 at 12:14 PM
**To:** Reza rmirzaie@raklaw.com
**Cc:** James Pickens jpickens@raklaw.com, Vivato team RAK rak_vivato@raklaw.com, Gibson, John R. JRGibson@duanemorris.com, Anderson, Kevin KPAnderson@duanemorris.com, Joshua, Aquanis M. AMJoshua@duanemorris.com, Andrea Fair andrea@millerfairhenry.com, ddacus ddacus@dacusfirm.com, Melissa Smith melissa@gillamsmithlaw.com

Reza –

Thanks for the response. Per the Notice, Mr. Bakewell is testifying twice, first in Complainant's case-in-chief and then in rebuttal after Respondents complete their case presentation. Thus, it is uncertain when he will go up, but we expect it to be in the first part of the week and then in the middle-to-later part of the week.

**From:** Reza <rmirzaie@raklaw.com>
**Sent:** Tuesday, September 23, 2025 3:09 PM
**To:** Yungwirth, Matthew S. <MSYungwirth@duanemorris.com>
**Cc:** James Pickens <jpickens@raklaw.com>; Vivato team RAK <rak_vivato@raklaw.com>; Gibson, John R. <JRGibson@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>; Andrea Fair <andrea@millerfairhenry.com>; ddacus <ddacus@dacusfirm.com>; Melissa Smith <melissa@gillamsmithlaw.com>
**Subject:** Re: XR v. Carriers

Hi,

Sorry for the delay. We will oppose.

Also, we do have some questions about the conflict—and based on our experience with a very similar conflict in the past, we expect the Court will want to know the answers to these:

1. On which day is Mr. Bakewell expected to testify in the ITC proceeding.

2. Because the ITC proceedings are non-jury trials, we have seen the ITC judges move the witness orders to take witnesses out of order in order to complete both sets of evidence in the same week. We assume this could be an option for Bakewell. Have you checked with the ITC and, if not, can you?

Thanks.
Reza

> On Sep 23, 2025, at 11:52 AM, Yungwirth, Matthew S. <MSYungwirth@duanemorris.com> wrote:
>
> Guys –
>
> Things are moving quickly. If we don't hear from you in the next hour or so, we will assume you do not have any conflicts to add and are opposed.
>
> Regards, Matt

**Matthew Yungwirth**
Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
**B:** +1 404 253 6935
**C**: +1 404 406 3823
MSYungwirth@duanemorris.com

**From:** Yungwirth, Matthew S.
**Sent:** Tuesday, September 23, 2025 12:55 PM
**To:** Reza <rmirzaie@raklaw.com>; James Pickens <jpickens@raklaw.com>
**Cc:** Vivato team RAK <rak_vivato@raklaw.com>; Gibson, John R. <JRGibson@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Subject:** XR v. Carriers

James and Reza –

Per our filing today, Chris Bakewell has a conflict based on a competing trial. We are considering a corresponding motion for continuance. Does XR have any additional issues to raise and/or, if not, would XR oppose our motion?

Regards, Matt

**Matthew Yungwirth**
**Duane Morris LLP**
**404-253-6935**
<image001.png>

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.