# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., et al.,<br><br>Defendants.<br><br>ERICSSON INC. and NOKIA OF AMERICA CORPORATION,<br><br>Intervenors. | Civil Action No. 2:23-CV-00202-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF MATTHEW C. GAUDET

COMES NOW Matthew C. Gaudet of Duane Morris LLP and respectfully enters his appearance as counsel of record for Defendants AT&T Services Inc., AT&T Mobility LLC and AT&T Corporation ("AT&T", in the above-captioned case and associated Member Case No. 2:23-cv-468); T-Mobile USA, Inc. ("T-Mobile," in Member Case Nos. 2:23-cv-204 and 2:23-cv-469); Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless ("Verizon," in Member Case Nos. 2:23-cv-203 and 2:23-cv-470); and Intervenor Ericsson Inc. (collectively "Defendants/Intervenor"). Mr. Gaudet is admitted to the bar of this Court, and will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated: September 26, 2025

**DUANE MORRIS LLP**

/s/ Matthew C. Gaudet
Matthew C. Gaudet
mcgaudet@duanemorris.com
1075 Peachtree Street NE
Suite 1700

DM2\300683546.1

Atlanta, Georgia  30309
Telephone:  404.253.6900
Facsimile:  404.253.6901

*Counsel for Defendants/Intervenor*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 26, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Matthew C. Gaudet*
Matthew C. Gaudet