IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC d/b/a VIVATO TECHNOLOGIES,<br>    *Plaintiff*<br><br>v.<br><br>AT&T INC. et al,<br>    *Defendants* | §<br>§<br>§<br>§<br>§   CASE NO. 2:23-cv-00202-JRG-RSP<br>§<br>§<br>§ |

## REPORT OF MEDIATION

The above-captioned case was mediated in person and via Zoom video conference by the undersigned on Thursday, September 25, 2025, between Plaintiff and Intervenor Defendant, Ericsson, Inc. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 27th day of September 2025.

>  /s/  *David Folsom*
> David Folsom
> TXBN: 07210800
> **FOLSOM ADR PLLC**
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone:  (903) 277-7303
> Email:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 27, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

>  /s/  *David Folsom*
> David Folsom