# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>　　　　　Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., <br>　　　　　Defendants, <br><br> ERICSSON INC., <br>　　　　　Intervenor. | Case No. 2:23-CV-00202-JRG-RSP <br><br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>　　　　　Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS., <br>　　　　　Defendants, <br><br> ERICSSON INC., <br>　　　　　Intervenor. | Case No. 2:23-CV-00203-JRG-RSP <br><br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br>　　　　　Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br>　　　　　Defendants, <br><br> ERICSSON INC., <br>　　　　　Intervenor. | Case No. 2:23-CV-00204-JRG-RSP <br><br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff" or "XR") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Intervenor") (collectively "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement between the Parties. The Parties have reached an agreement in principle subject to negotiation of the terms in a settlement and release agreement and formal approvals of all such terms. Accordingly, the Parties request that the Court stay all deadlines in the above-captioned case for 30 days to facilitate negotiation of a settlement and release agreement, which would result in a dismissal of this action. Accordingly, the parties respectfully request that the Court grant a stay of all proceedings between the Parties, including all pending deadlines between the parties, until November 26, 2025.

The Parties wish to expeditiously advise the Court of the settlement in principle to ensure that neither the Court nor the Parties expend further resources. The Parties submit that good cause exists for granting this joint motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served, and so that the Court can efficiently manage its docket.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above and grant the Parties such other and further relief to which they are entitled.

Dated: October 27, 2025

                                      Respectfully submitted,

/s/ *Reza Mirzaie*
Adam S Hoffman
Christian W Conkle
Jacob Buczko
Jonathan Ma
Minna Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
Reza Mirzaie
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway

Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ John R. Gibson*
Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford

4

esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

**COUNSEL FOR
DEFENDANTS/INTERVENOR**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff and this motion is joint.

/s/ *Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF filing.

/s/ *Reza Mirzaie*
Reza Mirzaie
