# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER STAYING ALL DEADLINES PENDING SETTLEMENT**

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). The Parties have represented that they have reached an agreement in principle as set forth in the Motion. The Parties have further represented that they anticipate being able to submit dismissal papers within thirty (30) days from the date of this filing. Having found good cause, the Court hereby **GRANTS** the Motion and **ORDERS** that the above-captioned cases, including all pending deadlines between the Parties in these cases, be stayed until November 26, 2025.