# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00202-JRG-RSP<br>**(Lead Case)** |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement, as to lead case 2:23-cv-202, and member cases 2:23-cv-203 and 2:23-cv-204. **Dkt. No. 293**. The Parties have represented that they have reached an agreement as set forth in the Motion. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that lead case 2:23-cv-202, and member cases 2:23-cv-203 and 2:23-cv-204, including all pending deadlines between the Parties in these cases, be stayed until November 26, 2025, by which time dismissal papers should be filed.

**SIGNED this 28th day of October, 2025.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE