IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS LLC d/b/a VIVATO TECHNOLOGIES, *Plaintiff* | § § § § | |
| v. | § § | CASE NO. 2:23-cv-00202-JRG-RSP |
| AT&T INC. et al, *Defendants* | § § § | |

**AMENDED REPORT OF MEDIATION**

The above-captioned case was mediated in person and via Zoom video conference by the undersigned on Thursday, September 25, 2025, between Plaintiff and Intervenor Defendant, Ericsson, Inc. resulting in a suspended session. However, after continued discussions between the undersigned and the parties, a settlement has been reached.

Signed this 4th day of November 2025.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 4, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom