# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　Intervenor. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY TO DECEMBER 26, 2025

Plaintiff XR Communications LLC dba Vivato Technologies ("Plaintiff" or "XR") and Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, "Defendants/Intervenor") (collectively "the Parties") hereby file this Joint Motion to Stay Extend Stay by 30 days to December 26, 2025.

On October 27, 2025, the Parties filed a Joint Motion to Stay All Deadlines and Notice of Settlement. Dkt. 293. The Court granted the Joint Motion and stayed proceedings until November 26, 2025. Dkt. 294. The Parties are still in the process of negotiating the documentation of the resolution in principal and dismissal, and therefore the Parties respectfully request the Court extend the stay of all proceedings by 30 days to December 26, 2025.

The Parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above.


Dated: November 21, 2025

                Respectfully submitted,


                /s/ *Reza Mirzaie*_____
                Adam S Hoffman
                Christian W Conkle
                Jacob Buczko

Jonathan Ma
Minna Y. Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
Reza Mirzaie
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com
Email: rmirzaie@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ John R. Gibson*_____

Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

**COUNSEL FOR DEFENDANTS/INTERVENOR**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants met and conferred with counsel for Plaintiff and this motion is joint.

/s/ *Reza Mirzaie*  
Reza Mirzaie

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via ECF filing.

/s/ *Reza Mirzaie*  
Reza Mirzaie
