## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY<br>LLC; AND AT&T CORP.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and<br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba<br>VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER EXTENDING STAY TO DECEMBER 26, 2025</u>

Before the Court is the Parties' Joint Motion to Extend Stay to December 26, 2025 ("Motion"). In light of the Parties reaching a settlement in principal, the Court previously granted a stay of all proceedings until November 26, 2025. Dkt. 294. The Parties represent that they are still in the process of negotiating documentation of the resolution in principal, and anticipate being able to submit dismissal papers within thirty (30) days from the date of this filing. Having found good cause, the Court hereby **GRANTS** the Motion and **ORDERS** that the above-captioned cases, including all pending deadlines between the Parties in these cases, be further stayed until December 26, 2025.