# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC D/B/A VIVATO TECHNOLGIES, <br><br>*Plaintiff*, <br><br>v. <br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., <br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 2:23-CV-00202-JRG-RSP <br> (LEAD CASE) |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Stay of All Deadlines, as to lead case 2:23-cv-202, and member cases 2:23-cv-203 and 2:23-cv-204. **Dkt. No. 296**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that all deadlines as to claims against the AT&T Defendants, the Verizon Defendants, T-Mobile USA, and Ericsson in the above cases are stayed until December 29, 2025, during which time appropriate dismissal papers shall be filed.

**SIGNED this 23rd day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE