IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00203-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>　　　　　Defendants,<br><br>ERICSSON INC.,<br>　　　　　Intervenor. | Case No. 2:23-CV-00204-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff XR Communications, LLC d/b/a Vivato Technologies ("Plaintiff") and Intervenor Ericsson Inc. ("Intervenor") have resolved Plaintiff's claims for

relief regarding Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc. ("T-Mobile") (collectively, "Defendants") use of Intervenor's cellular infrastructure equipment in this case; and

WHEREAS, Plaintiff and Intervenor have resolved Intervenor's counterclaims for relief against Plaintiff in this case.

NOW, THEREFORE, Plaintiff and Defendants and Intervenor, through their attorneys of record, request that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court (1) dismiss **with prejudice** Plaintiff's claims against Defendants and Ericsson products, and (2) dismiss **without prejudice** any counterclaims against Plaintiff brought by Defendants or Ericsson in this case.

All attorneys' fees, costs, and expenses will be borne by the party incurring the same.

Dated: December 22, 2025

*/s/ Reza Mirzaie*
By: Reza Mirzaie
Adam S Hoffman
Christian W Conkle
Jacob Buczko
Jonathan Ma
Minna Y. Jay
Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: rmirzaie@raklaw.com
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com

Respectfully Submitted,

*/s/ John R. Gibson*
By: Melissa R. Smith (TBN 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP

1

| | |
|---|---|
| Email: mjay@raklaw.com<br>Email: nrubin@raklaw.com<br>Email: pkroeger@raklaw.com<br>Email: pwang@raklaw.com<br><br>James N Pickens<br>Attorney at Law<br>1104 NW 88th Way<br>Plantation, FL 33322<br>954/637-2393<br>Fax: 954/206-8540<br>Email: jpickens@raklaw.com<br><br>Of Counsel:<br><br>Andrea L. Fair<br>State Bar No. 24078488<br>MILLER FAIR HENRY, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>E-mail: andrea@millerfairhenry.com<br><br>**Attorneys for Plaintiff** | 1075 Peachtree Street NE, Suite 1700<br>Atlanta, Georgia 30309<br>Telephone: 404.253.6900<br><br>Tyler Marandola<br>tmarandola@duanemorris.com<br>Brianna Vinci<br>bvinci@duanemorris.com<br>DUANE MORRIS LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1000<br><br>Kevin P. Anderson<br>kpanderson@duanemorris.com<br>Elissa Sanford<br>esanford@duanemorris.com<br>DUANE MORRIS LLP<br>901 New York Avenue NW, Suite 700 East<br>Washington, D.C. 20001-4795<br>Telephone: (202) 776-5231<br><br><br><br><br><br><br><br>**Attorneys for Defendants/Intervenor** |

2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ *Reza Mirzaie*
Reza Mirzaie