## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC, DBA VIVATO TECHNOLOGIES, | § § § § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 2:23-cv-202-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § § | (Lead Case) |
| *Defendants.* | | |
| XR COMMUNICATIONS, LLC, DBA VIVATO TECHNOLOGIES, | § § | |
| *Plaintiff,* | § § | |
| v. | § | Case No. 2:23-cv-203-JRG-RSP |
| AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP., | § § § | (Member Case) |
| *Defendants.* | § | |
| XR COMMUNICATIONS, LLC, DBA VIVATO TECHNOLOGIES, | § § § | |
| *Plaintiff,* | § § | Case No. 2:23-cv-204-JRG-RSP |
| v. | § | (Member Case) |
| T-MOBILE USA, INC, | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by XR Communications, LLC d/b/a Vivato Technologies ("Plaintiff") and AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. ("AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc. ("T-Mobile") ("Defendants"). (Dkt. No. 298.) In the Motion, the parties represent that the above-captioned cases have been resolved and request dismissal of the above-captioned actions **WITH** prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants and other Parties in the above-captioned cases are **DISMISSED WITH PREJUDICE**. Further, all counterclaims asserted by Defendants and other Parties against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 8th day of January, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE