IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>                              Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>                              Defendants,<br><br>ERICSSON INC.,<br>                              Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>                              Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>                              Defendants,<br><br>ERICSSON INC.,<br>                              Intervenor. | Case No. 2:23-CV-00468-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>                              Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>                              Defendants,<br><br>ERICSSON INC.,<br>                              Intervenor. | Case No. 2:23-CV-00469-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>                              Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>                              Defendants, | Case No. 2:23-CV-00470-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

ERICSSON INC.,

                Intervenor.

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff XR Communications, LLC d/b/a Vivato Technologies ("Plaintiff") and Intervenor Ericsson Inc. ("Intervenor") have resolved Plaintiff's claims for relief regarding Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (AT&T"), Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc. ("T-Mobile") (collectively, "Defendants") use of Intervenor's cellular infrastructure equipment in this case; and

WHEREAS, Plaintiff and Intervenor have resolved Intervenor's counterclaims for relief against Plaintiff in this case.

NOW, THEREFORE, Plaintiff and Defendants and Intervenor, through their attorneys of record, request that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court (1) dismiss **with prejudice** Plaintiff's claims against Defendants and Ericsson products, and (2) dismiss **without prejudice** any counterclaims against Plaintiff brought by Defendants or Ericsson in this case.

All attorneys' fees, costs, and expenses will be borne by the party incurring the same.

| | |
|---|---|
| Dated: July 9, 2026 | Respectfully Submitted, |
| */s/ Reza Mirzaie* | */s/ John R. Gibson* |
| By: Reza Mirzaie | By: Melissa R. Smith (TBN 24001351) |
| Adam S Hoffman | GILLAM & SMITH, LLP |
| Christian W Conkle | 303 South Washington Avenue |
| Jacob Buczko | Marshall, Texas 75670 |
| Jonathan Ma | Telephone: (903) 934-8450 |
| Minna Y. Jay | |

1

Neil Alan Rubin
Paul Anthony Kroeger
Philip X Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: rmirzaie@raklaw.com
Email: ahoffman@raklaw.com
Email: cconkle@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mjay@raklaw.com
Email: nrubin@raklaw.com
Email: pkroeger@raklaw.com
Email: pwang@raklaw.com

James N Pickens
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322
954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**Attorneys for Plaintiff**

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: 404.253.6900

Tyler Marandola
tmarandola@duanemorris.com
Brianna Vinci
bvinci@duanemorris.com
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000

Kevin P. Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
DUANE MORRIS LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5231

**Attorneys for Defendants/Intervenor**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 9, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie