IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00202-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00468-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br>        Defendants,<br><br>ERICSSON INC.,<br>        Intervenor. | Case No. 2:23-CV-00469-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br>        Defendants, | Case No. 2:23-CV-00470-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

ERICSSON INC.,

                  Intervenor.

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the Joint Motion to Dismiss filed by the Parties. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims in this case are dismissed **with prejudice** and Defendants and Ericsson's counterclaims, if any, are dismissed **without prejudice**. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.